# EXHIBIT 1-5

NO. 2021-CCL-00597

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | **IN THE COUNTY COURT AT LAW** |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **NO. 3** |
| | § | |
| **ARION MORSHEDIAN and** | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| *Defendants.* | § | **CAMERON COUNTY, TEXAS** |

### PLAINTIFF'S NOTICE OF FILING AFFIDAVITS

**NOW COMES** Plaintiff Hugo Medellin and hereby gives notice to the Honorable Court and all counsel of record that the following affidavits are being filed pursuant to the Texas Rules of Evidence and the Texas Civil Practice and Remedies Code. Further notice is given to the parties that the attached records to the following affidavits are available for inspection and copying.

The following is attached hereto:

1. Exhibit A: Affidavit of Andres Rangel as custodian of records Advanced Urgent Care of Brownsville for reasonable and necessary services provided to Hugo Medellin with itemized statements and records attached.

Respectfully Submitted,

**BEGUM LAW GROUP**

/s/ *Mario A. Cisneros*
Mario A. Cisneros
Texas Bar No. 24031469
2401 Wildflower Dr., Ste B
Brownsville, Texas 78526
Tel. (956) 982-1800
Fax. (956) 982-8602
Email: mcisneros@texaslegalgroup.com
**ATTORNEY FOR PLAINTIFF**

For e-service purposes, send documents to
BrownsvilleLegal@begumlawgroup.com.

## CERTIFICATE OF SERVICE

      I certify that on November 2, 2021, a true and correct copy of *Plaintiff's Notice of Filing Affidavits* was served on the following by the method listed below:

***Via E-Service:*** Michelle.Pector@morganlewis.com
Michelle D. Pector
State Bar No. 24027726
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Tel. (713) 890-5000
Fax. (713) 890-5001
*Attorney for Defendants*

***Via E-Service:*** doliveira@rofllp.com
David Oliveira
State Bar No. 15254675
Roerig, Oliveira & Fisher, LLP
10225 N. 10th Street
McAllen, Texas 78504
Tel. (956) 393-6300
Fax. (956) 386-1625
*Attorney for Defendants*

                                                 /s/ *Mario A. Cisneros*
                                                 Mario A. Cisneros

# Exhibit "A"

# BILLING AFFIDAVIT

**Records Pertaining To:** Medellin Hugo
**DOB:** 10-30-1987
**DOI:** 6-4-2021

Any and all billing records including, but not limited to, any and all itemized billing statements, ledger cards and/or sheets, insurance claims, and any type of documents contained in your files regarding charges incurred pertaining to the examination and/or treatment of the patient

Before me, the undersigned authority, personally appeared __Andres Rangel__, who, being by me duly sworn, deposed as follows:
(Custodian of Records)

My name is __Andres Rangel__. I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records for: Advanced Urgent Care of Brownsville

Attached to this affidavit are records that provide an itemized statement of the service[s] and the charge[s] for the service[s] that this facility provided to the above-named person from __6-13-2021__ to __6-13-2021__. The attached records are kept in the regular course of business. The information contained in the records was transmitted to me in the regular course of business or by an employee or representative of this facility who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are an exact duplicate of the original.

For the service[s] provided, the paid amount __0__ and the outstanding amount __38,000.00__ total __38,000.00__ as the amount the provider was/is legally entitled to recover. The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

__Andres Rangel__
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the __01__ day of __July__, 20__21__.

SANDRA FLORES
Notary Public, State of Texas
Comm. Expires 01-29-2025
Notary ID 132899069

NOTARY PUBLIC

# STATEMENT

| THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF: | PATIENT NAME | | |
|---|---|---|---|
| ADVANCED URGENT CARE OF BROWNSVILLE<br>1460 N EXPY<br>BROWNSVILLE, TX 78521-1457<br>956-405-3770 | MEDELLIN, HUGO | | |
| | BILL DATE | ACCOUNT NO. | AMOUNT PAID |
| | Jul 01, 2021 | 23477 | |

