# EXHIBIT 1-6

FILED
2021-CCL-00597
6/20/2022 5:50 PM
Sylvia Garza-Perez
Cameron County Clerk

## NO. 2021-CCL-00597

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | **IN THE COUNTY COURT AT LAW** |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **NO. 3** |
| | § | |
| **ARION MORSHEDIAN and** | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| *Defendants.* | § | **CAMERON COUNTY, TEXAS** |

### PLAINTIFF'S SUPPLEMENTAL NOTICE OF FILING AFFIDAVITS

**NOW COMES** Plaintiff Hugo Medellin and hereby gives notice to the Honorable Court and all counsel of record that the following affidavits are being filed pursuant to the Texas Rules of Evidence and the Texas Civil Practice and Remedies Code.  Further notice is given to the parties that the attached records to the following affidavits are available for inspection and copying.

The following is attached hereto:

1.  <u>Exhibit B</u>:  Affidavit of Margie Gutierrez as custodian of records Pharmaceutical Processing Management, LLC for reasonable and necessary services provided to Hugo Medellin with itemized statements and records attached.

2.  <u>Exhibit C</u>:  Affidavit of Ruby Casares as custodian of records Texas Health Care Mobile Imaging, LLC for reasonable and necessary services provided to Hugo Medellin with itemized statements and records attached.

3.  <u>Exhibit D</u>:  Affidavit of Diana Gonzales as custodian of records Jorge Saenz, MD PA for reasonable and necessary services provided to Hugo Medellin with itemized statements and records attached.

4.  <u>Exhibit E</u>:  Affidavit of Diana Gonzales as custodian of records Texas Pain Clinic, LLC for reasonable and necessary services provided to Hugo Medellin with itemized statements and records attached.

5.  <u>Exhibit F</u>:  Affidavit of Cassandra Puente as custodian of records Exceptional Imaging PLLC for reasonable and necessary services provided to Hugo Medellin with itemized statements and records attached.

6.    <u>Exhibit G</u>:  Affidavit of Stephanie Solis as custodian of records Jose G. Dones for reasonable and necessary services provided to Hugo Medellin with itemized statements and records attached.

Respectfully Submitted,

**BEGUM LAW GROUP**

<u>/s/ *Mario A. Cisneros*</u>
Mario A. Cisneros
Texas Bar No. 24031469
2401 Wildflower Dr., Ste B
Brownsville, Texas 78526
Tel. (956) 982-1800
Fax. (956) 982-8602
Email: mcisneros@texaslegalgroup.com
**ATTORNEY FOR PLAINTIFF**

For e-service purposes, send documents to
BrownsvilleLegal@begumlawgroup.com.

## CERTIFICATE OF SERVICE

I certify that on June 20, 2022, a true and correct copy of *Plaintiff's Supplemental Notice of Filing Affidavits* was served on the following by the method listed below:

***Via E-Service:*** *Michelle.Pector@morganlewis.com*
Michelle D. Pector
State Bar No. 24027726
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Tel. (713) 890-5000
Fax. (713) 890-5001
*Attorney for Defendants*

***Via E-Service:*** *doliveira@rofllp.com*
David Oliveira
State Bar No. 15254675
Roerig, Oliveira & Fisher, LLP
10225 N. 10th Street
McAllen, Texas 78504
Tel. (956) 393-6300
Fax. (956) 386-1625
*Attorney for Defendants*

/s/ *Mario A. Cisneros*
Mario A. Cisneros

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ana Davila on behalf of Mario Cisneros
Bar No. 24065048
adavila@texaslegalgroup.com
Envelope ID: 65604780
Status as of 6/21/2022 9:00 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michelle Pector | 24027726 | michelle.pector@morganlewis.com | 6/20/2022 5:50:16 PM | SENT |
| David G. Oliveira | 15254675 | doliveira@rofllp.com | 6/20/2022 5:50:16 PM | SENT |
| Mario Cisneros | | BrownsvilleLegal@begumlawgroup.com | 6/20/2022 5:50:16 PM | SENT |

# Exhibit "B"

## AFFIDAVIT By Custodian of Records

STATE OF TEXAS                                   §
                                                 §
COUNTY OF _____                              §

**HEALTHCARE PROVIDER:  Pharmaceutical Processing Management, LLC**
**PATIENT:  Hugo O. Medellin**

Before me, the undersigned authority, personally appeared _Margie Gutierrez_ (NAME OF AFFIANT), who, being by me duly sworn, deposed as follows:

My name is _Margie Gutierrez_ (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person in charge of record for the above referenced healthcare provider. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that the above referenced healthcare provider provided to patient from _6-17-2021_ to _8-10-2021_.

The attached medical and/or billing records are a part of this affidavit:

Medical Records _59_ (# of pages)    Billing Records _3_ (# of pages)

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by the above referenced healthcare provider or an employee or representative of the above referenced healthcare provider who had knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

1. The total amount paid for the services was **(Amount Paid)**:     $ _0_

2. Unpaid Amount which healthcare provider has a right to be
   paid after any adjustments or credits is **(Amount Owed)**:     $ _4310.00_

   **TOTAL (Amount Paid + Amount Owed):**   $ _4310.00_

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the _14th_ day of _June 2022_

Notary Public, State of Texas
Notary's printed name: _Mariana Flores_
My commission expires: _07/13/2024_

_____
Notary Signature

MARIANA FLORES
Notary Public, State of Texas
Comm. Expires 07-13-2024
Notary ID 132565231

**Elite Therapy**

**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516   Fax: (956) 627-6225**

# Superbill

| | | | |
|---|---|---|---|
| **Superbill Date:** 09/20/2021 | | **Service** | 6/11/2021 thru 8/10/2021 |

| Patient Information | Payor Information |
|---|---|
| Hugo Medellin | |
| 33229 LONG HORN LN, | |
| LOS FRESNOS,, TX 78566 | |

| | | | |
|---|---|---|---|
| **Account:** | 5139 | **Insurance Phone:** | |
| **Date of birth:** | 10/30/1987 | **Insured ID:** | |
| **Employer:** | | **Insurance Policy Group:** | |
| | | **Insurance Plan Name:** | |

**Dx:** (M51.27) Lumbosacral disc displacement, other, (M54.5) Low back pain, (S33.5XXA) Lumbar sprain of ligaments of lumbar spine, initial encounter, (S13.4XXA) Cervical sprain of cervical ligts, initl., (S43.402A) Left shoulder sprain, unspecified, initial, (S39.012A) Lumbar strain of lower back, (M62.830) Muscle spasm of back, (G44.309) Headache, post-traumatic, unspecified, not intractable, (M54.2) Cervicalgia, (M25.512) Pain in left shoulder, (S16.1XXA) Cervical strain of muscle, fascia and tendon at neck level, init, (S46.912A) Left shoulder strain unspecified muscle, fascia and tendon, initial, (M62.838) Other muscle spasm

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/2021 | CSV | 99203 | | 1 | New Patient 99203 | 6/4/2021 | 11 | 0.00 | 200.00 |
| 06/17/2021 | CSV | A4595 | | 1 | Electrodes A4595 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/17/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 06/17/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/21/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 06/21/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/22/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 06/22/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/24/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 06/24/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/25/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 06/25/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/28/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 06/28/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/28/2021 | CSV | 97140 | | 1 | Manual Therapies 97140 | 6/4/2021 | 11 | 0.00 | 75.00 |
| 06/29/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 06/29/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 06/30/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |

**Elite Therapy**

**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516   Fax: (956) 627-6225**

# Superbill

**Superbill Date:**   09/20/2021 | **Service**   6/11/2021 thru 8/10/2021

| Patient Information | Payor Information |
|---|---|
| Hugo Medellin | |
| 33229 LONG HORN LN, | |
| LOS FRESNOS,, TX  78566 | |

| | | | |
|---|---|---|---|
| **Account:** | 5139 | **Insurance Phone:** | |
| **Date of birth:** | 10/30/1987 | **Insured ID:** | |
| **Employer:** | | **Insurance Policy Group:** | |
| | | **Insurance Plan Name:** | |

**Dx:** (M51.27) Lumbosacral disc displacement, other, (M54.5) Low back pain, (S33.5XXA) Lumbar sprain of ligaments of lumbar spine, initial encounter, (S13.4XXA) Cervical sprain of cervical ligts, initl., (S43.402A) Left shoulder sprain, unspecified, initial, (S39.012A) Lumbar strain of lower back, (M62.830) Muscle spasm of back, (G44.309) Headache, post-traumatic, unspecified, not intractable, (M54.2) Cervicalgia, (M25.512) Pain in left shoulder, (S16.1XXA) Cervical strain of muscle, fascia and tendon at neck level, init, (S46.912A) Left shoulder strain unspecified muscle, fascia and tendon, initial, (M62.838) Other muscle spasm

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/01/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 07/01/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/02/2021 | CSV | 99213 | | 1 | Re-Exam 99213 | 6/4/2021 | 11 | 0.00 | 150.00 |
| 07/06/2021 | CSV | 97110 | | 1 | Therapeutic Exercises 97110 | 6/4/2021 | 11 | 0.00 | 80.00 |
| 07/06/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/07/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 07/07/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/07/2021 | CSV | 97140 | | 1 | Manual Therapies 97140 | 6/4/2021 | 11 | 0.00 | 75.00 |
| 07/08/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/13/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/13/2021 | CSV | 97110 | | 3 | Therapeutic Exercises 97110 | 6/4/2021 | 11 | 0.00 | 240.00 |
| 07/14/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/14/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 07/14/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/15/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 07/15/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/16/2021 | CSV | 99213 | | 1 | Re-Exam 99213 | 6/4/2021 | 11 | 0.00 | 150.00 |

**Elite Therapy**

**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516   Fax: (956) 627-6225**

# Superbill

| | | | |
|---|---|---|---|
| **Superbill Date:**   09/20/2021 | | **Service**   6/11/2021 thru 8/10/2021 | |

| **Patient Information** | **Payor Information** |
|---|---|
| Hugo Medellin | |
| 33229 LONG HORN LN, | |
| LOS FRESNOS,, TX  78566 | |

| | | | |
|---|---|---|---|
| **Account:** | 5139 | **Insurance Phone:** | |
| **Date of birth:** | 10/30/1987 | **Insured ID:** | |
| **Employer:** | | **Insurance Policy Group:** | |
| | | **Insurance Plan Name:** | |

**Dx:** (M51.27) Lumbosacral disc displacement, other, (M54.5) Low back pain, (S33.5XXA) Lumbar sprain of ligaments of lumbar spine, initial encounter, (S13.4XXA) Cervical sprain of cervical ligts, initl., (S43.402A) Left shoulder sprain, unspecified, initial, (S39.012A) Lumbar strain of lower back, (M62.830) Muscle spasm of back, (G44.309) Headache, post-traumatic, unspecified, not intractable, (M54.2) Cervicalgia, (M25.512) Pain in left shoulder, (S16.1XXA) Cervical strain of muscle, fascia and tendon at neck level, init, (S46.912A) Left shoulder strain unspecified muscle, fascia and tendon, initial, (M62.838) Other muscle spasm

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/2021 | CSV | 97110 | | 1 | Therapeutic Exercises 97110 | 6/4/2021 | 11 | 0.00 | 80.00 |
| 07/20/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/23/2021 | CSV | 97110 | | 1 | Therapeutic Exercises 97110 | 6/4/2021 | 11 | 0.00 | 80.00 |
| 07/23/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/23/2021 | CSV | 97140 | | 1 | Manual Therapies 97140 | 6/4/2021 | 11 | 0.00 | 75.00 |
| 07/28/2021 | CSV | 97014 | | 2 | Elec. Stimulation (unattended) 97014 | 6/4/2021 | 11 | 0.00 | 100.00 |
| 07/28/2021 | CSV | 97010 | | 2 | Hot/ Cold 97010 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/28/2021 | CSV | 97140 | | 1 | Manual Therapies 97140 | 6/4/2021 | 11 | 0.00 | 75.00 |
| 07/28/2021 | CSV | 97110 | | 2 | Therapeutic Exercises 97110 | 6/4/2021 | 11 | 0.00 | 160.00 |
| 07/28/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 07/30/2021 | CSV | 97110 | | 4 | Therapeutic Exercises 97110 | 6/4/2021 | 11 | 0.00 | 320.00 |
| 07/30/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 6/4/2021 | 11 | 0.00 | 50.00 |
| 08/10/2021 | CSV | 99213 | | 1 | Re-Exam 99213 | 6/4/2021 | 11 | 0.00 | 150.00 |

| **Provider Information** | | | |
|---|---|---|---|
| **Name:** | Arturo Grimaldo D.C. | **Total Charges** | $4,310.00 |
| **License:** | 11328 | **Total Taxes** | $0.00 |
| **Tax ID:** | 475367640 | **Total** | $4,310.00 |
| **NPI:** | 1700115565 | | |

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/17/2021 |
|---|---|
| Provider | Arturo Grimaldo, D.C. |

**Subjective:**

Date of Injury: 6/4/2021

# HISTORY OF PRESENT ILLNESS (HPI):

On 6/17/2021, Mr. Hugo Medellin presented for an initial examination and treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Mr. Medellin reported going to Advanced Urgent Care of Brownsville. The patient did have radiological studies taken and medication was prescribed as well as recommendations for his to get conservative therapy were made.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

# SUBJECTIVE CHIEF COMPLAINTS (CC):

The current signs and symptoms of Mr. Medellin were assessed today:
His first symptom is sharp pain, aching pain, discomfort and tightness in the neck.  It occurs constantly, is tolerated, but does cause *some* diminution in his capacity to carry out daily activities.  Patient also complains that pain radiates into the left shoulder and right shoulder.

His next symptom is dull pain, pressure pain, discomfort and tightness in the left shoulder.  It occurs constantly, is tolerated, but does cause *some* diminution in his capacity to carry out daily activities.

His next symptom is sharp pain, aching pain, pressure pain, discomfort and tightness in the lower back.  It occurs constantly, is tolerated, but does cause *some* diminution in his capacity to carry out daily activities.  Patient also complains that pain radiates into the left buttock, left leg, right buttock and right leg.

His next symptom is headaches which he describes as dull pain and pressure pain. It occurs intermittently, is tolerated, but does cause *some* diminution in his capacity to carry out daily activities.

He also complains of numbness/tingling, joint swelling, joint stiffness, muscular spasms,

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date   06/17/2021

Provider   Arturo Grimaldo, D.C.                    *** *continued from previous page* ***

muscle weakness, mental/physical stress and anxiety but denies any dizziness, nausea, double vision and/or blurry vision.

Mr. Medellin indicated that he had not experienced prior symptoms similar to his current complaints, and was symptom free at the time of the aforementioned incident.

**ACTIVITIES OF DAILY LIVING ASSESSMENT:**
He reported suffering varying degrees of losses of functional capacity with the following activities:

With regard to *Self Care and Personal Hygiene*, Mr. Medellin stated: showering, putting on shirt, putting on shoes, putting on pants and using the bathroom can be managed alone, despite pain.

With regard to *Physical Activity*, Mr. Medellin  stated: lifting, squatting, sitting continuously, bend head forward, bend head backward, turning head, bending head to the sides, bending forward, bending backward , twisting, bending side to side, kneeling, transitioning from sitting to standing, prolong walking, prolong standing, pushing, pulling and lying down can be managed alone, despite pain.

Regarding *Travel*, Mr. Medellin stated: driving a motor vehicle and getting in and out of a vehicle can be managed alone, despite pain.

Regarding *Sleeping*, Mr. Medellin stated: his ability to sleep a normal, restful night's sleep is restricted by his condition.

**Medical History:**
Mr. Medellin denies any history of anemia, heart disease, liver disease, kidney disease, asthma, cancers, ulcers, thyroid disease, allergies, arthritis, hypertension, diabetes and high cholesterol.

**Surgical History:**
Mr. Medellin stated he has undergone the following surgical procedures: rhinoplasty and hemorrhoidectomy.

**Objective:**

**GENERAL PHYSICAL EXAMINATION:**
Mr. Hugo Medellin  is a 33 year-old, right handed mentally alert and cooperative Male.

**Weight:**  210 **Height:** 5 feet, 6 inches.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| | | |
|---|---|---|
| **Patient: Medellin, Hugo** | **Acct #: 5139** | **DOB:  10/30/1987** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

| **Date     06/17/2021** | |
|---|---|
| **Provider   Arturo Grimaldo, D.C.** | *** continued from previous page *** |

**Blood Pressure (Left Side):** 139/ 90 mm Hg.
He was advised to follow-up with his PCP regarding his high blood pressure.

**Pulse Rate (resting):** 70 beats per minute.

**Temperature:** 97.9°F.

PALPATION EVALUATION:
Palpation, which is an examination using the hands, was performed to evaluate Mr. Medellin's response to pressure and to examine tissue consistency.

The midline structures (spinous process tips and nuchal ligament from C1 through C7) of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

RANGE OF MOTION STUDIES:
The following joint range of motion calculations and analyses were performed to determine Mr. Medellin's present condition with regard to joint motion:

| **Cervical Spine:** | **Angle** | **Analysis** |
|---|---|---|
| Flexion | 30° | (norm=50°), with pain. |
| Extension | 40° | (norm=60°), with pain. |
| L. Lateral Flexion | 20° | (norm=45°), with pain. |
| R. Lateral Flexion | 20° | (norm=45°), with pain. |
| Left Rotation | 60° | (norm=80°), with pain. |
| Right Rotation | 60° | (norm=80°), with pain. |

| **Lumbar Spine:** | **Angle** | **Analysis** |
|---|---|---|
| Flexion: | 30° | (norm=80+), with pain. |
| Extension: | 5° | (norm=25°), with pain. |

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/17/2021 | |
|---|---|---|
| Provider | Arturo Grimaldo, D.C. | *** continued from previous page *** |

|  | L. Lat. Flexion | 10° | (norm=25°), with pain. |
|---|---|---|---|
|  | R. Lat. Flexion | 10° | (norm=25°), with pain. |

**Extremities Range of Motion Measurements:**
**Upper Extremity:**

| Shoulder: | Angle | Analysis |
|---|---|---|
| L. Flexion | 160° | (norm=180°), with pain. |
| L. Extension | 30° | (norm=50°), with pain. |
| L. Abduction | 160° | (norm=170-180°), with pain. |
| L. Adduction | 30° | (norm=40-50°), with pain. |
| L. Extnl. Rotation | 60° | (norm=80-90°), with pain. |
| L. Intnl. Rotation | 60° | (norm=80-90°), with pain. |
| | | |
| R. Flexion | 180° | (norm=180°), without pain. |
| R. Extension | 50° | (norm=50°), without pain. |
| R. Abduction | 180° | (norm=170-180°), without pain. |
| R. Adduction | 50° | (norm=40-50°), without pain. |
| R. Ext. Rotation | 90° | (norm=80-90°), without pain. |
| R. Intnl. Rotation | 80° | (norm=80-90°), without pain. |

**MUSCLE STRENGTH STUDIES:**
The following muscles were tested utilizing the following scale:
Grade 5  Active movement against gravity with full resistance.
Grade 4  Active movement against gravity with some resistance.
Grade 3  Active movement against gravity only without resistance.
Grade 2  Active movement with gravity eliminated.
Grade 1  Slight contraction and no movement.
Grade 0  No contraction.

