# EXHIBIT 1-7

## Case Information

2021-CCL-00597 | HUGO MEDELLIN VS ARION MORESHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP.

Case Number
2021-CCL-00597

Court
County Court at Law III

Judicial Officer
Gonzales III, David

File Date
07/21/2021

Case Type
Injury or Damage-Motor Vehicle

Case Status
Pending

## Party

Plaintiff
Medellin, Hugo

Address
33229 Long Horn Lane
Los Fresnos TX 78566

Active Attorneys
Lead Attorney
Cisneros, Mario A
Retained

Defendant
Moreshedian, Arion

Address
102953 Trotter Way
WALNUT CREEK CA 94596

Active Attorneys
Lead Attorney
PECTOR, MICHELLE
Retained

Attorney
OLIVEIRA, DAVID G.
Retained

Defendant
Space Exploration Technologies Corp.

Address

Active Attorneys
Lead Attorney
PECTOR, MICHELLE
Retained

Corporation Service Company d/b/a CSC-
211 E. 7 th Street, Suite 620
AUSTIN TX 78701

Attorney
OLIVEIRA, DAVID G.
Retained

## Events and Hearings

07/21/2021 Original Petition (OCA)

07/21/2021 Efiled Original Petition Document

Comment
Plaintiffs Original Petition, Jury Demand, Notice of Intent to Use Documents Pursuant to Texas Rules of Civil Procedure, Rule 193.7 and Plaintiffs Request for Notice by Defendant of Intent to Seek Admission of Criminal Convictions of Witness Pursuant to Texas Rules of Evidence Rule 609(f)

07/22/2021 Jury Fee Paid

07/22/2021 Citation Issued(PD)

Comment
(Arion Moreshedian)

07/22/2021 Citation

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

08/31/2021 Amended

Comment
Petition, Jury Demand, Notice of Intent to Use Documents Pursuant to Texas Rules of Civil Procedure, Rule 193.7, and Plaintiff's Request for Notice by Defendant of Intent to Seek Admission of Criminal Convictions of Witnesses Pursuant to Texas Rules of Evidence, Rule 609(f)

09/01/2021 Citation Issued(PD)



Comment
(Arion Moreshedian)

09/01/2021 Citation Issued(PD)

Comment
(Space Exploration Technologies Corp.)

09/01/2021 Citation

Served
09/15/20214:15 PM

Anticipated Server
Civil Process Server

Anticipated Method
In Person
Actual Server
Civil Process Server

Returned
09/15/2021

09/01/2021 Citation

Served
09/04/2021

Anticipated Server
Civil Process Server

Anticipated Method
Certified Mail
Actual Server
Civil Process Server

Returned
09/14/2021 3:01 PM

09/14/2021 Civil Process Service

Comment
CERTIFIED MAIL

09/15/2021 Civil Process Service

10/04/2021 Original Answer

10/04/2021 Original Answer

11/02/2021 Notice of Filing

Comment
Affidavits (Plaintiff's)



11/02/2021 Notice of Filing

Comment
Affidavit With Attached Business Record (Plaintiff's)

11/02/2021 Notice of Filing

Comment
Affidavits (Plaintiff's)

11/02/2021 Notice of Filing

Comment
Affidavit With Attached Business Record

03/14/2022 Motion to Set

Comment
on The Jury Docket (Plaintiff's)

03/14/2022 Order Setting Hearing

03/17/2022 Order Setting

Comment
Motion for Trial Setting, (Signed and Entered), C/to: All Parties

04/04/2022 Docket Control Conference (telephonic)

Original Type
Docket Control Conference (telephonic)

Judicial Officer
Gonzales III, David

Hearing Time
01:30 PM

Result
Held

04/04/2022 Journal Entry

Comment
Both sides appeared telephonic and by agreement of parties, TM is set for 1/25/23 ann w/ 1/30/23 tri at 9:00 a.m., Plaintiff to submit order/sf

04/20/2022 Scheduling Order

04/20/2022 Motion

Comment
Defendants' Motion for Entry of Scheduling Order

04/20/2022 Scheduling Order

Comment
(Signed 4/22/2022 and Entered), C/to: All Parties

06/20/2022 Notice

Comment
Plaintiff's Supplemental Notice of Filing Affidavits, Exhibits B-G

01/25/2023 Announcement

Judicial Officer
Gonzales III, David

Hearing Time
9:00 AM

01/30/2023 Jury Trial

Judicial Officer
Gonzales III, David

Hearing Time
9:00 AM

## Financial

Medellin, Hugo

| | |
|---|---|
| Total Financial Assessment | $314.00 |
| Total Payments and Credits | $314.00 |

| | | | | |
|---|---|---|---|---|
| 7/22/2021 | Transaction Assessment | | | $306.00 |
| 7/22/2021 | E-File Electronic Payment | Receipt # 2021-0010077 | Medellin, Hugo | ($306.00) |
| 9/1/2021 | Transaction Assessment | | | $8.00 |
| 9/1/2021 | E-File Electronic Payment | Receipt # 2021-0011741 | Medellin, Hugo | ($8.00) |