# EXHIBIT 1-8

FILED
2021-CCL-00597
4/20/2022 2:56 PM
Sylvia Garza-Perez
Cameron County Clerk

NO. 2021-CCL-00597

| | | |
|---|---|---|
| HUGO MEDELLIN | § | IN THE COUNTY COURT AT LAW |
| Plaintiff, | § § § | |
| v. | § § | NO. 3 |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § § | |
| Defendants. | § § | CAMERON COUNTY, TEXAS |

**[PROPOSED] SCHEDULING ORDER**

The following case deadlines are hereby ordered:

1. Jury Trial is scheduled for January 30, 2023 at 09:00 a.m.

2. Announcements are scheduled for January 25, 2023 at 9:00 a.m.

3. The deadline to complete mediation is December 16, 2022.

4. The deadline for completion of discovery by all parties is December 16, 2022.

5. Designation of experts and produce reports:

a. Plaintiff: September 30, 2022;

b. Defendant: October 31, 2022.

Signed this _____ day of  4/22/2022 _____, 2022.

JUDGE PRESIDING
David Gonzales III

RECEIVED
4/22/2022
12:26 PM
SYLVIA GARZA-PEREZ
CAMERON COUNTY CLERK
By:  Rhone, Jacqueline

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emily Harper on behalf of Michelle Pector
Bar No. 24027726
emily.harper@morganlewis.com
Envelope ID: 63742718
Status as of 4/21/2022 10:34 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Michelle Pector | 24027726 | michelle.pector@morganlewis.com | 4/20/2022 2:56:19 PM | SENT |
| David G. Oliveira | 15254675 | doliveira@rofllp.com | 4/20/2022 2:56:19 PM | SENT |
| Mario Cisneros | | BrownsvilleLegal@begumlawgroup.com | 4/20/2022 2:56:19 PM | SENT |