# EXHIBIT 1-9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § |
| | § |
| Defendants. | § |

## LIST OF ALL COUNSEL

Mario Cisneros
State Bar No. 24065048
BEGUM LAW GROUP
brownsvillelegal@begumlawgroup.com
2401 Wild Flower Drive, Ste. B
Brownsville, Texas 78526
(956) 982-1800
(956) 982-8602
***Attorneys for Plaintiff Hugo Medellin***

Michelle D. Pector
State Bar No. 24027726
MORGAN, LEWIS & BOCKIUS LLP
michelle.pector@morganlewis.com
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

David Oliveira
State Bar No. 15254675
ROERIG, OLIVEIRA, & FISHER, LLP
doliveira@rofllp.com
10225 N. 10th Street
McAllen, Texas 78504
(956) 393-6300 Telephone
(956) 386-1625 Facsimile
***Attorneys for Defendants Space Exploration Technologies Corporation and Arion Morshedian***