# EXHIBIT 2



| | | |
|---|---|---|
| Alexander Michael Begum<br>Richard Storm<br>Mario Cisneros<br>Negin Roberts<br>Juan Gonzalez<br>Leon Dacbert<br>Mario Alvarez | 2401 Wildflower Drive<br>Suite B<br>Brownsville, Texas 78526<br>T: 956.982.1800<br>F: 956.982.8602 | Other Offices:<br>McAllen, Texas<br>Laredo, Texas<br>San Antonio, Texas |

July 8, 2022

**VIA CMRR: 7020 3160 0000 4703 7873**
**VIA FASCIMILE: (713) 890-5001**
**VIA EMAIL: michelle.pector@morganlewis.com**
Ms. Michelle Pector
Morgan, Lewis & Bockius, LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002

**VIA CMRR: 7020 3160 0000 4703 7880**
**VIA FASCIMILE: (956) 386-1625**
**VIA EMAIL: doliveira@rofllp.com**
Mr. David Oliveira
Roerig, Oliveira, & Fisher, LLP
10225 N. 10th Street
McAllen, Texas 78504

RE: Cause No.: 2021-CCL-0597; *Hugo Medellin v. Arion Morshedian, et. al.;*
In the County Court at Law No. 3 of Cameron County, Texas.

## STOWERS DEMAND FOR SETTLEMENT

Ms. Pector & Mr. Oliveira,

    As you know, Mr. Hugo Medellin is represented by this law firm in his claims for the damages and injuries he sustained as a direct and proximate result of an automobile collision incident caused by the negligence and recklessness of Space Exploration Technologies, Corp., and Arion Morshedian. Please accept this correspondence as a formal demand to resolve any and all causes of action that my client has against Space Exploration Technologies, Corp., and Arion Morshedian







▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ At the present time, the following represents Mr. Medellin's past medical expenses based on the records included in this demand:

| Medical Provider/Treatment Facility | Amount |
|---|---|
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |
| Advanced Urgent Care of Brownsville | $38,000.00 |
| Elite Therapy Services | $4,310.00 |
| Texas Health Care Mobile Imaging, LLC | $2,600.00 |
| Dr. Jorge Saenz, M.D. | $450.00 |
| Texas Pain Clinic, LLC | $43,475.00 |
| Exceptional Imaging, PLLC | $3,500.00 |
| Dr. Jose G. Dones-Vasquez, MD | $760.00 |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |
| Total | $93,095.00 |







Mr. Medellin seeks fair compensation for his present and future medical expenses, physical injuries, pain and suffering, emotional distress, negative impact on the quality of his life, physical impairment, disfigurement, and the increased possibility of recurring injuries that are a direct consequence of this incident. The amount we have collectively determined, which would compensate Mr. Medellin for his damages, amounts to:

*$499,000.00 or the remaining policy limits (whichever is less) of the Liberty Mutual Fire Insurance Company policy (Policy No.: AS2-661-067340-011) which covers the conduct of Space Exploration Technologies Corp., and Arion Morshedian, and/or any other entity that they wish to be released by this demand.*







Sincerely yours,
**BEGUM LAW GROUP**

*Alexander M. Begum*
Alexander M. Begum
For the Firm

AND

*Mario A. Cisneros*
Mario A. Cisneros
For the Firm

