# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | |
| | § | |
| Defendants. | § | |

### INDEX OF ALL MATTERS ATTACHED TO NOTICE OF REMOVAL

**Exhibit 1-1**   Plaintiff's Original Petition
(filed July 21, 2021)

**Exhibit 1-2**   Plaintiff's Amended Petition, with accompanying process
(filed August 31, 2021)

**Exhibit 1-3**   Morshedian's Original Answer
(filed October 4, 2021)

**Exhibit 1-4**   SpaceX's Original Answer
(filed October 4, 2021)

**Exhibit 1-5**   Billing record of Advanced Urgent Care of Brownsville
(filed November 2, 2021)

**Exhibit 1-6**   Billing records of Pharmaceutical Processing Management, Texas Health Care Mobile Imaging, Jorge Saenz, MD, Texas Pain Clinic, Exceptional Imaging, and Jose G. Dones
(filed June 20, 2022)

**Exhibit 1-7**   The docket sheet in the State Court Action

**Exhibit 1-8**   The State Court's scheduling order
(filed April 22, 2022)

**Exhibit 1-9**   A list of all counsel of record, including addresses, telephone numbers, and parties represented

**Exhibit 2**   Plaintiff's July 8, 2022 demand letter

**Exhibit 3**   Index of matters filed