IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE | § | |
| EXPLORATION TECHNOLOGIES | § | |
| CORP. | § | |
| | § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Space Exploration Technologies Corp. states that it has no parent corporation, and no public corporation owns more than 10% of its stock.

Dated: July 20, 2022

ROERIG, OLIVEIRA, & FISHER, LLP

/s/ David Oliveira
David Oliveira
State Bar No. 15254675
doliveira@rofllp.com
10225 N. 10th Street
McAllen, Texas 78504
(956) 393-6300 Telephone
(956) 386-1625 Facsimile

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ Michelle D. Pector
Michelle D. Pector
State Bar No. 24027726
michelle.pector@morganlewis.com
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

*Attorneys for Defendants Space Exploration Technologies Corporation and Arion Morshedian*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2022, a true and correct copy of the foregoing document has been served electronically to all known counsel of record in accordance with the Texas Rules of Civil Procedure.

*/s/ Michelle Pector*
Michelle Pector
