IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No: 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE | § | |
| EXPLORATION TECHNOLOGIES CORP. | § | |
| | § | |
| *Defendants*. | § | |

### NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME, SCOTT P. JONES and CELIA E. GUERRA, with the Law Firm of Brock Guerra Strandmo Dimaline Jones, P.C., and file this Notice of Appearance as Additional Counsel for Defendant Arion Morshedian, in the above-styled and numbered cause. Michelle D. Pector of the law firm of MORGAN, LEWIS & BOCKIUS LLP and David Oliveira of the law firm of ROERIG, OLIVEIRA & FISHER, LLP will remain as attorneys of record for this Defendant.

Counsel for all parties is requested herewith to provide all pleadings, correspondence, and inquiries regarding the above referenced cause to the undersigned.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: /s/ Celia Guerra
SCOTT P. JONES
State Bar No. 10955500
S. Dist. of Texas I.D. No. 11023

Email: sjones@brock.law<br>
CELIA E. GUERRA<br>
State Bar No. 24069756<br>
S. Dist. of Texas I.D. No. 2108559<br>
Email: cguerra@brock.law

**ADDITIONAL COUNSEL FOR DEFENDANT ARION MORSHEDIAN**

**CERTIFICATE OF SERVICE**

 I do hereby certify that on the 27th day of July 2022, I electronically filed *Notice of Appearance and Additional Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mario Cisneros<br>Begum Law Group<br>2401 Wild Flower Drive, Suite B<br>Brownsville, Texas 78526<br>*Attorney for Plaintiff* | Email: brownsvillelegal@begumlawgroup.com |
| Michelle D. Pector<br>Morgan, Lewis & Bockius LLP<br>1000 Louisiana, Suite 4000<br>Houston, Texas 77002 | Email: michelle.pector@morganlewis.com |
| David Oliveira<br>Roerig, Oliveira & Fisher LLP<br>10225 N. 10th Street<br>McAllen, Texas 78504<br>*Attorneys for Defendants*<br>*Space Exploration Technologies Corporation*<br>*and Arion Morshedian* | Email: doliveira@rofllp.com |

*/s/ Celia Guerra*<br>
SCOTT P. JONES<br>
CELIA E. GUERRA

2