IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO RESET INITIAL PRETRIAL CONFERENCE

Defendants Arion Morshedian and Space Exploration Technologies Corp. ("Defendants"), respectfully request the Court to reset the Initial Pretrial Conference in this case due to a trial conflict.

The Initial Pretrial Conference is currently set for September 27, 2022 at 1:30 PM.

Defendants' counsel, Michelle Pector and David Oliveira, are scheduled to begin trial in Cameron County on September 26, 2022, and will therefore be unavailable for the initial pretrial conference.

Accordingly, Defendants respectfully request that the initial pretrial conference be reset to an earlier date, subject to the Court's calendar.

On July 29, 2022, Defendants' counsel conferred with Plaintiffs' counsel, who confirmed that Plaintiffs are unopposed to the relief sought in this motion. Defendants' counsel also conferred with Scott Jones, additional counsel for Arion Morshedian, who confirmed that he is unopposed to the relief sought in this motion.

Dated: July 29, 2022

**ROERIG, OLIVEIRA, & FISHER, LLP**

*/s/ David Oliveira*
David Oliveira
State Bar No. 15254675
doliveira@rofllp.com
10225 N. 10th Street
McAllen, Texas 78504
(956) 393-6300 Telephone
(956) 386-1625 Facsimile

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Michelle D. Pector*
Michelle D. Pector
*Attorney-in-Charge*
State Bar No. 24027726
michelle.pector@morganlewis.com
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

*Attorneys for Defendants Space Exploration Technologies Corporation and Arion Morshedian*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 29, 2022, a true and correct copy of the foregoing document has been served electronically to all known counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                              */s/ Michelle Pector*
                                                              Michelle Pector