IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § § § | CIVIL ACTION NO. 1:22-cv-00084 |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | | |
| Defendants. | | |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE

Before the Court is Defendants' Unopposed Motion to Reset Initial Pretrial Conference. The Motion is GRANTED. Accordingly, the initial pretrial conference in this matter is reset from September 27, 2022 to _____, 2022 at _____ \_\_.m.

_____
Judge Fernando Rodriguez