United States District Court
Southern District of Texas
**ENTERED**
August 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-084 |
| | § | |
| ARION MORSHEDIAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants Arion Morshedian and Space Exploration Technologies Corp. move to continue the Initial Pretrial Conference in this case due to a trial scheduling conflict. (Unopposed Motion, Doc. 5) The Court finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Defendants Arion Morshedian's and Space Exploration Technologies Corp.'s Unopposed Motion to Reset Initial Pretrial Conference (Doc. 5) is **GRANTED**; and

**ORDERED** that the Initial Pretrial Conference in this matter scheduled for September 27, 2022 is rescheduled for August 30, 2022 at 1:30 p.m.

Signed on August 1, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge