IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | |
| | § | |
| Defendants. | § | |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Defendants Arion Morshedian and Space Exploration Technologies Corp. ("Defendants") hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff Hugo Medellin

2. Plaintiff's Counsel: Mario Cisneros and Alexander Begum of The Begum Law Group

3. Defendants' counsel: Michelle Pector of Morgan, Lewis & Bockius LLP; David Oliveira of Roerig, Oliveira, & Fisher, LLP; and Scott Jones and Celia Guerra of Brock, Guerra, Strandmo, Dimaline, Jones, P.C. (for Defendant Arion Morshedian only)

4. Defendant Arion Morshedian

5. Defendant Space Exploration Technologies Corp.

6. The Elon Musk Revocable Trust

Dated: August 10, 2022

**ROERIG, OLIVEIRA, & FISHER, LLP**

*/s/ David Oliveira*
David Oliveira
State Bar No. 15254675
doliveira@rofllp.com
10225 N. 10th Street
McAllen, Texas 78504
(956) 393-6300 Telephone
(956) 386-1625 Facsimile

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Michelle D. Pector*
Michelle D. Pector
*Attorney-in-Charge*
State Bar No. 24027726
michelle.pector@morganlewis.com
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

*Attorneys for Defendants Space Exploration Technologies Corporation and Arion Morshedian*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 10, 2022, a true and correct copy of the foregoing document has been served electronically to all known counsel of record in accordance with the Federal Rules of Civil Procedure.

                                              */s/ Michelle Pector*
                                              Michelle Pector