# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 1:22-CV-00084 |
| § | |
| ARION MORSHEDIAN and § | |
| SPACE EXPLORATION § | |
| TECHNOLOGIES CORP. § | |
| Defendants. § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

COME NOW Plaintiff, Hugo Medellin and pursuant to the *Order Setting Initial Pretrial Conference* in this case, Plaintiff files this certificate of interested parties and states that upon good faith and belief the below person and entities have a financial interest in the outcome of this case:

1. Hugo Medellin, Plaintiff
2. Begum Law Group
3. Alexander Begum, Attorney for Plaintiff
4. Mario A. Cisneros, Attorney for Plaintiff
5. Arion Morshedian, Defendant
6. Geico, Insurance Company for Defendant Morshedian
7. Space Exploration Technologies Corp., Defendant
8. Corvel Corporation, Insurance Company for Defendant Space Exploration Technologies Corp.

       Respectfully submitted,

       **BEGUM LAW GROUP**

       By: /s/ *Mario A. Cisneros*
       Mario A. Cisneros
       Federal Bar No. 2601122
       2401 Wild Flower, Suite B
       Brownsville, Texas 78526
       E-mail: mcisneros@texaslegalgroup.com
       Tel. (956) 982-1800
       Fax. (956) 982-8602

       **ATTORNEY IN CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2021, a copy of the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES was sent via certified mail, return receipt requested on the following:

*Via E-Service:* Michelle.Pector@morganlewis.com
Michelle D. Pector
State Bar No. 24027726
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Tel. (713) 890-5000
Fax. (713) 890-5001
*Attorney for Defendants*

*Via E-Service:* doliveira@rofllp.com
David Oliveira
State Bar No. 15254675
Roerig, Oliveira & Fisher, LLP
10225 N. 10th Street
McAllen, Texas 78504
Tel. (956) 393-6300
Fax. (956) 386-1625
*Attorney for Defendants*

*Via E-Service:* cguerra@brock.law
Celia E. Guerra
State Bar No. 24069756
Brock Guerra Strandmo Dimaline Jones, P.C.
17339 Redland Road
San Antonio, Texas 78247
Tel. (210) 979-0100
Fax. (210) 979-7810
*Attorney for Defendant Arion Morshedian*

                                              /s/ *Mario A. Cisneros*
                                              Mario A. Cisneros