IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No: 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE | § | |
| EXPLORATION TECHNOLOGIES CORP. | § | |
| | § | |
| *Defendants*. | § | |

## JOINT PROPOSED SCHEDULING RECOMMENDATIONS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    NOW COME Plaintiff HUGO MEDELLIN and Defendants ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP., and hereby file the following Proposed Scheduling Recommendations:

1. Motion to join new parties must be filed by:      September 30, 2022

2. Party with burden on an issue shall name expert(s) and produce report(s) by:      January 27, 2023

3. Rebuttal expert(s) shall be named and report(s) produced by:      March 13, 2023

4. Discovery must be completed by:      May 12, 2023

    *Counsel may agree to continue discovery beyond the deadline, but the Court will not intervene. Absent exceptional circumstances, the Court will not grant a continuance because of information acquired in post-deadline discovery.*

5. Dispositive Motions and Motions to Exclude Expert Witness must be filed by:      June 30, 2023

6. Plaintiff(s) must file the Joint Pretrial Order by:      _____

7. Parties must file motions in limine and objections to proposed trial exhibits and witnesses by:      _____

8. Final Pretrial Conference is set for 1:30 p.m. on: _____

*Court will schedule jury selection and/or trial date at Final Pretrial Conference.*

_____
Fernando Rodriguez, Jr.
United States District Judge