United States District Court
Southern District of Texas
**ENTERED**
August 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN, | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 1:22-CV-084 |
| ARION MORSHEDIAN, *et al.*, | | |
| Defendants. | | |

## Scheduling Order

*Plaintiff must furnish a copy of this Scheduling Order to all new parties.*

1. Motion to join new parties must be filed by:     October 4, 2022

2. Party with burden on an issue shall name expert(s) and produce report(s) by:     January 31, 2023

3. Rebuttal expert(s) shall be named and report(s) produced by:     March 14, 2023

4. Discovery must be completed by:     May 9, 2023

   *Counsel may agree to continue discovery beyond the deadline, but the Court will not intervene. Absent exceptional circumstances, the Court will not grant a continuance because of information acquired in post-deadline discovery.*

5. Dispositive Motions and Motions to Exclude an Expert Witness must be filed by:     June 27, 2023

6. Plaintiff(s) must file the Joint Pretrial Order by:     October 17, 2023

7. Parties must file motions in limine and objections to proposed trial exhibits and witnesses by:     October 24, 2023

8. Final Pretrial Conference is set for 1:30 p.m. on:     October 31, 2023

   *The Court will schedule jury selection and/or the trial date at the Final Pretrial Conference.*

Signed on August 30, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge