# Exhibit "A"

# FAX

Republic Services San Antonio
12108 Radium
San Antonio, Texas 78216
P) 210-298-6300 F)
346-207-0731

**TO:**

Name: MARIO A. CISNEROS

Fax Number: (956) 982-8602      # of Pages: 7
(including cover sheet)

**FROM:**

Name: Monica Galvan

Fax Number: (346) 207-0731

**Subject:** HUGO MEDELLIN/ORDER #96951-001-002

**Message:**
Waiver of Notice and Notice of Intention

Trouble viewing this fax? Visit view.humblefax.com/ltjr3Av

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | : | |
| | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. 1:22-CV-00084 |
| | : | |
| ARION MORSHEDIAN AND | : | |
| SPACE EXPLORATION TECHNOLOGIES CORP. | : | |

## WAIVER OF NOTICE

Our client, **Michelle D. Pector**, has commissioned Republic Services San Antonio LLC to obtain records on **Hugo Medellin** from the following custodian for use in the above referenced case.

IF COPIES ARE DESIRED, PLEASE INDICATE BELOW BY MARKING Y OR N. Original records will be held inhouse for 30 days. Copies may not be available after that time.

_____  1  DOMINO'S PIZZA (Personnel and Payroll)
_____  2  TRIMAC LIQUID TRANSPORTERS (Personnel and Payroll)

I agree that I and/or my firm will be responsible for payment of the copies of records ordered on this waiver. I acknowledge that invoices are due and payable within 30 days of receipt and that actions for collection of services are performable and payable in County, Texas.

_____  I DO AGREE TO WAIVE THE NOTICE PERIOD.
_____  I DO NOT AGREE TO WAIVE THE NOTICE PERIOD.

Dated: August 24, 2022

_____
Signed

Mario A. Cisneros
Begum Law Group, LLC
2401 Wildflower Dr., Ste. B
Brownsville, TX 78526
956-982-1800  Fax 956-982-8602
Attorney for Plaintiff
SBA #

Please Return To:  Republic Services San Antonio LLC
12108 Radium Street
San Antonio, TX 78216
210-298-6300  Fax 210-298-6303
Christina Escamilla (cescamilla@republic-services.com)

NOTE:  RETURN OF THIS FORM IS REQUIRED WITHIN FOURTEEN (14) DAYS TO PROCESS YOUR REQUEST. ANY CANCELLATION OF THE ABOVE MUST BE IN WRITING. IF THE RECORDS HAVE ALREADY BEEN COPIED AND FEES INCURRED, THEN BILLING WILL BE PRORATED ACCORDINGLY.

Order No. 96951

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN | : |
| | : |
| VS. | : CIVIL ACTION NO. 1:22-CV-00084 |
| | : |
| ARION MORSHEDIAN AND | : |
| SPACE EXPLORATION TECHNOLOGIES CORP. | : |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Plaintiff by and through their attorney(s) of record: **Mario A. Cisneros (Begum Law Group, LLC)**
To other party/parties by and through their attorney(s) of record: **Celia A. Guerra (Brock Guerra Strandmo Dimaline Jones, P.C.) and David G. Oliveira (Roerig, Oliveira & Fisher, L.L.P.)**

You will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:
**DOMINO'S PIZZA (Personnel and Payroll)
3355 BOCA CHICA BLVD., STE. 2
BROWNSVILLE, TX 78521**

**TRIMAC LIQUID TRANSPORTERS (Personnel and Payroll)
2020 N. CENTRAL AVENUE
BROWNSVILLE, TX 78521**

before a Notary Public for **Republic Services San Antonio LLC, 12108 Radium Street, San Antonio, TX 78216, 210-298-6300   Fax 210-298-6303**
or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:
**Hugo Medellin**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

/s/ *Michelle D. Pector*
Michelle D. Pector
Morgan, Lewis & Bockius, LLP
1000 Louisiana, Suite 4000
Houston, TX 77002
713-890-5000   Fax 713-890-5001
Attorney for Defendant
SBA # 24027726

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: 8/24/2022            by _Monica Galvan_

96951

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN | : |
| | : |
| VS. | : CIVIL ACTION NO. 1:22-CV-00084 |
| | : |
| ARION MORSHEDIAN AND | : |
| SPACE EXPLORATION TECHNOLOGIES CORP. | : |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: DOMINO'S PIZZA

Records Pertaining To: Hugo Medellin

Type of Records: Any and all personnel records (whether in paper or electronically-stored form), including, but not limited to, employment records, offer letters, job descriptions, applications, references, training completed, reprimands, evaluations, disciplinary records, insurance records, benefits and workers' compensation records, work place injuries and related reports and communications, accident reports, light duty records, records reflecting all time off work and reasons therefor, disability records, resignation letters, termination letters, as well as, any and all payroll records, including, but not limited to, all records/documents reflecting wages earned, W-2 forms and/or 1099 forms, and time sheets.

1. State your full name, address and occupation.

    Answer: _____

2. Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3. Were these records made and kept in the regular course of business?

    Answer: _____

4. In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5. Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6. Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

96951.001

7. Were these records kept as described in the previous questions?

   Answer: _____

8. Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.) Have you done as requested? If not, why not?

   Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____


96951.001

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN | : |
| | : |
| | : |
| VS. | :  CIVIL ACTION NO. 1:22-CV-00084 |
| | : |
| ARION MORSHEDIAN AND | : |
| SPACE EXPLORATION TECHNOLOGIES CORP. | : |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **TRIMAC LIQUID TRANSPORTERS**

Records Pertaining To: Hugo Medellin

Type of Records: Any and all personnel records (whether in paper or electronically-stored form), including, but not limited to, employment records, offer letters, job descriptions, applications, references, training completed, reprimands, evaluations, disciplinary records, insurance records, benefits and workers' compensation records, work place injuries and related reports and communications, accident reports, light duty records, records reflecting all time off work and reasons therefor, disability records, resignation letters, termination letters, as well as, any and all payroll records, including, but not limited to, all records/documents reflecting wages earned, W-2 forms and/or 1099 forms, and time sheets.

1. State your full name, address and occupation.

   Answer: _____

2. Are you able to identify these records as the originals or true and correct copies of the originals?

   Answer: _____

3. Were these records made and kept in the regular course of business?

   Answer: _____

4. In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

   Answer: _____

5. Are these records under your care, supervision, directions, custody or control?

   Answer: _____

6. Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

   Answer: _____

96951.002

7. Were these records kept as described in the previous questions?

   Answer: _____

8. Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.) Have you done as requested? If not, why not?

   Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

   SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

96951.002