**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **HUGO MEDELLIN** § | |
| **Plaintiff,** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 1:22-CV-00084** |
| § | |
| **ARION MORSHEDIAN and SPACE** § | |
| **EXPLORATION TECHNOLOGIES** § | |
| **CORP.** § | |
| **Defendants.** § | |

**ORDER ON PLAINTIFF'S MOTION TO QUASH SUBPOENA**

After considering Plaintiff's motion to quash the subpoena and the response, the Court **GRANTS** the motion.

The Court rules that Defendant's subpoena issued to Domino's Pizza and Trimac Liquid Transporters requires disclosure of privileged or protected material, and no exception or waiver applies.

SIGNED on _____ , 2022.

_____
U.S. DISTRICT JUDGE