IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:22-cv-00084 |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § § § | |
| Defendants. | § § | |

### PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO QUASH SUBPOENAS

Before the Court is Plaintiff's Motion to Quash Subpoenas. After considering the motion and the response, the Court **DENIES** the motion.

Signed this _____ day of _____, 2022.

_____
Judge Fernando Rodriguez