UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-084 |
| § | |
| ARION MORSHEDIAN, *et. al*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Hugo Medellin requests that the Court quash a subpoena issued by Defendants Arion Morshedian and Space Exploration Technologies Corporation on third party, Cricket Communications, Inc. (Motion, Doc. 16) In the alternative, Medellin requests that the Court modify the third-party subpoena, which requests Medellin's cell phone records for a specified time period. (*Id.* at 2)

To facilitate the Court's expedited consideration of the Motion, it is:

**ORDERED** that a hearing on the Motion to Quash Subpoena (Doc. 16) is scheduled for October 20, 2022, at 1:30 p.m.;

**ORDERED** that by no later than October 18, 2022, Defendants Arion Morshedian and Space Exploration Technologies Corporation may file a response to the Motion to Quash Subpoena (Doc. 16); and

**ORDERED** that third-party Cricket Communications, Inc. is not required to comply with the subpoena (Doc. 16-1, 4–5) pending the Court's resolution of the Motion to Quash Subpoena (Doc. 16).

Signed on October 12, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge