United States District Court
Southern District of Texas
**ENTERED**
October 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-084 |
| § | |
| ARION MORSHEDIAN, *et. al*, § | |
| § | |
| Defendants. § | |

## **ORDER**

In August 2021, Plaintiff Hugo Medellin filed this action in a Texas state court. Almost a year later, Defendants Arion Morshedian and Space Exploration Technologies Corporation removed the matter to this Court. (Notice of Removal, Doc. 1)

On October 11, 2022, Plaintiff Hugo Medellin filed a First Amended Complaint (Doc. 15).

Under Federal Rule of Civil Procedure 15(a)(1), "a party may amend its pleading once as a matter of course within 21 days after serving it." Otherwise, "a party may amend its pleading only with the opposing party's written consent or the court's leave." FED. R. CIV. P. 15(a)(2).

In the present matter, Medellin has neither sought nor obtained the Court's leave to file the First Amended Complaint, and he has not indicated whether the Defendants have provided written consent for him to do so.

As Plaintiff has failed to comply with Rule 15(a)(2), and the time period to amend under Rule 15(a)(1) has long expired, it is:

**ORDERED** that Plaintiff Hugo Medellin's First Amended Complaint (Doc. 15) is **STRUCK** from the record.

Signed on October 12, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge