# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF JARED WILKERSON IN SUPPORT OF RESPONSE TO MOTION TO QUASH**

My name is Jared Wilkerson. I am defense counsel in this case. I am over the age of 18 and am in all ways capable of making this declaration on personal knowledge.

On October 11, 2022, at 2:07 p.m. Central, Plaintiff's counsel, Mario Cisneros, called me to ask if Defendants would agree to narrow their subpoena for Plaintiff's cell phone records from 72 hours to four hours in exchange for Plaintiffs narrowing their subpoena (which sought 744 hours of Defendant Arion Morshedian's cell phone records) to four hours.

I told Mr. Cisneros that I would get back to him with an answer as soon as possible. A true and correct copy of my answer, and the subsequent email exchange on October 11, 2022, is attached as Exhibit C to Defendants' Response to Plaintiff's second Motion to Quash. After sending my initial response at 3:02 p.m., I was occupied with other matters until my final response and question to Mr. Cisneros at 5:55 p.m.

Mr. Cisneros has not, from October 11 to the present, answered the question of whether Plaintiff had a specific reason to seek weeks of Defendant Arion Morshedian's cell phone records from Verizon.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2022.

*/s/ Jared Wilkerson*
Jared Wilkerson