# EXHIBIT C

**From:** Wilkerson, Jared <jared.wilkerson@morganlewis.com>
**Sent:** Tuesday, October 11, 2022 5:54:56 PM
**To:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Subject:** RE: Medellín

The day after the accident is relevant to Mr. Medellin's claims, including as to, e.g., causation and alleged damages.

Is there a specific reason why Plaintiff sought phone records for weeks?

**From:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Sent:** Tuesday, October 11, 2022 3:14 PM
**To:** Wilkerson, Jared <jared.wilkerson@morganlewis.com>
**Subject:** RE: Medellín

[EXTERNAL EMAIL]
Is there a specific reason why your client needs records for the day after the crash?

Regards,

Mario A. Cisneros
Associate
**BEGUM LAW GROUP**
2401 Wildflower Drive, Suite B.
Brownsville, Texas. 78526
(956)982-1800
mcisneros@texaslegalgroup.com
www.texaslegalgroup.com
CONFIDENTIALITY NOTICE:
All electronic mail messages and attachments sent to or from the Firm may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity in the electronic communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received any electronic transmission in error, please immediately notify us by telephone, facsimile, or email to dteran@texaslegalgroup.com. You are then directed to immediately delete this electronic mail message and attachments, if any, from your system.

**From:** Wilkerson, Jared <jared.wilkerson@morganlewis.com>
**Sent:** Tuesday, October 11, 2022 3:02 PM
**To:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Subject:** Medellín

Hi Mario,

Following up on our talk.  Defendants believe the scope of their subpoena is appropriate.

Thanks,
Jared


**Jared Wilkerson**

**Morgan, Lewis & Bockius LLP**

1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005

Direct: +1.713.890.5460 | Main: +1.713.890.5000 | Fax +1.713.890.5001 | Cell: +1.832.916.8535

jared.wilkerson@morganlewis.com | www.morganlewis.com