United States District Court
Southern District of Texas
**ENTERED**
October 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO MEDELLIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-084 |
| § | |
| ARION MORSHEDIAN, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Hugo Medellin moves to quash a subpoena issued by Defendants Arion Morshedian and Space Exploration Technologies Corporation on third party, Cricket Communications, Inc. (Motion, Doc. 16) On October 20, 2022, the Court held a hearing and heard argument from counsel. Based on the record and applicable law, it is:

**ORDERED** that Plaintiff's Memorandum in Support of Motion to Quash Subpoena (Doc. 16) is **GRANTED IN PART AND DENIED IN PART**.

It is also **ORDERED** that third-party Cricket Communications, Inc. shall comply fully with the subpoena (Doc. 16-1, 1–5) by providing the requested information and responses to written questions for the time period of 12:01 a.m. on June 10, 2021, through 9:00 p.m. on June 11, 2021. Cricket Communications, Inc. shall provide this information and response to written questions by no later than November 18, 2022.

It is also **ORDERED** that for the time period of 9:01 p.m. on June 10, 2021, through 11:59 p.m. on June 12, 2021, third-party Cricket Communications, Inc. shall produce the requested information and responses to written questions solely to counsel for Plaintiff Hugo Medellin. Cricket Communications, Inc. shall provide this information and response to written questions by no later than November 18, 2022.

It is also **ORDERED** that by no later than November 28, 2022, Plaintiff Hugo Medellin shall produce to Defendants Arion Morshedian and Space Exploration Technologies

Corporation's Counsel all portions of the information and responses from Cricket Communications, Inc. that reflect communications between Plaintiff Hugo Medellin and an attorney. Plaintiff Hugo Medellin may redact the remaining portions of the information and responses from Cricket Communications, Inc.

It is also **ORDERED** that counsel for Defendants Arion Morshedian and Space Exploration Technologies Corporation shall serve a copy of this Order on Cricket Communications, Inc.

Signed on October 20, 2022.

_____
Fernando Rodriguez, Jr.
United States District Judge