# Exhibit "B"



**RPSA**
Raymond P. Smith & Associates, Inc.

Accident Investigation & Reconstruction  •  Biomechanics  •  Injury Causation

Begum Law Group                                              January 30, 2023
2401 Wildflower Drive
Suite B
Brownsville, Texas 78526

Attn:  Mario Cisneros

Re:  Collision – June 11, 2021 20:58
     Boca Chica Boulevard, .25 miles east of Padre Island Highway
     Brownsville, Texas
     Morshedian, Medellin, Aguilar & Teran

Subject:  Initial Report

Dear Mr. Cisneros,

The Texas Peace Officer's Crash Report for the referenced collision has been considered.  The court documents noted below were reviewed.  The statement of Arion Morshedian and the deposition of Hugo Medellin were read. The repair estimates  for the Medellin vehicle has been viewed.  The repair data for the Medellin vehicle was considered.  The CARFAX and specification data for the vehicles were researched. The photographs, dashcam footage, and video have been viewed.   Imagery of the scene was obtained.   The medical data provided has been reviewed.  Based upon this information, this report has been prepared.

The following facts were considered:

1.  According to the Crash Report, the Morshedian vehicle was a 2019 Tesla sedan[1].   The vehicle was reported to be owned by Space Exploration.

2.  According to the Crash Report, the Medellin vehicle was a 2016 Toyota Corolla sedan.

3.  According to the Crash Report, the Aguilar vehicle was a 2003 Nissan sedan[2].

4.  According to the Crash Report, the Teran vehicle was a 2006 Ford F150 pickup truck.  The vehicle was reported to be owned by Juan Francisco Zamarron Zoleta.

---

[1] Other information indicates the vehicle was a Model 3.
[2] Other information indicates the vehicle was an Altima.

5.  According to the Crash Report Narrative, the Teran vehicle was at a complete stop behind traffic at the 3700 block of Boca Chica Boulevard facing westbound on the right lane. The Aguilar vehicle was behind the Teran vehicle, and the Medellin vehicle was behind the Aguilar vehicle. The Morshedian vehicle was traveling on the same lane as the Medellin vehicle.

    Mr. Morshedian failed to control the speed of his vehicle and the front end of the Morshedian vehicle collided with the rear end of the Medellin vehicle. The collision caused the Medellin vehicle to move forward, causing a chain reaction collision between the Medellin vehicle, the Aguilar vehicle, and the Teran vehicle.

6.  The Crash Report diagram depicts Boca Chica Boulevard as an east/west road with two lanes in each direction and center median lane. The vehicles are shown in contact in the right hand westbound lane.

7.  According to the Crash Report, the weather was cloudy at the time of the collision. The straight, level roadway was dry at the scene. The lighting conditions at the time of the collision occurred were dark, not lighted. It was noted that the collision happened in a construction zone with no worker's present.

8.  According to the Crash Report, Mr. Morshedian was restrained by a lap and shoulder belt and did not report an injury at the scene. The airbags did not deploy.

9.  According to the Crash Report, Mr. Medellin was restrained by a lap and shoulder belt and did not report an injury at the scene. The airbags did not deploy.

10. According to the Crash Report, Mr. Aguilar was restrained by a lap and shoulder belt and did not report an injury at the scene. The airbags did not deploy.

11. According to the Crash Report, Ms. Teran was restrained by a lap and shoulder belt and did not report an injury at the scene. The airbags did not deploy.

12. The investigating Officer listed moderate front end damage to the Morshedian vehicle. The vehicle was driven from the scene by the driver.

13. The investigating Officer listed minor to moderate rear end and front end damage to the Medellin vehicle. The vehicle was driven from the scene by the driver.

14. The investigating Officer listed minor rear end and front end damage to the Aguilar vehicle. The vehicle was driven from the scene by the driver.

15. The investigating Officer listed very minor rear end damage to the Teran vehicle.  The vehicle was driven from the scene by the driver.

16. The Crash Report listed the speed limit as 40 m.p.h. on Boca Chica Boulevard.

17. The investigating Officer reported that the crash did result in at least $1,000 damage to any one person's property.

18. The investigating Officer reported a contributing factor for Mr. Morshedian as failed to control speed. No contributing factor was listed for the other drivers.

19. Imagery of the scene revealed that Boca Chica Boulevard is a paved, level, straight roadway running southwest to northeast.  There are two lanes in each direction and a center median lane.

    No inherent obstructions to visibility were noted that would have prevented Mr. Morshedian from observing and avoiding the traffic ahead.

20. The photographs taken at the scene show the vehicles at rest.  The Morshedian vehicle has direct damage to the front of the car including the bumper.

    The Medellin Corolla is at an angle with damage to the front of the car including the bumper system. On the rear of the vehicle the trunk appears to be misaligned.

    The Aguilar Nissan has direct damage to the front and the rear of the Altima.  On the rear of the vehicle there is damage to the bumper, the passenger side taillight assembly and the trunk is open.  On the front of the car there is damage that included the bumper system.

    The Teran truck is facing west but the imagery is insufficient to assess damage.

21. The videos from the Tesla show the Morshedian car approaching the scene of the collision.  The Medellin vehicle is clearly visible.  As the Tesla approaches, the brake lights on the Corolla are visible. The Toyota is impacted and projected forward toward the Aguilar Nissan which can be seen to move forward after the crash.  The trunk on the Nissan pops open.

    The brake lights on the Corolla are illuminated for approximately 6 seconds before impact.[3]   The Tesla does not appear to slow significantly before impact.

22. The GPS data from the Tesla appears to stop before the collision.

---

[3] At 40 m.p.h. Mr. Morshedian should have been able to stop his vehicle in under 4 seconds.

23. The dash cam from the Medellin Toyota shows the vehicle approaching the Aguilar Nissan and slowing. Brake lights of a vehicle ahead of the Altima are visible. The Corolla is stopped or almost stopped when the Tesla impacts the car. The Toyota is projected onto the rear of the Nissan and then moves to the right.

24. The CARFAX data for the Morshedian vehicle lists the referenced collision and notes accident/damage reported:  moderate damage. Damage to front.  Airbags did not deploy.

    On 2/27/2020, accident/damage reported:  moderate damage. Damage to front.  Vehicle towed.  Multiple airbags deployed.  On 4/13/2020, moderate damage reported to front.

25. Specification data indicated the Tesla was equipped with all wheel ABS.

26. The photographs of the Morshedian Tesla reveal damage to the front on the car.  The bumper cover is indented and the hood is bowed.

    The photographs were not taken in accordance with standard accident reconstruction procedures.  Additional damage not visible in the pictures may be present.  The photographs cannot be considered a full representation of the damage.  The use of these photographs can provide a minimum speed estimate only, not the actual speed.

27. The CARFAX data for the Medellin vehicle lists the referenced collision and notes accident/damage reported:  moderate damage.  Damage to front and rear.  Airbags did not deploy.  On 9/24/2021, minor damage reported to front and rear.

28. Specification data places the top of the front bumper on the Corolla at 20 inches above the ground.  The top of the rear bumper was listed at 24 inches.  The vehicle was equipped with all wheel ABS.

29. The repair estimate for the Medellin vehicle from Property Damage Appraisers totaled $1,313.96.  Damage noted included repair/replacement of the front bumper cover, the front bumper grille, the front bumper impact absorber, the front bumper reinforcement bar, and the grille assembly.

    The estimate only covers the front of the vehicle and the data does not establish that the repair estimate is complete.  An estimate of this type is typically the initial repair estimate and does not include any additional damage detected during the actual repair of the vehicle. Additional damage is probably present.  Velocity determinations based on this repair estimate will provide minimum values only.

30. The Property Damage Appraisers estimate dated 11/3/2021 for the 2016 Toyota Corolla totaled $4,884.43.  This amount includes the $1,313.96 from the first appraisal.  Repair/replacement was needed to

the front bumper assembly including the front bumper cover, the front bumper grille, the front bumper impact absorber, the front bumper reinforcement bar, the grille assembly, the right and left front combination lamp assemblies, the hood assembly, the hood panel, the hood underside, the cooling radiator, the left fender panel, the left fender liner, the right and left bumper brackets, the front upper body tie bar, the left outer front body support, the front lower body tie bar, the front body hood latch support, the rear body panel, the rear bumper cover, the inner bumper cover, and the rear bumper reinforcement bar.

31.  The CARSTAR Collision Specialists of Brownsville Preliminary Estimate for the 2016 Toyota Corolla X w/Continuously Variable Transmission 4 door sedan totaled $4,681.93 and required repair/replacement of the front bumper cover, the impact bar, the absorber, the right and left side retainers, the grille assembly, the lower grille, the right and left headlamp assemblies, the upper tie bar, the left side support the lower tie bar, the latch support, the radiator assembly, the hood, the underside/hood, the left fender, the left fender liner, the right and left bumper brackets, the rear body panel, the rear bumper cover, the inner bumper cover, and the impact bar.

32.  The photographs of the Medellin Toyota reveal damage to the front of the car.  Damaged areas include the bumper, the grille and the hood is misaligned. On the rear of the vehicle the trunk is misaligned and the bumper appears to be damaged.  There are indications of unibody damage.

The photographs were not taken in accordance with standard accident reconstruction procedures.  Additional damage not visible in the pictures may be present.  The photographs cannot be considered a full representation of the damage.  The use of these photographs can provide a minimum speed estimate only, not the actual speed.

33.  The CARFAX data for the Aguilar vehicle does list the referenced collision and notes accident/damage reported:  minor damage. Damage to front and rear.  Airbags did not deploy.[4]

34.  Specification data places the top of the front bumper on the Altima at 20 inches above the ground.  The top of the rear bumper was listed at 19 inches.  All wheel ABS was an option on the vehicle.

35.  The CARFAX data for the Teran vehicle lists the referenced collision and notes accident/damage reported:  very minor damage.  Damage to rear.  Airbags did not deploy.[5]

---

[4] This was the last entry for the vehicle.
[5] The VIN on the Crash Report may be incorrect so all data may not have been recorded.  The correct VIN is not needed for the analysis in this report.

36. Specification data places the top of the rear bumper on the Ford F150 at 29 inches above the ground.  The top of the rear bumper was listed at 19 inches.  The vehicle was equipped with all wheel ABS.

37. Defendant Space Exploration Technologies Corporation's Original Answer was reviewed.

38. The deposition of Mr. Medellin reported that the collision happened on June 11, 2021.  Mr. Medellin does not dispute that according to the police report, the collision happened at 8:58 p.m.  Mr. Medellin was driving his Toyota Corolla and wearing his seatbelt at the time of the collision.  Mr. Medellin indicated that he was using a Nexar dash cam at the time of the crash and there is video footage.  Mr. Medellin did not disagree with the police report that the scene of the accident was in a construction area.  Mr. Medellin did not recall if there were there any warning signs before the collision. Mr. Medellin believed the construction was after the light.

Mr. Medellin had the brakes applied at the time of the collision and his vehicle was stopped for a red light.  There were cars around him and a sidewalk on the other side.  Mr. Medellin estimated that there were 3 or 4 cars in front of him, and the vehicle directly in front of him was a Nissan.  Mr. Medellin was looking straight ahead and had both hands on the steering wheel with his arms slightly bent.   Mr. Medellin remarked that he was sitting up straight, and his legs were at a 90-degree angle.  Mr. Medellin believed that right before the collision out of the corner of his eye, in the rearview mirror, he saw a vehicle coming at a high speed.   Mr. Medellin reported that everything happened so fast; he did not have time to do anything.  Mr. Medellin agreed that it was a four-car collision, and the Nissan was stopped at the time of the impact.

Mr. Medellin said that the rear of his vehicle was impacted and pushed into the Nissan in front of him.  Mr. Medellin did not know the speed of his vehicle when he was pushed forward but estimated that it was less than 5 m.p.h.  At the time of the collision, he was already stepping on the brake.  Mr. Medellin related that the seatbelt held him in place, and he did not hit anything in the car during the collision.  Mr. Medellin did not lose consciousness; he was not bleeding; and he did not have any cuts or bruises.  The airbag in his vehicle did not deploy.  Mr. Medellin did not believe he pulled to the side after the collision, but he was not sure.

Mr. Medellin discussed that all of the drivers exited their vehicles after the collision and the driver of the vehicle behind him, Mr. Morshedian, asked how he was doing and apologized.  Mr. Medellin reported that he told the driver of the Nissan that his vehicle had been pushed and the collision was not his fault.  Mr. Medellin did not tell the driver of the

Nissan that he was on the phone at the time of the collision.[6]  Mr. Medellin believed Mr. Morshedian was on the phone at the time of the collision.    Mr. Medellin did not believe anyone needed medical attention at the scene and he did not call 911.  Mr. Medellin spoke to a police officer at the scene but did not report any injuries or request medical attention.    Mr. Medellin took photographs and called his employer from the scene.  Mr. Medellin did not believe he called his wife after the collision.  Mr. Medellin estimated that he was at the scene for less than an hour.  Mr. Medellin did not know if all of the vehicles were driven from the scene, but he did not see any vehicles towed.    Mr. Medellin called his insurance company after leaving the scene and gave a statement over the phone.

