# Exhibit "D"

| | |
|---|---|
| **From:** | Wilkerson, Jared |
| **To:** | Anna Davila; Pector, Michelle |
| **Cc:** | Mario Cisneros; David Oliveira; Orozco, Norma A.; Liz Alvarado; Celia Guerra; sjones@brock.law |
| **Subject:** | RE: Medellin vs. SpaceX |
| **Date:** | Monday, February 20, 2023 3:49:44 PM |

Anna and Mario,

Pursuing this unnecessarily aggressive course of action on a holiday (after I notified you of the need to compel medical records that Plaintiff is withholding) seems to be an attempt to distract from Plaintiff's failure to comply with his discovery obligations and for unmerited leverage in this fender-bender case.

The certificate of conference in the draft motion to compel is misleading and does not comply with Local Rule 7. Further, Plaintiff abandoned conferral efforts on all or almost all of the RFPs at issue many months ago.

As to the categories in the proposed motion to compel, see below.

A. RFPs 1: If relevant repair estimates for the Tesla exist, they will be produced. RFP 25: The parties have not conferred regarding RFP 25, which does not appear to relate to repairs to the Tesla.

B. RFPs 20, 22, 35, 36, and 39: The parties have not conferred regarding RFPs 20, 22, or 39. Regarding RFPs 35 and 36, SpaceX informed Plaintiff that these requests are vague and overbroad. Plaintiff has made no effort to narrow this request as it appears that Plaintiff still wants Mr. Morshedian's entire confidential personnel file, which is improper. *See, e.g., Cole v. Collier*, No. 4:14-CV-1698, 2020 WL 2813454, at *5 (S.D. Tex. May 28, 2020) (finding that request for entire personnel file is "unnecessarily broad, and may require Defendants to divulge unnecessarily private information"). Further, the basis for these requests in the motion to compel disregards Texas law. Whether Mr. Morshedian was assigned to Brownsville is irrelevant to whether he was in the course and scope of his employment at the moment of the accident, and travel to and from work is not within the course and scope of Mr. Morshedian's employment as a matter of law.

C. RFPs 21 and 35: These RFPs were obviously overbroad, as recognized in the motion to compel, which narrows them considerably. Notwithstanding, the information sought still appears to be irrelevant to any claim. Under Texas law, the question of whether Mr. Morshedian was in the course and scope of his employment at the time of the accident is not governed by his "assignment in Brownsville" or his alleged "travel to Brownsville."

D. RFP 33: This request references a person who is not part of this suit. It further is an indiscriminate request for all expense receipts and reports regardless of what they are for, and regardless of whether they have any connection to the accident. Again, whether certain expenses were reimbursed (for, e.g., meals) does not bear on the question of whether Mr. Morshedian was in the course and scope of his employment at the time of the accident.

E. RFPs 32; 37; 40; 41; 44; 50: Plaintiff has never conferred regarding RFPs 32 and 50. Further, Plaintiff already obtained the Tesla data and, as SpaceX informed Plaintiff in September 2022, SpaceX has no additional relevant vehicle data. Additionally, to the extent Plaintiff now narrows his requests within the motion to compel for the first time, no conferral has occurred regarding the narrowed scope. Defendants note that much of the reasoning in the motion for these materials lacks relevance.

F. RFP 21: see (C), above, regarding this duplicative category.

G. RFPs 26, 34, and 42: Plaintiff has not conferred regarding any of these RFPs.

The motion to compel is misleading, seeks irrelevant information, and is largely unsupported by conferral, much less conferral in the last five months. If you would like to confer in accordance with Plaintiff's obligations, please let us know and we'll work with you to find a mutually agreeable date and time.

