**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:22-CV-084** |
| | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES, CORP., et. al.,** | § | |
| **Defendants.** | § | |

### ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS SPACE EXPLORATION TECHNOLOGIES CORP. AND ARION MORSHEDIAN TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION

On _____, a hearing was held on Motion to Compel Defendants Space Exploration Technologies, Corp. and Arion Morshedian's Responses to Plaintiff's Requests for Production in the above-styled and -numbered cause.

The Court, having examined the pleadings, heard the arguments of counsel regarding *Plaintiff's Opposed Motion to Compel Defendants Space Exploration Technologies, Corp. and Arion Morshedian to Respond to Plaintiff's Requests for Production*, finds that the motion should be **GRANTED** as follows:

Request for Production No. 1:   AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 20:  AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 21:  AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 22:  AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 25:  AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 26:  AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 32:  AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 33:  AGREED/GRANTED   __X__   DENIED _____

Request for Production No. 34:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 35:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 36: AGREED/GRANTED __X__   DENIED _____

Request for Production No. 37:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 39:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 40:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 41:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 42:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 44:  AGREED/GRANTED __X__   DENIED _____

Request for Production No. 50:  AGREED/GRANTED __X__   DENIED _____

**IT IS THEREFORE ORDERED** Defendants Space Exploration Technologies, Corp. and Arion Morshedian are to *supplement their responses* or *indicate that no such documents/items exist* no later than _____.


SIGNED on _____.


_____
JUDGE PRESIDING