IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION FOR ENTRY OF AGREED STIPULATED CONFIDENTIALITY ORDER

Defendants Arion Morshedian and Space Exploration Technologies Corp., and Plaintiff Hugo Medellin, respectfully request the Court enter the Agreed Stipulated Confidentiality Order attached hereto as Exhibit A.

| **BEGUM LAW GROUP** | **MORGAN, LEWIS & BOCKIUS** |
|---|---|
| */s/ Mario A. Cisneros* | */s/ Michelle D. Pector* |
| Mario A. Cisneros | Michelle D. Pector |
| Federal Bar No. 2601122 | Texas Bar No. 24027726 |
| 2401 Wild Flower, Suite B | SDTX Bar No. 28869 |
| Brownsville, Texas 78526 | michelle.pector@morganlewis.com |
| mcisneros@texaslegalgroup.com | Jared Wilkerson |
| Tel. (956) 982-1800 | Texas Bar No. 24084096 |
| Fax. (956) 982-8602 | SDTX Bar No. 2117319 |
| | Morgan, Lewis & Bockius LLP |
| *Counsel for Plaintiff* | 1000 Louisiana, Suite 4000 |
| | Houston, TX 77002 |
| | Phone: (713) 890-5000 |
| | |
| | *Counsel for Defendants* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2023, the foregoing document was served via ECF on all counsel of record.

                                                     */s/ Michelle Pector*
                                                     Michelle Pector