IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | |
| | § | |
| Defendants. | § | |

**<u>AGREED NOTICE OF WITHDRAWAL OF MOTION TO COMPEL</u>**

Plaintiff Hugo Medellin, with agreement of Defendants Arion Morshedian and Space Exploration Technologies Corp., notifies the Court that Plaintiff's Motion to Compel (ECF 23) is withdrawn without prejudice to refiling.

| Respectfully submitted, | Agreed as to form: |
|---|---|
| **BEGUM LAW GROUP** | **MORGAN, LEWIS & BOCKIUS** |
| */s/ Mario A. Cisneros* | */s/ Michelle D. Pector* |
| Mario A. Cisneros | Michelle D. Pector |
| Federal Bar No. 2601122 | Texas Bar No. 24027726 |
| 2401 Wild Flower, Suite B | SDTX Bar No. 28869 |
| Brownsville, Texas 78526 | michelle.pector@morganlewis.com |
| mcisneros@texaslegalgroup.com | Jared Wilkerson |
| Tel. (956) 982-1800 | Texas Bar No. 24084096 |
| Fax. (956) 982-8602 | SDTX Bar No. 2117319 |
|  | Morgan, Lewis & Bockius LLP |
| *Counsel for Plaintiff* | 1000 Louisiana, Suite 4000 |
|  | Houston, TX 77002 |
|  | Phone: (713) 890-5000 |
|  | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, the foregoing document was served via ECF on all counsel of record.

*/s/ Michelle Pector*
Michelle Pector