MEDELLIN, HUGO
33229 LONG HORN LN
LOS FRESNOS TX 78566-5062

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/WITHHELD | AMOUNT |
|---|---|---|---|---|
| Jun 13, 2021 | Claim:28204, Provider: EMMANUEL MARTINEZ, PA | | | |
| Jun 13, 2021 | 85025 COMPLETE CBC W/AUTO DIFF WBC | $1,000.00 | | |
| Jun 13, 2021 | 80053 COMPREHEN METABOLIC PANEL | $1,000.00 | | |
| Jun 13, 2021 | 36415 VENIPUNCT, ROUTINE* | $500.00 | | |
| Jun 13, 2021 | 81005 URINALYSIS | $1,000.00 | | |
| Jun 13, 2021 | 99205 Office Visit, New Pt., Level 5 | $7,000.00 | | |
| Jun 13, 2021 | 70450 CT HEAD/BRAIN W/O DYE | $6,000.00 | | |
| Jun 13, 2021 | 72125 CT NECK SPINE W/O DYE | $6,000.00 | | |
| Jun 13, 2021 | 72131 CT LUMBAR SPINE W/O DYE | $6,000.00 | | |
| Jun 13, 2021 | 71250 CT THORAX W/O DYE | $6,000.00 | | |
| Jun 13, 2021 | 3008F BODY MASS INDEX DOCD | $1,000.00 | | |
| Jun 13, 2021 | G8427 DOC MEDS VERIFIED W/PT OR RE | $500.00 | | |
| Jun 13, 2021 | 99173 VISUAL ACUITY SCREEN | $1,000.00 | | |
| Jun 13, 2021 | 73030 X-RAY EXAM OF SHOULDER | $1,000.00 | | |
| Jul 01, 2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $38,000.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|---|
| Jul 01, 2021 | MEDELLIN, HUGO | 23477 | $38,000.00 |

MAKE CHECK PAYABLE TO :

## MEDICAL RECORDS AFFIDAVIT

Records Pertaining To: Medellin, Hugo
DOB: 10-30-1987
DOI: 6-4-2021

Any and all medical records from the date of incident to the present, including, but not limited to, any and all reports, notes, tests, test results, diagnoses, prognoses, office records, clinic records, therapy records, patient information sheets, any other type of record or date that is produces, recorded, or preserved on film or transparencies or that is magnetically or electronically recorded.

Before me, the undersigned authority, personally appeared Andres Rangel who, being by me duly sworn, deposed as follows:

I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a custodian of records for Advanced Urgent care of Brownsville. Attached to this affidavit are __12__ pages of records of the services provided from __6-13-2021__ to __6-13-2021__. The attached records are a part of this affidavit.

The attached records are kept in the regular course of business and it was in the regular course of business for an employee or representative with knowledge of the service[s] provided to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service[s] was provided. The records are a copy of the original.

_Andres Rangel_
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the __01__ day of __July__, 20__21__.

_____
NOTARY PUBLIC

SANDRA FLORES
Notary Public, State of Texas
Comm. Expires 01-29-2025
Notary ID 132899069

MEDELLIN, HUGO **DOB:** 10/30/1987 (33 yo M) **Acc No.** 23477 **DOS:** 06/13/2021



**MEDELLIN, HUGO**
33 Y old Male, DOB: 10/30/1987
Account Number: 23477
33229 LONG HORN LN, LOS FRESNOS, TX-78566-5062
Home: 956-312-2340
Appointment Facility: ADVANCED URGENT CARE OF BROWNSVILLE

06/13/2021                    Progress Notes: EMMANUEL MARTINEZ, PA

### Review of Systems
**General/Constitutional:**
Patient denies chills, fever, headache, night sweats.
**Ophthalmologic:**
Patient denies double vision, blurry vision, change in vision, diminished visual acuity.
**ENT:**
Patient denies difficulty in swallowing, decreased sense of smell.
**Respiratory:**
Patient denies hemoptysis, shortness of breath, shortness of breath at rest, shortness of breath with exertion.
**Cardiovascular:**
Patient denies chest pain, chest pain at rest, dizziness.
**Gastrointestinal:**
Patient denies abdominal pain, diarrhea, rectal bleeding.
**Hematology:**
Patient denies bleed easily, dizziness, easy bruising.
**Neurologic:**
Patient denies balance difficulty, difficulty speaking, dizziness, headache, gait abnormality.