**Upper Extremities:**
**Left Shoulder:**
The left Supraspinatus, Deltoid (Anterior Division) and Deltoid (Middle Division) were weak (Grade 4).

**Right Shoulder:**
The right Supraspinatus, Deltoid (Anterior Division) and Deltoid (Middle Division) were strong (Grade 5).

**Left Elbow:**
The left Biceps Brachii and Brachialis group, Triceps Brachii group and Brachioradialis were strong (Grade 5).

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/17/2021 | |
|---|---|---|
| Provider | Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

**Right Elbow:**
The right Biceps Brachii and Brachialis group, Triceps Brachii group and Brachioradialis were strong (Grade 5).

**Left Wrist:**
The left wrist flexors and extensor were strong (Grade 5).

**Right Wrist:**
The right wrist flexors and extensor were strong (Grade 5).

**Lower Extremities:**
**Left Hip:**
The left Psoas Major and Iliacus group and Sartorius were weak (Grade 4).

**Right Hip:**
The right Psoas Major and Iliacus group and Sartorius were weak (Grade 4).

**Left Knee:**
The left Hamstrings muscle group was strong (Grade 5).

The left Quadriceps muscle group was weak (Grade 4).

**Right Knee:**
The right Hamstrings muscle group was strong (Grade 5).

The right Quadriceps muscle group was weak (Grade 4).

**Left Ankle:**
The left Gastrocnemius was strong (Grade 5).

**Right Ankle:**
The Right Gastrocnemius was strong (Grade 5).

**NEUROLOGICAL EVALUATION:**
**Deep Tendon Reflexes:**The left and right Biceps, left and right Triceps, left and right Brachioradialis, left and right Patellar and left and right Achilles tendons presented a normal reflex.

**Sensory Deficit Testing:**
There was no loss of sensibility, abnormal sensation, or pain noted in any of the upper and

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/17/2021 | |
|---|---|---|
| Provider | Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

lower dermatomes tested.

## ORTHOPEDIC EVALUATION:
**Cervical Distraction Test**, was positive, which is indicative of a sprain, strain, disc involvement or nerve root compression.

**Cervical Compression Test**, was positive, which is indicative of a sprain, strain, disc involvement or nerve root compression.

**Maximum Cervical Compression Test**, was positive bilaterally, which is indicative of a sprain, strain, disc involvement or cervical nerve root compression.

**Shoulder Depression Test**, was positive on the left which is indicative of a sprain, strain, and/or nerve root compression.

**Shoulder Apley's Scratch Test,** which is indicative of a sprain, strain and/or injury to the shoulder joint was positive on the left.

**Straight Leg Raise Test** was positive on the left. Pain was elicited at approximately 40 degrees, which is indicative of a sprain, strain, disc involvement or nerve root compression.

**Straight Leg Raise Test** was positive on the right. Pain was elicited at approximately 30 degrees, which is indicative of a sprain, strain, disc involvement or nerve root compression.

**Kemp's Test**, was positive, which is indicative of a sprain, strain, facet syndrome, or disc involvement.

**Assessment:**

Mr. Medellin was seen in our office today for an evaluation of his injuries resulting from the above mention incident.

## RADIOLOGICAL STUDIES:
I have reviewed the following with Mr. Medellin in thorough detail: CT Scan without contrast of the head/brain, cervical spine, lumbar spine and chest taken at Advanced Urgent Care of Brownsville on 6/13/2021. Refer to radiological report.

I have also reviewed the following with Mr. Medellin in thorough detail: XRay results of the left shoulder taken at Advanced Urgent Care of Brownsville on 6/13/2021. Refer to radiological report.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB:  10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date   06/17/2021 |
|---|
| Provider   Arturo Grimaldo, D.C.                                    *** continued from previous page *** |

**PROGNOSIS:**  The prognosis is guarded. Symptomatic and functional improvements are expected, but a full resolution of the clinical presentation is still in question. This prognosis may well change and is directly dependent on how well the treatment plan is followed.

Based on an assessment of Mr. Medellin's history of this injury, along with his subjective complaints, objective findings and other test results, it is evident from a standpoint of medical certainty, that his current condition did result from the type of incident described in this report.

**Plan:**

**Present Care Phase:**  Mr. Medellin is presently in a relief phase of care.

Consent to perform a physical examination prior to beginning was given by Mr. Medellin.

The nature of the proposed treatment plan along with the probability and significance of any risks and other treatment options were discussed with Mr. Medellin prior to beginning treatment.  It is clear he understood all his options prior to beginning treatment.

**Future Treatment Plan:** The following treatment will be implemented but will be modified as needed depending on the patient's clinical presentation. The patient has been recommended the following frequency: 5 times a week for 2 weeks.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain.
For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/17/2021 |
|---|---|

| Provider | Arturo Grimaldo, D.C. | *** *continued from previous page* *** |
|---|---|---|

Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Goals of Treatment Plan:** The preceding treatment plan has the goal of decreasing pain, decreasing swelling, decreasing inflammation, decreasing spasms, increasing range of motion and increasing function.

**Today's Modalities & Procedures:** The following procedures were performed today:  EMS (electrical muscle stimulation) and heat therapy.

Treatment rendered without incident.

We will also request medical records from Advanced Urgent Care of Brownsville.

**RECOMMENDATIONS**:
Mr. Medellin was advised to follow-up with Dr. Jorge Saenz, MD due to continual pain and discomfort.

Mr. Medellin may require MRIs should his symptoms persist.

Mr. Medellin was recommended to avoid any activities which may worsen his current state.


Electronically Signed by: Arturo Grimaldo, D.C. on 06/17/2021  06:17:39PM


| Diagnosis | M51.27: Lumbosacral disc displacement, other |
|---|---|
| | S13.4XXA: Cervical sprain of cervical ligts, initl. |
| | S43.402A: Left shoulder sprain, unspecified, initial |
| | S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter |
| | G44.309: Headache, post-traumatic, unspecified, not intractable |
| | M54.2: Cervicalgia |
| | M25.512: Pain in left shoulder |
| | M54.5: Low back pain |
| | S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init |
| | S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial |
| | S39.012A: Lumbar strain of lower back |
| | M62.838: Other muscle spasm |
| | M62.830: Muscle spasm of back |

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/21/2021 |
| Provider | Arturo Grimaldo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 6/21/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:** Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| | | |
|---|---|---|
| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

**Date    06/21/2021**

**Provider    Arturo Grimaldo, D.C.**                                    *** *continued from previous page* ***

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation) and heat therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

**Diagnosis**        M51.27: Lumbosacral disc displacement, other
S13.4XXA: Cervical sprain of cervical ligts, initl.
S43.402A: Left shoulder sprain, unspecified, initial
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
G44.309: Headache, post-traumatic, unspecified, not intractable
M54.2: Cervicalgia
M25.512: Pain in left shoulder
M54.5: Low back pain
S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init
S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial
S39.012A: Lumbar strain of lower back
M62.838: Other muscle spasm
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/22/2021 |
| Provider | Arturo Grimaldo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 6/22/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:** Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

# Chart Notes

## Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    06/22/2021 | |
|---|---|
| **Provider   Arturo Grimaldo, D.C.** | *** *continued from previous page* *** |

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation) and heat therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

| Diagnosis | M51.27: Lumbosacral disc displacement, other |
|---|---|
| | S13.4XXA: Cervical sprain of cervical ligts, initl. |
| | S43.402A: Left shoulder sprain, unspecified, initial |
| | S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter |
| | G44.309: Headache, post-traumatic, unspecified, not intractable |
| | M54.2: Cervicalgia |
| | M25.512: Pain in left shoulder |
| | M54.5: Low back pain |
| | S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init |
| | S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial |
| | S39.012A: Lumbar strain of lower back |
| | M62.838: Other muscle spasm |
| | M62.830: Muscle spasm of back |

# Chart Notes

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/24/2021 |
|---|---|
| **Provider** | **Arturo Grimaldo, D.C.** |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 6/24/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:** Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/24/2021 | |
|---|---|---|
| Provider | Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation) and heat therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

Diagnosis      M51.27: Lumbosacral disc displacement, other
S13.4XXA: Cervical sprain of cervical ligts, initl.
S43.402A: Left shoulder sprain, unspecified, initial
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
G44.309: Headache, post-traumatic, unspecified, not intractable
M54.2: Cervicalgia
M25.512: Pain in left shoulder
M54.5: Low back pain
S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init
S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial
S39.012A: Lumbar strain of lower back
M62.838: Other muscle spasm
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/25/2021 |
|---|---|
| Provider | Arturo Grimaldo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 6/25/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:** Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/25/2021 | |
|---|---|---|
| Provider | Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation) and heat therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

| Diagnosis | M51.27: Lumbosacral disc displacement, other |
|---|---|
| | S13.4XXA: Cervical sprain of cervical ligts, initl. |
| | S43.402A: Left shoulder sprain, unspecified, initial |
| | S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter |
| | G44.309: Headache, post-traumatic, unspecified, not intractable |
| | M54.2: Cervicalgia |
| | M25.512: Pain in left shoulder |
| | M54.5: Low back pain |
| | S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init |
| | S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial |
| | S39.012A: Lumbar strain of lower back |
| | M62.838: Other muscle spasm |
| | M62.830: Muscle spasm of back |

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/28/2021 |
|---|---|
| Provider | Arturo Grimaldo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 6/28/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:**  Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/28/2021 | |
|---|---|---|
| Provider | Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation), heat therapy and manual therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

| Diagnosis | M51.27: Lumbosacral disc displacement, other |
|---|---|
| | S13.4XXA: Cervical sprain of cervical ligts, initl. |
| | S43.402A: Left shoulder sprain, unspecified, initial |
| | S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter |
| | G44.309: Headache, post-traumatic, unspecified, not intractable |
| | M54.2: Cervicalgia |
| | M25.512: Pain in left shoulder |
| | M54.5: Low back pain |
| | S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init |
| | S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial |
| | S39.012A: Lumbar strain of lower back |
| | M62.838: Other muscle spasm |
| | M62.830: Muscle spasm of back |

# Chart Notes

## Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/29/2021 |
|---|---|
| Provider | Arturo Grimaldo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 6/29/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:** Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

## Chart Notes

### Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    06/29/2021 | |
|---|---|
| Provider   Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation) and heat therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

**Diagnosis**    M51.27: Lumbosacral disc displacement, other
S13.4XXA: Cervical sprain of cervical ligts, initl.
S43.402A: Left shoulder sprain, unspecified, initial
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
G44.309: Headache, post-traumatic, unspecified, not intractable
M54.2: Cervicalgia
M25.512: Pain in left shoulder
M54.5: Low back pain
S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init
S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial
S39.012A: Lumbar strain of lower back
M62.838: Other muscle spasm
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/30/2021 |
| Provider | Arturo Grimaldo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 6/30/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:**  Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 06/30/2021 | |
|---|---|---|
| Provider | Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation) and heat therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

| Diagnosis | M51.27: Lumbosacral disc displacement, other |
|---|---|
| | S13.4XXA: Cervical sprain of cervical ligts, initl. |
| | S43.402A: Left shoulder sprain, unspecified, initial |
| | S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter |
| | G44.309: Headache, post-traumatic, unspecified, not intractable |
| | M54.2: Cervicalgia |
| | M25.512: Pain in left shoulder |
| | M54.5: Low back pain |
| | S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init |
| | S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial |
| | S39.012A: Lumbar strain of lower back |
| | M62.838: Other muscle spasm |
| | M62.830: Muscle spasm of back |

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 07/01/2021 |
|---|---|
| Provider | Arturo Grimaldo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

The patient named above came to our office on 7/1/2021 for treatment of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient still complains of pain in the following areas: neck, left shoulder, right shoulder, lower back, left buttock, left leg, right buttock, right leg and headaches.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## Objective:

**Palpation Evaluation:** Palpation revealed the following:
The midline structures of the cervical spine and surrounding tissues revealed tenderness to digital palpation, hypertonicity, trigger points, muscular spasms and joint restriction.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

The left shoulder structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity and joint restriction.

The left trapezius muscle group revealed hypertonicity and trigger points.

The right trapezius muscle group revealed hypertonicity.

## Assessment:

Mr. Medellin is presently receiving medically necessary care as he has not reached our goals of recovery or maximum medical improvement (MMI).

Advised to continue with treatment plan as prescribed on his last evaluation.

## Plan:

**Present Care Phase:**  Patient is presently in a relief phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

Heat (97010)- Decrease muscular tension, increase microcirculation and provide pain modulation. For 8 to 37 minutes to the following areas: cervical, lumbar, left shoulder/arm and right shoulder regions.

# Chart Notes

## Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date 07/01/2021 | |
|---|---|
| Provider   Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

Electrical Muscle Stimulation (97014)- Decrease pain and stimulate the muscular system. For 8 to 37 minutes to the following areas: cervical and lumbar regions.

Manual Therapy (97140)-  In the form on mobilization and myofascial release done to increase range of motion, decrease muscular spasms and hypertonicity.
For 8 to 22 minutes to the following areas: cervical, thoracic, lumbar, left shoulder/arm and right shoulder regions.

Ultrasound (97035)-  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain. For 8 to 22 minutes to the following areas: cervical and lumbar regions.

Therapeutic Exercises (97110)- To increase active range of motion, increase passive range of motion, increase strength, improve flexibility, increase function, increase endurance, and restore balance.
Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes.

*Therapeutic Exercises*: Range of Motion exercises performed to the cervical spine, lumbar spine and left shoulder/arm for 15 minutes.

**Today's Modalities & Procedures**: The following procedures were performed today:EMS (electrical muscle stimulation) and heat therapy.

**Closing Comments:**
Treatment rendered without incident and continue treatment as planned.

Therapy Performed By: Marisol Solis, CA

Note Entered By: HR

| Diagnosis | M51.27: Lumbosacral disc displacement, other |
|---|---|
| | S13.4XXA: Cervical sprain of cervical ligts, initl. |
| | S43.402A: Left shoulder sprain, unspecified, initial |
| | S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter |
| | G44.309: Headache, post-traumatic, unspecified, not intractable |
| | M54.2: Cervicalgia |
| | M25.512: Pain in left shoulder |
| | M54.5: Low back pain |
| | S16.1XXA: Cervical strain of muscle, fascia and tendon at neck level, init |
| | S46.912A: Left shoulder strain unspecified muscle, fascia and tendon, initial |
| | S39.012A: Lumbar strain of lower back |
| | M62.838: Other muscle spasm |
| | M62.830: Muscle spasm of back |

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 07/02/2021 |
|---|---|
| Provider | Jesus D. Castillo, D.C. |

**Subjective:**

Date of Injury: 6/4/2021

A re-evaluation was performed today on Mr. Hugo Medellin.

## HISTORY OF PRESENT ILLNESS (HPI):
On 7/2/2021, Hugo presented for an for a re-evaluation of his complaints arising from a motor vehicle collision that occurred on 6/4/2021.

### Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, sore throat and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

## SUBJECTIVE CHIEF COMPLAINTS (CC):
Hugo's current symptoms were assessed today and are as follows:

He reports feeling pain in the lower back and pelvis that he describes as constant, sharp pain, aching pain, stabbing pain, tightness and stiffness and interferes with her ability to perform his normal daily activities.

He states that he feels pain that travels to his left leg and right leg.

Mr. Medellin indicated that he did not have his current symptoms prior to this accident, and was symptom free at the time of the aforementioned incident.

## ACTIVITIES OF DAILY LIVING ASSESSMENT:
Mr. Medellin reported suffering varying degrees of losses of functional capacity with the following activities:

Regarding *Self Care and Personal Hygiene*, he states: dressing/ undressing, personal hygiene, grooming, bathing/showering and using the rest room can be managed alone, despite pain.

Regarding *Physical Activity*, he states: bending side to side, twisting, stooping, prolonged sitting, sit to stand transfer, prolonged standing, walking, bending backward and bending forward become difficult due to pain and interferes with his activities.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date     07/02/2021 |
|---|

| Provider   Jesus D. Castillo, D.C. | *** *continued from previous page* *** |

Mr. Medellin reported his neck and upper back and left shoulder/arm  pain have resolved and cause no diminution in his capacity to carry out daily activities.

**Objective:**
**GENERAL PHYSICAL EXAMINATION:**
Mr. Hugo Medellin  is a 33 year-old, right handed mentally alert and cooperative Male.

**Weight:** 210 **Height:** 5 feet, 6 inches.

**Blood Pressure (Left Side):** 148/ 92 mm Hg.

**Pulse Rate (resting):** 79 beats per minute.

**PALPATION EVALUATION:**
Palpation, which is an examination using the hands, was performed to evaluate Mr. Medellin's response to pressure and to examine tissue consistency.

The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

**RANGE OF MOTION STUDIES:**
The following joint range of motion calculations and analyses were performed to determine Mr. Medellin's present condition with regard to joint motion:

| **Thoraco-lumbar Spine:** | **Angle** |
|---|---|
| Flexion: | 80° (norm=80+), with pain. |
| Extension: | 10° (norm=25°), with pain |
| L. Lat. Flexion | 25° (norm=25°), without pain |
| R. Lat. Flexion | 25° (norm=25°), without pain |

**MUSCLE STRENGTH STUDIES:**
The following muscles were tested utilizing the following scale:
Grade 5  Normal, with active movement against gravity with full resistance.
Grade 4  Weak, with active movement against gravity with some resistance.
Grade 3  Fair, with active movement against gravity only without resistance.
Grade 2  Poor, with active movement with gravity eliminated.
Grade 1  Trace, with slight contraction and no movement.
Grade 0  No contraction.

**Muscle Strength of Neck and Upper Extremity:**
Upper body muscles strength was normal (Grade 5) except for the neck- cervical paraspinal

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB:  10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    07/02/2021 | | |
|---|---|---|
| Provider   Jesus D. Castillo, D.C. | | *** *continued from previous page* *** |

muscles, graded at: 5 (Normal).

**Muscle Strength of Back and Lower Extremity**:
Lower body muscles strength was normal (Grade 5) except for the back- thoracolumbar
paraspinal muscles, graded at: 4 (Weak).

**NEUROLOGICAL EVALUATION**:
**Deep Tendon Reflexes (DTR)**:
The Biceps, Triceps, Brachioradialis, Patella and Achilles Deep Tendon Reflexes evaluated
for lower motor neuron function are found to be equal and reactive in the left and right
extremities.