Mr. Medellin discussed the damage and related that there was a small scratch to the pickup that was the first car in line involved in the collision as well as a dent on the left side of the bumper.  Mr. Medellin noted that the rear bumper of his vehicle was impacted but he did not know if there were fluids leaking from his vehicle.    Mr. Medellin commented that one of the headlights was broken; he did not have a radiator and the front bumper was loose.  Both of his headlights were working after the collision.  Mr. Medellin explained that his vehicle had front bumper damage and he had to take the bumper off.  Mr. Medellin said that the vehicle was repaired, and the cost of the repairs was $5,000 to $6,000.  Mr. Medellin related that he received $1,300 for the repairs but after an inspection of the vehicle the repairs cost more.  Mr. Medellin still drives the Toyota Corolla.

Mr. Medellin disagreed that his eyes are not on the road at all times when he is driving and explained that his phone holder is the same height as his eyes, so when he is looking at it, he is looking at the road at the same time.  Mr. Medellin had already made the delivery and was not using his phone at the time of the collision.[7]

Mr. Medellin was able to drive his vehicle from the scene and went back to Domino's after the collision.  Mr. Medellin did not feel well, so he went to a friend's house.  Mr. Medellin reported going to Advanced Urgent Care on June 13th. Mr. Medellin obtained chiropractic treatment at Elite Therapy as a result of the collision.  Mr. Medellin stated that he injured his neck and back as a result of the collision.    Mr. Medellin related that he has numbness in his legs.

Mr. Medellin had an accident more than 10 years ago.  Mr. Medellin stated that he was driving a 2005 Chevrolet Malibu, when a truck next

[6] Telephone usage or non-usage by Mr. Medellin would have had no effect on causing the collision.

[7] Telephone usage or non-usage by Mr. Medellin would have had no effect on causing the collision.

to him changed lanes, hit his vehicle, and then took off.  The airbag did not deploy and he was not injured.  Mr. Medellin reported the accident to the police.

39.   The statement of Mr. Morshedian related that the collision happened near the intersection of Boca Chica Boulevard and Highway 48.  Mr. Morshedian said that he was heading westbound on Boca Chica Boulevard, returning home from work.  The collision happened at about 8:45 p.m.  Mr. Morshedian explained that he was at the intersection between Boca Chica Boulevard and Highway 48, when the driver of the car in front of him slammed on his brakes[8] but avoided colliding with the car in front of him that had stopped at the red light.  Mr. Morshedian stated that the driver of the vehicle in front of him admitted to being on his phone at the time.[9]  Mr. Morshedian was not able to slow the vehicle down in time and rear-ended the vehicle in front of him at about 10 to 15 m.p.h.[10]  Mr. Morshedian explained that as a result of the impact, the vehicle in front of him collided with the vehicle in front of it that was stopped.

Mr. Morshedian indicated that the police were called, and they came to the scene.  Mr. Morshedian remarked that there was dashcam footage from the vehicle in front of him.

40.   The medical data reviewed is partially summarized below:

-   MRI lumbar spine 7-22-2021, Texas Health Care Imaging, Brownsville, TX

    History:  low back pain post motor vehicle collision.  Impression: straightening of the lumbar curvature, this can be seen with spasm and strain; disc protrusion-subligamentous disc herniation at L5-S1 extending posteriorly by 5 millimeters and impinging the anterior thecal sac and exiting nerve roots on both sides.

-   Texas Pain Clinic, Brownsville, TX

    Jorge Saenz, M.D. Visit 9-9-2021.  Motor vehicle accident 6-11-2021.  History:  patient was involved in a motor vehicle accident and was treated at a local urgent care.  He underwent instant imaging and therapy.  Therapy yielded moderate relief, however, his low back pain continues to be very bothersome.  Lower back pain has been persistent and at times radiates to bilateral lower buttocks.  Bending, lifting more than 20 pounds over his head, certain activities of daily living can still elicit severe breakthrough pain.  Exam includes:  height 5 feet 9 inches, weight 215 pounds.

---

[8] The evidence does not appear to support this.
[9] Telephone usage or non-usage by Mr. Medellin would have had no effect on causing the collision.
[10] The evidence does not appear to support this.

Lumbar spine demonstrates point tenderness from L3 through L5 spinous process with some guarding present and no true flattening. Pain worsens with flexion that is limited to 30 degrees, 50 degrees extension and lateral bending to 15 degrees. There is positive straight leg raise on the right and left at 30 degrees on either side. MRI lumbar spine as above. Diagnosis: lumbar disc herniation with radiculopathy. Recommended treatment: lumbar epidural steroid injection.

Operative Report 9-23-2021. Procedure performed by Dr. Saenz: lumbar epidural steroid injection to the L5-S1 level under fluoroscopic guidance.

Follow up 1-13-2022. Patient had improvement with radiculopathy; however, he still has lumbar pain, that extends toward buttocks. He has been taking medications and has been on therapy with limited improvement. Diagnosis: lumbar disc herniation with radiculopathy; lumbar facet joint pain.

Operative Report 1-27-2022. Procedure performed: lumbar medial branch block injection at bilateral L5-S1 level, use of fluoroscopy. Diagnosis: lumbar pain with facet syndrome.

Follow up 2-11-2022. Patient did have improvement in underlying pain, although pain has recently returned. There is intermittent numbness and radiculopathy to the leg although this has improved with the prior epidural injection. At this point, patient is complaining of low back pain affecting his ability to perform daily activities. He would benefit from a frequency rhizotomy in the previously injected medial branches of the lumbar spine which were longer term pain relief.

Operative Report 3-2-2022. Procedure performed: lumbar spine radiofrequency neurotomy at bilateral L5-S1, fluoroscopic guidance. Diagnosis: lumbar spine pain with facet syndrome.

Follow up 4-12-2022. Patient status post radiofrequency ablation, continues with some residual pain. Patient had started Gabapentin, which has improved his pain at night. He is referred to neurosurgery and orthopedic surgery for any further recommendations for his pain pathology.

- Exceptional Imaging, Brownsville, TX

Alejandro Martinez, DC, DNP Electrodiagnosis of lower extremities 10-26-2021, referred by Dr. Chughtai. Patient complaints: back pain, numbness tingling to bilateral lower extremities, more to the right, onset 4 months with motor vehicle accident June 2021. Electrodiagnostic impression includes: there is evidence suggestive of a non-localized bilateral lumbar radiculopathy based on the

needle electromyography findings, which demonstrated denerving motor unit potentials in the paraspinal muscles.  The denervation potentials in the bilateral extension digitorum brevis muscles suggest a predilection for the L5 nerve roots.  Clinical correlation advised.  Clinical impression/recommendations:  lumbar spine neuroimaging correlation for possible structural causes of nerve root disease is advised to be considered, if radicular disease is suspected clinically.  These findings should be correlated with other diagnostic studies along with a thorough physical and neurological examination.

-   Jose G. Dones, M.D., Neurosurgeon, Brownsville, TX

Visit 12-20-2021.  Patient presents for initial evaluation with history of motor vehicle accident; he was driver of vehicle that was rear-ended and caused him to hit the vehicle in front of him, resulting in back injury.  He complains of lower back pain of 6/10 and radiating to left leg with numbness, he is taking over-the-counter medication for pain as needed.  He has completed physical therapy and pain management with no resolution of symptoms.  MRI lumbar spine reveals disc herniation L5-S1, electromyography reveals possible L5 radiculopathy.  Upon physical exam, patient has sign and symptoms of facet pain syndrome and will benefit from facet injection, possible medial branch block, ultimately radiofrequency namely at L4-5, L5-S1.  Diagnosis:  intervertebral disc with radiculopathy, lumbosacral region.  Problem list:  lumbago-sciatica due to displacement of lumbar intervertebral disc.  Visit 5-23-2022.  History as described above.  Patient is status post radiofrequency ablation with Dr. Saenz with some improvement.  He was advised that if pain returns repeat radiofrequency will be warranted.  If he fails to improve after that, a new MRI lumbar spine will be warranted for possible Microdiscectomy.

The following conclusions were reached:

1.   Pending inspection or detailed imagery, the full extent of the damage to the vehicles must be considered to be not fully defined.[11]  However, for the purposes of determining the minimum speeds reported below, only the currently identified damage has been considered.  This limitation results in the determination of minimum speeds only.  Actual speeds may be significantly higher[12].

---

[11] Additional data has been requested.

[12]  Since energy is required for deformation, any unidentified deformation would increase the energy present and therefore, the speeds.  This is confirmed by the First Law of Thermodynamics.

2.  The known damage and the videos reveal that the Morshedian Tesla impacted the rear of the Medellin Toyota.  The Corolla was then projected forward into the Nissan ahead.

3.  The known damage to the vehicles indicates the collision initially involved the bumper systems on the Morshedian, Medellin and Aguilar vehicles.

4.  The Medellin vehicle has a composite bumper system.  Damage to this type of bumper system cannot be assessed fully without removal of the bumper cover.  The underlying structures can be damaged when there appears to be minimal damage to the cover.  Based on this, the damage to the vehicle must be considered to be not fully defined.  The photographs cannot be assumed to be an accurate representation of the damage to the vehicle.

5.  The layout of the scene reveals that there were no inherent obstructions to visibility that would have prevented Mr. Morshedian from observing the vehicles ahead and avoiding the collision.

    The videos show the brake lights on the Toyota illuminated for approximately 6 seconds pre impact. This refutes the assertion that Mr. Medellin slammed on his brakes.  However, regardless of the actions of Mr. Medellin, at the speed limit, Mr. Morshedian should have been able to stop his vehicle in under 4 seconds including perception and reaction time.[13] However, Mr. Morshedian did not begin braking until just before impact.  This indicates Mr. Morshedian was not paying attention to traffic ahead of him for an extended period of time.

    Only Mr. Morshedian can control his vehicle.  The sole cause of the collision was failure of Mr. Morshedian to operate his vehicle safely.  The data does not indicate the actions of Mr. Medellin, Mr. Aguilar of Ms. Teran contributed to the collision.

6.  Based on empirical testing, had there been no relevant damage to the vehicles the relative impact speed[14] of the Toyota into the Nissan ahead could have easily have been in excess of 11 m.p.h. [i,ii,iii,iv,v,vi,vii,viii,ix,x,xi,xii,xiii,xiv,xv,xvi,xvii,xviii,xix]   The presence of damage supports a higher speed[15].  This energy predominantly came from the initial impact by the Tesla.

7.  Based on empirical testing, the known damage to the rear of the Nissan and the front of the Medellin Toyota supports a relative impact speed of the Corolla into the Altima ahead of at least 15 to 20 m.p.h.[xx,xxi,xxii,xxiii,xxiv,xxv,xxvi,xxvii,xxviii,xxix,   xxx,xxxi,xxxii,xxxiii,xxxiv,xxxv,   xxxvi,xxxvii,xxxviii]

---

[13] This is based on the standard equations of motion.  All calculations are available upon request.
[14] Relative impact speed is the difference in the speeds of the vehicles.
[15] This is confirmed by the First Law of Thermodynamics. All calculations are available upon request.

This is not a maximum, but rather a reasonable minimum. With additional data, this value may increase. This energy predominantly came from the initial impact by the Tesla.

8. As a result of the initial collision, the Medellin Toyota was rapidly accelerated by at least 10 m.p.h. This is not a maximum, but rather a reasonable minimum. With additional data, this value may increase[16].

9. Based on empirical testing, the known damage to the rear of the Medellin Toyota supports a relative impact speed of the Tesla into the Corolla ahead of at least 15 to 20 m.p.h.[xxxix,xl,xli,xlii,xliii,xliv,xlv,xlvi,xlvii,xlviii, xlix,l,li,lii,liii,liv,  lv,lvi,lvii] This is not a maximum, but rather a reasonable minimum. With additional data, this value may increase. This energy predominantly came from the initial impact by the Tesla.

10. As a result of the collision with the Nissan, the Medellin Toyota was rapidly decelerated by at least 8 m.p.h. This is not a maximum, but rather a reasonable minimum. With additional data, this value may increase[17].

11. In a rear end collision, the motion of the occupant can be quite violent. First, the seat back and headrest are propelled into the occupant's back and head as the stopped vehicle is rapidly accelerated by the force of the collision. This interaction is capable of causing injury. Next, the occupant's body is projected forward until acted upon by an outside force. This is often applied by the seatbelt. Not only can the occupant be injured by these seat belt forces, but if the seat belt has sufficient slack and stretch that the occupants can strike their heads and body parts on the steering wheel and dash panel. Finally, the seat back may impact into the occupant again as the occupant's body rebounds from the deceleration imposed by the seat belt. Each of these rapid body motions involves forces which are quite capable of causing injury[18].