Regards,
Jared

**From:** Anna Davila <adavila@texaslegalgroup.com>
**Sent:** Monday, February 20, 2023 10:46 AM
**To:** Pector, Michelle <michelle.pector@morganlewis.com>
**Cc:** Mario Cisneros <mcisneros@begumlawgroup.com>; David Oliveira <doliveira@rofllp.com>; Orozco, Norma A. <norma.orozco@morganlewis.com>; Liz Alvarado <lizg@rofllp.com>; Wilkerson, Jared <jared.wilkerson@morganlewis.com>; Celia Guerra <cguerra@brock.law>; sjones@brock.law
**Subject:** Medellin vs. SpaceX

[EXTERNAL EMAIL]
Good Morning Ms. Pector,

Our office intends to the file the attached Motion to Compel. Please let know if you are opposed or unopposed to said motion.

We intend to file the attached by 5:00p.m. today. Should we fail to hear back from you by then, we will assume you are opposed.

Thank you,

*Ana Davila*

Supervising Paralegal
BEGUM LAW GROUP
VILLARREAL & BEGUM
2401 Wild Flower, Suite B
Brownsville, Texas 78526
☎ (956)982-1800 🖷 (956)982-8602

✉ adavila@texaslegalgroup.com
www.begumlawgroup.com

| | |
|---|---|
| **From:** | Mario Cisneros |
| **To:** | Pector, Michelle |
| **Cc:** | Anna Davila |
| **Subject:** | RE: Rule 11 Extension of Discovery Response Deadline (Hugo Medellin Matter) |
| **Date:** | Tuesday, January 31, 2023 3:02:43 PM |

Thanks, but no repair estimate for your clients' vehicle.

It doesn't look like it was ever produced.

Can you confirm?

Regards,


Mario A. Cisneros
Associate
**BEGUM LAW GROUP**
2401 Wildflower Drive, Suite B.
Brownsville, Texas. 78526
(956)982-1800
mcisneros@texaslegalgroup.com
www.texaslegalgroup.com
<u>CONFIDENTIALITY NOTICE</u>:
All electronic mail messages and attachments sent to or from the Firm may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity in the electronic communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received any electronic transmission in error, please immediately notify us by telephone, facsimile, or email to dteran@texaslegalgroup.com. You are then directed to immediately delete this electronic mail message and attachments, if any, from your system.


**From:** Pector, Michelle <michelle.pector@morganlewis.com>
**Sent:** Tuesday, January 31, 2023 2:58 PM
**To:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Cc:** Anna Davila <adavila@texaslegalgroup.com>
**Subject:** RE: Rule 11 Extension of Discovery Response Deadline (Hugo Medellin Matter)

Hi Mario,

Please see the attached file you requested.

Thanks,
Michelle

**Michelle Pector**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston,TX 77002-5005

Direct: +1.713.890.5455 | Main:+1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.654.6922
michelle.pector@morganlewis.com | www.morganlewis.com
Assistant: Veronica R. Sanchez |+1.713.890.5729 | veronica.sanchez@morganlewis.com


**From:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Sent:** Monday, January 30, 2023 11:22 AM
**To:** Pector, Michelle <michelle.pector@morganlewis.com>
**Cc:** Anna Davila <adavila@texaslegalgroup.com>
**Subject:** RE: Rule 11 Extension of Discovery Response Deadline (Hugo Medellin Matter)

[EXTERNAL EMAIL]
Michelle,

The attached file appears to be corrupted.

Can you please resend this particular file?

Also, can you verify that the file includes the repair estimate for Morshedian's vehicle.

Thanks!


Mario A. Cisneros
Associate
**BEGUM LAW GROUP**
2401 Wildflower Drive, Suite B.
Brownsville, Texas. 78526
(956)982-1800
mcisneros@texaslegalgroup.com
www.texaslegalgroup.com
<u>CONFIDENTIALITY NOTICE</u>:
All electronic mail messages and attachments sent to or from the Firm may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity in the electronic communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received any electronic transmission in error, please immediately notify us by telephone, facsimile, or email to dteran@texaslegalgroup.com. You are then directed to immediately delete this electronic mail message and attachments, if any, from your system.


**From:** Mario Cisneros
**Sent:** Tuesday, December 7, 2021 4:51 PM
**To:** Pector, Michelle <michelle.pector@morganlewis.com>
**Cc:** Anna Davila <adavila@texaslegalgroup.com>
**Subject:** RE: Rule 11 Extension of Discovery Response Deadline (Hugo Medellin Matter)

Michelle,

Correct, we agree to extend the deadline by two weeks for defendants to respond to our written discovery requests.