### Reason for Appointment
1. MVA-ME/LP

### History of Present Illness
**Constitutional:**
Patient is a healthy 33-year-old male with no past medical history coming into the clinic due to being in a motor vehicle accident a few days prior to arrival. Patient reports he was driving down the road when another vehicle rear-ended the vehicle he was in caused him to lose control of his vehicle and crashed into the car in front of him. Patient reports he was wearing a seatbelt airbags deployed the vehicle did not roll over. Patient does not remember if he hit his head or not but he denies losing consciousness. Patient reports that since the injury has been having left shoulder pain neck pain lower back pain palpitations. Reports that his left shoulder neck and lower back pain are all 8 out of 10 worse with movement better with rest. Patient reports that pain makes it difficult for him to do his activities of daily living. Patient denies having any abdominal pain nausea vomiting blood in stool or urine or having any episodes of emesis. Patient reports he came into the clinic due to being concerned due to his pain not getting better per day want to go to the ER due to the pandemic. No other symptoms reported to me by the patient at this time.

### Examination
**General Examination:**
GENERAL APPEARANCE: normal, alert, pleasant, in no acute distress, uncomfortable due to pain.
HEAD: atraumatic, no scalp lesions.
EYES: extraocular movement intact (EOMI), pupils equal, round, reactive to light and accommodation.
EARS: tympanic membrane intact, clear.
NOSE: no lesions, no deformity.
ORAL CAVITY: mucosa moist, good dentition.
THROAT: no erythema, no exudate.
NECK/THYROID: no lymphadenopathy. no thyroid nodules. no thyromegaly.
HEART: S1, S2 normal, regular rate and rhythm, no murmurs.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: soft, nontender, nondistended, no hernias present, no guarding or rigidity.
BACK: lumbar examination reveals no gross deformity, not hematoma, no step off. there is tenderness to palpation to lumbar spine at vertebral

MEDELLIN, HUGO **DOB:** 10/30/1987 (33 yo M)   **Acc No.** 23477  **DOS:** 06/13/2021

process and paraspinal muscles with spasm noted. Range of Motion is limited to 85% of full capacity in Flexion, extension, lateral bending and lateral rotation as pain is provoked..

  MUSCULOSKELETAL: Cervical spine examination reveals no gross deformity no step off, no hematoma. There is point tenderness to vertebral process with a positive jump sign elicited. There is also tenderness to bilateral paraspinal muscles with spasm noted. Range of motion is limited to 80 % of full capacity as pain is provoked., ___.

  EXTREMITIES: Limited range of motion to left shoulder with internal and external rotation due to pain___.

  PERIPHERAL PULSES: 2+ throughout.

  NEUROLOGIC: alert and oriented , cerebellar function normal , cooperative with exam , cranial nerves 2-12 grossly intact , deep tendon reflexes 2+ symmetrical , gait normal.

  PSYCH: cooperative with exam , good eye contact , alert, oriented.