**Sensory Deficit Testing**:
no sensory deficits noted in the left or right upper extremity dermatomes.
no sensory deficits noted in the left or right lower extremity dermatomes.

**ORTHOPEDIC EVALUATION**:
**Lumbar Orthopedic Tests**:
**Straight Leg Raise Test** was positive bilaterally. Moderate pain was elicited, which is
indicative of a sprain, strain, disc involvement or nerve root compression.

**Kemp's Test**  was positive bilaterally, which is indicative of irritation to the facet joints and/ or
nerve roots.

**Assessment:**

**PROGRESS**:
Over all, the patient's condition has improved. Mr. Medellin has responded as expected to
our care. The patient is not yet at maximum medical improvement (MMI) and is presently
receiving medically necessary care. He has been consistent when following our
recommendations and has been advised to continue with the treatment protocol as
scheduled.

**PROGNOSIS**:  The prognosis is fair,

**CT STUDIES**:
I have reviewed the following with Mr. Medellin: CT results of the left shoulder, lumbar spine,
chest, cervical spine and head/ brain taken at Advanced Urgent Care on 6/13/2021. Refer to
the report. however symptomatic and functional improvements are expected, but a full
resolution of the clinical presentation is still in question. This prognosis may well change and
is directly dependent on how well the treatment plan is followed.

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| | | |
|---|---|---|
| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

Date    07/02/2021

Provider    Jesus D. Castillo, D.C.                    *** continued from previous page ***

**Plan:**

**Present Care Phase:**  Mr. Medellin is presently in a therapeutic/rehabilitative phase of care.

**Future Treatment Plan:** The patient has been recommended the following treatment frequency: 3 times a week for 2 weeks.

**Therapeutic Modalities recommended to the lumbar spine** They may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes. Each therapeutic modality given with be performed for 8 to 22 minutes.

*Heat Therapy (97010)* - Decrease muscular tension, increase microcirculation and provide pain modulation.

*Cold Therapy (97010)* - Decrease pain, muscle spasm and swelling of the soft tissue and bone that can minimize the damage of the initial injury and reduce healing time.

*Electrical Muscle Stimulation (97014)* - Decrease pain and stimulate the muscular system.

*Ultrasound (97035)* -  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain.

*Manual Therapy (97140)* -  In the form of mobilization and myofascial release done to reduce fibrotic tissue, stretch deep myofascial tissue and improve muscle tone.

*Intersegmental Mechanical Traction (97012)* - To increase joint mobility, increase circulation and decompress the tissues in the involved areas.

**Therapeutic Exercises are recommended.** Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes. Therapeutic exercises performed for a total of 20-30 minutes

*Range of Motion (97110)* - Range of motion exercises to increase active joint motion, improve flexibility and overall function.

*Stretching Exercises (97110)* -  Stretching exercises to increase passive joint motion, improve flexibility and overall function.

*Postural Exercises (97110)* - Postural exercises to decrease unnecessary stress placed on the spine and joints due to abnormal mechanics and poor posture.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| | | |
|---|---|---|
| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

**Date   07/02/2021**

| Provider   Jesus D. Castillo, D.C. | *** continued from previous page *** |
|---|---|

Arm and/or Leg-bicycle (97110) - Stationary Arm and/or Leg-Bicycle to increase arm and leg motion, improve circulation and cardiovascular health.

Resistive Training (97110) - Resistive training to include Isometrics, Therabands, Weights and Core exercises to increase strength, improve muscle tone and promote spine and joint stabilization.

**Goals of Treatment Plan:**  The preceding treatment plan has the goal of decreasing pain, decreasing swelling and inflammation, decreasing muscle spasm and restoring joint mobility.

**Recommendations**:
Mr. Medellin was recommended to avoid any activities that may worsen his current state.

Electronically Signed by: Jesus D. Castillo, D.C.

**Diagnosis**     M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| | | |
|---|---|---|
| **Patient: Medellin, Hugo** | **Acct #: 5139** | **DOB:  10/30/1987** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    07/06/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/6/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following:  The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a therapeutic/rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: intersegmental mechanical traction and 1-unit of therapeutic exercises (8-22 minutes).

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

# Chart Notes

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| | | |
|---|---|---|
| **Patient: Medellin, Hugo** | **Acct #: 5139** | **DOB:** 10/30/1987 |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date**     07/06/2021

**Provider**   **Jesus D. Castillo, D.C.**                                    *** *continued from previous page* ***

**Diagnosis**     M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

# Chart Notes

## Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    07/07/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/7/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following:  The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a therapeutic/rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: EMS (electrical muscle stimulation), manual therapy and heat/ ice therapy.

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

# Chart Notes

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**    **07/07/2021**

| **Provider**   **Jesus D. Castillo, D.C.** | ***\*\*\* continued from previous page \*\*\**** |
|---|---|

**Diagnosis**    M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

## Chart Notes

### Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    07/08/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/8/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following:  The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase**:  Mr. Medellin is presently in a therapeutic/rehabilitative phase of care.

**Treatment Plan**: Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures**: The following procedures were performed today: intersegmental mechanical traction.

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: **Medellin, Hugo** | Acct #: **5139** | DOB: **10/30/1987** |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**   **07/08/2021**

| Provider **Jesus D. Castillo, D.C.** | *** *continued from previous page* *** |
|---|---|

**Diagnosis**   M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

# Chart Notes

## Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**   07/13/2021

**Provider**   Jesus D. Castillo, D.C.

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/13/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following:  The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a therapeutic/rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: intersegmental mechanical traction and 3-units of therapeutic exercises (38-52 minutes).

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

# Chart Notes

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date** 07/13/2021

| **Provider** Jesus D. Castillo, D.C. | *** continued from previous page *** |
|---|---|

**Diagnosis**   M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| | | |
|---|---|---|
| **Patient: Medellin, Hugo** | **Acct #: 5139** | **DOB: 10/30/1987** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    07/14/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/14/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following:  The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a therapeutic/rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: intersegmental mechanical traction, EMS (electrical muscle stimulation) and heat/ ice therapy.

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

# Chart Notes

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB:  10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**    07/14/2021

| **Provider**   **Jesus D. Castillo, D.C.** | *** *continued from previous page* *** |
|---|---|

**Diagnosis**     M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| | | |
|---|---|---|
| **Patient: Medellin, Hugo** | **Acct #: 5139** | **DOB:  10/30/1987** |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date     07/15/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/15/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following:  The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a therapeutic/rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: EMS (electrical muscle stimulation) and heat/ ice therapy.

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

## Chart Notes
### Hugo Medellin

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**   07/15/2021

**Provider**   **Jesus D. Castillo, D.C.**                                    *** *continued from previous page* ***

**Diagnosis**   M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 07/16/2021 |
|---|---|
| Provider | Jesus D. Castillo, D.C. |

**Subjective:**

Date of Injury: 6/4/2021

A re-evaluation was performed today on Mr. Hugo Medellin.

## HISTORY OF PRESENT ILLNESS (HPI):

On 7/16/2021, Hugo presented for an for a re-evaluation of his complaints arising from a motor vehicle collision that occurred on 6/4/2021.

### Covid-19 Screening:

Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, sore throat and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

## SUBJECTIVE CHIEF COMPLAINTS (CC):

Hugo's current symptoms were assessed today and are as follows:

He reports feeling pain in the lower back and pelvis that he describes as constant, sharp pain, aching pain, stabbing pain, tightness and stiffness and interferes with her ability to perform his normal daily activities.

He states that he feels pain that travels to his left leg and right leg.

Mr. Medellin indicated that he did not have his current symptoms prior to this accident, and was symptom free at the time of the aforementioned incident.

## ACTIVITIES OF DAILY LIVING ASSESSMENT:

Mr. Medellin reported suffering varying degrees of losses of functional capacity with the following activities:

Regarding *Self Care and Personal Hygiene*, he states: dressing/ undressing, personal hygiene, grooming, bathing/showering and using the rest room can be managed alone, despite pain.

Regarding *Physical Activity*, he states: bending side to side, twisting, stooping, prolonged sitting, sit to stand transfer, prolonged standing, walking, bending backward and bending forward become difficult due to pain and interferes with his activities.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 07/16/2021 |
|---|---|

| Provider | Jesus D. Castillo, D.C. | *** *continued from previous page* *** |
|---|---|---|

Mr. Medellin reported his neck and upper back and left shoulder/arm pain have resolved and cause no diminution in his capacity to carry out daily activities.

**Objective:**
**GENERAL PHYSICAL EXAMINATION:**
Mr. Hugo Medellin  is a 33 year-old, right handed mentally alert and cooperative Male.

**Weight:** 210 **Height:** 5 feet, 6 inches.

**Blood Pressure (Left Side):** 125/ 84 mm Hg.

**Pulse Rate (resting):** 70 beats per minute.

**PALPATION EVALUATION:**
Palpation, which is an examination using the hands, was performed to evaluate Mr. Medellin's response to pressure and to examine tissue consistency.

The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

**RANGE OF MOTION STUDIES:**
The following joint range of motion calculations and analyses were performed to determine Mr. Medellin's present condition with regard to joint motion:

| **Thoraco-lumbar Spine:** | **Angle** |
|---|---|
| Flexion: | 80° (norm=80+), with pain. |
| Extension: | 25° (norm=25°), with pain |
| L. Lat. Flexion | 25° (norm=25°), without pain |
| R. Lat. Flexion | 25° (norm=25°), without pain |

**MUSCLE STRENGTH STUDIES:**
The following muscles were tested utilizing the following scale:
Grade 5  Normal, with active movement against gravity with full resistance.
Grade 4  Weak, with active movement against gravity with some resistance.
Grade 3  Fair, with active movement against gravity only without resistance.
Grade 2  Poor, with active movement with gravity eliminated.
Grade 1  Trace, with slight contraction and no movement.
Grade 0  No contraction.

**Muscle Strength of Neck and Upper Extremity:**
Upper body muscles strength was normal (Grade 5) except for the neck- cervical paraspinal

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB:  10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    07/16/2021 |
|---|
| Provider   Jesus D. Castillo, D.C. | *** *continued from previous page* *** |

muscles, graded at: 5 (Normal).

**Muscle Strength of Back and Lower Extremity**:
Lower body muscles strength was normal (Grade 5) except for the back- thoracolumbar paraspinal muscles, graded at: 4 (Weak).

**NEUROLOGICAL EVALUATION**:
**Deep Tendon Reflexes (DTR)**:
The Biceps, Triceps, Brachioradialis, Patella and Achilles Deep Tendon Reflexes evaluated for lower motor neuron function are found to be equal and reactive in the left and right extremities.

**Sensory Deficit Testing**:
no sensory deficits noted in the left or right upper extremity dermatomes.
no sensory deficits noted in the left or right lower extremity dermatomes.

**ORTHOPEDIC EVALUATION**:
**Lumbar Orthopedic Tests**:
**Straight Leg Raise Test** was positive bilaterally. Moderate pain was elicited, which is indicative of a sprain, strain, disc involvement or nerve root compression.

**Kemp's Test**  was positive bilaterally, which is indicative of irritation to the facet joints and/ or nerve roots.

**Assessment:**

**PROGRESS**:
Over all, the patient's condition has improved. Mr. Medellin has responded as expected to our care. The patient is not yet at maximum medical improvement (MMI) and is presently receiving medically necessary care. He has been consistent when following our recommendations and has been advised to continue with the treatment protocol as scheduled.

**PROGNOSIS**:  The prognosis is good,

**Plan:**

**Present Care Phase**:  Mr. Medellin is presently in a rehabilitative phase of care.

**Future Treatment Plan:** The patient has been recommended the following treatment frequency: 2 times a week for 2 weeks.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 07/16/2021 | |
|---|---|---|
| Provider | Jesus D. Castillo, D.C. | *** *continued from previous page* *** |

**Therapeutic Modalities recommended to the lumbar spine** They may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes. Each therapeutic modality given with be performed for 8 to 22 minutes.

*Heat Therapy (97010)* - Decrease muscular tension, increase microcirculation and provide pain modulation.

*Cold Therapy (97010)* - Decrease pain, muscle spasm and swelling of the soft tissue and bone that can minimize the damage of the initial injury and reduce healing time.

*Electrical Muscle Stimulation (97014)* - Decrease pain and stimulate the muscular system.

*Ultrasound (97035)* -  To decrease scar tissue, increase microcirculation to the injured areas, help decrease the inflammatory response, reduce tissue swelling and thus decrease pain.

*Manual Therapy (97140)* -  In the form of mobilization and myofascial release done to reduce fibrotic tissue, stretch deep myofascial tissue and improve muscle tone.

*Intersegmental Mechanical Traction (97012)* - To increase joint mobility, increase circulation and decompress the tissues in the involved areas.

**Therapeutic Exercises are recommended.** Exercises may be modified as needed, depending on the patient's clinical presentation on each visit to optimize outcomes. Therapeutic exercises performed for a total of 20-30 minutes

*Range of Motion (97110)* - Range of motion exercises to increase active joint motion, improve flexibility and overall function.

*Stretching Exercises (97110)* -  Stretching exercises to increase passive joint motion, improve flexibility and overall function.

*Postural Exercises (97110)* - Postural exercises to decrease unnecessary stress placed on the spine and joints due to abnormal mechanics and poor posture.

Arm and/or Leg-bicycle (97110) - Stationary Arm and/or Leg-Bicycle to increase arm and leg motion, improve circulation and cardiovascular health.

Resistive Training (97110) - Resistive training to include Isometrics, Therabands, Weights and Core exercises to increase strength, improve muscle tone and promote spine and joint stabilization.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 07/16/2021 | |
|---|---|---|
| Provider | Jesus D. Castillo, D.C. | *** *continued from previous page* *** |

**Goals of Treatment Plan:** The preceding treatment plan has the goal of decreasing pain, decreasing swelling and inflammation, decreasing muscle spasm and restoring joint mobility.

**Recommendations**:
Mr. Medellin was recommended to avoid any activities that may worsen his current state.

Electronically Signed by: Jesus D. Castillo, D.C.

**Diagnosis**     M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

## Chart Notes

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    07/20/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/20/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following: The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: intersegmental mechanical traction and 4-units of therapeutic exercises (53-67 minutes).

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

**Date**   **07/20/2021**

| Provider   Jesus D. Castillo, D.C. | *** *continued from previous page* *** |

**Diagnosis**   M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| | | |
|---|---|---|
| **Patient: Medellin, Hugo** | **Acct #: 5139** | **DOB:** 10/30/1987 |
| **Ins Co:** | **Pol #:** | **Insured ID:** |

**Date    07/23/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/23/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following: The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: intersegmental mechanical traction, manual therapy and 1-unit of therapeutic exercises (8-22 minutes).

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**   07/23/2021

| Provider   **Jesus D. Castillo, D.C.** | *** *continued from previous page* *** |
|---|---|

**Diagnosis**   M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

---

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    07/28/2021**

**Provider   Jesus D. Castillo, D.C.**

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/28/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following: The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: intersegmental mechanical traction, manual therapy, EMS (electrical muscle stimulation), heat/ ice therapy and 2-units of therapeutic exercises (23-37 minutes).

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

# Chart Notes

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**   **07/28/2021**

| Provider   **Jesus D. Castillo, D.C.** | *** *continued from previous page* *** |
|---|---|

**Diagnosis**   M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB:  10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    07/30/2021 |
|---|
| Provider   Jesus D. Castillo, D.C. |

## Subjective:

Date of Injury: 6/4/2021

Mr. Hugo Medellin returned to our office on 7/30/2021 for treatment of his injuries resulting from a motor vehicle crash that occurred on 6/4/2021

Covid-19 Screening:
Patient denies any acute coughing, fatigue, shortness of breath, fever, chills, repeated shaking with chills, muscle pain, sore throat, headache and/or loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19. Patient also denies traveling out of state or the country.

Patient still complains of pain in the following areas: lower back, left leg and right leg.

## Objective:

Palpation revealed the following: The lower back, lumbar spine, pelvis and surrounding tissue revealed pain, tenderness on palpation, muscle spasms, hypertonicity, trigger points and joint restriction.

## Assessment:

Mr.Medellin's condition is showing improvement with the current conservative treatment. It is recommended that he continue with the treatment plan prescribed on his last evaluation.

Hugo is presently receiving medically necessary care and has not reached our goals of recovery or maximum medical improvement (MMI).

## Plan:

**Present Care Phase:**  Mr. Medellin is presently in a rehabilitative phase of care.

**Treatment Plan:** Mr. Medellin is to continue with his current treatment plan as prescribed in the last examination.

**Today's Modalities & Procedures:** The following procedures were performed today: intersegmental mechanical traction and 4-units of therapeutic exercises (53-67 minutes).

**Closing Comments:**
Treatment rendered without incident.

Therapy Performed By: Marisol Solis, CA

Note Entered By: MG

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| | | |
|---|---|---|
| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

**Date**    07/30/2021

| Provider   Jesus D. Castillo, D.C. | *** *continued from previous page* *** |
|---|---|

**Diagnosis**    M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    08/10/2021 |
|---|
| Provider   Arturo Grimaldo, D.C. |

**Subjective:**

Date of Injury: 6/4/2021

A re-evaluation was performed today on Mr. Hugo Medellin.

## HISTORY OF PRESENT ILLNESS (HPI):

On 8/10/2021, Mr. Hugo Medellin presented for a re-evaluation of his complaints arising from a motor vehicle collision which occurred on 6/4/2021.

Patient pre-screened as per COVID-19 Protocol.

Patient denies any acute coughing, shortness of breath, difficulty breathing, fever, chills, repeated shaking with chills, fatigue, sore throat, diarrhea, nausea, vomiting, congestion, runny nose and/or new loss of taste or smell. Patient also denies being in close contact with any one who has COVID-19.

## SUBJECTIVE CHIEF COMPLAINTS (CC):

The current signs and symptoms of Mr. Medellin were assessed today:
His first symptom is dull, pressure pain and discomfort which becomes sharp with movement and tightness in the lower back. It occurs intermittently, is tolerated, but does cause *some* diminution in his capacity to carry out daily activities. Patient also complains that pain radiates into the left buttock and right buttock.
He stated the pain has been improving slightly.

He also still complains of some numbness/tingling, joint stiffness and occasional muscular spasms.

### ACTIVITIES OF DAILY LIVING ASSESSMENT:

He reported suffering varying degrees of losses of functional capacity with the following activities:

With regard to *Self Care and Personal Hygiene*, Mr. Medellin stated: putting on shoes and using the bathroom can be managed alone, despite pain.

With regard to *Physical Activity*, Mr. Medellin  stated: lifting, squatting, sitting continuously, bending forward, bending backward , transitioning from sitting to standing, prolong walking and prolong standing can be managed alone, despite pain.

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**    08/10/2021

**Provider**   Arturo Grimaldo, D.C.                         *** *continued from previous page* ***

Regarding *Travel*, Mr. Medellin stated: driving a motor vehicle for a prolong period and getting in and out of a vehicle can be managed alone, despite pain.