In a frontal impact, the vehicle is rapidly decelerated before the driver's body starts to interact with the vehicle. This has the effect of causing the occupant to move forward relative to the seat belt, the steering wheel and the dash panel. As the occupant interacts with the seat belt, it concentrates the energy in the areas where it comes into contact with the occupant. This results in an increased injury potential in those areas. Examples of areas stressed by seat belts are the lumbar region, the thoracic region and the shoulder. The seat belt also

---

[16] This is based on conservation of momentum and restitution. All calculations are available upon request.

[17] This is based on conservation of momentum and restitution. All calculations are available upon request.

[18] There are videos of full scale impacts that can demonstrate the occupant motion in a rear impact. These include "Four Speeds" and "The Tale of Two Crashes".

magnifies the motion in the cervical region and head, resulting in increased forces and increased injury potential on the neck and head, including the jaw.  The role of the seat belt, both in preventing and causing injuries is well established. [lviii,lix,lx,lxi,lxii,lxiii, lxiv,lxv,lxvi,lxvii,lxviii]

12.  As a result of the collisions, Mr. Medellin was subjected to forces much more severe than those normally encountered[19].  The injuries reported are consistent with the locations of applied forces in this collision and the types of injuries known to occur in rear and front impacts[lxix].  (The referenced data is merely one of numerous sources available.)  As shown below, full scale Department of Transportation (DOT) testing establishes that forces were applied to the areas of the diagnosed injuries[lxx].

Lumbar Rear

In a rear impact, the lumbar region is subjected to a variety of forces.  There is direct loading from the seat back as well as differential loading from the seat back across the lordotic curve.  Additionally, the torso moves upward during the ramping process.  As a result of these forces, the lumbar region is subjected to compression, tension and shearing.  These forces affect the entire lumbar region but are higher in the area of L3-L4 due to the lordotic curve.

If there is a rotational component to the collision, either due to occupant position or forces which do not pass through the center of mass of the vehicle, there are also angular effects applied.  This situation alters the biomechanics of the collision and also concentrates forces in the lower lumbar region to include the sacroiliac area.  Lumbar injuries are associated with rear impacts. [lxxi,lxxii,lxxiii,lxxiv,lxxv,lxxvi,lxxvii,lxxviii,lxxix,lxxx]

Lumbar Front

In a frontal impact the lumbar and sacroiliac regions are subjected to a variety of forces.  There is direct loading from the lap portion of the seatbelt and flexion/distraction from the induced occupant motion.  As a result of these forces, the lumbar region is subjected to compression, tension and shearing.  These forces affect the entire lumbar region but will be higher in the lower lumbar region due to the lap belt.    Lumbar injuries are associated with frontal impacts[lxxxi,lxxxii,lxxxiii,lxxxiv]

13.  By way of illustration, Figures 1 and 2 are tables of acceleration values from a 29 m.p.h. rear impact on a 1998 Toyota Corolla[20] in a test run by the U.S. Department of Transportation.  While the magnitude of the values cannot be directly compared, the table demonstrates that forces

---

[19] The issue is not the magnitude of the forces but rather the number of forces, loads and moments applied in a fraction of a second.
[20] This is an older version of the Medellin vehicle.

are applied in a rear impact consistent with the locations of the diagnosed injuries. They also demonstrate the fallacy of attempting to describe the collision with a single acceleration value.



**Figure 1 – 1998 Toyota Corolla**



**Figure 2 – 1998 Toyota Corolla**

Similar data exists for frontal impacts.

14. It has never been established that there is a minimum speed change value below which people are not injured in real collisions. To the contrary, Professor Murray Mackay[lxxxv] has analyzed more than 2914 actual accidents reported in the U.S. National Accident Sampling System and showed that there is no threshold speed change value for injury in real life (as opposed to staged) collisions. While Mackay concentrated on rear impacts, Kullgren and Kraft support the lack of injury threshold in rear impacts and demonstrated that there is also no injury threshold in frontal impacts[lxxxvi]. Numerous other resources also support the lack of a threshold.[lxxxvii,lxxxviii,lxxxix,xc,xci,xcii,xciii]

Biomechanically, the reason for this is obvious. It has never been established that change in velocity is the relevant factor in causing these injuries. It is simply the easiest factor to measure.

15. Several aggravating factors have been identified in connection with this collision. Among these are the use of a seatbelt, the relative surprise nature of the collision and the multiple impacts.

- Seatbelt Usage

    The use of seat belts has been implicated in numerous injuries, including cervical and lumbar injuries. [xciv,xcv,xcvi,xcvii,xcviii,xcix, c,ci,cii,ciii,civ] The use of seat belts, as required by law, has the effect of decreasing the occurrence of fatal injuries. However, the principles of physics require that the energy must still be dissipated. The seat belt concentrates the energy in the areas where it comes into contact with the occupant. This results in an increased injury potential in those areas. Examples of areas stressed by seat belts are the lumbar region, the thoracic region and the shoulder. The seat belt also magnifies the motion in the cervical region and head, resulting in increased forces and increased injury potential on the neck and head, including the jaw.

- Multiple Impacts

    The first collision was the most severe and had the greatest energy transfer to Mr. Medellin. However, the forces of the second collision were imposed on structures that had already been subjected to a variety of forces including shearing, compression and tension. If a region has been previously damaged, injured or has degeneration, it requires less energy to damage the region again.[cv,cvi,cvii,cviii] During multiple impacts the seat belt is unable to respond rapidly to the changing force conditions. The locking mechanism can disengage between the impacts.

- Surprise

    Published literature, and basic engineering principles, reveal that an occupant who is struck by surprise is generally more likely to be

injured than one who is braced.[cix,cx,cxi,cxii]   Siegmund[cxiii,cxiv] showed symptomatology at speeds lower than previously reported in staged, safety optimized tests simply by removing awareness of the precise moment of impact.

16. Figure 3 is a sample printout from the NASS database for a rear impact collision. The NASS investigators start with the medical records and then determine how the injury occurred. Note the absence of any reference to peak accelerations and change in velocity.



Figure 3 Sample NASS Printout

17. Figure 4 is data from the National Automotive Sampling System (NASS) for frontal impacts. Note the absence of any discussion regarding peak accelerations, G-forces and change in velocity.

January 30, 2023
Morshedian, Medellin, Aguilar & Teran
Page 17



Figure 4 - NASS Frontal Impact Data

  This report is based on the information currently available.  The report may be supplemented as additional information becomes available.  Based upon my education, experience and the above stated facts, it is my opinion[21] that the

---

[21] To arrive at my conclusions, I examined the elements listed in the first paragraph of this report. I also relied on my education, experience, and training.  In addition, I employed vehicle specification data.  Also utilized was information regarding vehicles of similar design and manufacture.  To determine velocities, forces, and accelerations I apply Newton's Laws of Motion, the standard equations of motion, conservation of momentum, the principle of restitution, vehicle masses, the principles of thermodynamics, and appropriate friction values.  The applicable physics is available in most college physics textbooks.

sole cause of this collision was the careless actions of Mr. Morshedian. Furthermore, the forces in this collision are consistent with the reported injuries.

Sincerely,

John J. Smith, PE
MSEE, MSBMT
MSS, BSGP

---

[i] Braun TA, Jhoun JH, Braun MJ, Wong BM, Boster TA, Kobayashi TM et al. "Rear-End Impact Testing with Human Test Subjects," SAE Paper 2001-01-0168, Reprinted from: Side Impact, Rear Impact and Rollover (SP-1616), Society of Automotive Engineers, Inc., Warrendale, PA, 2001.

[ii] Cipriani AL, Bayan FP, Woodhouse ML, Cornetto AD, Dalton AP, Tanner CB et al. "Low Speed Collinear Impact Severity: A Comparison between Full Scale Testing and Analytical Prediction Tools with Restitution Analysis," SAE Paper 2002-01-0540, Reprinted from: Accident Reconstruction 2002 (SP-1666), Society of Automotive Engineers, Inc., Warrendale, PA, 2002

[iii] Szabo TJ and Welcher J, "Dynamics of Low Speed Crash Tests with Energy Absorbing Bumpers," SAE Paper 921573, Reprinted from: Automobile Safety: Present and Future Technology (SP-925), Society of Automotive Engineers, Inc., Warrendale, PA, 1992

[iv] Szabo TJ and Welcher JB, "Human Subject Kinematics and Electromyographic Activity During Low Speed Rear Impacts," SAE Paper 962432, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1996.

[v] McConnell WE, Howard RP, Poppel JV, Krause R, Guzman HM, Bomar JB et al. "Human Head and Neck Kinematics After Low Velocity Rear-End Impacts – Understanding 'Whiplash,'" SAE Paper 952724, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1995

[vi] Smith JJ.  Engineering Report on Impact Tests.  San Antonio, 1997

[vii] McConnell WE, Howard RP, Guzman HM, Bomar JB, Raddin JH, Benedict JV et al. "Analysis of Human Test Subject Responses to Low Velocity Rear End Impacts," SAE Paper 930889, Reprinted from: Vehicle and Occupant Kinematics: Simulation and Modeling (SP-975), Society of Automotive Engineers, Inc., Warrendale, PA, 1993

[viii] Siegmund GP, King DJ, Lawrence JM, Wheeler JB, Brault JR, Smith TA, "Head/Neck Kinematic Response of Human Subjects in Low-Speed Rear-End Collisions," SAE Paper 973341, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1997

[ix] Szabo TJ, Welcher JB, Anderson RD, Rice MM, Ward JA, Paulo LR et al. "Human occupant Response to Low Speed Rear-End Impacts," SAE Paper 940532, Reprinted from: Occupant Containment and Methods of Assessing Occupant Protection in the Crash Environment (SP-1045), Society of Automotive Engineers, Inc., Warrendale, PA, 1994

[x] Nilesen GP, Gough JP, Little DM, West DH and Baker VT, "Human Subject Responses to Repeated Low Speed Impacts Using Utility Vehicles," SAE Paper 970394, Reprinted from: Occupant Protection and Injury Assessment in the Automotive Crash Environment (SP-1231), Society of Automotive Engineers, Inc., Warrendale, PA, 1997

[xi] Seigmund GP, King DJ and Montgomery DT, "Using Barrier Impact Data to Determine Speed Change in Aligned, Low Speed Vehicle-to-Vehicle Collisions," SAE Paper 960887, Reprinted

from: Accident Reconstruction: Technology and Animation VI (SP-1150), Society of Automotive Engineers, Inc., Warrendale, PA, 1996

[xii] Siegmund GP, Bailey MN and King DJ, "Characteristics of Specific Automobile Bumper in Low-Velocity Impacts," SAE Paper 940916, Reprinted from: Accident Reconstruction: Technology and Animation IV (SP-1030), Society of Automotive Engineers, Inc., Warrendale, PA, 1994

[xiii] Scott MW, McConnell WE, Guzman HM, Howard RP, Bomar JB, Smith HL et al. "Comparison of Human and ATD Head Kinematics During Low-Speed Rearend Impacts," SAE Paper 930094, Reprinted from: Human Surrogates: Design, Development and Side Impact Protection (SP-945), Society of Automotive Engineers, Inc., Warrendale, PA, 1993

[xiv] Bailey MN, Wong BC and Lawrence JM, "Data and Methods for Estimating the Severity of Minor Impacts," SAE Paper 950352, Reprinted from: Accident Reconstruction: Technology and Animation V (SP-1083), Society of Automotive Engineers, Inc., Warrendale, PA, 1995

[xv] Schmidt BF, Haight WR, Szabo TJ and Welcher JB, "System-Based Energy and Momentum Analysis of Collisions," SAE Paper 980026, Reprinted from: Papers Presented at International Congress and Exposition, February 1998, Society of Automotive Engineers, Inc., Warrendale, PA, 1998

[xvi] http://www.iihs.org

[xvii] Common Errors in Determining Impact Speed and Occupant Injury Propensity in Low Speed Rear End Collisions, Smith JJ, Journal of Whiplash and Related Disorders, Vol 5 No. 1, 2006, The Haworth Medical Press

[xviii] Vern Goodwin, Dennis Martin, Roger Sackett, Gerry Schaefer and David Olson, Allan Tencer, "Vehicle and Occupant Response in Low Speed Car to Barrier Override Impacts" SAE Paper 1999-01-0442, Society of Automotive Engineers, Inc., Warrendale, PA, 1999

[xix] Smith, Boville, "Threshold Energy for Vehicle Damage in Rear Impact Collisions", Proceedings of the American Academy of Forensic Sciences, Volume 18, February, 2012

[xx] Braun TA, Jhoun JH, Braun MJ, Wong BM, Boster TA, Kobayashi TM et al. "Rear-End Impact Testing with Human Test Subjects," SAE Paper 2001-01-0168, Reprinted from: Side Impact, Rear Impact and Rollover (SP-1616), Society of Automotive Engineers, Inc., Warrendale, PA, 2001.