I am still evaluating this case and checking where our client is at in his treatment.

Regards,

Mario A. Cisneros
Associate
**BEGUM LAW GROUP**
2401 Wildflower Drive, Suite B.
Brownsville, Texas. 78526
(956)982-1800
mcisneros@texaslegalgroup.com
www.texaslegalgroup.com
<u>CONFIDENTIALITY NOTICE</u>:
All electronic mail messages and attachments sent to or from the Firm may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity in the electronic communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received any electronic transmission in error, please immediately notify us by telephone, facsimile, or email to dteran@texaslegalgroup.com. You are then directed to immediately delete this electronic mail message and attachments, if any, from your system.

**From:** Pector, Michelle <michelle.pector@morganlewis.com>
**Sent:** Sunday, December 5, 2021 4:49 PM
**To:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Subject:** Rule 11 Extension of Discovery Response Deadline (Hugo Medellin Matter)

Mario,

As a follow-up to our discussion on Friday, this email will confirm your Rule 11 Agreement to extend the deadline by two weeks for Defendants Arion Morshedian and SpaceX to respond to Plaintiff's First set of Discovery in the above referenced matter.

Based on this agreed extension, I have calendared Morshedian and SpaceX's responses to now be due on January 14, 2022.

Thank-you for your professional courtesies in this matter.

Best regards,
Michelle

**Michelle Pector**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005

Direct: +1.713.890.5455 | Main: +1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.654.6922
michelle.pector@morganlewis.com | www.morganlewis.com
Assistant: Veronica R. Sanchez | +1.713.890.5729 | veronica.sanchez@morganlewis.com
COVID-19 Resources and Updates



DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

| | |
|---|---|
| **From:** | Mario Cisneros |
| **To:** | Anna Davila |
| **Subject:** | Fwd: Discovery Conferral Letter - Medellin Matter |
| **Date:** | Monday, September 26, 2022 10:14:53 AM |
| **Attachments:** | Conferral Response.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** "Pector, Michelle" <michelle.pector@morganlewis.com>
> **Date:** September 23, 2022 at 5:39:15 PM CDT
> **To:** Mario Cisneros <mcisneros@begumlawgroup.com>
> **Cc:** David Oliveira <doliveira@rofllp.com>, Celia Guerra <cguerra@brock.law>, "Scott P. Jones" <sjones@brock.law>
> **Subject: RE: Discovery Conferral Letter - Medellin Matter**

Mario,

Please see the attached conferral response letter.

Please feel free to reach out with any questions.

Best regards,
Michelle

**Michelle Pector**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005
Direct: +1.713.890.5455 | Main: +1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.654.6922
michelle.pector@morganlewis.com | www.morganlewis.com
Assistant: Veronica R. Sanchez | +1.713.890.5729 | veronica.sanchez@morganlewis.com

**From:** Pector, Michelle
**Sent:** Wednesday, September 21, 2022 9:11 AM
**To:** 'Mario Cisneros' <mcisneros@begumlawgroup.com>
**Cc:** 'David Oliveira' <doliveira@rofllp.com>; Celia Guerra <cguerra@brock.law>; 'Scott P. Jones' <sjones@brock.law>
**Subject:** Discovery Conferral Letter - Medellin Matter

Mario,

Please see the attached letter regarding Plaintiff's discovery deficiencies.

Best regards,
Michelle

**Michelle Pector**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston,TX 77002-5005
Direct: +1.713.890.5455 | Main:+1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.654.6922
michelle.pector@morganlewis.com | www.morganlewis.com
Assistant: Veronica R. Sanchez |+1.713.890.5729 | veronica.sanchez@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

# Morgan Lewis

**Michelle Pector**
Partner
+1.713.890.5455
michelle.pector@morganlewis.com

September 23, 2022

VIA EMAIL

Mario Cisneros
Begum Law Group
2401 Wildflower Dr., Suite B
Brownsville, TX 78526
mcisneros@begumlawgroup.com

RE: Civil Action No. 1:22-CV-00084; *Hugo Medellin vs. Arion Morshedian, et al*; in the United States District Court for the Southern District of Texas.