### Assessments

1. Encounter for examination following motor vehicle collision (MVC) - Z04.1 (Primary)
2. Traumatic brain injury, without loss of consciousness, initial encounter - S06.9X0A
3. Spine pain, cervical - M54.2
4. Spine pain, lumbar - M54.5
5. Palpitations - R00.2
6. Injury of left rotator cuff, initial encounter - S46.002A
7. Sprain of left shoulder, unspecified shoulder sprain type, initial encounter - S43.402A

### Treatment

**1. Encounter for examination following motor vehicle collision (MVC)**

Start Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet at bedtime as needed, Orally, Once a day, 14 day(s), 14 Tablet, Refills 0
Start Acetaminophen Capsule, 500 MG, 2 capsule as needed, Orally, every 8 hrs, 14 days, 84 Capsule, Refills 0
  LAB: cbc
  LAB: CMP
  LAB: UA
  IMAGING: CT C-SPINE W/O
  IMAGING: CT HEAD W/O
  PROCEDURE: BMI
  PROCEDURE: VISUAL ACCUITY
  PROCEDURE: MEDICATION REVIEW
Referral To:Chiropractor
    Reason:please evaluate and treat pt for pain for 2 weeks or longer if needed

**2. Traumatic brain injury, without loss of consciousness, initial encounter**
  IMAGING: CT HEAD W/O
Referral To:Chiropractor
    Reason:please evaluate and treat pt for pain for 2 weeks or longer if needed

MEDELLIN, HUGO **DOB:** 10/30/1987 (33 yo M) **Acc No.** 23477 **DOS:** 06/13/2021

**3. Spine pain, cervical**
IMAGING: CT C-SPINE W/O
Referral To:Chiropractor
    Reason:please evaluate and treat pt for pain for 2 weeks or longer if needed

**4. Spine pain, lumbar**
IMAGING: CT L - SPINE W/O
Referral To:Chiropractor
    Reason:please evaluate and treat pt for pain for 2 weeks or longer if needed

**5. Palpitations**
IMAGING: CT CHEST W/O
Referral To:Chiropractor
    Reason:please evaluate and treat pt for pain for 2 weeks or longer if needed

**6. Injury of left rotator cuff, initial encounter**
IMAGING: XRAY SHOULDER L
Referral To:Chiropractor
    Reason:please evaluate and treat pt for pain for 2 weeks or longer if needed

**7. Sprain of left shoulder, unspecified shoulder sprain type, initial encounter**
IMAGING: XRAY SHOULDER L
Referral To:Chiropractor
    Reason:please evaluate and treat pt for pain for 2 weeks or longer if needed

**Visit Codes**
99205 Office Visit, New Pt., Level 5.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC
80053 COMPREHEN METABOLIC PANEL
36415 VENIPUNCT, ROUTINE*
81005 URINALYSIS, Modifiers: QW
70450 CT HEAD/BRAIN W/O DYE, Modifiers: 26
72125 CT NECK SPINE W/O DYE, Modifiers: 26
72131 CT LUMBAR SPINE W/O DYE, Modifiers: 26
71250 CT THORAX W/O DYE, Modifiers: 26
73030 X-RAY EXAM OF SHOULDER, Modifiers: 26
3008F BODY MASS INDEX DOCD
G8427 DOC MEDS VERIFIED W/PT OR RE
99173 VISUAL ACUITY SCREEN

**Follow Up**
as needed

---

Progress Note: EMMANUEL MARTINEZ, PA   06/13/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

MEDELLIN, HUGO **DOB:** 10/30/1987 (33 yo M) **Acc No.** 23477 **DOS:** 06/13/2021

*[signature: EM]*

Electronically signed by EMMANUEL MARTINEZ, PA-C on 06/13/2021 at 02:00 PM CDT

Sign off status: Completed

ADVANCED URGENT CARE OF BROWNSVILLE
1460 N EXPY
BROWNSVILLE, TX 78521-1457
Tel: 956-405-3770
Fax: 956-405-3767

Progress Note: EMMANUEL MARTINEZ, PA   06/13/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

# Advanced Urgent Care of Brownsville

1460 N Expressway 83/77, Suite A, Brownsville, TX 78520 | TEL: (956) 405-3770 | FAX: (956) 405-3767

**Name:** MEDELLIN, HUGO
**MRN:** A23477
**Gender:** M

**DOB:** 10/30/87
**Date:** Jun 13, 2021 11:10:58 AM CDT
**Referring Physician:** EMMANUEL MARTINEZ, PA

**EXAM: CT BRAIN WITHOUT IV CONTRAST**

**History:** MVA
TECHNIQUE: Axial CT images of the brain were obtained without IV contrast administration. Multiplanar reconstructions. The protocol utilizes one or more of the following dose reduction techniques: automated exposure control, adjustment of mA and/or kV according to patient size, and/or use of iterative reconstruction technique.
COMPARISON: None available.