**Medical History:**

Mr. Medellin denies any history of anemia, heart disease, liver disease, kidney disease, asthma, cancers, ulcers, thyroid disease, allergies, arthritis, hypertension, diabetes and high cholesterol.

**Surgical History:**

Mr. Medellin stated he has undergone the following surgical procedures: rhinoplasty and hemorrhoidectomy.

**Objective:**

**GENERAL PHYSICAL EXAMINATION:**

Mr. Hugo Medellin  is a 33 year-old, right handed mentally alert and cooperative Male.

**Weight:**  210 **Height:** 5 feet, 6 inches.

**Blood Pressure (Left Side):** 132/90 mm Hg.
He was advised to follow-up with his PCP regarding his high blood pressure.

**Pulse Rate (resting):** 90 beats per minute.

**Temperature:** 98.2°F.

**PALPATION EVALUATION:**

Palpation, which is an examination using the hands, was performed to evaluate Mr. Medellin's response to pressure and to examine tissue consistency.

The lumbar and lumbosacral structures and surrounding tissues revealed tenderness to digital palpation, hypertonicity, muscular spasms and joint restriction.

**RANGE OF MOTION STUDIES:**

The following joint range of motion calculations and analyses were performed to determine Mr. Medellin's present condition with regard to joint motion:

| **Lumbar Spine:** | **Angle** | **Analysis** |
|---|---|---|
| Flexion: | 60° | (norm=80+), with pain. |
| Extension: | 15° | (norm=25°), with pain. |
| L. Lat. Flexion | 25° | (norm=25°), with pain. |

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date 08/10/2021 | | |
|---|---|---|
| Provider Arturo Grimaldo, D.C. | | *** *continued from previous page* *** |

R. Lat. Flexion        25°      (norm=25°), with pain.

**MUSCLE STRENGTH STUDIES:**
The following muscles were tested utilizing the following scale:
Grade 5  Active movement against gravity with full resistance.
Grade 4  Active movement against gravity with some resistance.
Grade 3  Active movement against gravity only without resistance.
Grade 2  Active movement with gravity eliminated.
Grade 1  Slight contraction and no movement.
Grade 0  No contraction.

**Lower Extremities:**
**Left Hip:**
The left Psoas Major and Iliacus group and Sartorius were strong (Grade 5).

**Right Hip:**
The right Psoas Major and Iliacus group and Sartorius were strong (Grade 5).

**Left Knee:**
The left Hamstrings muscle group was strong (Grade 5).

The left Quadriceps muscle group was strong (Grade 5).

**Right Knee:**
The right Hamstrings muscle group was strong (Grade 5).

The right Quadriceps muscle group was strong (Grade 5).

**Left Ankle:**
The left Gastrocnemius was strong (Grade 5).

**Right Ankle:**
The Right Gastrocnemius was strong (Grade 5).

**NEUROLOGICAL EVALUATION:**
**Deep Tendon Reflexes:**The left and right Biceps, left and right Triceps, left and right Brachioradialis, left and right Patellar and left and right Achilles tendons presented a normal reflex.

**ORTHOPEDIC EVALUATION:**
**Straight Leg Raise Test** was positive on the left. Pain was elicited at approximately 60

**Chart Notes**

**Hugo Medellin**

Elite Therapy
1002 E Expressway
Weslaco, TX 78596
Phone: (956) 230-2516
Fax: (956) 627-6225

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date    08/10/2021 |
|---|
| Provider   Arturo Grimaldo, D.C. | *** *continued from previous page* *** |

degrees, which is indicative of a sprain, strain, disc involvement or nerve root compression.

**Straight Leg Raise Test** was positive on the right. Pain was elicited at approximately 60 degrees, which is indicative of a sprain, strain, disc involvement or nerve root compression.

**Kemp's Test**, was positive, which is indicative of a sprain, strain, facet syndrome, or disc involvement.

**Assessment:**

Over all, the patient's condition has shown some improvement, however, Mr. Medellin has responded slower than expected to our care.

**MRI STUDIES:**

I have reviewed the following with Mr. Medellin MRI results of the lumbar spine taken at Texas Health Care Imaging 7/22/2021. These findings correlate with his current clinical presentation. Refer to report.

**PROGNOSIS:**  The prognosis is guarded to fair. Symptomatic and functional improvements are expected, but a full resolution of the clinical presentation is still in question. This prognosis may well change and is directly dependent on how well he follows our recommendations.

**Plan:**

After evaluating the findings of today's examination, Mr. Medellin is being release from conservative therapy, however, despite our efforts our care has not been able to fully resolve Mr. Medellin's condition to our excepted outcome. Due to his clinical presentation outlined in our notes, my clinical examination and my review of the available diagnostic studies, I recommended that Mr. Medellin follow-up with, Texas Pain Clinic, for pain management, in order to offer him other treatment options that in my opinion will help improve his condition further. He will also require an orthopedic evaluation should his symptoms persist.

It is also my recommendation that Mr. Medellin continue to perform the stretching and strengthening exercises at home.

Mr. Medellin was instructed to do the following exercises at home: lumbar range of motion, stretching and strengthening exercises. These exercises will increase his stability and should not be discounted unless they cause pain.

Conservative therapy consisted of passive and active care to relieve pain, decrease swelling,

**Chart Notes**

**Hugo Medellin**

**Elite Therapy**
**1002 E Expressway**
**Weslaco, TX 78596**
**Phone: (956) 230-2516**
**Fax: (956) 627-6225**

| Patient: Medellin, Hugo | Acct #: 5139 | DOB: 10/30/1987 |
| Ins Co: | Pol #: | Insured ID: |

| Date | 08/10/2021 | |
| Provider | Arturo Grimaldo, D.C. | *** continued from previous page *** |

restore function, increase strength, increase AROM and PROM. The goal of this care was to gain maximum symptomatic improvement as quickly as possible while minimizing reparative scar tissue formation.

The subjective complains may be attributed to the healing residuals of the fibrosis or repair of the injured muscle and ligamentous tissues thus he will probably experience periodic symptomatic exacerbations of his injured structures secondary to the increase stress placed upon the injured structures during various work or leisure activities.

The reason for these symptomatic exacerbations may be as follows:
The fibrotic repair of the injured tissues leaves those tissues permanently weaker.
The fibrotic repair tissue is always less elastic than normal uninjured tissue.

There is still concern for residual insult to the soft tissues and support structures, due to the nature of the injury so further treatment is indicated, on an as needed basis, in order to help control his symptoms and/or help resolve them.

During these periods, professional care will be needed, such as performed to date which I estimate to be approximately $2,500-$8,000 per year, this possibly for the foreseeable future, at least for the next year or two. This care is meant to prevent further reversal or exacerbation of this patient's condition.


Electronically Signed by: Arturo Grimaldo, D.C. on 08/10/2021  06:37:51PM


**Diagnosis**     M51.27: Lumbosacral disc displacement, other
M54.5: Low back pain
S33.5XXA: Lumbar sprain of ligaments of lumbar spine, initial encounter
S39.012A: Lumbar strain of lower back
M62.830: Muscle spasm of back

Exhibit "C"

## **AFFIDAVIT By Custodian of Records**

STATE OF TEXAS                                   §
                                                 §
COUNTY OF _Cameron_                              §

**HEALTHCARE PROVIDER:**  _Texas Health Care Mobile Imaging, LLC_
**PATIENT:**  _Hugo O. Medellin_

Before me, the undersigned authority, personally appeared _Ruby Casares_ (NAME OF AFFIANT), who, being by me duly sworn, deposed as follows:

My name is _Ruby Casares_ (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person in charge of record for the above referenced healthcare provider. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that the above referenced healthcare provider provided to patient from _7-22-2021_ to _7-22-2021_.

    The attached medical and/or billing records are a part of this affidavit:

    Medical Records _____1_____ (# of pages)   Billing Records _____1_____ (# of pages)

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by the above referenced healthcare provider or an employee or representative of the above referenced healthcare provider who had knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

    1. The total amount paid for the services was (**Amount Paid**):        $ _____0_____

    2. Unpaid Amount which healthcare provider has a right to be
       paid after any adjustments or credits is (**Amount Owed**):        $ _2,600_

            **TOTAL (Amount Paid + Amount Owed):**  $ _2,600_

                                                    _____
                                                    Affiant

SWORN TO AND SUBSCRIBED before me on the __14__ day of _Dec 2022_.

                                        Notary Public, State of Texas
                                        Notary's printed name: _Graciela Castillo_
GRACIELA CASTILLO                       My commission expires: _April 24, 2026_
Notary ID #129796407                    _____
My Commission Expires                   Notary Signature
April 24, 2026

**Statement**

**TEXAS HEALTHCARE MOBILE IMAGING LLC**
1416 E EXPRESSWAY 83
WESLACO, TX 785964530

Tax ID : 263677868
Phone # : 956-351-5831
Date : 06/14/22

MEDELLIN, HUGO
33229 LONG HORN LN
LOS FRESNOS,TX 78566

Account : E1-A23025-P1
Patient : MEDELLIN, HUGO
DOB : 10/30/87
Phone # :

**Page 1**

| Date | Code | Description | Qty | Diagn | Provider | Ref | Place | Amount | Balance |
|------|------|-------------|-----|-------|----------|-----|-------|--------|---------|
| 07/22/21 | 72148TC | MRI L -SPINE WO | 1 | M54.5 | JS | MAREM | O | 2600.00 | 2600.00 |

Previous Total :

Today's    To Date

Charges :
Payments :
Adjustments :

| Balance |
|---------|
| 2600.00 |



**Texas Health Care Imaging**

**4861 N. McColl Rd, McAllen, TX 78504  | TEL: (956) 405-3800  | FAX: (956) 994-9951**
**1416 E. Expwy 83, Weslaco, TX 78596  | TEL: (956) 351-5831  | FAX: (956) 351-5832**
**1460 N Expwy 83/77, Brownsville, TX 78520  | TEL: (956) 546-7888  | FAX: (956) 546-7833**

| | |
|---|---|
| **Name: HUGO MEDELLIN** | **ID#: 23025** |
| **DOB: 10/30/1987** | **Date of Exam: 07/22/2021** |
| | **Referring: Emmanuel PA Martinez** |

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

HISTORY: Low back pain post MVC.

COMPARISON: None available.

TECHNIQUE: Multiplanar and multisequence images were obtained without contrast.

FINDINGS:
There is no fracture or dislocation. Vertebral heights are maintained with no compression
deformity. There is no subluxation or dislocation. Bone marrow signal is normal. The conus
medullaris is at L1 with normal signal.


L1-L2: Disc space, central canal and foramen are patent.

L2-L3: Disc space, central canal and foramen are patent.

L3-L4: Disc space, central canal and foramen are patent.

L4-L5: Disc space, central canal and foramen are patent.

L5-S1: There is a disc protrusion-subligamentous disc herniation extending posteriorly by 5 mm
and impinging the anterior thecal sac and exiting nerve roots on both sides.


IMPRESSION:
1. Straightening of the lumbar curvature, this can be seen with spasm and strain.
2. Disc protrusion-subligamentous disc herniation at L5-S1 extending posteriorly by 5 mm and
impinging the anterior thecal sac and exiting nerve roots on both sides.

**Electronically Signed - SAENZ, JORGE MD  08/04/21 10:16**

# Exhibit "D"

## AFFIDAVIT By Custodian of Records

STATE OF TEXAS            §
                                     §
COUNTY OF _Hidalgo_            §

**HEALTHCARE PROVIDER:** _Jorge Saenz, MD PA_
**PATIENT:** _Hugo O. Medellin_

Before me, the undersigned authority, personally appeared _Diana Gonzales_ (NAME OF AFFIANT), who, being by me duly sworn, deposed as follows:

My name is _Diana Gonzales_ (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person in charge of record for the above referenced healthcare provider. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that the above referenced healthcare provider provided to patient from _7/22/2021_ to _7/22/2021_ .

The attached medical and/or billing records are a part of this affidavit:

Medical Records _1_ (# of pages)     Billing Records _1_ (# of pages)

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by the above referenced healthcare provider or an employee or representative of the above referenced healthcare provider who had knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

1. The total amount paid for the services was (**Amount Paid**):     $ _– 0 –_

2. Unpaid Amount which healthcare provider has a right to be
paid after any adjustments or credits is (**Amount Owed**):     $ _450.00_

**TOTAL (Amount Paid + Amount Owed):** $ _450.00_

_Diana Gonzales_
Affiant

SWORN TO AND SUBSCRIBED before me on the _07_ day of _12_ , _21_ .

SANDRA FLORES
Notary Public, State of Texas
Comm. Expires 01-29-2025
Notary ID 132899069

Notary Public, State of Texas
Notary's printed name: _Sandra Flores_
My commission expires: _01/29/25_

Notary Signature

# STATEMENT

| | |
|---|---|
| THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF: | |

JORGE SAENZ MD PA
1416 E. Expressway 83
WESLACO, TX 78596
956-854-4324

| PATIENT NAME | | |
|---|---|---|
| MEDELLIN, HUGO | | |
| BILL DATE | ACCOUNT NO. | AMOUNT PAID |
| Dec 01, 2021 | 23477 | |

MEDELLIN, HUGO

33229 LONG HORN LN

LOS FRESNOS TX 78566-5062

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| Jul 22, 2021 | Claim:43881, Provider: Jorge Saenz, MD | | | |
| Jul 22, 2021 | 72148 MRI LUMBAR SPINE W/O DYE | $450.00 | | |
| Dec 01, 2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $450.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 01, 2021 | MEDELLIN, HUGO | 23477 | AMOUNT | $450.00 |



Texas Health Care Imaging

**4861 N. McColl Rd, McAllen, TX 78504  | TEL: (956) 405-3800  | FAX: (956) 994-9951**
**1416 E. Expwy 83, Weslaco, TX 78596  | TEL: (956) 351-5831  | FAX: (956) 351-5832**
**1460 N Expwy 83/77, Brownsville, TX 78520  | TEL: (956) 546-7888  | FAX: (956) 546-7833**

**Name: HUGO MEDELLIN**
**DOB: 10/30/1987**

**ID#: 23025**
**Date of Exam: 07/22/2021**
**Referring: Emmanuel PA Martinez**

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

HISTORY: Low back pain post MVC.

COMPARISON: None available.

TECHNIQUE: Multiplanar and multisequence images were obtained without contrast.

FINDINGS:
There is no fracture or dislocation. Vertebral heights are maintained with no compression deformity. There is no subluxation or dislocation. Bone marrow signal is normal. The conus medullaris is at L1 with normal signal.


L1-L2: Disc space, central canal and foramen are patent.

L2-L3: Disc space, central canal and foramen are patent.

L3-L4: Disc space, central canal and foramen are patent.

L4-L5: Disc space, central canal and foramen are patent.

L5-S1: There is a disc protrusion-subligamentous disc herniation extending posteriorly by 5 mm and impinging the anterior thecal sac and exiting nerve roots on both sides.


IMPRESSION:
1. Straightening of the lumbar curvature, this can be seen with spasm and strain.
2. Disc protrusion-subligamentous disc herniation at L5-S1 extending posteriorly by 5 mm and impinging the anterior thecal sac and exiting nerve roots on both sides.


**Electronically Signed - SAENZ, JORGE MD  08/04/21 10:16**

# Exhibit "E"

## AFFIDAVIT By Custodian of Records

STATE OF TEXAS                                          §
                                                       §
COUNTY OF Hidalgo                                      §

**HEALTHCARE PROVIDER:**  Texas Pain Clinic, LLC
**PATIENT:**  Hugo O. Medellin

Before me, the undersigned authority, personally appeared Diana Gonzales (NAME OF AFFIANT), who, being by me duly sworn, deposed as follows:

My name is Diana Gonzales (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person in charge of record for the above referenced healthcare provider. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that the above referenced healthcare provider provided to patient from 9/9/2021 to 4/12/2022.

The attached medical and/or billing records are a part of this affidavit:

Medical Records 28 (# of pages)    Billing Records 2 (# of pages)

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by the above referenced healthcare provider or an employee or representative of the above referenced healthcare provider who had knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

1. The total amount paid for the services was (**Amount Paid**):        $ —0—

2. Unpaid Amount which healthcare provider has a right to be
   paid after any adjustments or credits is (**Amount Owed**):     $ 43,475.00

           **TOTAL (Amount Paid + Amount Owed):**  $ 48,475.00

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the 10 day of QC , 22 .