[xxi] Cipriani AL, Bayan FP, Woodhouse ML, Cornetto AD, Dalton AP, Tanner CB et al. "Low Speed Collinear Impact Severity: A Comparison between Full Scale Testing and Analytical Prediction Tools with Restitution Analysis," SAE Paper 2002-01-0540, Reprinted from: Accident Reconstruction 2002 (SP-1666), Society of Automotive Engineers, Inc., Warrendale, PA, 2002

[xxii] Szabo TJ and Welcher J, "Dynamics of Low Speed Crash Tests with Energy Absorbing Bumpers," SAE Paper 921573, Reprinted from: Automobile Safety: Present and Future Technology (SP-925), Society of Automotive Engineers, Inc., Warrendale, PA, 1992

[xxiii] Szabo TJ and Welcher JB, "Human Subject Kinematics and Electromyographic Activity During Low Speed Rear Impacts," SAE Paper 962432, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1996.

[xxiv] McConnell WE, Howard RP, Poppel JV, Krause R, Guzman HM, Bomar JB et al. "Human Head and Neck Kinematics After Low Velocity Rear-End Impacts – Understanding 'Whiplash,'" SAE Paper 952724, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1995

[xxv] Smith JJ. Engineering Report on Impact Tests. San Antonio, 1997

[xxvi] McConnell WE, Howard RP, Guzman HM, Bomar JB, Raddin JH, Benedict JV et al. "Analysis of Human Test Subject Responses to Low Velocity Rear End Impacts," SAE Paper 930889, Reprinted from: Vehicle and Occupant Kinematics: Simulation and Modeling (SP-975), Society of Automotive Engineers, Inc., Warrendale, PA, 1993

[xxvii] Siegmund GP, King DJ, Lawrence JM, Wheeler JB, Brault JR, Smith TA, "Head/Neck Kinematic Response of Human Subjects in Low-Speed Rear-End Collisions," SAE Paper 973341, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1997

[xxviii] Szabo TJ, Welcher JB, Anderson RD, Rice MM, Ward JA, Paulo LR et al. "Human occupant Response to Low Speed Rear-End Impacts," SAE Paper 940532, Reprinted from: Occupant

Containment and Methods of Assessing Occupant Protection in the Crash Environment (SP-1045), Society of Automotive Engineers, Inc., Warrendale, PA, 1994
xxix Nilesen GP, Gough JP, Little DM, West DH and Baker VT, "Human Subject Responses to Repeated Low Speed Impacts Using Utility Vehicles," SAE Paper 970394, Reprinted from: Occupant Protection and Injury Assessment in the Automotive Crash Environment (SP-1231), Society of Automotive Engineers, Inc., Warrendale, PA, 1997
xxx Seigmund GP, King DJ and Montgomery DT, "Using Barrier Impact Data to Determine Speed Change in Aligned, Low Speed Vehicle-to-Vehicle Collisions," SAE Paper 960887, Reprinted from: Accident Reconstruction: Technology and Animation VI (SP-1150), Society of Automotive Engineers, Inc., Warrendale, PA, 1996
xxxi Siegmund GP, Bailey MN and King DJ, "Characteristics of Specific Automobile Bumper in Low-Velocity Impacts," SAE Paper 940916, Reprinted from: Accident Reconstruction: Technology and Animation IV (SP-1030), Society of Automotive Engineers, Inc., Warrendale, PA, 1994
xxxii Scott MW, McConnell WE, Guzman HM, Howard RP, Bomar JB, Smith HL et al. "Comparison of Human and ATD Head Kinematics During Low-Speed Rearend Impacts," SAE Paper 930094, Reprinted from: Human Surrogates: Design, Development and Side Impact Protection (SP-945), Society of Automotive Engineers, Inc., Warrendale, PA, 1993
xxxiii Bailey MN, Wong BC and Lawrence JM, "Data and Methods for Estimating the Severity of Minor Impacts," SAE Paper 950352, Reprinted from: Accident Reconstruction: Technology and Animation V (SP-1083), Society of Automotive Engineers, Inc., Warrendale, PA, 1995
xxxiv Schmidt BF, Haight WR, Szabo TJ and Welcher JB, "System-Based Energy and Momentum Analysis of Collisions," SAE Paper 980026, Reprinted from: Papers Presented at International Congress and Exposition, February 1998, Society of Automotive Engineers, Inc., Warrendale, PA, 1998
xxxv http://www.iihs.org
xxxvi Common Errors in Determining Impact Speed and Occupant Injury Propensity in Low Speed Rear End Collisions, Smith JJ, Journal of Whiplash and Related Disorders, Vol 5 No. 1, 2006, The Haworth Medical Press
xxxvii Vern Goodwin, Dennis Martin, Roger Sackett, Gerry Schaefer and David Olson, Allan Tencer, "Vehicle and Occupant Response in Low Speed Car to Barrier Override Impacts" SAE Paper 1999-01-0442,  Society of Automotive Engineers, Inc., Warrendale, PA, 1999
xxxviii Smith, Boville, "Threshold Energy for Vehicle Damage in Rear Impact Collisions", Proceedings of the American Academy of Forensic Sciences, Volume 18, February, 2012
xxxix Braun TA, Jhoun JH, Braun MJ, Wong BM, Boster TA, Kobayashi TM et al. "Rear-End Impact Testing with Human Test Subjects," SAE Paper 2001-01-0168, Reprinted from: Side Impact, Rear Impact and Rollover (SP-1616), Society of Automotive Engineers, Inc., Warrendale, PA, 2001.
xl Cipriani AL, Bayan FP, Woodhouse ML, Cornetto AD, Dalton AP, Tanner CB et al. "Low Speed Collinear Impact Severity: A Comparison between Full Scale Testing and Analytical Prediction Tools with Restitution Analysis," SAE Paper 2002-01-0540, Reprinted from: Accident Reconstruction 2002 (SP-1666), Society of Automotive Engineers, Inc., Warrendale, PA, 2002
xli Szabo TJ and Welcher J, "Dynamics of Low Speed Crash Tests with Energy Absorbing Bumpers," SAE Paper 921573, Reprinted from: Automobile Safety: Present and Future Technology (SP-925), Society of Automotive Engineers, Inc., Warrendale, PA, 1992
xliiSzabo TJ and Welcher JB, "Human Subject Kinematics and Electromyographic Activity During Low Speed Rear Impacts," SAE Paper 962432, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1996.
xliii McConnell WE, Howard RP, Poppel JV, Krause R, Guzman HM, Bomar JB et al. "Human Head and Neck Kinematics After Low Velocity Rear-End Impacts – Understanding 'Whiplash,'" SAE Paper 952724, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1995
xliv Smith JJ.  Engineering Report on Impact Tests.  San Antonio, 1997
xlv McConnell WE, Howard RP, Guzman HM, Bomar JB, Raddin JH, Benedict JV et al. "Analysis of Human Test Subject Responses to Low Velocity Rear End Impacts," SAE Paper 930889,

Reprinted from: Vehicle and Occupant Kinematics: Simulation and Modeling (SP-975), Society of Automotive Engineers, Inc., Warrendale, PA, 1993

[xlvi] Siegmund GP, King DJ, Lawrence JM, Wheeler JB, Brault JR, Smith TA, "Head/Neck Kinematic Response of Human Subjects in Low-Speed Rear-End Collisions," SAE Paper 973341, Reprinted from: Neck Injury Biomechanics (PT-141), Society of Automotive Engineers, Warrendale, PA, 1997

[xlvii] Szabo TJ, Welcher JB, Anderson RD, Rice MM, Ward JA, Paulo LR et al. "Human occupant Response to Low Speed Rear-End Impacts," SAE Paper 940532, Reprinted from: Occupant Containment and Methods of Assessing Occupant Protection in the Crash Environment (SP-1045), Society of Automotive Engineers, Inc., Warrendale, PA, 1994

[xlviii] Nilesen GP, Gough JP, Little DM, West DH and Baker VT, "Human Subject Responses to Repeated Low Speed Impacts Using Utility Vehicles," SAE Paper 970394, Reprinted from: Occupant Protection and Injury Assessment in the Automotive Crash Environment (SP-1231), Society of Automotive Engineers, Inc., Warrendale, PA, 1997

[xlix] Seigmund GP, King DJ and Montgomery DT, "Using Barrier Impact Data to Determine Speed Change in Aligned, Low Speed Vehicle-to-Vehicle Collisions," SAE Paper 960887, Reprinted from: Accident Reconstruction: Technology and Animation VI (SP-1150), Society of Automotive Engineers, Inc., Warrendale, PA, 1996

[l] Siegmund GP, Bailey MN and King DJ, "Characteristics of Specific Automobile Bumper in Low-Velocity Impacts," SAE Paper 940916, Reprinted from: Accident Reconstruction: Technology and Animation IV (SP-1030), Society of Automotive Engineers, Inc., Warrendale, PA, 1994

[li] Scott MW, McConnell WE, Guzman HM, Howard RP, Bomar JB, Smith HL et al. "Comparison of Human and ATD Head Kinematics During Low-Speed Rearend Impacts," SAE Paper 930094, Reprinted from: Human Surrogates: Design, Development and Side Impact Protection (SP-945), Society of Automotive Engineers, Inc., Warrendale, PA, 1993

[lii] Bailey MN, Wong BC and Lawrence JM, "Data and Methods for Estimating the Severity of Minor Impacts," SAE Paper 950352, Reprinted from: Accident Reconstruction: Technology and Animation V (SP-1083), Society of Automotive Engineers, Inc., Warrendale, PA, 1995

[liii] Schmidt BF, Haight WR, Szabo TJ and Welcher JB, "System-Based Energy and Momentum Analysis of Collisions," SAE Paper 980026, Reprinted from: Papers Presented at International Congress and Exposition, February 1998, Society of Automotive Engineers, Inc., Warrendale, PA, 1998

[liv] http://www.iihs.org

[lv] Common Errors in Determining Impact Speed and Occupant Injury Propensity in Low Speed Rear End Collisions, Smith JJ, Journal of Whiplash and Related Disorders, Vol 5 No. 1, 2006, The Haworth Medical Press

[lvi] Vern Goodwin, Dennis Martin, Roger Sackett, Gerry Schaefer and David Olson, Allan Tencer, "Vehicle and Occupant Response in Low Speed Car to Barrier Override Impacts" SAE Paper 1999-01-0442,  Society of Automotive Engineers, Inc., Warrendale, PA, 1999

[lvii] Smith, Boville, "Threshold Energy for Vehicle Damage in Rear Impact Collisions", Proceedings of the American Academy of Forensic Sciences, Volume 18, February, 2012

[lviii] Dalmotas. "Mechanisms of Injury to Vehicle Occupants Restrained by Three-Point Seat Belts." SAE 830462 (February 1983).

[lix] Smith. "Engineering Report on Impact Tests." (July 1997).

[lx] Navin, and Romilly. "An Investigation into Vehicle and Occupant Response Subjected to Low Speed Rear Impacts." Proceedings of the Multidisciplinary Road Safety Conference VI (June 1989).

[lxi] National Transportation Safety Board study, Performance of Lap/Shoulder Belts in 167 Motor Vehicle Crashes, Vol. 1 & 2, NTSB/SS-88/03, PB88-917003

[lxii] Blower, and Campbell. "Comparison of Occupant Restraints Based on Injury-Producing Contact Rates." SAE 942219 (1994).

[lxiii] Sturzenegger, DiStefano, Radanov, and Schnidig. "Presenting Symptoms and Signs After Whiplash Injury: The Influence of Accident Mechanisms." Neurology (April 1994).

[lxiv] Otte, and Sudkamp. "Variations of Injury Patterns of Seat-Belt Users." SAE (1987).

[lxv] Hill, J.R., Mackay, G.M., and A.P. Morris. "Chest and Abdominal Injuries Caused by Seat Belt Loading." 36TH Annual Proceeding of AAAM (1992).

[lxvi] Laberge, Nadeau, Tao, and Maag. "Neck Injuries Amongst Motor Vehicle Occupants involved in Collision." Centre for Research on Transportation (1993).

[lxvii] Larder, D.R., Twiss, M.K., and GM MacKay.. "Neck Injury to Car Occupants Using Seat Belts." Association for the Advancement of Automotive Medicine (1985).

[lxviii] Morris, and Thomas. "Neck Injuries in the UK Co-Operative Crash Injury Study." SAE (1996).

[lxix] National Automotive Sampling System, Department of Transportation.