Dear Mario:

This letter responds to your letter of September 16, 2022. Each of the requests for production in your letter is addressed below.

- 1: Repair estimates for the Tesla, if any, will be produced.
- 5: This RFP is an inappropriate attempt to obtain expert discovery and will not be addressed further. See Tex. R. Civ. P. 195.
- 11: No additional non-privileged documents exist to produce.
- 12: Defendants stand on their objections, as this RFP is, among other things, infinitely vague and overly broad.
- 21: Defendants stand on their objections, as this RFP is, among other things, infinitely vague and overly broad.
- 33: Defendants stand on their objections, as this RFP is irrelevant on its face. Even assuming for the sake of argument that "Defendant Perez" was meant to refer to "Defendant Morshedian," expense receipts and reports have no apparent connection to this lawsuit.
- 35: Defendants stand on their objections, as this RFP is, among other things, infinitely vague and overly broad.
- 36: Defendants stand on their objections, as this RFP is, among other things, infinitely vague and overly broad.
- 37: Defendants understand that Plaintiff has obtained vehicle data regarding the Tesla from Tesla. Defendants have no other relevant vehicle data.
- 38: Defendants stand on their objections, as this RFP is, among other things, infinitely vague and overly broad.
- 40: Defendants stand on their objections, as this RFP is, among other things, irrelevant on its face and overly broad.
- 41: Defendants stand on their objections, as this RFP is, among other things, irrelevant on its face and overly broad.

**Morgan, Lewis & Bockius LLP**

1000 Louisiana Street
Suite 4000
Houston, TX  77002        ☎ +1.713.890.5000
United States              📠 +1.713.890.5001

September 23, 2022
Page 2

- 44: Defendants stand on their objections, as this RFP is, among other things, irrelevant on its face and overly broad.

If you would like to confer further, please reach out to me. Otherwise, we will assume that these issues have been satisfactorily addressed.

Sincerely,

Michelle Pector

cc:   David Oliveira

| | |
|---|---|
| **From:** | Pector, Michelle |
| **To:** | Anna Davila |
| **Cc:** | Mario Cisneros; David Oliveira |
| **Subject:** | RE: Medellin v. Morshedian et al |
| **Date:** | Wednesday, September 21, 2022 3:19:06 PM |
| **Attachments:** | image001.png |
| | image003.png |
| | image005.png |
| | image006.png |

Hi Anna,

I am in deposition tomorrow. Will revert back with proposed alternative dates.

Best regards,
Michelle

**Michelle Pector**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005
Direct: +1.713.890.5455 | Main:+1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.654.6922
michelle.pector@morganlewis.com | www.morganlewis.com
Assistant: Veronica R. Sanchez |+1.713.890.5729 | veronica.sanchez@morganlewis.com


**From:** Anna Davila <adavila@texaslegalgroup.com>
**Sent:** Wednesday, September 21, 2022 2:44 PM
**To:** Pector, Michelle <michelle.pector@morganlewis.com>
**Cc:** Mario Cisneros <mcisneros@begumlawgroup.com>; David Oliveira <doliveira@rofllp.com>
**Subject:** FW: Medellin v. Morshedian et al

[EXTERNAL EMAIL]
Good Afternoon Ms. Pector,

Mr. Cisneros would like to set up a conference call to discuss our pre-compel letter.

Will you be available tomorrow?

Thank you,

*Ana Davila*

Supervising Paralegal
BEGUM LAW GROUP
VILLARREAL & BEGUM
2401 Wild Flower, Suite B
Brownsville, Texas 78526
☎ (956)982-1800 📠 (956)982-8602
✉ adavila@texaslegalgroup.com
www.begumlawgroup.com

**From:** Mario Alvarez <malvarez@begumlawgroup.com>
**Sent:** Friday, September 16, 2022 6:02 PM
**To:** Michelle.Pector@morganlewis.com; doliveira@rofllp.com
**Cc:** Mario Cisneros <mcisneros@begumlawgroup.com>; Anna Davila <adavila@texaslegalgroup.com>
**Subject:** Medellin v. Morshedian et al

Good Afternoon, Ms. Pector and Mr. Oliveira:

    Attached please find a letter pertaining your clients' discovery responses. Thank you.