**FINDINGS:**
BRAIN PARENCHYMA: There is preservation of the gray/white matter interface. Posterior fossa structures are unremarkable.
CSF SPACES: Appropriate for age. There is no hydrocephalus.
INTRACRANIAL HEMORRHAGE: None
MASS EFFECT: None.
CALVARIUM: No discrete lytic or blastic abnormalities observed.
PARANASAL SINUSES AND MASTOID AIR CELLS: Clear.
ORBITS: Both globes, extraocular muscles and retrobulbar fat appear unremarkable.

**IMPRESSION:**
No evidence of acute intracranial abnormalities. Unremarkable non-contrast CT brain.

**Signed By:** Susan Fan, MD | Board Certified Radiologist | Jun 13, 2021 12:51:57 PM CDT 

# Advanced Urgent Care of Brownsville

1460 N Expressway 83/77, Suite A, Brownsville, TX 78520 | TEL: (956) 405-3770 | FAX: (956) 405-3767

**Name:** MEDELLIN, HUGO
**MRN:** A23477
**Gender:** M

**DOB:** 10/30/87
**Date:** Jun 13, 2021 11:14:19 AM CDT
**Referring Physician:** EMMANUEL MARTINEZ, PA

**EXAM: CT CERVICAL SPINE WITHOUT IV CONTRAST**

**History:** MVA
**TECHNIQUE:** Axial CT images of the cervical spine were obtained without IV contrast administration. Multiplanar reconstructions. The protocol utilizes one or more of the following dose reduction techniques: automated exposure control, adjustment of mA and/or kV according to patient size, and/or use of iterative reconstruction technique.
**COMPARISON:** None available.

**FINDINGS:**
VERTEBRAE: No fracture. No discrete lytic or blastic abnormality observed.
VERTEBRAL ALIGNMENT: Normal, including the craniocervical junction and cervicothoracic junction. There is preservation of the normal cervical lordosis.
DISCS: Disc heights are preserved.
NECK SOFT TISSUES: No prevertebral soft tissue swelling. There is no cervical adenopathy.
LUNG APICES: Clear.

**IMPRESSION:**
No evidence of cervical spinal fracture or spondylolisthesis.

**Signed By:** Susan Fan, MD | Board Certified Radiologist | Jun 13, 2021 12:56:01 PM CDT 

# Advanced Urgent Care of Brownsville

1460 N Expressway 83/77, Suite A, Brownsville, TX 78520 | TEL: (956) 405-3770 | FAX: (956) 405-3767

**Name:** MEDELLIN, HUGO
**MRN:** A23477
**Gender:** M

**DOB:** 10/30/87
**Date:** Jun 13, 2021 11:44:51 AM CDT
**Referring Physician:** EMMANUEL MARTINEZ, PA

**EXAM: CR LEFT SHOULDER, 3 VIEWS**

**History:** Left shoulder pain, MVA.
Technique: 3 views of the left shoulder.
Comparison: None available.

**FINDINGS:**
Bones: No fracture or subluxation. No sclerotic or destructive changes observed.
Joints: Preservation of the joint space. Articular surfaces are unremarkable.
Soft tissues: Unremarkable.
Included chest: Unremarkable.