SANDRA FLORES
Notary Public, State of Texas
Comm. Expires 01-29-2025
Notary ID 132899069

Notary Public, State of Texas
Notary's printed name: Sandra Flores
My commission expires: 01/29/25

_____
Notary Signature

STATEMENT

| THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF: |
|---|
| TEXAS Pain Clinic<br>1460 N EXPRESSWAY 77/83<br>SUITE C<br>BROWNSVILLE, TX 78521<br>956-854-4324 |

| PATIENT NAME | | |
|---|---|---|
| MEDELLIN, HUGO | | |
| BILL DATE | ACCOUNT NO. | AMOUNT PAID |
| May 20, 2022 | 23477 | |

MEDELLIN, HUGO

33229 LONG HORN LN

LOS FRESNOS TX 78566-5062

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| Sep 09, 2021 | Claim:43870, Provider: Jorge Saenz, MD | | | |
| Sep 09, 2021 | 99204 Office Visit, New Pt., Level 4 | $750.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $750.00 |
| Sep 23, 2021 | Claim:43871, Provider: Jorge Saenz, MD | | | |
| Sep 23, 2021 | 62323 CAUDAL/LUMBAR ESI WITH FLUO. | $3,500.00 | | |
| Sep 23, 2021 | J1030 INJ METHYLPRDNISOLONE ACTAT 40 MG | $600.00 | | |
| Sep 23, 2021 | J2001 Lidocaine injection | $420.00 | | |
| Sep 23, 2021 | Q9967 LOCM 300-399MG/ML IODINE,1ML | $225.00 | | |
| Sep 23, 2021 | 99152 MOD SED SAME PHYS/QHP 5></div>YRS | $400.00 | | |
| Sep 23, 2021 | 99153 MOD SED SAME PHYS/QHP EA | $500.00 | | |
| Sep 23, 2021 | A4550 STERILE TRAY | $1,500.00 | | |
| Sep 23, 2021 | 99070 SUPPLIES | $800.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $7,945.00 |
| Oct 12, 2021 | Claim:43869, Provider: Jorge Saenz, MD | | | |
| Oct 12, 2021 | 99214 Office Visit, Est Pt., Level 4 | $300.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $300.00 |
| Nov 10, 2021 | Claim:43868, Provider: Jorge Saenz, MD | | | |
| Nov 10, 2021 | 99214 Office Visit, Est Pt., Level 4 | $300.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $300.00 |
| Jan 13, 2022 | Claim:64023, Provider: Jorge Saenz, MD | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS |
|---|---|---|---|
| May 20, 2022 | MEDELLIN, HUGO | 23477 | AMOUNT  $43,475.00 |

MAKE CHECK PAYABLE TO:    Texas Pain Clinic

STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| Jan 13, 2022 | 99214 Office Visit, Est Pt., Level 4 | $360.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $360.00 |
| Jan 20, 2022 | Claim:64034, Provider: Jorge Saenz, MD | | | |
| Jan 20, 2022 | 99214 Office Visit, Est Pt., Level 4 | $360.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $360.00 |
| Jan 27, 2022 | Claim:64033, Provider: Jorge Saenz, MD | | | |
| Jan 27, 2022 | 99214 Office Visit, Est Pt., Level 4 | $360.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $360.00 |
| Feb 11, 2022 | Claim:64032, Provider: Jorge Saenz, MD | | | |
| Feb 11, 2022 | 99214 Office Visit, Est Pt., Level 4 | $360.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $360.00 |
| Mar 02, 2022 | Claim:64031, Provider: Jorge Saenz, MD | | | |
| Mar 02, 2022 | 64635 DESTROY LUMB/SAC FACET JNT | $25,000.00 | | |
| Mar 02, 2022 | J2250 VERSED PER 1 MG | $1,800.00 | | |
| Mar 02, 2022 | 99070 SUPPLIES | $960.00 | | |
| Mar 02, 2022 | J2001 Lidocaine injection | $1,000.00 | | |
| Mar 02, 2022 | 96374 THER/PROPH/DIAG INJ, IV PUSH | $360.00 | | |
| Mar 02, 2022 | 99152 MOD SED SAME PHYS/QHP 5></div>YRS | $600.00 | | |
| Mar 02, 2022 | 99153 MOD SED SAME PHYS/QHP EA | $500.00 | | |
| Mar 02, 2022 | A4550 STERILE TRAY | $1,800.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $32,020.00 |
| Mar 17, 2022 | Claim:64030, Provider: JOSE SOSA, FNP-C | | | |
| Mar 17, 2022 | 99214 Office Visit, Est Pt., Level 4 | $360.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $360.00 |
| Apr 12, 2022 | Claim:64029, Provider: JOSE SOSA, FNP-C | | | |
| Apr 12, 2022 | 99214 Office Visit, Est Pt., Level 4 | $360.00 | | |
| May 20, 2022 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $360.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS |  |
|---|---|---|---|---|
| May 20, 2022 | MEDELLIN, HUGO | 23477 | AMOUNT | $43,475.00 |

MAKE CHECK PAYABLE TO :   Texas Pain Clinic

6/9/22, 4:55 PM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 09/09/2021



**Current Medications**
Not-Taking
• Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
• Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs

**Past Medical History**
Medical History Verified.

**Surgical History**
No Surgical History documented.

**Family History**
Non-Contributory

**Social History**
Tobacco Use:
Denies toxic habits: denies toxic habits denies toxic habits.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
   Patient denies chills , fever , headache , night sweats.
Ophthalmologic:
   Patient denies double vision , blurry vision , change in vision , diminished visual acuity.
ENT:
   Patient denies difficulty in swallowing , decreased sense of smell.
Respiratory:
   Patient denies hemoptysis ,

**Reason for Appointment**
1. MVA-PM

**History of Present Illness**
Constitutional:
   This is a 33-year-old male presents to pain clinic for evaluation. Patient was involved in a motor vehicle accident was treated at a local urgent care. Patient underwent instant imaging and therapy. Patient states therapy yielded moderate relief to his pain however his lower back pain continues to be very bothersome and causes and wishes to do his activities of daily living. Patient is lower back pain is been persistent and at times radiates to bilateral lower buttocks. Patient states bending over to pick up anything can elicit more severe pain. Patient states also lifting anything over 20 pounds over his head can cause severe lower back pain shooting to bilateral lower buttocks. Certain activities of daily living such as bathing, eating, using the toilet, and even sleep can still elicit moderate severe breakthrough pain. Patient reports pain level 7 on a 0-to-10 scale. Patient only underwent MRI of the lumbar spine. Those results are discussed at length with patient. Treatment options as well as risks involved with him were discussed as well.

**Vital Signs**
HR **83 /min,** BP **132/82 mm Hg,** Wt **215.6 lbs,** BMI **31.84 Index,** Ht **5'9",** Ht-cm 175.26 cm, Wt-kg 97.79 kg.

**Examination**
General Examination:
   GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
   HEAD: normocephalic, atraumatic.
   EYES: pupils equal, round, reactive to light and accommodation.
   EARS: normal.
   ORAL CAVITY: mucosa moist.
   THROAT: clear.
   NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
   SKIN: no suspicious lesions, warm and dry.
   HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
   LUNGS: clear to auscultation bilaterally.
   ABDOMEN: normal, bowel sounds present, soft, nontender,

1/9

6/9/22, 4:55 PM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 09/09/2021

shortness of breath , shortness of breath at rest , shortness of breath with exertion.

Cardiovascular:
 Patient denies chest pain , chest pain at rest , dizziness.

Gastrointestinal:
 Patient denies abdominal pain , diarrhea , rectal bleeding.

Hematology:
 Patient denies bleed easily , dizziness , easy bruising.

Neurologic:
 Patient denies balance difficulty , difficulty speaking , dizziness , headache , gait abnormality.
 Admits Low back pain.

nondistended.
 BACK: no kyphosis.
 EXTREMITIES: no clubbing, cyanosis, or edema.
 NEUROLOGIC: no rigidity.

Physical Examination
 Lumbar spine demonstrates point tenderness from L3 through L5 spinous process with some guarding present and no true flattening. The pain worsens with flexion that is limited due to 30 degrees flexion, 50 degrees extension and lateral bending to 15 degrees. There is positive SLR on the right and left at 30 degrees on either side.

Assessments
1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)

Treatment
**1. Lumbar disc herniation with radiculopathy**
 PROCEDURE: Epidural Steroid Injection Lumbar Spine

Follow Up
2 Weeks

Electronically signed by Jorge Saenz , MD on 09/13/2021 01:00 PM CST

Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY 77/83
SUITE C
BROWNSVILLE, TX 78520
Tel: 956-854-4324
Fax: 956-854-4325

Progress Note, Jorge Saenz , MD , 09/09/2021

6/9/22, 4:55 PM                                             Print Preview

**MEDELLIN, HUGO DOB: 10/30/1987 (34 yo M) Acc No. 23477 DOS: 09/23/2021**



09/23/2021                                                                    Jorge Sanz, M.D.

**OPERATIVE REPORT**

**Pre-op. Diagnosis:**

1.Lumbar Disc herniation with radiculopathy

**Post-op. Diagnosis:**

1.Lumbar Disc herniation with radiculopathy

**Operation:**

1.Lumbar epidural steroid injection to the L5-S1.

**Anesthesia:**

See Report

**Indications:**

Lumbar Disc herniation with radiculopathy

**Details of Procedure:**

TECHNIQUE: The procedure was explained to the patient. All questions were answered. Verbal and written informed consent was obtained from the patient. The patient was brought to the Fluoroscopic Suite and placed in the prone position. A time-out was performed. The lower back was then prepped and draped in usual sterile fashion. 10cc of 2% Lidocaine 200 mg was utilized for local anesthesia. Under fluoroscopic guidance, a 25-gauge spinal needle was advanced at the L5-S1 level. Upon entering the epidural space, contrast was instilled to confirm location. After confirmation was done with fluoroscopy, a total of (2 cc), 40 mg of Depo-Medrol, NDC: 00009-3073-01, along with 2cc of 2% lidocaine 200mg, NDC: 00409-4282-12, was injected into the epidural space at L5-S1. The needle was removed. Sterile bandage was applied. The patient tolerated the procedure well.

The patient was transferred to recovery area and observed. The patient's vitals including blood pressure, heart rate, oxygen saturation levels, and EKG were monitored throughout the procedure. The patient was later reassessed and no immediate complications were observed. The patient was discharged in stable condition.

Procedure Start Time: 2:36 pm
Procedure End Time: 2:59 pm

Recovery Start Time: 2:59 pm
Recovery End Time: 3:27 pm

CONTRAST: 3 cc Omnipaque 320 mg, NDC: 0407-2223-64.

**Specimens:**

N/A

3/9

6/9/22, 4:55 PM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 09/23/2021

Complications:
None

Findings:
N/A

Notes:
FOLLOW-UP: 2 weeks in clinic to evaluate response.

FLUROSCOPY TIME: 31 seconds

Electronically signed by Jorge Saenz , MD on 11/17/2021 at 01:13 PM CST
Sign off status: Completed

TEXAS Pain Clinic
1362 ALES PRESSWAY ##/83
BROWNSVILLE TX 78501
Tel: 956 852-4545
Fax: 956-752-1363

Progress Note Jorge Saenz, MD - 09/23/2021

6/9/22, 4:55 PM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 10/12/2021



10/12/2021                                    Progress Notes Jorge Suarez MD

### Current Medications
Not-Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Denies toxic habits: denies toxic habits denies toxic habits.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
General/Constitutional:
    Patient denies chills , fever , headache , night sweats.
Ophthalmologic:
    Patient denies double vision , blurry vision , change in vision , diminished visual acuity.
ENT:
    Patient denies difficulty in swallowing , decreased sense of smell.
Respiratory:

### Reason for Appointment
1. MVA-PM F/U post ESI L spine continues with residual pain

### History of Present Illness
Constitutional:
    This is a 33-year-old male presents to pain clinic for follow-up. Patient status post use of the lumbar spine. Patient states he has moderate improvement to his pain. But continues with some residual pain in the form of 0-10 scale. Patient is when he plans to pick up things at times still has pain to his lower back however continues to shoot down to bilateral lower buttocks and extremities, left worse than right. Patient requesting further evaluation regards to that. Patient aware that nerve injury secondary to disc her knee and radiculopathy. Plan was discussed with patient. He agrees to plan to get EMGs.

### Vital Signs
Temp **98.0** F, HR **94** /min, BP **141/82** mm Hg, Wt **216.6** lbs, BMI **31.08** Index, Ht 70 in, Ht-cm 177.8 cm, Wt-kg 98.25 kg.

### Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation.
    EARS: normal.
    ORAL CAVITY: mucosa moist.
    THROAT: clear.
    NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
    SKIN: no suspicious lesions, warm and dry.
    HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
    LUNGS: clear to auscultation bilaterally.
    ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
    BACK: Lumbar spine demonstrates point tenderness from L3 through L5 spinous process with some guarding present and no true flattening. The pain worsens with flexion that is limited due to 50 degrees flexion, 20 degrees extension and lateral bending to 15 degrees. There is positive SLR on the right and left at 30 degrees on either side.

6/9/22, 4:55 PM                                          Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 10/12/2021

Patient denies hemoptysis ,
shortness of breath , shortness of
breath at rest , shortness of breath
with exertion.

Cardiovascular:
    Patient denies chest pain , chest
pain at rest , dizziness.

Gastrointestinal:
    Patient denies abdominal pain ,
diarrhea , rectal bleeding.

Hematology:
    Patient denies bleed easily ,
dizziness , easy bruising.

Neurologic:
    Patient denies balance difficulty ,
difficulty speaking , dizziness ,
headache , gait abnormality.
Admits Low back pain.

EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.

Assessments
1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)

Treatment
**1. Lumbar disc herniation with radiculopathy**
Referral To:Other Medical Care
        Reason:EMG lower EXt Bilateral

**2. Others**
Clinical Notes: Patient be on a when necessary basis of pain management.
Patient follow through EMGs. Patient to follow-up post EMGs to review
results if need be.

Follow Up
2 Weeks

Electronically signed by Jorge Saenz , MD on 11/1st 2021 at 11:11
PM CST

Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY 77/83
SUITE C
BROWNSVILLE, TX 78520
Tel: 956-854-4324
Fax: 956-854-4325

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 11/10/2021



11/10/2021                                         Progress Notes: Jorge Saenz MD

MEDELLIN, HUGO

**Current Medications**
Not-Taking
• Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
• Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs
Medication List reviewed and reconciled with the patient

**Past Medical History**
   Medical History Verified.

**Surgical History**
   Denies Past Surgical History

**Family History**
Non-Contributory

**Social History**
Tobacco Use:
Denies toxic habits: denies toxic habits denies toxic habits.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
General/Constitutional:
   Patient denies chills , fever , headache , night sweats.
Ophthalmologic:
   Patient denies double vision , blurry vision , change in vision , diminished visual acuity.
ENT:
   Patient denies difficulty in swallowing , decreased sense of smell.
Respiratory:

**Reason for Appointment**
1. MVA-PM F/U

**History of Present Illness**
Pain Management:
   34-year-old male presented to the clinic for reevaluation of pain control. Patient says that he continues with lower back pain which he rates it a 5 out of 10 on a VAS pain scale. Patient had EMG studies which are from radiculopathy. Patient says that his radiculopathy is worse on the left lower extremity. Patient here for further evaluation.

**Vital Signs**
Temp **98.5 F**, HR **85 /min**, BP **141/86 mm Hg**, Wt **215.4 lbs**, BMI **30.9 Index**, Ht 70 in, RR **20 /min**, Ht-cm 177.8 cm, Wt-kg 97.7 kg.

**Examination**
General Examination:
   GENERAL APPEARANCE: normal , alert , , pleasant, in no acute distress , uncomfortable due to pain.
   HEAD: atraumatic , no scalp lesions.
   EYES: extraocular movement intact (EOMI) , pupils equal, round, reactive to light and accommodation.
   EARS: tympanic membrane intact, clear.
   NOSE: no lesions, no deformity.
   ORAL CAVITY: mucosa moist, good dentition.
   THROAT: no erythema , no exudate.
   NECK/THYROID: , no lymphadenopathy , neck supple, full range of motion.
   HEART: S1, S2 normal , regular rate and rhythm , no murmurs.
   LUNGS: clear to auscultation bilaterally.
   ABDOMEN: soft, nontender, nondistended , no hernias present , no guarding or rigidity.
   BACK: Lumbar spine demonstrates point tenderness from L3 through L5 spinous process with some guarding present and no true flattening. The pain worsens with flexion that is limited due to 30 degrees flexion, 50 degrees extension and lateral bending to 15 degrees. There is positive SLR on the right and left at 30 degrees on either side.

   EXTREMITIES: no edema.
   PERIPHERAL PULSES: 2+ throughout.
   NEUROLOGIC: alert and oriented , cerebellar function normal ,

7/9

MEDELLIN, HUGO **DOB**: 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS**: 11/10/2021

Patient denies hemoptysis , shortness of breath , shortness of breath at rest , shortness of breath with exertion.

Cardiovascular:
    Patient denies chest pain , chest pain at rest , dizziness.

Gastrointestinal:
    Patient denies abdominal pain , diarrhea , rectal bleeding.

Hematology:
    Patient denies bleed easily , dizziness , easy bruising.

Neurologic:
    Patient denies balance difficulty , difficulty speaking , dizziness , headache , gait abnormality.
Admits Low back pain.

cooperative with exam , cranial nerves 2-12 grossly intact , deep tendon reflexes 2+ symmetrical , gait normal.
    PSYCH: cooperative with exam , good eye contact , alert, oriented.

**Assessments**

1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)

**Treatment**

**1. Lumbar disc herniation with radiculopathy**
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet at bedtime as needed, Orally, Once a day
Continue Acetaminophen Capsule, 500 MG, 2 capsule as needed, Orally, every 8 hrs
Notes: Patient will continue with home stretches and exercises and oral analgesics and muscle relaxers on an as needed basis. At this point we will release patient and set up follow-up appointment on an as needed basis for potential breakthrough pain. This was a splint to patient and patient agreed with this treatment plan.
Referral To:Neurosurgery
        Reason:eval and treat

**2. Others**
Referral To:Neurosurgery
        Reason:eval and treat

**Follow Up**
as needed

Electronically signed by Jorge Saenz , MD on 11/17/2021 at 01:11 PM CST

Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY 77/83
SUITE C
BROWNSVILLE, TX 78521

Progress Note: Jorge Saenz , MD 11/17/2021

Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 11/10/2021

Tel: 956-854-1234
Fax: 956-854-1235

5/20/22, 10:29 AM                                    Print Preview

MEDELLIN, HUGO **DOB**: 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS**: 01/13/2022



01/13/2022                                           Progress Notes Jorge Saenz, MD

**Reason for Appointment**
1. MVA-PM F/U

**History of Present Illness**
Constitutional:
      Patient is here for follow-up exam. Patient had previous ESI of the lumbar spine and had improvement radiculopathy. Patient however still has pain to the lumbar spine that is currently rated and 8 on a PACS pain scale of 0-10. The pain extends towards the buttocks. Patient has been taking medications and has been on therapy with limited improvement. The pain is affecting patient's ability to perform daily activities and ability to sleep. Patient was previously taking anti-inflammatories and muscle relaxants and has had limited improvement with that as well.

**Current Medications**
Not-Taking
• Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
• Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs

**Past Medical History**
      Medical History Verified.

**Surgical History**
      No Surgical History documented.

**Family History**
No Family History documented.

**Social History**
Tobacco Use:
      Denies toxic habits: denies toxic habits  denies toxic habits.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
      Patient denies chills , fever , headache , night sweats.
Ophthalmologic:
      Patient denies double vision , blurry vision , change in vision , diminished visual acuity.
ENT:
      Patient denies difficulty in swallowing , decreased sense of smell.
Respiratory:

Progress Notes Jorge Saenz, MD

5/20/22, 10:29 AM                                    Print Preview

**MEDELLIN, HUGO DOB: 10/30/1987 (34 yo M) Acc No. 23477 DOS: 01/13/2022**

Patient denies hemoptysis , shortness of breath , shortness of breath at rest , shortness of breath with exertion.
Cardiovascular:
    Patient denies chest pain , chest pain at rest , dizziness.
Gastrointestinal:
    Patient denies abdominal pain , diarrhea , rectal bleeding.
Hematology:
    Patient denies bleed easily , dizziness , easy bruising.
Neurologic:
    Patient denies balance difficulty , difficulty speaking , dizziness , headache , gait abnormality.  Admits Low back pain.

Vital Signs
Temp **98 F**, HR **72 /min**, BP **141/90 mm Hg**, Wt **216 lbs**, BMI **30.99 Index**, Ht 70 in, Ht-cm 177.8 cm, Wt-kg 97.98 kg.