[lxx] NHTSA Vehicle Crash Test Database; http://www-nrd.nhtsa.dot.gov/database/veh/veh.htm

[lxxi] Lower Back and Neck Strain Injuries: The Relative Roles of Seat Adjustment and Vehicle/Seat Design, Minton, Murray, Pitcher & Galasko, Paper Number 98-S6-W-29 Transportation Research Laboratory, 1998

[lxxii] The association between exposure to rear-end collisions and future health complaints, Berglund, Alfredsson, Jensen, Cassidy, Nygren, Journal of Clinical Epidemiology 54 (2001) 851-856

[lxxiii] Combining Crash Recorders and Paired Comparison Technique:  Injury Risk Functions in Frontal and rear Impacts with Special Reference to Neck Injuries, Kullgren, Krafft, Tingvall and Lie, Paper no 404,

[lxxiv] A study of lower back strain injuries resulting from road accidents, Minton, Murray, Stephenson & Gakasko, Transportation Research Laboratory, TRL532, 2002

[lxxv] National Automotive Sampling System

[lxxvi] Szabo, and Wechler. "Human Subject Kinematics and Electromyographic Activity During Low Speed Rear Impacts." SAE (1996).

[lxxvii] Smith, Smith, "The Lack of Correlation Between Spinal Injuries and Change in Velocity in Rear Impacts – An Evaluation of Spinal Strain, Proceedings of the 2007 International Whiplash Trauma Congress, October 2007

[lxxviii] Zhou, Cui, Du, Richards, Alini, Grad & Li, "One Strike Loading Organ Culture Model to Investigate the Post-Traumatic Disc Degeneration Condition", Journal of Orthopaedic Translation, 2020 Oct 20.

[lxxix] Futrell & Burgio, "Disc Desiccation in Low Impact Young Trauma Victims". Journal of Musculoskeletal Disorders and Treatment, 2020, 6:085

[lxxx] Tubbs, Loukas, Phantana-Angkool, Shoja, Ardalan, Shokouhi & Oakes, "Posterior Distraction Forces of the Posterior Longitudinal Ligament Stratified According to Vertebral Level", Surg Radio Anat (2007) 29:667-670

[lxxxi] Minton, Murray, Stephenson & Gakasko, "A Study of Lower Back Strain Injuries Resulting From Road Accidents", Transportation Research Laboratory, TRL532, 2002

[lxxxii] Zhou, Cui, Du, Richards, Alini, Grad & Li, "One Strike Loading Organ Culture Model to Investigate the Post-Traumatic Disc Degeneration Condition", Journal of Orthopaedic Translation, 2020 Oct 20.

[lxxxiii] Futrell & Burgio, "Disc Desiccation in Low Impact Young Trauma Victims". Journal of Musculoskeletal Disorders and Treatment, 2020, 6:085

[lxxxiv] Tubbs, Loukas, Phantana-Angkool, Shoja, Ardalan, Shokouhi & Oakes, "Posterior Distraction Forces of the Posterior Longitudinal Ligament Stratified According to Vertebral Level", Surg Radio Anat (2007) 29:667-670

[lxxxv] Low Speed Rear Impact Collision TOPTEC, SAE, 1994

[lxxxvi] Kullgren, Krafft, Tingvall and Lie, "Combining Crash Recorders and Paired Comparison Technique:  Injury Risk Functions in Frontal and Rear Impacts with Special Reference to Neck Injuries", Paper no 404,

[lxxxvii] Minton, Murray, Stephenson & Gakasko, "A Study of Lower Back Strain Injuries Resulting From Road Accidents", Transportation Research Laboratory, TRL532, 2002

[lxxxviii] National Automotive Sampling System, Department of Transportation.

lxxxix Farmer. Wells, Werner, "Relationship of Head Restraints Positioning to Driver Neck Injury in Rear End Crashes", Insurance Institute for Highway Safety, Arlington, VA

xc Jakobsson, Norin, Bunketorp, "In-Depth Study of Whiplash Associated Disorders in Frontal Impacts: Influencing Factors and Associated Consequences", Proceedings of the International Conference on the Biomechanics of Impacts, 2002: 1-12

xci Elbel, Kramer, Huber-Lang, Hartwig, Dehner, "Deceleration During 'Real Life' Motor Vehicle Collisions – Predictors for the Risk of Sustaining a Cervical Spine Injury?", Patient Safety in Surgery, 2009, 35 BioMed Cental, Ltd.

xcii Smith, Smith, "The Lack of Correlation Between Spinal Injuries and Change in Velocity in Rear Impacts – An Evaluation of Spinal Strain, Proceedings of the 2007 International Whiplash Trauma Congress, October 2007

xciii Gabler, Fitzharris, Scully,Fildes, Digges, Sparke, "Far Side Impact Injury Risk for Belted Occupants in Australia and the United States, Paper No. 05-0420

xciv Dalmotas. "Mechanisms of Injury to Vehicle Occupants Restrained by Three-Point Seat Belts." SAE 830462 (February 1983).

xcv Smith. "Engineering Report on Impact Tests." (July 1997).

xcvi Navin, and Romilly. "An Investigation into Vehicle and Occupant Response Subjected to Low Speed Rear Impacts." Proceedings of the Multidisciplinary Road Safety Conference VI (June 1989).

xcvii National Transportation Safety Board study, Performance of Lap/Shoulder Belts in 167 Motor Vehicle Crashes, Vol. 1 & 2, NTSB/SS-88/03, PB88-917003

xcviii Blower, and Campbell. "Comparison of Occupant Restraints Based on Injury-Producing Contact Rates." SAE 942219 (1994).

xcix Sturzenegger, DiStefano, Radanov, and Schnidig. "Presenting Symptoms and Signs After Whiplash Injury: The Influence of Accident Mechanisms." Neurology (April 1994).

c Otte, and Sudkamp. "Variations of Injury Patterns of Seat-Belt Users." SAE (1987).

ci Hill, J.R., Mackay, G.M., and A.P. Morris. "Chest and Abdominal Injuries Caused by Seat Belt Loading." 36TH Annual Proceeding of AAAM (1992).

cii Laberge, Nadeau, Tao, and Maag. "Neck Injuries Amongst Motor Vehicle Occupants involved in Collision." Centre for Research on Transportation (1993).

ciii Larder, D.R., Twiss, M.K., and GM MacKay.. "Neck Injury to Car Occupants Using Seat Belts." Association for the Advancement of Automotive Medicine (1985).

civ Morris, and Thomas. "Neck Injuries in the UK Co-Operative Crash Injury Study." SAE (1996).

cv Robinson CM, Royds M, Abraham A, McQueen MM, Court-Brown CM, Christie J. "Refractures in Patients at Least Forty-five Years Old. A Prospective Analysis of Twenty-two Thousand and Sixty Patients." J Bone Joint Surg Am (September 2002) 84-A(9):1528-33

cvi "Fundamentals of Engineering Reference Handbook." National Council of Examiners for Engineering and Surveying  (1995).

cvii Dolonis. "Risk Factors for Whiplash in Drivers: a Cohort Study of Rear-end Traffic Crashes". Injury (April 1997).

cviii Minton, Murray, Stephenson, and Gakasko. "A Study of Lower Back Strain Injuries Resulting from Road Accidents." Transportation Research Laboratory TRL532 (2002).

cix Sturzenegger, DiStefano, Radanov, and Schnidig. "Presenting Symptoms and Signs After Whiplash Injury: The influence of accident mechanisms." Neurology (April 1994).

cx Szabo, and Wechler. "Human Subject Kinematics and Electromyographic Activity During Low Speed Rear Impacts." SAE (1996).

cxi Smith. "Analysis of 72 Real World Rear Impacts." SAE (1999).

cxii Dolonis. "Risk Factors for Whiplash in Drivers: a Cohort Study of Rear-end Traffic Crashes". Injury (April 1997).

cxiii Siegmund, et al. "Head/neck Kinematic Response of Human Subjects in Low-Speed, Rear-End Collisions." SAE 973341 (1997).

cxiv Siegmund, et al. "Clinical Response of Human Subjects to Rear-End Automobile Collision." Arch Phys Med Rehabil  79 (January 1998).

**RPSA**
Raymond P. Smith & Associates, Inc.

**John J. Smith, P.E.**

Accident Investigation & Reconstruction   •   Biomechanics   •   Injury Causation

## Experience:

**4/04 – Present**   **President**
**Raymond P. Smith and Associates – Denver, Colorado**
- Accident Investigation and Reconstruction
- Occupant Kinematics/Injury Mechanisms
- Biomechanics

**1/03 – 4/04**   **Battalion Commander, US Army Corps of Engineers –**
**Baghdad, Iraq, Kuwait City, Kuwait, Ft. Carson, CO**
- Civil Engineering (Civilian and Military Infrastructure)
  - Water Distribution, Power Generation, Power Distribution, Roadway Repair/Improvement/Development, Irrigation Systems, Sewage & Sanitation Systems, School Renovation, etc.
- Force Protection, Soldier Quality of Life
- Command and Control

**12/91 – 1/03**   **Engineer/President**
**Raymond P. Smith and Associates – Denver, Colorado**
- Accident Investigation and Reconstruction
- Occupant Kinematics/Injury Mechanisms
- Biomechanics

**7/91 - 7/92**   **Program Manager**
**10/87 - 5/89**   **ESL Inc. – Sunnyvale, California**
Participated in engineering programs in the following areas:
- Remote Sensing
- Advanced Computer Technology
- Communications
- Digital Image Processing

**6/89 - 7/91**   **Program Manager**
**GTE Government Systems - Mountain View, California**
Participated in engineering programs in the following areas:
- Artificial intelligence
- Geographic Information Systems
- Communications
- Systems Engineering

**12/81 - 6/12**   **U.S. Army Corps of Engineers – Retired Rank of COL**
**Military experience includes the following areas:**
- Civil Engineering
- Military Construction
- Terrain Analysis
- Geodetic Surveying
- Photogrammetry

43774 Buckskin Road   •   Parker, Colorado 80138
(303) 840-0549   •   Fax (303) 841-7134   •   RPSAINC@aol.com

John J. Smith
43766 Buckskin Road

### Education:

Masters Degree – Strategic Studies, U.S. Army War College, Carlisle, PA 2008

M.S. - Biomechanical Trauma, Lynn University, Boca Raton, FL. 2000

M.S. - Electrical Engineering: University of Santa Clara, CA. 1991

B.S. - Geophysical Engineering: Colorado School of Mines, Golden, CO. 1983

U.S. Army War College

U.S. Army Command and General Staff Officer Course

U.S. Army Combined Arms Staff Support School

U.S. Army Corps of Engineers; Officer Advanced & Basic Courses

Defense Mapping Agency; Mapping, Charting & Geodesy Officer Course

Reserve Component Multifunctional Combat Service Support Course (90A)

Ordnance Officer Branch Qualification Course

### Professional Organizations:

National Society of Professional Engineers

Society of American Military Engineers

Society of Automotive Engineers

Accident Investigation and Reconstruction Practices Standards Committee

IEEE - Engineering in Medicine and Biology Society

Association for the Advancement of Automotive Medicine

The Army Engineer Association

Veterans of Foreign Wars

American Legion

Disabled American Veterans

American Academy of Forensic Sciences

Member of the Editorial Board:  Journal of Whiplash & Related Disorders

John J. Smith
43766 Buckskin Road

## Continuing Education

| | |
|---|---|
| 1992 | Stapp Car Crash Conference |
| 1993 | SAE Conference |
| 1993 | 21st International Workshop on Human Subjects for Biomechanical Research |
| 1993 | Child Occupant Protection Symposium |
| 1993 | Stapp Car Crash Conference |
| 1993 | Head & Neck Injury Symposium (SAE) |
| 1994 | SAE Conference |
| 1994 | Rear Impact Symposium (SAE) |
| 1994 | 22nd International Workshop on Human Subjects for Biomechanical Research |
| 1994 | Stapp Car Crash Conference |
| 1995 | SAE Conference |
| 1995 | 23rd International Workshop on Human Subjects for Biomechanical Research |
| 1995 | Stapp Car Crash Conference |
| 1995 | Accidental Injury: Biomechanics & Prevention, University of California, San Diego, Office of Continuing Medical Education |
| 1996 | SAE Conference |
| 1996 | Biomechanics of Accidents, Texas A&M University System |
| 1996 | AIP Crash Tests |
| 1996 | AAAM Conference |
| 1996 | 24th International Workshop on Human Subjects for Biomechanical Research |
| 1996 | Stapp Car Crash Conference |
| 1996 | Impact Head Injury; Responses, Mechanisms, Tolerance, Treatment & Countermeasures (NATO) |
| 1997 | SAE Conference |
| 1997 | Airbag Design and Performance TOPTEC (SAE) |
| 1997 | Perception-Reaction-Conspicuity Seminar, University of Iowa |
| 1997 | AAAM Conference |
| 1997 | Child Occupant Protection Second Symposium |
| 1997 | Stapp Car Crash Conference |