Best regards,

**Mario Alvarez**
Attorney
BEGUM LAW GROUP
VILLARREAL & BEGUM
2401 Wild Flower, Suite B
Brownsville, Texas 78526
☎: (956) 982-1800  📠: (956) 982-8602
š: malvarez@begumlawgroup.com
🌐 www.begumlawgroup.com

**CONFIDENTIALITY NOTICE:**
All electronic mail messages and attachments sent to or from the Firm may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity in the electronic communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received any electronic transmission in error, please immediately notify us by telephone, facsimile, or email to malvarez@begumlawgroup.com. You are then directed to immediately delete this electronic mail message and attachments, if any, from your system.

***In response to COVID-19, we are respectfully requesting all written materials be sent to us electronically, rather than through physical mail, fax and deliveries. We agree to accept service electronically while we temporarily deal with COVID-19. Thank you, and stay well.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

| | |
|---|---|
| **From:** | Mario Cisneros |
| **To:** | David Oliveira |
| **Cc:** | Anna Davila |
| **Subject:** | RE: [EXT] RE: Medellin v. SpaceEx |
| **Date:** | Tuesday, May 17, 2022 3:16:51 PM |
| **Attachments:** | Ltr to OCs-Pre Compel 4.12.22.pdf |
| | Morshedian Interrogatory Responses.pdf |

Here it is.

**From:** David Oliveira <doliveira@rofllp.com>
**Sent:** Tuesday, May 17, 2022 3:08 PM
**To:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Cc:** Anna Davila <adavila@texaslegalgroup.com>
**Subject:** Re: [EXT] RE: Medellin v. SpaceEx

Can you send me the attachment again.

**From:** Mario Cisneros <mcisneros@begumlawgroup.com>
**Sent:** Tuesday, May 17, 2022 3:05 PM
**To:** David Oliveira <doliveira@rofllp.com>
**Cc:** Anna Davila <adavila@texaslegalgroup.com>
**Subject:** [EXT] RE: Medellin v. SpaceEx

David,

Hope you are doing well.

Did you ever get a chance to talk about this with the SpaceEx people?

Thanks!


Mario A. Cisneros
Associate
**BEGUM LAW GROUP**
2401 Wildflower Drive, Suite B.
Brownsville, Texas. 78526
(956)982-1800
mcisneros@texaslegalgroup.com
www.texaslegalgroup.com
<u>CONFIDENTIALITY NOTICE</u>:
All electronic mail messages and attachments sent to or from the Firm may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity in the electronic communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received any electronic transmission in error, please immediately notify us by telephone, facsimile, or email to dteran@texaslegalgroup.com. You are then directed to immediately delete this electronic mail message and attachments, if any, from your system.

**From:** Mario Cisneros
**Sent:** Monday, April 25, 2022 1:30 PM
**To:** doliveira@rofllp.com
**Cc:** Anna Davila <adavila@texaslegalgroup.com>
**Subject:** Medellin v. SpaceEx

Mr. Oliveira,

See attached for your consideration.

Thank you!

Mario A. Cisneros
Associate
**BEGUM LAW GROUP**
2401 Wildflower Drive, Suite B.
Brownsville, Texas. 78526
(956)982-1800
mcisneros@texaslegalgroup.com
www.texaslegalgroup.com
<u>CONFIDENTIALITY NOTICE</u>:
All electronic mail messages and attachments sent to or from the Firm may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity in the electronic communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received any electronic transmission in error, please immediately notify us by telephone, facsimile, or email to dteran@texaslegalgroup.com. You are then directed to immediately delete this electronic mail message and attachments, if any, from your system.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please contact the service desk in Teams if you have any questions BEFORE clicking a link.