**IMPRESSION:**
No acute osseous abnormality. Unremarkable views of the left shoulder.

*Signed By:* Susan Fan, MD | Board Certified Radiologist | Jun 13, 2021 12:50:50 PM CDT 

# Advanced Urgent Care of Brownsville

1460 N Expressway 83/77, Suite A, Brownsville, TX 78520 | TEL: (956) 405-3770 | FAX: (956) 405-3767

**Name:** MEDELLIN, HUGO
**MRN:** A23477
**Gender:** M
**DOB:** 10/30/87
**Date:** Jun 13, 2021 11:21:00 AM CDT
**Referring Physician:** EMMANUEL MARTINEZ, PA

**EXAM: CT CHEST WITHOUT IV CONTRAST**

**HISTORY:** MVA
TECHNIQUE: Axial CT images of the chest were obtained without IV contrast administration. Multiplanar reconstructions. The protocol utilizes one or more of the following dose reduction techniques: automated exposure control, adjustment of mA and/or kV according to patient size, and/or use of iterative reconstruction technique.
COMPARISON: None available.

**FINDINGS:**
LUNGS AND LARGE AIRWAYS: Clear. No ground-glass opacities or consolidation is seen.
PLEURA: Unremarkable. No pleural effusion or thickening.
HEART AND PERICARDIUM: Heart size is normal. There is no pericardial effusion.
VESSELS: The thoracic aorta is nondilated. The pulmonary trunk is also of normal size.
MEDIASTIUM AND HILA: There is no mediastinal or hilar adenopathy. The esophagus is collapsed. There is no hiatal hernia.
SOFT TISSUES: Included thyroid gland is unremarkable. There is no axillary, supraclavicular, or lower cervical adenopathy.
BONES: No suspicious lytic or blastic abnormality observed.
UPPER ABDOMEN: Fatty infiltration of the liver. Contracted gallbladder.

**IMPRESSION:**
Unremarkable non-contrast CT chest.
Fatty infiltration of the liver.

**Signed By:** Susan Fan, MD | Board Certified Radiologist | Jun 13, 2021 12:57:41 PM CDT 

# Advanced Urgent Care of Brownsville

1460 N Expressway 83/77, Suite A, Brownsville, TX 78520 | TEL: (956) 405-3770 | FAX: (956) 405-3767

**Name:** MEDELLIN, HUGO
**MRN:** A23477
**Gender:** M
**DOB:** 10/30/87
**Date:** Jun 13, 2021 11:24:24 AM CDT
**Referring Physician:** EMMANUEL MARTINEZ, PA

**EXAM: CT LUMBAR SPINE WITHOUT IV CONTRAST**

**HISTORY:** MVA
**TECHNIQUE:** Axial CT images of the lumbar spine were obtained without IV contrast administration. Multiplanar reconstructions. The protocol utilizes one or more of the following dose reduction techniques: automated exposure control, adjustment of mA and/or kV according to patient size, and/or use of iterative reconstruction technique.
**COMPARISON:** None available.

**FINDINGS:**
VERTEBRAE: No fracture. No discrete lytic or blastic abnormality observed.
VERTEBRAL ALIGNMENT: No spondylolisthesis. There is preservation of the normal lumbar lordosis.
DISCS: Disc heights are preserved. A 2 mm right paracentral and right lateral disc herniation results in moderate narrowing of the right neural foramen and contact with the right S1 nerve root.
INCLUDED RETROPERITONEUM: Abdominal aorta is not dilated. There is no retroperitoneal adenopathy.

**IMPRESSION:**
No evidence of lumbar spinal fracture or spondylolisthesis.
Right-sided disc herniation at L5-S1 narrowing the right neural foramen and contacting the right S1 nerve root.