Examination
General Examination:
    GENERAL APPEARANCE: normal , alert , , pleasant, in no acute distress , uncomfortable due to pain.
    HEAD: atraumatic , no scalp lesions.
    EYES: extraocular movement intact (EOMI) , pupils equal, round, reactive to light and accommodation.
    EARS: tympanic membrane intact, clear.
    NOSE: no lesions, no deformity.
    ORAL CAVITY: mucosa moist, good dentition.
    THROAT: no erythema , no exudate.
    NECK/THYROID: , no lymphadenopathy , neck supple, full range of motion.
    HEART: S1, S2 normal , regular rate and rhythm , no murmurs.
    LUNGS: clear to auscultation bilaterally.
    ABDOMEN: soft, nontender, nondistended , no hernias present , no guarding or rigidity.
    BACK: no kyphosis.
    MUSCULOSKELETAL: no swelling or deformity.
    EXTREMITIES: good capillary refill in nail beds.
    PERIPHERAL PULSES: 2+ throughout.
    NEUROLOGIC: alert and oriented , cerebellar function normal , cooperative with exam , cranial nerves 2-12 grossly intact , deep tendon reflexes 2+ symmetrical , gait normal.
    PSYCH: cooperative with exam , good eye contact , alert, oriented.

Physical Examination
    Lumbar spine demonstrates point tenderness from L3 through L5 spinous process with some guarding present when palpating the lower facetes, and no true flattening. The pain worsens with flexion that is limited due to 30 degrees flexion, 50 degrees extension and lateral bending to 15 degrees. There is positive SLR on the right and left at 30 degrees on either side.

Assessments
1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)
2. Lumbar facet joint pain - M54.59

Treatment
**1. Lumbar disc herniation with radiculopathy**
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet at bedtime as needed, Orally, Once a day
Continue Acetaminophen Capsule, 500 MG, 2 capsule as needed, Orally, every 8 hrs

**2. Lumbar facet joint pain**
    PROCEDURE: MBB Lumbar Spine (Ordered for 01/13/2022)

**3. Others**
Notes: At this point patient would benefit most from medial branch block of the lumbar spine to treatment diagnosis of pain generator size. The risks and benefits were explained and the patient improves with this then patient would be a candidate for rhizotomy. Patient was counseled and was told to continue with medications as well as stretching exercises and therapy.

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 01/13/2022

Follow Up
1 Week

Electronically signed by Jorge Saenz , MD on 05/16/2022 at 10:21 AM CDT

Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY 77/83
SUITE C
BROWNSVILLE, TX 78521
Tel: 956-854-4224
Fax: 956-831-4303

Progress Note Jorge Saenz, MD   01/13/2022

5/20/22, 10:29 AM                                           Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 01/20/2022



## Reason for Appointment
1. MVA-PM F/U

## History of Present Illness
**Constitutional:**
    patient is coming in for his follow-up appointment. Reports he still has pain to his lower back. Reports pain is approximate 7 out of 10 that is worse with movement better with rest. The pain is worse with physical activity and improve with medication and rest. It is affecting patient's ability to sleep and perform daily activities.

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs
Medication List reviewed and reconciled with the patient

## Past Medical History
   Medical History Verified.

## Surgical History
   No Surgical History documented.

## Family History
Non-Contributory

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
General/Constitutional:
   Change in appetite denies. Chills denies. Fatigue denies. Fever denies. Headache denies. Lightheadedness denies. Weight gain denies. Weight loss denies.
Ophthalmologic:
   Blurry vision denies. Discharge denies. Itching and redness denies. Eye Pain denies.
ENT:
   Decreased hearing denies.
Respiratory:
   Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
   Chest pain at rest denies. Chest pain with exertion denies. Orthopnea denies. Palpitations denies.
Gastrointestinal:

4/19

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 01/20/2022

Abdominal pain denies. Diarrhea denies. Nausea denies.
<u>Women Only:</u>
Breast lump denies. Breast pain denies.
<u>Genitourinary:</u>
Blood in urine denies. Frequent urination denies. Painful urination denies.
<u>Musculoskeletal:</u>
Painful joints denies. Swollen joints denies.
<u>Peripheral Vascular:</u>
Cold extremities denies. Pain/cramping in legs after exertion denies.
<u>Skin:</u>
Rash denies. Skin lesion(s) denies. Skin oozing denies.
<u>Neurologic:</u>
Gait abnormality denies. Tingling/Numbness denies.

## Vital Signs
Temp **98.0 F**, HR **73 /min**, BP **148/90 mm Hg**, Wt **218.2 lbs**, BMI **31.31 Index**, Ht 70.0 in, RR **20 /min**, Ht-cm 177.8 cm, Wt-kg 98.97 kg.

## Examination
<u>General Examination:</u>
GENERAL APPEARANCE: pleasant, in no acute distress, well nourished.
ORAL CAVITY: mucosa moist.
NECK/THYROID: neck supple, full range of motion, thyroid normal.
LYMPH NODES: no lymphadenopathy.
SKIN: warm and dry, no suspicious lesions.
HEART: regular rate and rhythm, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally.
BREASTS: not examined.
ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
RECTAL: normal tone, no red blood.
BACK: lumbar examination reveals no gross deformity, not hematoma, no step off. there is tenderness to palpation to lumbar spine at vertebral process and paraspinal muscles with spasm noted. Range of Motion is limited to 75% of full capacity in Flexion, extension, lateral bending and lateral rotation as pain is provoked..
EXTREMITIES: no edema.
NEUROLOGIC: alert and oriented, normal exam.

## Physical Examination
Lumbar spine demonstrates point tenderness from L3 through L5 spinous process with some guarding present when palpating the lower facetes, and no true flattening. The pain worsens with flexion that is limited due to 30 degrees flexion, 50 degrees extension and lateral bending to 15 degrees. There is positive SLR on the right and left at 30 degrees on either side.

## Assessments
1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)
2. Lumbar facet joint pain - M54.59

## Treatment
**1. Lumbar disc herniation with radiculopathy**
    <u>PROCEDURE: MBB Lumbar Spine (Ordered for 01/20/2022)</u>

**2. Others**
Notes: Patient to continue with medications and therapy. Patient will be scheduled for medial branch blocks of the lumbar spine to treat and diagnose the pain generator site.

## Follow Up
2 Weeks

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 01/20/2022

Electronically signed by Jorge Saenz , MD on 05/16/2022 at 10:22 AM CDT

Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY 77/83
SUITE C
BROWNSVILLE, TX 78521
Tel: 956-854-4324
Fax: 956-854-4323

Progress note J. por Saenz MD 01/20/2022

5/20/22, 10:29 AM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 01/27/2022



01/27/2022

OPERATIVE REPORT

**Pre-op. Diagnosis:**
1.Lumbar pain with facet syndrome.

**Post-op. Diagnosis:**
1.Lumbar pain with facet syndrome.

**Operation:**
1.Lumbar medial branch block injection at bilateral L5-S1 level.

**Anesthesia:**
See Report

**Indications:**
Lumbar pain with facet syndrome.

**Details of Procedure:**
TECHNIQUE: The procedure was explained to the patient. Verbal and written informed consent was obtained. The patient was brought to the Angiography Suite and placed in the prone position. A time-out was performed. The posterior midback was prepped and draped in the usual sterile fashion. 10cc of 2% Lidocaine 200mg, NDC: 0409-4282-12, was utilized for local anesthesia. Under fluoroscopic guidance, a 25-gauge needle was advanced into the medial branch of bilateral L5-S1. Upon appropriate localization, contrast was instilled to confirm location. After confirmation was done with fluoroscopy, a total of (2cc), 40 mg of Depo-Medrol, NDC: 70121-1573-1, mixed with 2 cc of 2% Lidocaine 200mg, NDC: 0409-4282-12, was injected into the medial branch of the lumbar spine at bilateral L5-S1. The needle was removed. Sterile bandage was applied. The patient tolerated the procedure well.

The patient was transferred to recovery area and observed. The patient's vitals including blood pressure, heart rate, oxygen saturation levels, and EKG were monitored throughout the procedure. The patient was later reassessed and no immediate complications were observed. The patient was discharged in stable condition.

Procedure Start Time: 2:54 pm
Procedure End Time: 3:20 pm

Recovery Start Time: 3:20 pm
Recovery End Time: 3:58 pm

**Specimens:**
N/A

**Complications:**
None

5/20/22, 10:29 AM                                        Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 01/27/2022

Findings:
N/A

Notes:
FOLLOW-UP: 2 week to evaluate in clinic.

FLUROSCOPY TIME: 45 Seconds

Electronically signed by Jorge Saenz , MD on 04/25/2022 at 11:19 AM CDT
Sign off status: Completed

TEXAS Pain Clinic
1560 N EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
Tel: 956-853-4321
Fax: 956-853-4323

Progress Note (11/26/2015 4:11:42 PM)

5/20/22, 10:29 AM                                      Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 02/11/2022



**Reason for Appointment**
1. MVA-PM F/U

**Assessments**
1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)
2. Lumbar facet joint pain - M54.59

**Treatment**
**1. Lumbar disc herniation with radiculopathy**
    PROCEDURE: RFA Lumbar (Ordered for 02/11/2022)

**2. Others**
Notes: At this point patient would benefit from a frequency rhizotomy in the previously injected medial branches of the lumbar spine were longer term pain relief. The risks and benefits of been explained and patient wishes to proceed.

**Follow Up**
3 Weeks

**History of Present Illness**
Constitutional:
    Patient is coming in for follow-up exam. Patient had medial branch blocks of the lumbar spine performed in January 27, 2022. Patient did have improvement in the underlying pain although the pain has recently returned and is currently rated at 7-8 on a VAS pain scale of 0-10. The pain is worse with standing, bending, and walking. There is intermittent numbness and radiculopathy to the leg although this has improved as well with prior epidural injection, this point the patient is complaining more of persistent low back pain and this is affecting the patient's ability to perform daily activities. Patient is taking medication and in stretching exercises and going to therapy with limited improvement.

**Current Medications**
Taking
• Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
• Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs
Medication List reviewed and reconciled with the patient

**Allergies**
N.K.D.A.

**Past Medical History**
    Medical History Verified.

**Surgical History**
    Denies Past Surgical History

**Hospitalization/Major Diagnostic Procedure**

5/20/22, 10:29 AM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 02/11/2022

Denies Past Hospitalization

**Family History**
Non-Contributory

**Review of Systems**
**General/Constitutional:**
  Change in appetite denies. Chills denies. Fatigue denies. Fever denies. Headache denies. Lightheadedness denies.
Weight gain denies. Weight loss denies.
**Ophthalmologic:**
  Blurry vision denies. Discharge denies. Itching and redness denies. Eye Pain denies.
**ENT:**
  Decreased hearing denies.
**Respiratory:**
  Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
**Cardiovascular:**
  Chest pain at rest denies. Chest pain with exertion denies. Orthopnea denies. Palpitations denies.
**Gastrointestinal:**
  Abdominal pain denies. Diarrhea denies. Nausea denies.
**Women Only:**
  Breast lump denies. Breast pain denies.
**Genitourinary:**
  Blood in urine denies. Frequent urination denies. Painful urination denies.
**Musculoskeletal:**
  Painful joints denies. Swollen joints denies.
**Peripheral Vascular:**
  Cold extremities denies. Pain/cramping in legs after exertion denies.
**Skin:**
  Rash denies. Skin lesion(s) denies. Skin oozing denies.
**Neurologic:**
  Gait abnormality denies. Tingling/Numbness denies.

**Vital Signs**
Temp **97.6 F**, HR **88 /min**, BP **132/85 mm Hg**, Wt **218.6 lbs**, BMI **31.36 Index**, Ht 70.0 in, RR **20 /min**, Ht-cm 177.8
cm, Wt-kg 99.16 kg.

**Examination**
**General Examination:**
  GENERAL APPEARANCE: pleasant, in no acute distress, well nourished.
  HEAD: normocephalic, atraumatic.
  EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
  EARS: normal.
  ORAL CAVITY: mucosa moist.
  NECK/THYROID: neck supple, full range of motion, thyroid normal.
  LYMPH NODES: no lymphadenopathy.
  SKIN: warm and dry, no suspicious lesions.
  HEART: regular rate and rhythm, no murmurs, rubs, gallops.
  LUNGS: clear to auscultation bilaterally.
  BREASTS: not examined.
  ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
  RECTAL: normal tone, no red blood.
  BACK: no kyphosis.
  EXTREMITIES: no edema.
  NEUROLOGIC: alert and oriented, normal exam.

**Physical Examination**

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 02/11/2022

Lumbar spine demonstrates point tenderness from L4-S1 facets with some guarding present and no true flattening. The pain worsens with flexion that is limited due to 50 degrees flexion, 20 degrees extension and lateral bending to 15 degrees. There is positive SLR on the right and left at 30 degrees on either side.

Electronically signed by Jorge Saenz , MD on 03/25/2022 at 11:51 AM CDT

Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY 77/83
SUITE C
BROWNSVILLE, TX 78521
Tel: 956-854-1224
Fax: 956-854-4323

Progress Note Jorge Saenz , MD - 03/25/2022

5/20/22, 10:29 AM                                   Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 03/02/2022



03/02/2022                                                                          Jorge Saenz, MD

OPERATIVE REPORT

Pre-op. Diagnosis:
1. Lumbar spine pain with facet syndrome

Post-op. Diagnosis:
1. Lumbar spine pain with facet syndrome

Operation:
1. Lumbar spine radiofrequency neurotomy at bilateral L5-S1.

Anesthesia:
MEDICATIONS: 4cc of IV Versed 2 mg, NDC: 0641-6057-017, for moderate sedation, 2% Lidocaine 200 mg, NDC: 0409-4282-12, for local anesthesia; these are required to avoid any injury to patient due to possible motion for needle placement.

Indications:
Lumbar spine pain with facet syndrome

Details of Procedure:
TECHNIQUE: The procedure was explained at length to the patient. All questions were answered prior to commencing. The patient was brought to the Angiography Suite and placed in the prone position. A time-out was performed. The posterior back was then prepped and draped in the usual sterile fashion. Fluoroscopic guidance was utilized for needle placement. The bilateral L5-S1 articular pillars were identified under fluoroscopy. 20cc of 2% lidocaine, NDC: 00409-4282-12, was utilized for local anesthesia. A 18-gauge radiofrequency needle was then advanced onto the bilateral side medial branch at the junction of the superior articulating facet. In similar fashion, the bilateral side 18-gauge radiofrequency needle was also advanced under fluoroscopy along the lateral border of the transverse process and then advanced to the superior articulating process under fluoroscopy. After appropriate localization, an 80degree burn was performed for 2 min. on either side simultaneously. Additional burns were performed for a total of 5 burns on either side. The needles were then removed. Hemostasis was achieved utilizing digital compression. There were no immediate complications and the patient tolerated the procedure well.

FINDINGS: The needles are in the appropriate location by fluoroscopy. The images were stored.

IMPRESSION: Successful radiofrequency neurotomy at the bilateral L5-S1 levels. Patient had no immediate complications and tolerated the procedure well.

The patient was transferred to recovery area and observed. The patient's vitals including blood pressure, heart rate, oxygen saturation levels, and EKG were monitored throughout the procedure. The patient was later reassessed and no immediate complications were observed. The patient was discharged in stable condition.

Procedure Start Time: 3:41 pm
Procedure End Time: 4:41 pm

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 03/02/2022

Recovery Start Time: 4:41 pm
Recovery End Time: 3:30 pm

Specimens:
N/A

Complications:
None

Findings:
N/A

Notes:
FOLLOW-UP: 2 weeks in clinic to evaluate response.

**FLUROSCOPY TIME:** 128 Seconds

Electronically signed by Jorge Saenz , MD on 04/25/2022 at 11:46 AM CDT
Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
Tel: 956-854-4324
Fax: 956-854-4325

Progress Note Jorge Saenz, MD   03/02/2022

13/19

5/20/22, 10:29 AM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 03/17/2022



### Reason for Appointment
1. MVA-PM F/U

### Assessments
1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)
2. Lumbar facet joint pain - M54.59

### Treatment
**1. Lumbar disc herniation with radiculopathy**
Start Gabapentin Capsule, 100 MG, 1 capsule at night, Orally, Once a day, 30 day(s), 30 Capsule, Refills 2

### Follow Up
2 Weeks

### History of Present Illness
Constitutional:
    This is a 34-year-old male presents to pain management for follow-up. Patient status post radiofrequency ablation of the lumbar spine. Patient says he had a 70% reduction in pain but continues to have some mild shooting pain to his right lower extremity. Patient reports pain level 3 on a 0-to-10 scale.

### Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs

### Past Medical History
    Medical History Verified.

### Surgical History
    rhinoplasty

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Family History
Non-Contributory

### Social History
Tobacco Use:
    Denies toxic habits: denies toxic habits  denies toxic habits.

### Review of Systems

14/19

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 03/17/2022

General/Constitutional:
    Change in appetite denies.  Chills denies.  Fatigue denies.  Fever denies.  Headache denies.  Lightheadedness denies.
Weight gain denies.  Weight loss denies.
Ophthalmologic:
    Blurry vision denies.  Discharge denies.  Itching and redness denies.  Eye Pain denies.
ENT:
    Decreased hearing denies.
Respiratory:
    Cough denies.  Shortness of breath at rest denies.  Shortness of breath with exertion denies.  Wheezing denies.
Cardiovascular:
    Chest pain at rest denies.  Chest pain with exertion denies.  Orthopnea denies.  Palpitations denies.
Gastrointestinal:
    Abdominal pain denies.  Diarrhea denies.  Nausea denies.
Women Only:
    Breast lump denies.  Breast pain denies.
Genitourinary:
    Blood in urine denies.  Frequent urination denies.  Painful urination denies.
Musculoskeletal:
    Painful joints denies.  Swollen joints denies.
Peripheral Vascular:
    Cold extremities denies.  Pain/cramping in legs after exertion denies.
Skin:
    Rash denies.  Skin lesion(s) denies.  Skin oozing denies.
Neurologic:
    Gait abnormality denies.  Tingling/Numbness denies.

Vital Signs
HR **82 /min**, BP **130/85 mm Hg**, Wt **218 lbs**, BMI **31.28 Index**, Ht 70.0 in, Ht-cm 177.8 cm, Wt-kg 98.88 kg.

Examination
General Examination:
    GENERAL APPEARANCE: pleasant, in no acute distress, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
    EARS: normal.
    ORAL CAVITY: mucosa moist.
    NECK/THYROID: neck supple, full range of motion, thyroid normal.
    LYMPH NODES: no lymphadenopathy.
    SKIN: warm and dry, no suspicious lesions.
    HEART: regular rate and rhythm, no murmurs, rubs, gallops.
    LUNGS: clear to auscultation bilaterally.
    BREASTS: not examined.
    ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
    RECTAL: normal tone, no red blood.
    BACK: no kyphosis.
    EXTREMITIES: no edema.
    NEUROLOGIC: alert and oriented, normal exam.

Physical Examination
    Lumbar spine demonstrates point tenderness from L4-S1 facets with some guarding present and no true flattening. The pain
worsens with flexion that is limited due to 50 degrees flexion, 25 degrees extension and lateral bending to 15 degrees. There is
positive SLR on the right and left at 30 degrees on either side.