Page 3

John J. Smith
43766 Buckskin Road

| | |
|---|---|
| 1997 | 25th International Workshop on Human Subjects for Biomechanical Research |
| 1998 | SAE Conference |
| 1998 | Photogrammetry in Accident Reconstruction |
| 1998 | AAAM Conference |
| 1998 | 26th International Workshop on Human Subjects for Biomechanical Research |
| 1998 | Stapp Car Crash Conference |
| 1998 | Whiplash Symposium |
| 1999 | SAE Conference |
| 1999 | Current Issues in Using Crash Injury Data |
| 1999 | Introduction to Biomechanical Trauma* |
| 1999 | Ergonomics* |
| 1999 | Applied Research Methods* |
| 1999 | Directed Research* |
| 1999 | Health Care Management and Administration* |
| 1999 | 27th International Workshop on Human Subjects for Biomechanical Research |
| 1999 | Stapp Car Crash Conference |
| 1999 | 3rd Annual Crash Injury Research & Engineering Network Conference |
| 1999 | Legal and Ethical Aspects of Health Care Administration* |
| 1999 | Biomechanics of Hard and Soft Tissue Injuries* |
| 1999 | Directed Research II* |
| 2000 | SAE Conference |
| 2000 | Biomechanics of Motor Vehicle Accidents* |
| 2000 | Directed Research III* |
| 2000 | Neurology I* |
| 2000 | Orthopaedics and Rehabilitation of the Spine and Upper Extremities* |
| 2000 | Biomechanics of the Spine and Upper Extremities* |
| 2000 | Directed Research IV* |
| 2000 | Neurology II* |
| 2000 | Orthopaedics and Rehabilitation of the Lower Extremities and Sports Injuries* |

Page 4

John J. Smith
43766 Buckskin Road

| | |
|---|---|
| 2000 | Biomechanics of the Lower Extremities and Sports Injuries* |
| 2000 | Directed Research V* |
| 2001 | SAE Conference |
| 2001 | 29th International Workshop on Human Subjects for Biomechanical Research |
| 2001 | Stapp Car Crash Conference |
| 2002 | SAE Conference |
| 2002 | AAAM Conference |
| 2002 | 30th International Workshop on Human Subjects for Biomechanical Research |
| 2002 | Stapp Car Crash Conference |
| 2005 | International Whiplash Trauma Congress |
| 2005 | SAE Conference |
| 2006 | International Whiplash Trauma Congress |
| 2007 | Composite Risk Management Basic Course |
| 2007 | Accident Avoidance Course for Army Motor Vehicle Drivers |
| 2007 | International Whiplash Trauma Congress |
| 2008 | SAE Conference |
| 2009 | SAE Conference |
| 2010 | SAE Conference |
| 2010 | Humvee Rollover Egress training |
| 2011 | SAE Conference |
| 2011 | Accident Avoidance Course for Army Motor Vehicle Drivers |
| 2011 | Composite Risk Management |
| 2012 | American Academy of Forensic Sciences Annual Meeting |
| 2013 | American Academy of Forensic Sciences Annual Meeting |
| 2013 | SAE Conference |
| 2014 | American Academy of Forensic Sciences Annual Meeting |
| 2015 | American Academy of Forensic Sciences Annual Meeting |
| 2016 | Safety on Low Volume Roads, TRB Webinar Program |
| 2017 | Human Factor Issues with Roundabouts: The Need for Better Guidance, TRB Webinar Program |
| 2017 | American Academy of Forensic Sciences Annual Meeting |

* Part of MS in Biomechanical Trauma Degree

Page 5

John J. Smith
43766 Buckskin Road

### Articles

The Physics, Biomechanics and Statistics of Automobile Rear Impact Collisions, CTLA, 1993

Damage Only Doesn't Work - Minor Damage Doesn't Mean No injury, CTLA, 1997

An Analysis of 72 Real World Rear Impacts:  An Initial Investigation into In jury and Complaint Factors, SAE Paper Number 1999-01-0640, Society of Automotive Engineers, Warrendale, PA.

"The Effect of Head Rotation on Pain Location in Delayed Recovery Subjects", 29th International Workshop on Injury Biomechanics Research, National Transportation Biomechanics Research Center, NHTSA, DOT 2001, Washington D.C.

The Truth About Low Speed Impacts: Injuries Can and Do Occur, ATLA, July 2002

Correlation Between Vehicle Damage and Impact Speed in Low to Moderate Speed Rear-End Crash Tests. P. Alexander, D. Payne, J. Smith, R. Smith; American Academy of Forensic Sciences, AAFS Annual Meeting Feb. 11-16, 2002

Is This A Case of Prosecutorial Misconduct? P. Alexander & John Smith; Proceedings American Academy of Forensic Sciences,  Feb. 17- 22, 2003

Rebuilding Iraq, John Smith, The Officer Sept 2004

The Proper Application of Vehicle Damage to Refute Injury, Proceedings of the 2005 International Whiplash Trauma Congress, February 2005

Weaknesses of the Numerical Models Used in Accident Reconstruction Programs, Proceedings of the 57th Annual Meeting of the American Academy of Forensic Sciences, February 2005

Common Errors in Determining Impact Speed and Occupant Injury Propensity in Low Speed Rear End Collisions, Journal of Whiplash and Related Disorders, Vol 5 No. 1, 2006, The Haworth Medical Press

Limitations of Computer Models Used in Accident Reconstruction Programs, Proceedings of the 2006 International Whiplash Trauma Congress, June 2006

Page 6

John J. Smith
43766 Buckskin Road

### Articles Continued

The Role of the Seat Belt in Major Automobile Injury and Death Cases, Chapter 31, Litigating Major Automobile Injury and Death Cases, ATLA Press, 2006

The Lack of Correlation Between Spinal Injuries and Change in Velocity in Rear Impacts – An Evaluation of Spinal Strain, Proceedings of the 2007 International Whiplash Trauma Congress, October 2007

Advances in the Understanding of Rear Impact Collision – Updating Physics, Biomechanics and Statistics, CTLA, 2009

Threshold Energy for Vehicle Damage in Rear Impact Collisions, Proceedings of the American Academy of Forensic Sciences, Volume 18, February, 2012, Smith J.J., Boville, B.

Litigation and Work Zone Safety, University of Colorado Local Technical Assistance Program, Spring 2012 Smith R.P.,  Smith J.J.

Sound Science in Low-Damage Collisions, Trial, American Association for Justice, February 2013

Relationship Between Injury Severity and Vehicle Crush in Rear Impact Collisions, Proceedings of the American Academy of Forensic Sciences, Volume 19, February, 2013

The Misuse of Daily Activities to Understanding Occupant Response in Motor Vehicle Collisions, Proceedings of the American Academy of Forensic Sciences, Volume 20, February, 2014, Smith J.J., Boville, B.

Reconstruction of a Seven-Car Pileup: A Case Study, Proceedings of the American Academy of Forensic Sciences, Volume 21, February, 2015, Smith J.J., Boville, B.

Relationship of Risk Factors and Specific Tissues at Risk in Rear-Impact Collisions, Proceedings of the American Academy of Forensic Sciences, Volume 21, February, 2015  Rosenquist, S.D., Russell R.A., Smith J.J., Boville, B.

MEDELLIN030

John J. Smith
43766 Buckskin Road

### **Presentations**

Advanced Accident Investigation and Reconstruction (No date)

The Physics of Head Injuries, March 10, 1995

Biomechanics, February 2, 1996

Biomechanics and Accident Reconstruction, UNK, 1996

Principles of Accident Investigation and Reconstruction, September 1996*

Seat Belts, Facts and Fiction, August 1997

Misapplication of Accident Reconstruction Data, August 1997

Accident Investigation and Reconstruction; Sources of Data, Common Errors, 1997

Accident Investigation and Reconstruction, March 5, 1998

Understanding Injury Causation in Motor Vehicle Collisions: Physics, Thresholds and Databases, March 6, 1998

Principles of Accident Reconstruction: Physics and Biomechanics, May 14, 1998

Countering the Opposition's Biomechanical Expert, June 15, 1998

Biomechanics of Motor Vehicle Accidents, Instructor Lynn University, Masters of Science in Biomechanical Trauma 2000
Understanding Injury Causation in Motor Vehicle Collisions: Physics, Thresholds and Databases, November 29, 2000

Understanding Injury Causation in Motor Vehicle Collisions: Physics, Thresholds and Databases, August 9 – 10, 2001

Accident Investigation and Reconstruction; Sources of Data, Common Errors, October 2001

The Effect of Head Rotation on Pain Location in Delayed Recovery Subjects, November 2001

Seat Belts, Facts and Fiction and Common Errors in Accident Reconstruction, December 2001

Understanding Injury Causation in Motor Vehicle Collisions: Physics, Thresholds and Databases, January 11, 2002

Page 8

John J. Smith
43766 Buckskin Road

### **Presentations Continued**

The Truth About Low Speed Impacts: Injuries Can and Do Occur, July 21, 2002

Accident Reconstruction and the Biomechanics of Head Injuries, August 9, 2002

Biomechanics and Accident Reconstruction, November 7, 2002

Actual Applied Biomechanics:  Most of What You Have Heard is False, May 22, 2004

Engineering in Iraq (Numerous times)

The Proper Application of Vehicle Damage to Refute Injury, Proceedings of the 2005 International Whiplash Trauma Congress, February 2005

Weaknesses of the Numerical Models Used in Accident Reconstruction Programs, Proceedings of the 57th Annual Meeting of the American Academy of Forensic Sciences, February 2005

Limitations of Computer Models Used in Accident Reconstruction Programs, Proceedings of the 2006 International Whiplash Trauma Congress, June 2006

Principles of Impact Analysis & the Associated Biomechanics, AFTL, July 2006

Leadership and Engineering, Colorado School of Mines March 20, 2007

The Lack of Correlation Between Spinal Injuries and Change in Velocity in Rear Impacts – An Evaluation of Spinal Strain, Proceedings of the 2007 International Whiplash Trauma Congress, October 2007

Applied Biomechanics, April 10, 2008

The Basics of Accident Investigation/Reconstruction, April 11, 2008

The Science of Injury Causation, May 2009

The Biomechanics of Head and Brain Injuries, November 20, 2009

The Principles of Accident Reconstruction, October 2010

The Science of Injury Causation, October 2010

MEDELLIN032

John J. Smith
43766 Buckskin Road

## **Presentations Continued**

The Science, Physics and Biomechanics of Low-Damage Crash Injuries, November 4, 2010

Accident Investigation, Reconstruction and Biomechanics, December 1, 2010

What the Attorney Needs to Know About Airbags, January 28, 2011

Threshold Energy for Vehicle Damage in Rear Impact Collisions, American Academy of Forensic Sciences, AAFS Annual Meeting, February 23, 2012

Relationship Between Injury Severity and Vehicle Crush in Rear Impact Collisions, American Academy of Forensic Sciences, February, 2013

The Facts Regarding "Low Impact" Collisions, Prosecuting or Defending a Trucking or Auto Accident Case, Texas Bar, November, 2013

The Misuse of Daily Activities to Understanding Occupant Response in Motor Vehicle Collisions, American Academy of Forensic Sciences, February, 2014

Reconstruction of a Seven-Car Pileup: A Case Study, Proceedings of the American Academy of Forensic Sciences, February, 2015

Distracted Driving, The University of Texas School of Law, July 2015

The Biomechanics of Injury Causation, Vermont Public Defenders, June 2016

MEDELLIN033

Testimony List - John J. Smith - Raymond P. Smith & Associates, Inc.