**Signed By:** Susan Fan, MD | Board Certified Radiologist | Jun 13, 2021 12:54:31 PM CDT 

Medellin, Hugo
ID: 23477
10/30/1987   Male
33 Years

Technician: alondra
Ordering Ph:
Referring Ph:
Attending Ph:

06/13/2021  11:17:09
advanced urgent care
brownsvillr

Location:
Order Number:
Visit:
Indication:
Medication 1:
Medication 2:
Medication 3:

Room:

**71** bpm
-- / -- mmHg

QRS : 94 ms
QT / QTcBaz : 370 / 402 ms
PR : 134 ms
P : 78 ms
RR / PP : 848 / 845 ms
P / QRS / T : 31 / 15 / 3 degrees

Normal sinus rhythm
Normal ECG

25 mm/s   10 mm/mV   ADS   0.56-150 Hz   50 Hz   Unconfirmed   4x2.5x3_25_R1   1/



**ADVANCED URGENT CARE of BROWNSVILLE**
1460 N. Expressway 77/83
Brownsville, TX 78521
Phone: 956 405-3770          Fax: 956 405-3767

# Lab Reports

```
piccolo xpress
Comprehensive Metabolic
13 Jun 2021              10:59 AM
Sample Type:              Patient
Patient ID:         Hugo Medellin
Disc Lot Number:          1124BB7
Serial Number:         0000P26059
..................................
NA+     140    128-145    mmol/L
K+      4.1    3.6-5.1    mmol/L
tCO2    27     18-33      mmol/L
CL-     111 *  98-108     mmol/L
GLU     146 *  73-118     mg/dL
CA      9.5    8.0-10.3   mg/dL
BUN     15     7-22       mg/dL
CRE     1.0    0.6-1.2    mg/dL
ALP     104    42-141     U/L
ALT     33     10-47      U/L
AST     27     11-38      U/L
TBIL    0.6    0.2-1.6    mg/dL
ALB     3.7    3.3-5.5    g/dL
TP      7.4    6.4-8.1    g/dL

QC    OK
HEM 0    LIP 2+    ICT 0
```

```
Siemens
Clinitek Status®
Serial Number:
                        317321
Patient Name:
              HUGO MEDELLIN
Patient ID:
                     10-30-87
Multistix® 10 SG
Test date        06-13-2021
Time                12:40PM
Operator            ALONDRA
Test number            0826
Color                Yellow
Clarity
                      Clear

GLU  Negative
BIL  Negative
KET  Negative
SG   1.020
BLO  Negative
pH   6.5
PRO  Negative
URO  0.2 E.U./dL
NIT  Negative
LEU  Negative
```

```
Siemens
Clinitek Status®
Serial Number:
                        317321
Patient Name:
              HUGO MEDELLIN
Patient ID:
                     10-30-87
CLINITEK® Microalbumin 2
Test date        06-13-2021
Time                12:42PM
Operator            ALONDRA
Test number            0827
Color                Yellow
Clarity
                      Clear

ALB  10 mg/L
CRE  200 mg/dL
     <30 mg/g
     Normal
```

| Test | |
|---|---|
| hCG | |
| H. pylori | |
| Strep A | |
| Mono | |
| Flu A | |
| Flu B | |
| RSV | |

Print Date-Time   06/13/2021  11:01

B590a

Operator ID    10-30-87
Sample ID      3405
Date/Time      06/13/2021  11:01
Mode           WB

| | | |
|---|---|---|
| WBC  | 7.9  | [×10³/μL] |
| RBC  | 5.71 | [×10⁶/μL] |
| HGB  | 15.8 | [g/dL] |
| HCT  | 47.3 | [%] |
| MCV  | 83.7 | [fL] |
| MCH  | 27.7 | [pg] |
| MCHC | 33.1 | [g/dL] |
| PLT  | 233  | [×10³/μL] |
| LYM% | 32.9 | [%] |
| MXD% | 6.9  | [%] |
| NEUT%| 60.2 | [%] |
| LYM# | 2.6  | [×10³/μL] |
| MXD# | 0.5  | [×10³/μL] |
| NEUT#| 4.8  | [×10³/μL] |
| RDW-SD | 42.0 | [fL] |
| RDW-CV | 13.2 | [%] |
| MPV    | 10.2 | [fL] |



WBC



RBC



PLT