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 03/17/2022



Electronically signed by JOSE SOSA on 04/25/2022 at 11:49 AM CDT

Sign off status: Completed

TEXAS Pain Clinic
1460 N EXPRESSWAY — 83
SUITE C
BROWNSVILLE, TX 78521
Tel: 956-854-4224
Fax: 956-854-4333

Progress Notes 04/25 34 Y/O M H — 03/17/2022

5/20/22, 10:29 AM                                    Print Preview

MEDELLIN, HUGO **DOB**: 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS**: 04/12/2022



04/12/2022                                    Progress Notes: JOSE SOSA, FNP-C

**Reason for Appointment**
1. FU

**Assessments**
1. Lumbar disc herniation with radiculopathy - M51.16 (Primary)
2. Lumbar facet joint pain - M54.59

**Treatment**
**1. Lumbar disc herniation with radiculopathy**
Start Gabapentin Capsule, 100 MG, 1 capsule at night, Orally, Once a day, 30 day(s), 30 Capsule, Refills 2
Referral To:Neurosurgery
        Reason:eval and treat | s/t RFA L spine | Dr. Dones

**2. Others**
Notes: Patient status post radiofrequency ablation continues with some residual pain. Patient is referred back out to neurosurgery and orthopedic surgery. Patient was referred to us for ESI MBB's and RFA recommendations. We have proceeded and concluded. We have decreased patient's pain level moderately but continues to have some residual pain. Refer him back out to neurosurgery for any further recommendations for his pain pathology.

**Follow Up**
prn

**History of Present Illness**
Constitutional:
    Patient status post RFA of the lumbar spine. Patient states that shooting pain to bilateral lower extremity has improved but continues to have pain with certain movements. Patient reports a residual pain level 5 on a 0-to-10 scale. Patient states gabapentin has improved his pain at night.

**Current Medications**
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Acetaminophen 500 MG Capsule 2 capsule as needed Orally every 8 hrs
- Gabapentin 100 MG Capsule 1 capsule at night Orally Once a day

**Allergies**
N.K.D.A.

**Past Medical History**
    Medical History Verified.

**Surgical History**
    rhinoplasty

Progress Note: JOSE SOSA, FNP-C   04/12/2022

MEDELLIN, HUGO **DOB**: 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS**: 04/12/2022

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Family History**
Non-Contributory

**Social History**
Tobacco Use:
    Denies toxic habits: denies toxic habits  denies toxic habits.

**Review of Systems**
General/Constitutional:
    Change in appetite denies.  Chills denies.  Fatigue denies.  Fever denies.  Headache denies.  Lightheadedness denies.  Weight gain denies.  Weight loss denies.
Ophthalmologic:
    Blurry vision denies.  Discharge denies.  Itching and redness denies.  Eye Pain denies.
ENT:
    Decreased hearing denies.
Respiratory:
    Cough denies.  Shortness of breath at rest denies.  Shortness of breath with exertion denies.  Wheezing denies.
Cardiovascular:
    Chest pain at rest denies.  Chest pain with exertion denies.  Orthopnea denies.  Palpitations denies.
Gastrointestinal:
    Abdominal pain denies.  Diarrhea denies.  Nausea denies.
Women Only:
    Breast lump denies.  Breast pain denies.
Genitourinary:
    Blood in urine denies.  Frequent urination denies.  Painful urination denies.
Musculoskeletal:
    Painful joints denies.  Swollen joints denies.
Peripheral Vascular:
    Cold extremities denies.  Pain/cramping in legs after exertion denies.
Skin:
    Rash denies.  Skin lesion(s) denies.  Skin oozing denies.
Neurologic:
    Gait abnormality denies.  Tingling/Numbness denies.

**Vital Signs**
HR **102 /min**, BP **154/90 mm Hg**, Wt **215.8 lbs**, BMI **30.96 Index**, Ht 70.0 in, Ht-cm 177.8 cm, Wt-kg 97.89 kg.

**Examination**
General Examination:
    GENERAL APPEARANCE: pleasant, in no acute distress, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
    EARS: normal.
    ORAL CAVITY: mucosa moist.
    NECK/THYROID: neck supple, full range of motion, thyroid normal.
    LYMPH NODES: no lymphadenopathy.
    SKIN: warm and dry, no suspicious lesions.
    HEART: regular rate and rhythm, no murmurs, rubs, gallops.
    LUNGS: clear to auscultation bilaterally.
    BREASTS: not examined.
    ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
    RECTAL: normal tone, no red blood.

5/20/22, 10:29 AM                                    Print Preview

MEDELLIN, HUGO **DOB:** 10/30/1987 (34 yo M) **Acc No.** 23477 **DOS:** 04/12/2022

BACK: no kyphosis.
EXTREMITIES: no edema.
NEUROLOGIC: alert and oriented, normal exam.

Physical Examination

Lumbar spine demonstrates point tenderness from L4-S1 facets with some guarding present and no true flattening. The pain worsens with flexion that is limited due to 50 degrees flexion, 25 degrees extension and lateral bending to 15 degrees. There is positive SLR on the right and left at 30 degrees on either side.

Electronically signed by JOSE SOSA on 04/25/2022 at 10:53 AM CDT

Sign off status: Completed

TEXAS Pain Clinic
1160 N EXPRESSWAY 77/83
SUITE C
BROWNSVILLE, TX 78521
Tel: 956-854-4724
Fax: 956-854-4723

Progress Note for de MEDELLIN, HUGO 04/12/2022

# Exhibit "F"

**AFFIDAVIT By Custodian of Records**

STATE OF TEXAS            §
                                  §

COUNTY OF Cameron         §

**HEALTHCARE PROVIDER:** __Exceptional Imaging PLLC__
**PATIENT:** __Hugo O. Medellin__

Before me, the undersigned authority, personally appeared __Cassandra Puente__ (NAME OF AFFIANT), who, being me duly sworn, deposed as follows:

My name is __Cassandra Puente__ (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person in charge of record for the above referenced healthcare provider. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that the above referenced healthcare provider provided to patient from __10/26/2021__ to __10/26/2021__.

The attached medical and/or billing records are a part of this affidavit:

Medical Records __8__ (# of pages)     Billing Records __1__ (# of pages)

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by the above referenced healthcare provider or an employee or representative of the above referenced healthcare provider who had knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

    1. The total amount paid for the services was **(Amount Paid)**:     $ 0.00

    2. Unpaid Amount which healthcare provider has a right to be
       paid after any adjustments or credits is **(Amount Owed)**:     $ 3,500.00

         **TOTAL (Amount Paid + Amount Owed):**   $ 3,500.00

                                          Affiant

SWORN TO AND SUBSCRIBED before me on the __14th__ day of __June 2022__

                      Notary Public, State of Texas
                      Notary's printed name: Odalys Lopez
                      My commission expires: 3/27/2023

                           Notary Signature

Odalys Lopez
My Commission Expires
03/27/2023
ID No. 131949203

# EXCEPTIONAL  IMAGING, PLLC

**14 EDGEWATER PLACE, BROWNSVILLE TX 78521 · P: 956-372-1388**

**Charge Report**

Patient Name:       **Medellin, Hugo**
DOB:                10/30/1087
Date of Test:       10/26/2021
Test:               Lower Extremities

## Primary Codes

| CPT Codes | Price | Description of Tests Performed | Units | Total |
|-----------|-------|-------------------------------|-------|-------|
| 95912 | 650 | 13 or more nerve conduction studies | 1 | 650 |
| 95831 | 100 | Manual Muscle Testing arm, leg or trunk | 6 | 600 |
| 95832 | 100 | Manual muscle Testing hand | 2 | 200 |
| 95851 | 255 | ROM testing of arm, leg or spine | 2 | 500 |
| 95852 | 180 | Range of motion testing of hand | 2 | 350 |
| 95886 | 350 | Needle EMG of arm or leg, complete | 1 | 350 |
| 95887 | 200 | Needle EMG of Head or Trunk; Axial, Cr | 2 | 400 |

## Additional Codes

| CPT Codes | Price | Description of Supplies Used | Units | Total |
|-----------|-------|-----------------------------|-------|-------|
| A4556 | 50 | Electrodes | 6 | 300 |
| A4215 | 100 | Needles | 1 | 100 |
| A4558 | 30 | Gel or Paste | 1 | 50 |

| Summary | |
|---------|---|
| Number of charges: | 10 |
| Retainer Fee: | $0 |
| Total Charges: | $3,500 |
| Remainder Charges: | **$3,500** |

# EXCEPTIONAL  IMAGING, PLLC

14 EDGEWATER PLACE, BROWNSVILLE TX 78521 · P: 956-372-1388

**Test Date:**  10/26/2021

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Hugo Medellin | **DOB:** | 10/30/1987 | **Physician:** | |
| **Sex:** | Male | **Height:** | 5' 9" | **Ref Phys:** | Dr. Chughtai M.D |
| **ID#:** | | **Weight:** | 216 lbs. | **Technician:** | |

**Electrodiagnosis of the Lower Extremities:**
The patient presented for electrodiagnosis. Peripheral NCS, both motor and sensory aspects, were performed bilaterally, with needle electromyography performed in selected muscles according to guidelines.

**Patient Complaints:**
Patient is a 33 year-old male who presents with back pain with numbness tingling to bilateral lower extremities more to the right onset 4 months

**Medications:**
NONE

**Patient History / Exam:**
Patient was involved in a MVA in June 2021

**Consent:**
The risks, benefits, and alternatives to the procedure were discussed with the patient, who expressed understanding and desire to proceed. Specifically mentioned was the risk of increased post-procedural pain.

**Plan:**
Due to changes in the patient's objective findings, it is clinically mandatory and medically necessary to order further diagnostic evaluation. At this time, NCS and needle EMG were carried out at the order of the treating physician to further evaluate this patient's condition with regards to the subjective complaints and the doctor's objective findings. The testing will further evaluate and diagnose the patient's condition, isolate neurologic dysfunction and evaluate for radiculopathy. The rationale for EMG/NCS includes but is not limited to: evaluate for radiculopathy/isolate neurological dysfunction, evaluate for focal compression neuropathy, peripheral neuropathies, myopathies, and plexopathies.

**Summary and Findings:**
The bilateral sural and sup peroneal sensory nerve action potentials (SNAPs) demonstrated normal distal latencies and amplitudes.

The bilateral tibial, lateral plantar, and peroneal compound motor action potentials (CMAPs) demonstrated normal distal latencies and amplitudes. There were normal motor conduction velocities of the bilateral tibial nerves in the lower legs and the peroneal nerves in the lower legs and across the fibular head.

There were normal latencies of the bilateral tibial and peroneal minimum F waves for the patient's height. There were normal latencies of the bilateral tibial H-reflexes for the patient's height.

Electromyographic examination (EMG) was performed of the bilateral lower extremities. The EMG demonstrated increased insertional activity with abnormal spontaneous potentials at rest in the bilateral EDB and bilateral lumbar paraspinals. Motor unit configuration was normal with normal wave amplitude/duration. Recruitment and interference patterns were normal.

**Electrodiagnostic Impression:**
1. There is evidence suggestive of a non-localized bilateral lumbar radiculopathy based on the needle EMG findings, which demonstrated denervating motor unit potentials in the paraspinal muscles.

The denervating potentials in the bilateral EDB muscles suggests a predilection for the L5 nerve roots. Clinical correlation advised.

2. There is no electrodiagnostic evidence of sacral plexopathy, focal peroneal or tibial neuropathies in their knee or ankle segments, lateral plantar neuropathies in their ankle or foot segments, lower limbs large fiber peripheral polyneuropathy, or myopathy.

**Clinical Impression/Recommendations:**
Lumbar spine neuroimaging correlation for possible structural causes of nerve root disease is advised to be considered, if radicular disease is suspected clinically.

The results of this exam alone are not intended to be a sole source of information used to direct patient care. These findings should be correlated with other diagnostic studies along with a thorough physical and neurological examination.

Thank you for the opportunity to participate in this patient's care.

_____
Alejandro T. Martinez, DC, DNP

(1) 95912 – 11-12 Nerve Conduction Studies        (2) 95886 – Needle EMG, complete

**Patient:** Medellin , Hugo          **Test Date:** 10/26/2021          Page 3

## Nerve Conduction Studies
### Anti Sensory Summary Table

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (μV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Sup Peron Anti Sensory (Ant Lat Mall)  28 °C | | | | | | | | | | | |
| 14 cm | | 3.5 | <4.4 | 17.4 | >5.0 | 14 cm | Ant Lat Mall | 3.5 | 14.0 | 40 | |
| Right Sup Peron Anti Sensory (Ant Lat Mall)  28 °C | | | | | | | | | | | |
| 14 cm | | 3.1 | <4.4 | 9.7 | >5.0 | 14 cm | Ant Lat Mall | 3.1 | 14.0 | 45 | |
| Left Sural Anti Sensory (Lat Mall)  28 °C | | | | | | | | | | | |
| Calf | | 2.1 | <4.0 | 33.2 | >5.0 | Calf | Lat Mall | 2.1 | 14.0 | 67 | |
| Right Sural Anti Sensory (Lat Mall)  28 °C | | | | | | | | | | | |
| Calf | | 1.7 | <4.0 | 7.8 | >5.0 | Calf | Lat Mall | 1.7 | 14.0 | 82 | |

### Motor Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Lateral Plantar Motor (ADM)  28 °C | | | | | | | | | | | |
| Med Mall | | 4.3 | | 2.9 | | | | | | | |
| Right Lateral Plantar Motor (ADM)  28 °C | | | | | | | | | | | |
| Med Mall | | 4.1 | | 4.3 | | | | | | | |
| Left Peroneal Motor (Ext Dig Brev)  28 °C | | | | | | | | | | | |
| Ankle | | 4.1 | <6.1 | 7.0 | >2.5 | B Fib | Ankle | 5.8 | 29.0 | 50 | >38 |
| B Fib | | 9.9 | | 5.3 | | Poplt | B Fib | 1.5 | 10.0 | 67 | >40 |
| Poplt | | 11.4 | | 6.3 | | | | | | | |
| Right Peroneal Motor (Ext Dig Brev)  28 °C | | | | | | | | | | | |
| Ankle | | 3.7 | <6.1 | 6.5 | >2.5 | B Fib | Ankle | 6.1 | 29.0 | 48 | >38 |
| B Fib | | 9.8 | | 5.5 | | Poplt | B Fib | 1.6 | 10.0 | 63 | >40 |
| Poplt | | 11.4 | | 5.7 | | | | | | | |
| Left Tibial Motor (Abd Hall Brev)  28 °C | | | | | | | | | | | |
| Ankle | | 5.2 | <6.1 | 7.7 | >3.0 | Knee | Ankle | 7.1 | 41.0 | 58 | >35 |
| Knee | | 12.3 | | 1.1 | | | | | | | |
| Right Tibial Motor (Abd Hall Brev)  28 °C | | | | | | | | | | | |
| Ankle | | 3.8 | <6.1 | 9.0 | >3.0 | Knee | Ankle | 8.2 | 41.0 | 50 | >35 |
| Knee | | 12.0 | | 1.6 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm | M-Lat (ms) | FLat-MLat (ms) |
|---|---|---|---|---|---|---|
| Left Peroneal (Mrkrs) (EDB)  28 °C | | | | | | |
| | 40.91 | <60 | 0.09 | <5.1 | 5.10 | 35.81 |
| Right Peroneal (Mrkrs) (EDB)  28 °C | | | | | | |
| | 40.81 | <60 | 0.09 | <5.1 | 4.52 | 36.29 |
| Left Tibial (Mrkrs) (Abd Hallucis)  28 °C | | | | | | |
| | 51.38 | <61 | 1.94 | <5.7 | 5.45 | 45.93 |
| Right Tibial (Mrkrs) (Abd Hallucis)  28 °C | | | | | | |
| | 53.32 | <61 | 1.94 | <5.7 | 5.10 | 48.22 |

## H Reflex Studies

| NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm | M-Lat (ms) | HLat-MLat (ms) |
|---|---|---|---|---|---|
| Left Tibial (Gastroc)  28 °C | | | | | |
| | 31.28 | 0.88 | <2.0 | 7.33 | 23.95 |
| Right Tibial (Gastroc)  28 °C | | | | | |
| | 32.16 | 0.88 | <2.0 | 5.47 | 26.69 |

## EMG

**Patient:** Medellin , Hugo           **Test Date:** 10/26/2021           **Page** 4

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | Ext Dig Brev | Dp Br Peron | L5, S1 | Incr | 2+ | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Right | AbdHallucis | MedPlantar | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Peroneus Brev | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Peroneus Long | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | BicepsFemS | Sciatic | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Ext Dig Brev | Dp Br Peron | L5, S1 | Incr | 2+ | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Left | AbdHallucis | MedPlantar | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Peroneus Brev | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Peroneus Long | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | BicepsFemS | Sciatic | L5-S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | L4 Parasp | Rami | L4 | Nml | Nml | Nml | | | | | | |
| Right | L5 Parasp | Rami | L5 | Incr | 2+ | 2+ | | | | | | |
| Right | S1 Parasp | Rami | S1 | Incr | 2+ | 2+ | | | | | | |
| Left | L4 Parasp | Rami | L4 | Nml | Nml | Nml | | | | | | |
| Left | L5 Parasp | Rami | L5 | Incr | 2+ | 2+ | | | | | | |
| Left | S1 Parasp | Rami | S1 | Incr | 2+ | 2+ | | | | | | |

## Nerve Conduction Studies
### Anti Sensory Left/Right Comparison

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sup Peron Anti Sensory (Ant Lat Mall) 28 °C** | | | | | | | | | | | |
| 14 cm | 3.5 | 3.1 | 0.4 | 17.4 | 9.7 | 44.3 | 14 cm | Ant Lat Mall | 40 | 45 | 5 |
| **Sural Anti Sensory (Lat Mall) 28 °C** | | | | | | | | | | | |
| Calf | 2.1 | 1.7 | 0.4 | 33.2 | 7.8 | 76.5 | Calf | Lat Mall | 67 | 82 | 15 |

### Motor Left/Right Comparison

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lateral Plantar Motor (ADM) 28 °C** | | | | | | | | | | | |
| Med Mall | 4.3 | 4.1 | 0.2 | 2.9 | 4.3 | 32.6 | | | | | |
| **Peroneal Motor (Ext Dig Brev) 28 °C** | | | | | | | | | | | |
| Ankle | 4.1 | 3.7 | 0.4 | 7.0 | 6.5 | 7.1 | B Fib | Ankle | 50 | 48 | 2 |
| B Fib | 9.9 | 9.8 | 0.1 | 5.3 | 5.5 | 3.6 | Poplt | B Fib | 67 | 63 | 4 |
| Poplt | 11.4 | 11.4 | 0.0 | 6.3 | 5.7 | 9.5 | | | | | |
| **Tibial Motor (Abd Hall Brev) 28 °C** | | | | | | | | | | | |
| Ankle | 5.2 | 3.8 | 1.4 | 7.7 | 9.0 | 14.4 | Knee | Ankle | 58 | 50 | 8 |
| Knee | 12.3 | 12.0 | 0.3 | 1.1 | 1.6 | 31.3 | | | | | |