| Date | Name | Court | Case # |
|------|------|-------|--------|
| 08/30/21 | Spears, Bradford | Ninth Circuit, Orange County, Florida | 2013-CA-5860 |
| 07/10/18 | Crooks, Murray | 42nd Judicial District Parish of Desoto, LA | 71474 |
| 07/30/18 02/21/19 | Borer, Bakovich | Cook County, IL | 13 L 14273 |
| 11/29/18 | Sutter, Youngman | 7th Judicial Circuit Volusia County, FL | 2014-11664 CIDL |
| 11/08/18 | Lasher, Wipperfurth | US District Court  District of Colorado | No. 1:16-cv-03158-JLK |
| 01/09/19 | Arellano, Thode | District Court, Costilla Co, Colorado | 2018CV30003 |
| 8/17/17 8/29/18 | Murphy-Sims, Owners Insurance Company | US District Court, District of Colorado | 16-cv-00759-CMA-CBS |
| 2/2/2018 7/25/18 | Novais, Teel & Giang | Harris County, TX | 2016-16863 |
| 11/09/18 | Garcia & Richardson, Hastings | Denton County, TX | 17-0275-393 |
| 04/05/18 | Jones, Lewittes | El Paso County, Colorado | 2016CV30928 |
| 04/30/18 05/01/18 | Hruby, Morrill County, NE | Morrill CO, NE | CI 16-23 |
| 11/15/18 | Ullrich, Morrison, Gaston Riendeau & Sons Trucking | State of Vermont | 21-1-17 Oscv |
| 5/18/2018 08/19/21 | Calleja, Chavez | Superior Court of California County of Los Angeles - Central District | BC574549 |
| 12/6/2012 08/19/2021 | Doby, Home Depot | Superior Court of California County of Los Angeles - Central District | BC549749 |
| 10/25/19 | Sealy v Tandem Lamarr | 113th District, Harris County, TX | 2017-19638 |
| 02/08/19 | Jett, McNew | Harris County, TX | 2016-48575 |
| 03/27/18 | Spaulding, Kennedy, Cronen Plumbing & Heating | Arapahoe County, CO | 2017CV31318 |
| 04/20/18 | Summers, Graham | Jackson County, MO | 1716-CV09201 |
| 03/08/18 | DeGueyter, Liberty Mutual Insurance, Herbert | Parish of Jefferson, State of Louisiana | 695-509 |
| 03/02/18 06/13/18 | Ibrahim, Deal | Superior Court Orange County, CA | 30-2016-00849500-CU-PA-CJC |
| 07/25/19 | Sidwell, Zuo Modern Contemporary | Dallas County, TX | CC-7-03192-3 |
| 08/02/18 | Ged, Kucuruza, Segal, Government Employees Ins Co | 15th Judicial Circuit Palm Beach Co, FL | 502016CA000873MB-AE |
| 07/20/18 | Tirmizi, Ralphs Grocery | Los Angeles County Superior Court, CA | BC598712 |
| 11/28/18 | Fulton, Nappier | District Court, Denver County, CO | 17CV33669 |
| 4/29/2018 11/18/21 | Hernandez, Kellum, HMD Trucking Inc | State of Illinois, County of Cook | 2018 L 000552 |
| 06/14/18 | Friedman, Langham Hotels | Superior Court Central District, County of Los Angeles | BC596192 |
| 10/12/18 | Reyes, Caspers | District Court, Arapahoe County, CO | 2017CV000140 |
| 01/10/20 | Torres, Anderson | 295th Judicial District, Harris County, Texas | 2017-46591 |
| 01/08/19 | Olson, G&L Floor Coverings, Lane | Superior Court State of California, Los Angeles Counyy-Stanley Mosk Justice Center | BC653749 |
| 07/19/19 08/01/19 | Arana, Evenflo | Superior Court of California, County of Los Angeles | BC635440 |
| 08/27/18 | Stacy, Reza | 438th Judicial District Bexar Co, TX | 2017CI04213 |
| 09/07/18 | Silva, Aggregate Industries, Ace American Insurance Co | State of Colorado, Office of Administrative Courts, Denver, CO | WC No:5-036-389 |
| 09/21/20 09/24/20 | Navarro, Coastal Drilling Land Company LLC | 49th Judicial District, Webb County, TX | 2018CVA000146D1 |
| 03/04/19 | Gonzalez, Hamilton, Interceramic Marble | 68th Judicial District Dallas Co, TX | DC-17-08120 |
| 07/9/19 09/16/19 | Diarte, Bakersfield School District | Superior Court State of California, County of Kern | BCV-16-101034 SPC |
| 08/15/18 | Morado, Lambert | District Court, County of Denver, CO | 2017CV34313 |
| 08/24/18 | Orman, Billings | County of Orange, CA | 56-2017-00946045-CU-PA-CJC |
| 09/28/18 | Beshea, Tebbetts | 26th Judicial District  Webster Parish, LA | Number 75,432 |
| 08/03/18 | Tun, Garcia | Superior Court California San Bernardino Co | CIVDS1708543 |
| 01/22/19 | Aguayo, Philadelphia Indemnity | Arbitration | |
| 02/07/19 | Hernandez, Aboudi, Excellent Realty | Hidalgo County, TX | C-0776-17-D |
| 02/05/19 | Rios, Panther City Cattle Co, Medina Electric | 365th Judicial District, Zavala County, TX | 16-12-138-ZCV |
| 12/13/18 2/18/2019 | Shahan, Carter | Superior Court California County of Los Angeles - Stanley Mosk Courthouse | BC619244 |
| 12/28/18 | Madera, Carson | District Court, City and County of Denver, CO | 2018CV030859 |
| 07/30/20 | Morse, State Farm Mutual Automobile Company | US District Court, District of Colorado | 1:19-cv-02554 |
| 01/12/19 | Smith, Roderick, Charles | Superior Court State of Arizona,  County of Maricopa | CV2018-090316 |
| 6/4/19 6/24/19 | Gamez, Wood | Superior Court California County of Los Angeles - North District | MC026543 |
| 11/15/19 | Saldana, Solis, LCN Transportation | 166th Judicial District, Bexar County, TX | 2017C122836 |
| 02/01/19 | Casillas, Munoz, D&T Holdings | 285th Judicial District  Bexar County, TX | 2018-CI-10398 |
| 11/30/18 | Selmi, Rabino | Superior Court State of California, County of Los Angeles | BC655938 |
| 02/20/20 | Salas, Ladson, Diebold Nixdorf | Clark County, NV | A-18-784938-C  Dept. No. 32 |
| 07/18/19 | Hernandez, Elizondo | Hidalgo County, TX | C-0274-18-E |
| 02/15/19 | Matinez, Perez, MRC Transport, Rios | Hidalgo County, TX | C-4121-16-I |
| 05/27/20 | Barrera, Central Freight Lines, Padilla | Hidalgo County, TX | C-1633-18-G |
| 12/20/18 01/31/19 | Birrueta, Heredia | County Superior Court Unlimited Jurisdiction, CA | BVC-16-102510 SDS |
| 10/27/21 | Gonzalez, Sauceda, Ozuna, Briggs Equipment, Sammons Corp. LLC | 125th Judicial District, Harris County, Texas | 2017-67111 |
| 1/2/2018 5/7/2019 5/8/2019 | Angulo, O'Hearn | Superior Court of California, County of Santa Clara Civil, Unlimited Jurisdiction | 17CV307133 |
| 08/15/19 | Morales, Stripes, Coca-Cola Refreshments USA | 162nd Judicial District  Dallas County, TX | DC-17-06590 |

MEDELLIN034

Testimony List - John J. Smith - Raymond P. Smith & Associates, Inc.

| Date | Name | Court | Case # |
|---|---|---|---|
| 02/20/19 | Johnson, Harris | Superior Court of California, County of San Bernardino, San Bernardino District Unlimited | CIVDS1721314 |
| 10/03/19 | Rodriguez, Transportes de Carga Fema S.A. DE.C.V. | District Court for the Southern District of Texas Laredo Division | 5:18-CV-00114 |
| 8/09/19 9/09/19 | Bergman, State Farm | Ninth Circuit, Orange County, Florida | 48-2014-CA-012289-O |
| 11/18/19 | Gonzalez, Estate of John Portalatin, Jr. | District Court, County of Larimer, State of Colorado | 2018CV30196 |
| 9/17/2020 6/14/2021 | Look, The City and County of Denver, Colorado | District Court, City and County of Denver, CO | 2019CV31907 |
| 04/15/19 | Richardson, Ross Dress For Less | State of California  County of Riverside | RIC1603922 |
| 11/15/19 | Willis, Farmers Insurance Exchange | County of Jefferson, State of Colorado | 18CV30820 |
| 04/26/19 | Vasquez, Liberty Mutual Fire Insurance Company | US District Court Southern District of Texas McAllen Division | 7:18-CV-044 |
| 05/01/19 | Perales, CINTAS & Castillo | 53rd Judicial District Travis County, TX | D-1-GN-17-005687 |
| 12/07/19 | Zimmerer, My Choice Senior Care, Brown | Superior Court of State of California, County of Orange | 30-2016-00855404-CU-PA-CJC |
| 7/2/2020 10/07/20 | Guinnane, Dobbins, Enterprise RAC | US District Court Montana Butte Division | CV-19-85-DWM |
| 04/30/19 | Ortiz, Jaitly | Superior Court of CA  County of San Bernardino | CIVDS181861 |
| 10/18/19 01/22/20 | Evans, Mary Inc, Zapata | 73rd Judicial District, Bexar County, TX | 2017-CI-03051 |
| 10/14/2019 05/26/2021 | Vigil, Williams | District Court, City and County of Denver, CO | 2018CV32511 |
| 7/2/2019 02/19/20 | Carter, Stepter | Superior Court, State of California, County of Los Angeles, Stanley Mosk Courthouse | BC607626 |
| 01/27/21 | Devine, XPO Logistics Freight, Figueroa | United States District Court for the Northern District, Eastern Division | 18 cv 1264 |
| 8/15/2019 9/30/19 | Polito-Smith, Dumas, Dimas | Cook County, IL | 17 L 009938 |
| 8/3/2020 10/20/20 | Gonzalez, Hjerpe, CR England | US District Court, Western District of Texas, Waco Division | 6:19-cv-00244-ADA-JCM |
| 4/10/2020 04/26/22 | Roybal, Bellomo, SHAC LLC | Eighth Judicial District, Clark County, NV | A-18-778040-C |
| 06/13/19 | Morillo, Brandon, Main Electric | Superior Court of California, County of Los Angeles, Central District | BC 665426 |
| 06/04/20 | Lopez, Davalos, Marble Production of Texas | 285th Judicial District  Bexar County, TX | 2018CI02950 |
| 7/6/2019 7/16/19 | Baker, Acosta | Superior Court of California, County of Tulare | VCU272708 |
| 02/17/20 | Conklin, Leward Anders & Sons, Morrison | District Court Comal County, TX | C2018-1607C |
| 03/02/20 | McGarel, Hill, The Rios Group Inc. | District Court Williamson County, TX | 18-022-C395 |
| 02/21/20 | Hamilton, Swift Transportation, Parker | US District Court for the Western District of Oklahoma | CIV-19-219-SLP |
| 07/22/19 | Zuniga, Zamarripa | Cameron County, TX | 2015-DCL-072=339-B |
| 09/07/21 | Rivera, Alorta, Union Pacific Railroad Company | District Court of Comal County Texas, 207th Judicial District | C2019-1232B |
| 08/26/19 | Sanchez, Green | Superior Court of California, County of Los Angeles, Spring Street Courthouse | BC680342 |
| 07/24/19 | MSHOA, BOCC Elbert County, ALF-Spring Valley Ranch LLC, Elbert County | District Court, Elbert County, CO | 2018CV30071 |
| 10/09/19 | Lawson, Cleveland | District Court, Arapahoe County, CO | 2018CV32486 |
| 01/16/20 | Ramos, Colorado River Constructors | 74th Judicial District, McLennon County, Texas | 2018-2674-3 |
| 09/18/19 | Humphrey, Lopez, Zaslavskiy, Lyft | Superior Court of California, County of Los Angeles | BC674239 |
| 9/19/2019 10/11/19 | Cabezas, Meza | Superior Court of California, County of Los Angeles | BC690905 |
| 04/05/21 | Sleeth, Poly-West Inc. | District Court Clark County, Nevada | A-18-774525-C |
| 12/03/19 | Alonso, Cavazos, Keep Rolling Auto Sales | 133rd Judicial District, Harris County, Texas | 2017-54643 |
| 03/16/22 | Giertz, State Farm Mutual Automobile Insurance Company | US District Court for the District of Colorado | 18-CV-01781-WJM-SKC |
| 10/29/19 | Cervantes, Basue, Rocha's Valley Enterprises | Superior Court of the State of California, County of Los Angeles - Spring Street | BC670852 |
| 2/14/2020 11/12/20 | Markham, Owners Insurance Company | District Court Larimer County, CO | 2018CV30238 |
| 01/24/20 | Antonicelli, Browder, Ramos, Country Financial | Circuit Court of Cook County, Illinois | 2018-L-002822 |
| 06/03/20 | Davis, Doucette | State of Vermont Superior Court Chittenden Unit | 254-3-19 |
| 01/27/21 | Brickley, Flores, Terry, Armor Affiliates Inc. | 53rd Judicial District Travis County, TX | D-1-GN-18-002794 |
| 12/5/2019 1/30/20 | Nikodijevic, Ohanessian | Superior Court of the State of California, County of Los Angeles - Spring Street | BC700029 |
| 01/14/20 | Traktinskaya, Kimmel | District Court, County of Denver, Colorado | 2018CV34725 |
| 2/24/2020 1/26/21 | Vahabi, Cropper | Superior Court of California County of San Diego-Central Division | 37-2018-00018317-CU-PA-CTL |
| 07/23/20 | Estrada, First Class Transport | US District Court Southern District of Texas Brownsville Division | No. 1:19-cv-00012 |
| 02/09/22 | Davidson, Davidson | Superior Court of California, County of San Diego - Central Division | 37-2018-00040204-CU-PA-CTL |
| 10/05/20 | Favela, Arenas, Aviles, Aaron, Savela, City of Escondido | Superior Court of California, County of San Diego-North Division | 37-2019-00037327-CU-PA-NC |
| 01/31/20 | Buathier, Chan | Superior Court State of  California,  Orange County - Central Justice Center | No. 30-2018-01036883 |
| 06/25/20 | Robbins, Jeffries | State of North Carolina, County of Mecklenburg | 17-CVS-1498 |
| 02/06/21 | Vazquez, Auilera, Saucedo, Guardiola, Auto Transportes Guardiola | United States District Courth, Southern District of Texas, Laredo Division | 5:19-cv-00117 |
| 03/10/21 | Curtin, Paricio, Hurd, Burgess, M&M Sheet Metal & Rain Gutter Corp. | Superior Court of the State of California, County of Ventura, Central District | 56-2018-00506786-CU-PA-VTA |