**Waveforms:**



**Patient:** Medellin , Hugo                    **Test Date:** 10/26/2021                    **Page** 6









Exhibit "G"

**AFFIDAVIT By Custodian of Records**

STATE OF TEXAS                          §
                                        §
COUNTY OF _Cameron_                     §

**HEALTHCARE PROVIDER:** _Jose G. Dones_
**PATIENT:** _Hugo O. Medellin_

Before me, the undersigned authority, personally appeared _Stephanie Saiz_ (NAME OF AFFIANT), who, being by me duly sworn, deposed as follows:

My name is _Stephanie Saiz_ (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person in charge of record for the above referenced healthcare provider. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that the above referenced healthcare provider provided to patient from _06|11|2021_ to _06|08|2022_

The attached medical and/or billing records are a part of this affidavit:

Medical Records _____7_____ (# of pages)    Billing Records _____2_____ (# of pages)

The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by the above referenced healthcare provider or an employee or representative of the above referenced healthcare provider who had knowledge of the information. The records were made at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

1. The total amount paid for the services was **(Amount Paid):**   $ _760.00_

2. Unpaid Amount which healthcare provider has a right to be paid after any adjustments or credits is **(Amount Owed):**   $ _0_

    **TOTAL (Amount Paid + Amount Owed):**   $ _760.00_

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the _10th_ day of _June 2022_

Notary Public, State of Texas
Notary's printed name: _Lizeth Anzaldua_
My commission expires: _10.14.22_
_____
Notary Signature

LIZETH ANZALDUA
Notary Public, State of Texas
Comm. Expires 10-14-2022
Notary ID 129992230

Jose G. Dones MD,PA
597 W SESAME DR SUITE E

HARLINGEN TX 78550-8364

ANY QUESTIONS PLEASE CALL: (956)425-6090

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

| | ☐ VISA | ☐ MASTERCARD | ☐ DISCOVER | ☐ AMER EXP. |
|---|---|---|---|---|
| CARD NUMBER | | | SIGNATURE CODE | |
| SIGNATURE | | | EXP DATE | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 06/09/22 | 0.00 | HF359309308 |

SHOW AMOUNT **$**
PAID HERE

**SEND TO:**

HUGO MEDELLIN
33229 LONG HORN LANE

LOS FRESNOS TX 78566

Jose G. Dones MD,PA
597 W SESAME DR SUITE E

HARLINGEN TX 78550-8364

☐ PLEASE CHECK THE BOX IF YOUR ADDRESS IS
INCORRECT OR INSURANCE INFO HAS CHANGED

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| PATIENT NAME | | HUGO MEDELLIN | PATIENT ACCT NUMBER | | HF359309308 | BALANCE DUE | 0.00 |
|---|---|---|---|---|---|---|---|
| **DATE** | **CODE** | **DESCRIPTION OF SERVICE** | **CHARGE** | **ADJUSTMENT** | **INS PYMT** | **PAT RESP** | **PAT PYMT** | **BALANCE** |
| 12/20/21 | | **JOSE GILBERTO DONES** | 480.00 | 0.00 | 0.00 | 480.00 | 480.00 | 0.00 |
| | | SELF PAY | | | 0.00 | | | |
| 12/20/21 | 99244 | OFFICE CONSULTATION | 480.00 | 0.00 | 0.00 | | | |
| | | OTHER PR | | | | 480.00 | | |
| 12/20/21 | | PATIENT PAYMENT | | | | | 480.00 | |
| | | | | | 0.00 | | 480.00 | 0.00 |

| | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| **INSURANCE** | | | | | | |
| **PATIENT** | | | | | | 0.00 |

PLEASE PAY **$**  0.00
THIS AMOUNT

Jose G. Dones MD,PA
597 W SESAME DR SUITE E

HARLINGEN TX 78550-8364

ANY QUESTIONS PLEASE CALL: (956)425-6090

| | IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW. |
|---|---|
| | ☐ VISA   ☐ MASTERCARD   ☐ DISCOVER   ☐ AMER EXP. |
| CARD NUMBER | SIGNATURE CODE |
| SIGNATURE | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 06/09/22 | 0.00 | HF359309308 |

SHOW AMOUNT **$**
PAID HERE

**SEND TO:**

HUGO MEDELLIN
33229 LONG HORN LANE

LOS FRESNOS TX 78566

Jose G. Dones MD,PA
597 W SESAME DR SUITE E

HARLINGEN TX 78550-8364

☐ PLEASE CHECK THE BOX IF YOUR ADDRESS IS
INCORRECT OR INSURANCE INFO HAS CHANGED

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| PATIENT NAME | | HUGO MEDELLIN | | PATIENT ACCT NUMBER | | HF359309308 | BALANCE DUE | 0.00 |
|---|---|---|---|---|---|---|---|---|

| DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | ADJUSTMENT | INS PYMT | PAT RESP | PAT PYMT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **05/23/22** | | **JOSE GILBERTO DONES** | **280.00** | **0.00** | **0.00** | **280.00** | **280.00** | **0.00** |
| | | SELF PAY | | | 0.00 | | | |
| 05/23/22 | 99214 | OFFICE O/P EST MOD | 280.00 | 0.00 | 0.00 | | | |
| | | OTHER PR | | | | 280.00 | | |
| 05/23/22 | | PATIENT PAYMENT | | | | | 280.00 | |
| | | | | | 0.00 | | 280.00 | 0.00 |

| | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| **INSURANCE** | | | | | | |
| **PATIENT** | | | | | | 0.00 |

PLEASE PAY **$**      0.00
THIS AMOUNT

MEDELLIN, HUGO  (10/30/1987 ) #HF359309308                                    Encounter DOS: 12/20/2021

| **Patient:** | MEDELLIN, HUGO (09, 08/01/21) (Male) 33229 LONG HORN LANE LOS FRESNOS, TX 78566 (956)312-2340* | **DOB:** **Race:** **Language:** **Ethnicity:** | 10/30/1987 (34) Patient Declined English Patient Declined | **Encounter ID:** **Primary Ins:** | 132518329 SELF PAY |
|---|---|---|---|---|---|
| **Location:** | Jose G. Dones MD PA (expressway 77) 5700 N Expressway 77 Suite 301 Brownsville, TX, 78526-4355 (956)425-6090 | **Provider:** | DR. JOSE GILBERTO DONES, MD | **Referring:** | Saenz, Jorge |

## Subjective

### Chief Complaint

Hugo Medellin is a 34 year old male complaining of Back pain. The symptoms are located at: Lower back  The quality is best described as: sharp  When asked about the severity level of the symptoms the patient reported: 6 on pain scale affecting daily activities  The patient reports the duration of their symptoms as: s/p MVA, Patient was the driver of the vehicle that was rear ended and cause him to hit the vehicle in front of him.  The timing of their symptoms is reported to be: intermittent  The patient also reports the following factors related to their symptoms: Patient present with MRI L Spine and EMG lower for evaluation. Patient had ESI done and physical therapy with Saenz about 2 month ago with slight improvement.  The patient admits to the following factors that modify their symptoms: taking OTC medication for pain  The following findings or symptoms are associated with patient's chief complaint: Pain radiating to left leg with numbness. Patient ambulates without assistance of any device.

### Medication List

The patient has no known medications.

### Allergies

The patient has no known allergies.

### Social Hx

**Tobacco:** Cigarettes (Never used tobacco)

Alcohol : Patient has no history of alcohol use.

### Medical Hx

The patient **reports** a history of Prostate .

### Surgical Hx

The patient **reports** a history of Hemorrhoid , Nose sx , ESI L5-S1 Dr. Saenz 9-23-21.

### Family Hx

**Father:**  (Deceased) reports Diabetes.

**Mother:**  (Alive) reports Diabetes, Hypertension.

### Review of Systems

**Constitutional - reported:**  ALERT,

**Head - Denied:**  Dizziness, Headaches,

**Eyes - Denied:**  Blurry Vision, Double Vision,

**Respiratory - Denied:**  Bronchitis, Cough,

**Cardiovascular - Denied:**  Heart Murmur, History of heart attack,

**Gastrointestinal - Denied:**  Diarrhea, Constipation,

**Musculoskeletal - reported:**  Back problems, Restricted Motion,

Electronically Signed and Reviewed by DONES, JOSE GILBERTO 12/20/2021 15:15:29

MEDELLIN, HUGO  (10/30/1987 ) #HF359309308                                    Encounter DOS: 12/20/2021

   **Psychiatric -  Denied:**  Depression, Mood changes,
   **Neurological -  Denied:**  Tremors, Unsteady gait,
   **Endocrine -  Denied:**  Weight gain, Weight loss,

## Objective

### Vital Signs
   **Blood Pressure:** 121/88 (Right Brachial, Sitting, Standard, Normal)
   **Pulse:** 85 (Left Radial, REGULAR rhythm, Normal quality, Normal)
   **Respirations:** 17 (Normal quality, NORMAL rhythm, Normal)
   **Weight:** 215 lb 0 oz  **Height:** 5' 7"  **BMI Flag:** Obese ( 33.7 )
   **Weight Assessment and Counseling:** Weight-loss Diet

### Physical Exam
IMPRESSION MRI L SPINE: STRAIGHTENING OF THE LUMBAR CURVATURE, THIS CAN BE SENE WITH SPASM AND STRAIN. DISC PROTRUSION SUBLIGAMENOUTS DISC HERNIATION AT L5-S1 EXTENDING POSTERIORLY BY 5MM AND IMPINGING THE ANTERIR THECAL SAC AND EXITING NERVE ROOTS ON BOTH SIDES.

**Constitutional**
The patient is awake, alert, well developed, well nourished and well groomed.

**Head**
The skull is normocephalic, atraumatic. The patient's facial expression and facial contours are normal. There is no facial droop.

**Eyes**
The eyelids are without lesions. The sclera is white and the conjunctiva pink. Pupils are equally round.

**Neck**
The neck is tender and the trachea is mid line.

**Respiratory**
The patient is relaxed and breathes without effort. The patient is not cyanotic.

**Musculoskeletal**

  **LUMBAR SPINE**

    **Inspection Palpation**

      **Lumbar Spine L5-S1 Disc Space:**  Upon palpation there is tenderness

    **Alignment**

      **Alignment:** There is a normal physiologic lumbar lordosis. There is no scoliosis.

    **Range of Motion**

      Lumbar spine range of motion testing is abnormal in extension, flexion and side-bending.

    **Muscle Testing**

      Strength testing of the major muscles innervated by the lumbar spine is graded at 5/5

    **Special Tests**

      Special testing is normal; there is evidence of lumbar nerve root irritation.

**Neurologic**

  **Reflexes**

    The left patella reflex is graded at 2+ normal The right patella reflex is graded at 2+ normal
    The left Achilles reflex is graded at 2+ normal The right Achilles reflex is graded at 2+ normal

  **Sensory**

    Sensory testing for pain (pinprick), light touch, position, and vibration is intact.

**Psychiatric**
The patient is oriented to person, place, and time. Speech is fluent and words are clear. Thought processes are

Electronically Signed and Reviewed by DONES, JOSE GILBERTO 12/20/2021 15:15:29

MEDELLIN, HUGO  (10/30/1987 ) #HF359309308                                    Encounter DOS: 12/20/2021

coherent, insight is good.

## Assessment

### Diagnosis
Mr.Medellin  presents for Initial evaluation with history of MVA resulting in back injury. Patient
complains of lower back pain radiating to left leg with numbness . Patient is taking OTC
medication for pain as needed. Patient has completed physical therapy and pain management
with no resolution of symptoms. Patient ambulates without assistance of any device.

Upon review of MRI L Spine reveals disc herniation L5-S1
Upon review of EMG reveals possible L5 radiculopathy
M5117 Intvrt disc disorders w radiculopathy, lumbosacral region

## Plan

### Procedures
99244 Office Consultation (1 UN)

### Orders

| Ordering Provider | DONES, J | Order Date | 12/20/2021 15:14 | Result Status | Printed | Result Date |
|---|---|---|---|---|---|---|
| Facility | Texas Pain Clinic Brownsville- Dr. Jorge Saenz | | | | | |

| Order | Test Name | | In Range | Out Range | Result Comment |
|---|---|---|---|---|---|
| **Texas Pain Clinic Brownsville- Dr. Jorge Saenz Pain Medicine** | | | | | |
| | **Consult** | | | | |

### Follow-Up
Follow-Up ( As Needed) with DONES, JOSE GILBERTO

### Care Plan
At this time patient was explained of MRI L Spine finding of disc herniation L5-S1 and EMG
findings of possible L5 radiculopathy. , but upon physical examination patient has sign and
symptoms of facet pain syndrome and will benefit from facet injection possible medial branch
block ultimately radiofrequency namely at L4-L5 L5-S1. Patient to call the office if any problem or
concern arise.

Transcribed for Dr.Dones by Laura Saucedo CMA

### Patient Instructions
### Herniated Disk: What It Is And What You Can Do
**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/herniated-disk.printerview.all.html

### Problem List
Lumbago-Sciatica Due To Displacement Of Lumbar Intervertebral Disc (Onset: 12/20/2021 - Active)

Electronically Signed and Reviewed by DONES, JOSE GILBERTO 12/20/2021 15:15:29

MEDELLIN, HUGO  (10/30/1987 ) #HF359309308

Encounter DOS: 12/20/2021



Electronically Signed and Reviewed by DONES, JOSE GILBERTO 12/20/2021 15:15:29

MEDELLIN, HUGO  (10/30/1987 ) #HF359309308                                    Encounter DOS: 05/23/2022

| **Patient:** | MEDELLIN, HUGO (09, 08/01/21) (Male) 33229 LONG HORN LANE LOS FRESNOS, TX 78566 (956)312-2340* | **DOB:** **Race:** **Language:** **Ethnicity:** | 10/30/1987 (34) Patient Declined English Patient Declined | **Encounter ID:** **Primary Ins:** | 142018831 SELF PAY |
|---|---|---|---|---|---|
| **Location:** | Jose G. Dones MD PA (expressway 77) 5700 N Expressway 77 Suite 301 Brownsville, TX, 78526-4355 (956)425-6090 | **Provider:** | DR. JOSE GILBERTO DONES, MD | **Referring:** | Saenz, Jorge |

## Subjective

### Chief Complaint

Hugo Medellin is a 34 year old male complaining of Back pain. The symptoms are located at: Lower back  The quality is best described as: dull  When asked about the severity level of the symptoms the patient reported: moderate affecting daily activities  The patient reports the duration of their symptoms as: status post motor vehicle accident  The timing of their symptoms is reported to be: Intermittent  discomfort  The patient also reports the following factors related to their symptoms: Patient had RF done with some improvement.  The patient admits to the following factors that modify their symptoms: taking OTC medication for pain  The following findings or symptoms are associated with patient's chief complaint: Lower back discomfort Patient ambulates without assistance of any device.

### Medication List

The patient has no known medications.

### Allergies

The patient has no known allergies.

### Social Hx

**Tobacco:** Cigarettes (Never used tobacco)
Alcohol : Patient has no history of alcohol use.

### Medical Hx

The patient **reports** a history of Prostate .

### Surgical Hx

The patient **reports** a history of Hemorrhoid , Nose sx , ESI L5-S1 Dr. Saenz 9-23-21, RF Dr. Saenz .

### Family Hx

**Father:**   (Deceased) reports Diabetes.
**Mother:**   (Alive) reports Diabetes, Hypertension.

### Review of Systems

**Constitutional -  reported:**  ALERT, Awake,
**Head -  Denied:**  Dizziness, Headaches,
**Eyes -  Denied:**  Blurry Vision, Double Vision,
**Respiratory -  Denied:**  Bronchitis, Cough,
**Musculoskeletal -  reported:**  Back problems,
     **Denied:**  Restricted motion,

## Objective

Electronically Signed and Reviewed by DONES, JOSE GILBERTO 05/24/2022 09:50:14

MEDELLIN, HUGO  (10/30/1987 ) #HF359309308                                    Encounter DOS: 05/23/2022

**Vital Signs**
  **Weight:** 215 lb **Height:** 5' 7" **BMI Flag:** Obese ( 33.7 )
  **Weight Assessment and Counseling:** Weight-loss Diet

**Physical Exam**
**Constitutional**
  **Orientation:** The patient understands and responds quickly and appropriately
  **Gait and posture:** The patient is ambulating without assistance. The gait and posture appear normal.
  **Distress:** This patient is in no acute distress.
**Musculoskeletal**
  **LUMBAR SPINE**
    **Inspection Palpation**
      Inspection and palpation of the lumbar spine is within normal limits; there is no erythema, edema, deformity or tenderness.
    **Alignment**
      **Alignment:** There is a normal physiologic lumbar lordosis. There is no scoliosis.
    **Range of Motion**
      Lumbar spine range of motion testing is normal in extension, flexion and side-bending.
**Psychiatric**
  The patient is oriented to person, place, and time. Speech is fluent and words are clear. Thought processes are coherent,.

## Assessment

**Diagnosis**
  Mr.Medellin presents with history of motor vehicle accident resulting in back injury. Patient complains of back discomfort taking OTC medication for pain as needed. He had radiofrequency ablation (RFA) done with slight improvement. Patient ambulates without assistance of any device.

  Prior MRI L spine reveals disc herniation L5-S1
  Prior EMG reveals possible L5 radiculopathy
  M5117 Intvrt Disc Disorders W Radiculopathy, Lumbosacral Region

## Plan

**Procedures**
  99214 Office O/p Est Mod (1 UN)

**Follow-Up**
  Follow-Up ( As Needed) with DONES, JOSE GILBERTO

**Care Plan**
  At this time  patient was explained of prior MRI L spine findings of disc herniation L5-S1 and EMG findings of possible L5 radiculopathy. He is status post radiofrequency ablation (RFA) and was advice if pain return repeat radiofrequency ablation (RFA) will be warranted if he fails to improve after that a new MRI L spine will be warranted for possible Microdiscectomy. Patient to call the office if any problem or concern arise.

Electronically Signed and Reviewed by DONES, JOSE GILBERTO 05/24/2022 09:50:14

MEDELLIN, HUGO  (10/30/1987 ) #HF359309308                                    Encounter DOS: 05/23/2022

Transcribed for Dr.Dones by Laura Saucedo CMA

**Patient Instructions**
**Herniated Disk: What It Is And What You Can Do**
   **Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/herniated-disk.printerview.all.html

**Problem List**
   Lumbago-Sciatica Due To Displacement Of Lumbar Intervertebral Disc (Onset: 12/20/2021 - Active)

Electronically Signed and Reviewed by DONES, JOSE GILBERTO 05/24/2022 09:50:14