Testimony List - John J. Smith - Raymond P. Smith & Associates, Inc.

| Date | Name | Court | Case # |
|---|---|---|---|
| 10/15/20 | Cruz, Panamarina LLC | United States District Court, Southern District of Texas, Laredo Division | 5:19-cv-0080 |
| 04/27/20 | Orendain, Geico Insurance, Quintero | 464th Judicial District Hidalgo County, TX | C-2894-19-L |
| 01/28/22 | Garcia, Recinos, Ramos, Recker, Harper's Backhoe Services | Superior Court of the State of California for the County of Los Angeles | BC697265 |
| 10/23/20 | Thompson, Wojcik, Shearer Chevrolet | State of Vermont, Superior Court, Chittenden Unit | 777-9-18 Cncv |
| 09/02/20 | Dixon, Alamo Transit, Ramirez, Flores | 57th Judicial District, Bexar County, TX | NO. 2018CI20347 |
| 07/02/20 | Ortiz, Charter Communications LLC, Gaytan | 408th Judicial District, Bexar County, TX | NO. 2019CI02205 |
| 04/30/21 | Cortez, Quality Carriers, Adams | US District Court, Southern District of Texas, Laredo Division | NO. 5:19-cv-127 |
| 04/23/21 | Riojas, Belmonte, Sandbox Transportation LLC | 365th Judicial District, Maverick County, TX | 19-01-36819-MCVAJA |
| 10/25/21 | Vazquez, Campos, California Department of Transportation, County of San Diego, Landry Trucking, Hitt | Superior Court of the State of California, County of San Diego, North Judicial District | 37-2020-00021083-CU-PA-NC |
| 03/09/22 | Mayor, ABC Birmingham LLC | Circuit Court of Montgomery County, Alabama | CV-2017-901124.00 |
| 09/18/20 | Garcia, Stevens Transport Inc, Ross | 407th Judicial District, Bexar County, TX | NO. 2019CI07707 |
| 07/27/21 | Lambaria-Gonzalez, UPS & Rodriguez | 408th Judicial District, Bexar County, TX | 2018CI08525 |
| 07/13/20 | Garcia, Cathey, Lynch | 298th Judicial District Dallas County, TX | DC-18-18990 |
| 03/05/21 | Hudson, Cytacki | 284th Judicial District, Montgomery County, TX | NO. 19-06-07568 |
| 03/11/21 | Chapa, Juarez, Magee, Averitt Express | 341st Judicial District, Webb County, TX | 2019CVA001199D3 |
| 09/02/21 | Fleury, Haralson | District Court of Harris County, Texas | 2019-39081 |
| 10/09/20 | Bohling, Zukauskas | District Court, Weld County, CO | 2019-cv-30681 |
| 12/10/20 | Hill, Papa John's International, PJ Denver, LLC | US District Court, District of Colorado | 1:20-cv-00397-REB-NRN |
| 12/17/20 | Santiago & Perez, EW Wylie Corporation & Baker | 288th Judicial District, Bexar County, Texas | 2019-CI-02189 |
| 01/19/22 | Mirzakhanian, Interinsurance Exchange of the Automobile Club | Arbitration | - |
| 02/05/21 | Zapot-Romero, Swift Transportation CO. of Arizona, Parson | United States District Court for the Eastern District of Texas, Beaumont Division | 1:20-CV-00044 |
| 11/02/21 | Ngah, Dunford | District Court of Oklahoma County, State of Oklahoma | CJ-2018-5914 |
| 11/20/20 | Taylor, Maggert | District Court Montgomery County, Texas | 19-12-16419 |
| 09/02/21 | Hurr, Nestle Waters North America, Sewell | Probate Court Number 4 of Harris County, Texas | No. 476, 731-401 |
| 02/15/21 | Shubert, Evans | District Court, County of Jefferson, State of Colorado | 20-cv-30637 |
| 04/19/21 | Lukasiewicz, Rodriguez, Central Freight Lines Inc. | 150th Judicial District, Bexar County, Texas | 2019-CI-09847 |
| 05/20/21 | Armstead, Ketchner | District Court of Jefferson County, Texas, 58th Judicial District | NO. A-205,089 |
| 06/14/21 | Higgins, Sinnes | District of Arapahoe County, Colorado | 2020CV30919 |
| 01/27/21 | Morales, XPO Logistics Freight, Figueroa | United States District Court for the Northern District, Eastern Division | 19 cv 00166 |
| 12/21/20 | Martinez, Los Angeles Metropolitan Transportation Authority | Superior Court of the State of California, County of Los Angeles, Central Judicial District | BC594335 |
| 04/20/22 | Stasi, Hungaros Freight Systems, Inc. | Superior Court of the State of Arizona in and for the County of Pima | No. C20201552 |
| 05/13/22 | Fleming Brown, O'Dell, State Farm Automobile Insurance Company | Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida | 2014-CA-003276-0 |
| 06/23/21 | Chahk, Tchakhkieva, Pacheco, Colon, State of New Jersey, et.al | Superior Court of New Jersey Law Division: Bergen County | BER-L-3447-19 |
| 01/26/22 | Vasquez, JT Swabbing Services, Inc, Moreno | 93rd District, Hidalgo County, Texas | C-3237-20-B |
| 05/28/21 | Ramirez, Fontes | Superior Court of the State of California, County of Riverside | No. RIC1901206 |
| 12/06/21 01/02/22 | Greenstein, Preferred Hotel Group | Superior Court of the State of California for the County of Los Angeles - Spring Street Courthouse | BC695620 |
| 08/13/21 | Francis, Pavao | State Court of Athens-Clarke County, State of Georgia | ST19CV0013 |
| 4/1/2021 8/31/21 | Hidalgo, The Pep Boys Manny, Moe & Jack of California | Superior Court of the State of California for the County of Los Angeles | BC682885 |
| 07/28/21 | Forbes-Garguilo, Silva | District Court Clark County, Nevada | A-19-806927-C |
| 11/29/21 | Freeman, Halliburton, Lackey | District Court of Oklahoma County, State of Oklahoma | CJ-2017-221 |
| 3/23/2021 5/03/21 | James River Insurancee Company, Silva | Superior Court of the State of California, County of San Francisco | CPF-20-517057 |
| 09/10/21 | Furra, Fiat Chrysler, FCA US, LLC, Crosby Automobile Group | District Court of Harris County, Texas 152nd Judicial District | 2019-05984 |
| 06/21/21 | Newton, Moore | US District Court for the District of Wyoming | 20-CV-124-NDF |
| 09/20/21 | Cook, Sanchez, Norman, Gelco Fleet Trust | 157th District, Harris County, Texas | 2018-90172 |
| 01/27/22 | Scott/Williams, Sea Cattle Company LLC | District Court of Carter County, State of Oklahoma | CJ-2019-69 |
| 10/22/21 | Jordan, Godsey, T&G Construction, Schiralli Construction | District Court of Oklahoma County, State of Oklahoma | CJ-2019-4016 |
| 04/14/21 | Vega, County of Orange, Slimm | Superior Court of California, County of Orange, Santa Ana Courthouse - Central Justice Center | 30-2019-01045317-CU-PA-CJC |
| 08/09/21 | Watson, Kirby-Smith Machiner, White | County Court, Dallas County, Texas | CC-19-06240-A |
| 06/07/21 | Sullivan, Quintey | The State of New Hampshire Superior Court | 220-2019-CV-00083 |
| 5/21/2021 09/29/21 | Tamamian, Delgado | Superior Court State of California, For the County of Los Angeles | BC703639 |
| 10/2/21 10/21/21 | Pharis, Smith | District Court, County of Gunnison, State of Colorado | 20CV30061 |
| 10/27/21 | Garza,Mencar LLC, Sandbox Transportation LLC, Trevino, Rodriguez | 404th Judicial District, Cameron County, Texas | 2020-DCL-03395 |
| 10/27/21 | Ponce, Hernandez, Jackson | Superior Court of California, County of Los Angeles, Spring Street Courthouse | 18STCV07579 |
| 12/17/21 | Sykes, Bergerhouse, C.R. England | United States District Court for the Western District of Oklahoma | 20-cv-00333 |
| 11/23/21 | Goldenberg, Wal-Mart Stores East | Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida | CACE17017575 |
| 09/04/21 | Pineda-Guzman, Cruz, Autotransportes Romedu | US District Court for the Southern District of Texas, Brownsville | 1:20-CV-00180 |

**Testimony List - John J. Smith - Raymond P. Smith & Associates, Inc.**

| Date | Name | Court | Case # |
|------|------|-------|--------|
| 08/13/21 | Pacheco, Sheedy | Superior Court of the State of California, County of Los Angeles, Central District | 19STCV16312 |
| 01/06/22 | Rodriguez, Kone Inc, Mathis | 224th Judicial District, Bexar County, Texas | 2020-CI-24595 |
| 02/07/22 03/17/22 | Dages, Mahli | Superior Court of the State of California, County of Riverside - Unlimited | MCC1900637 |
| 08/30/21 | Gholamipour, Shambaugh | Superior Court of the State of California in and for the County of Los Angeles | 20STCV00742 |
| 08/26/21 | Bruce, Vohlers, Vazquez | Superior Court of the State of California County of Los Angeles - Spring Street Courthouse | 19STCV07305 |
| 10/28/21 | Flaherty, United States of America, United States Postal Service | United States District Court For the Central District of California, Western Division | CV 20-3897-FAR-GJS |
| 08/31/21 | Garcia, Garcia, JFC International | Superior Court of the State of California County of Los Angeles | 18STCV06584 |
| 9/9/2021 3/15/22 | Micklos, Cadtellanos | Superior Court of the State of California County of Los Angeles - Spring Street Courthouse | BC653157 |
| 09/22/21 | Hughes, Libeu | Superior Court of California, County of Sonoma Civil - Unlimted Jurisdiction | SCV-261621 |
| 04/04/22 | Ford, Bolduc, Town of Winchester | The State of New Hampshire Superior Court Cheshire SS. | 213-2020-cv-00186 |
| 05/12/22 | Salinas, JCV Express LLC, Garza | 381st Judicial District, District Court of Starr County, Texas | DC-21-31 |
| 03/31/22 | Ortiz, Delgado, JCC Logistics Inc | Superior Court of the State of California for the County of Los Angeles - Spring Street Courthouse | BC691424 |
| 12/27/21 | Clowers, Mrsny, Mile High Seamless Gutters, McDonald, Williams | District Court, Arapahoe County, CO | 2019cv31873, Division : 402 |
| 11/12/21 | Salomon, Dominguez, California Waterscapes Inc. | Superior Court of California, County of Los Angeles - Los Angeles Superior Court | 19STCV22833 |
| 01/21/22 | Lopez, R&R Express Inc., Davis, American Hallmark Insurance Company | United States District Court of the Western District of Oklahoma | 5:20-cv-00799-R |
| 03/22/22 | Roberts, Tessier, DPR Construction | Circuit Court of the Twentieth Judicial Circuit in and for Hendry County, Florida | 2021-CA-000296 |
| 05/04/22 | Noriega, Preston, Santoyo | Superior Court of California for the County of Los Angeles | 19STCV07983 |
| 05/05/22 | Soto, Sanchez, Knight Transportation Inc | Superior Court of the State of California in and for County of Yolo | CV-2019-750 |



**RPSA**
Raymond P. Smith & Associates, Inc.

Accident Investigation & Reconstruction  •  Biomechanics  •  Injury Causation

# Raymond P. Smith & Associates

## Rate Structure – January 1, 2022

The following is the rate structure for Raymond P. Smith & Associates effective January 1, 2022.  Rates are subject to change without notice.  Rush jobs may incur additional costs.  Expenses will be added to the listed rates.

| | |
|---|---|
| Technical Accident Investigation* | $375 - $650/Hour |
| Accident Reconstruction* | $650/Hour |
| Biomechanical Analysis* | $650/Hour |
| Medical Summary | $185/Hour |
| Engineering Assistant | $185/Hour |
| Analytical Assistant | $140/Hour |
| Deposition | $650/Hour – in Colorado |
| | $1000/Hour[1] — requiring travel outside of Colorado |
| Other Experts | TBD |
| Expenses | TBD |
| Print File Materials from CD or | TBD based upon size |
| Email Copy File | Assistant's time |
| 5 Business Day Turn Around | 20% Additional |
| *Out of State Maximum Daily Rate | $5,000/Day |

### Standard Retainer is $5,000

---

[1] Daily Maximum Rate does not apply

43774 Buckskin Road  •  Parker, Colorado 80138
(303) 840-0549  •  Fax (303) 841-7134  •  RPSAINC@aol.com