Exhibit "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | |
| | § | |
| **ARION MORSHEDIAN AND** | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| *Defendants,* | § | |

---

**EXPERT COST AND BILLING ANALYSIS OF ELIZABETH MICHELLE ADDISON, CPC**

---

My name is Elizabeth Michelle Addison, I am a healthcare compliance and revenue coding and billing consultant in the State of Texas. I received a Certified Professional Coder certification from American Academy of Professional Coders (AAPC) in 2004 and I took courses in Healthcare and Management at Alamo Colleges from 2006 through 2013. My curriculum included courses in human anatomy & physiology, advanced medical terminology, ICD diagnostic/procedural and CPT coding, health data content and structure, ambulatory coding, and computers in healthcare. My *curriculum vitae* is attached hereto as **Exhibit A** and incorporated herein for all intents and purposes.

I have been a Certified Professional Coder (CPC) with the American Academy of Professional Coders (AAPC) for eighteen years. To maintain my CPC certification, I must complete thirty-six hours of continuing education every two years. The AAPC is the world's largest credentialing organization for the business of healthcare, with more than 190,000 members worldwide who work in medical coding, medical billing, medical auditing, clinical documentation improvement, healthcare compliance, revenue cycle

management, and practice management. AAPC is nationally recognized by the Center for Medicaid and Medicare Services (CMS) to provide acceptable expertise in coding and claims processing.

Having been a Certified Professional Coder for eighteen years, I am knowledgeable about medical terminology, disease processes, and pharmacology, and I am highly skilled in classifying medical data from patient records and assigning numeric codes for each diagnosis and procedure. I also possess expertise in:

- Current Procedural Terminology (CPT®), developed by the American Medical Association (AMA), which is a code set to bill services performed by physicians and other qualified healthcare providers in the office or facility setting (e.g., outpatient or inpatient hospital); and

- International Classification of Diseases, Tenth Revision, Clinical Modification (ICD10-CM), which is a system used by physicians; and

- Healthcare Common Procedure Coding System (HCPCS), developed by the Centers for Medicare and Medicaid (CMS) for the same reasons that the AMA developed CPT, which is a standardized coding system that is used primarily to identify products, supplies, and services not included in the CPT codes, such as ambulance services and durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS).

For over twenty years, I have been involved in medical coding and billing for numerous medical practices. In each position I was responsible for designing, implementing, directing, reviewing, and overseeing processes for coding, billing, pricing, and collections. In the course of my career, I have reviewed billing affidavits and attested to the usual, reasonable, and customary amount for various medical services and procedures.

I am currently employed with Juris Medicus as a Medical Billing and Coding Expert.  My duties include reviewing and analyzing professional medical records and/or facility medical records, including coding reviews and billing assessments. Specifically, I conduct a usual, customary and reasonable (UCR) bill analysis, utilizing industry standard resources such as Optum 360 Fee Analyzer, Find-A-Code, Context4 Healthcare, Novitas-Solutions JH (Texas) Jurisdiction and the Centers for Medicare and Medicaid (CMS) by the applicable geographic region. I also provide medical billing expert witness testimony in writing, at deposition, and/or trial as needed.

I previously worked for the University of Texas Health Science Center of San Antonio (UTHSCSA) as a Compliance Auditor in the Institutional Compliance and Privacy Office. Part of my duties included coordinating compliance and maintaining current knowledge of applicable federal, state, and local regulations in the use of operational systems for documentation and workflow process for a large medical practice in a healthcare teaching institution; performing workplan risk assessments for various medical specialty departments and business/clinical operations to evaluate compliance and mitigate risk, inform leadership of risk assessment findings, and advise and assist in developing a timely corrective action plan; and promoting and maintaining policies and procedures and facilitate education on policies and procedures as required. I provided outpatient evaluation and management training and education for new providers, residents and coding staff. I performed prospective coding reviews on non-cleared providers to identify education opportunities for documentation improvement and to confirm or validate existing coding competency and compliance.

Based on my many years of experience as a healthcare professional, including eighteen years as a Certified Professional Coder, as well as my training and education, I am very familiar with all aspects of medical coding, medical billing, and various payor reimbursement methodologies. Based on this experience, I am also familiar with the typical contractual amounts allowed and paid to providers for

professional services in relation to the Medicare, Medicaid and various commercial payers allowable amounts. Most of the largest third-party payor claim adjudication policies and their contractual allowed amounts are based on the Medicare fee schedule for the designated service geographic region, plus a small negotiated agreed percentage above these Medicare allowed amounts. Further, it is standard practice in my field to consider and rely on such contractually allowed amounts when determining whether a medical charge is usual, reasonable, and customary for the time, date, and location of service.

My twenty plus years of demonstrated professional expertise in medical billing reviews and medical coding, as well as my knowledge of reimbursement strategies, and my mandated continuous coding training qualify me as an expert with regard to understanding medical documentation and medical billing practices. I have over 30 years of experience in healthcare, including 25 years reviewing medical bills and coding, during which I further developed a fluency in medical documentation and medical billing practices. For many years and on a regular basis, I have performed billing and coding reviews involving the same or similar medical services provided to the plaintiff in this case.  ln my best estimate, over the course of my career I have reviewed tens of thousands of medical records and billing, which translates to hundreds of thousands of medical billing codes.

A.  **<u>Summary</u>**.

I have reviewed the billing statement from **Advanced Urgent Care of Brownsville** regarding total charges in the amount of $38,000.00 for services rendered to **Plaintiff Hugo Medellin**  on 06/13/2021 in Brownsville, Texas 78521.  Based on my experience, education and training as set forth above, I am familiar with the usual, reasonable, and customary billing charges and reimbursements in Brownsville, Texas where the medical services were provided.

In summary, it is my opinion, which I hold to a reasonable degree of professional probability, that the charges in the cost report exceed what would be considered the usual, customary, and reasonable

("UCR") amounts for the services provided, the dates of service, and for the geographic region where the records indicate that the services were rendered  by **$27,791.58**. I am not offering any opinion as to the necessity of the services reflected in the cost report. Rather, my opinions are directed specifically to the comparison of the UCR to the charges billed for those services.

**B.  Methodology.**

As part of my UCR analysis and billing and coding review, I first review the medical documentation and medical billing.  I compare the billing/coding with the medical documentation to determine if the coding was proper. Uniform coding systems (such as CPT ("Current Procedural Terminology"), HCPCS ("Healthcare Common Procedure Coding System") and ICD ("International Classification of Diseases" coding systems) are used for medical, surgical, and diagnostic services. These uniform systems were developed and published by the American Medical Association and are standardized throughout the country.

This step—identifying the services by their industry standard code—is necessary because the databases of medical charges aggregate charges data according to these industry standard codes.  In other words, this step ensures the coding and billing provided in the review, is correct and supported by the medical documentation. If, in my analysis, I determine that the coding was not properly applied in some fashion, I will note the same. Otherwise, if I determine the appropriate codes were used, my analysis will focus on a comparison of the charges on the billing records with the UCR for the geographic area and date when the services were provided.

To determine UCR charges in my analysis, the resources "Find-A-Code" by InnoviHealth and "Context[4] Healthcare" were consulted and referenced. These databases provide medical cost data that is used nationally by insurance companies, medical practices, and hospitals to determine reasonable treatment charges. It is standard and accepted practice in the medical community to rely upon these and

other similar databases and resources to set fee schedules, determine the reasonableness of charges, and to evaluate the UCR. In order to correctly utilize the Context 4 and Find-A-Code databases, the user must be proficient in the use of medical coding, including the use of modifiers and when bundling may be appropriate, billing interpretation, and the different medical fee schedules in order to properly and accurate analyze and interpret the data. Because of my background, experience, and training, I am proficient in these skills and completely adept at utilizing the databases and interpreting their data.

      i.      <u>Context 4 Healthcare Database</u>

The Context 4 Healthcare (hereinafter, "<u>Context 4</u>") is an online charge publication database. Context 4 updates its database semi-annually with over a <u>*billion*</u> actual claim charge—which represents seventy percent of all claims submitted in the United States—using the most recent twenty-four months of data to ensure the most relevant data is always used in each update. The raw data which is used has not been altered or filtered in any way by any entity, including payers, from the original claims submitted by the healthcare providers. Therefore, Context 4's UCR data is based on actual provider charges. Context 4 also utilizes an in-depth, proprietary data validation process to remove data entry errors such as invalid zip codes, invalid procedure codes, and other obvious errors.

The details of Context 4's methodology is proprietary. In general, however, it's known that Context 4 derives its UCR by using a two-step process: first, determining the relative value of the procedure; and second, multiplying the relative value by a conversion factor that is specific to a particular geographic region. Context 4 has approximately 340 geographic areas ("GeoZips"), which are created by a proprietary methodology involving an analysis of economic similarities, population, and number of medical practitioners. The UCR data is then ranked in percentiles from the 25th to the 95th percentiles. A percentile rank is a number between zero and one hundred that indicates the percent of the observations in a group below it. In other words, UCR value provided at the 80th percentile rank of the Context 4

UCR data means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. Use of the 80th percentile for UCR analysis is standard and customary in my industry.

Context 4 has been subjected to peer review and evaluation by, among others, the Oxford Outcomes and Avalon Health Economics groups. As stated on the Context 4 website, after conducting a thorough review of the Context 4 UCR process, these groups concludes that the Context 4 UCR was "reasonable and consistent with best practices," "is more likely to provide representative data compared to other common sources of fee data," and that "provider billing/charge data is an appropriate basis for UCR benchmarking." *See*  https://www.context4healthcare.com/solutions/reference-based-pricing/ucr-fee-data.

ii.     Find-A-Code Database

Find-A-Code, by InnoviHealth, is also an online tool for medical coding and billing. Find-A-Code is commonly used within the healthcare payer industry for the purpose of establishing benchmarks by which to filter submitted charges. It has a simple search engine function that can be used to search for the appropriate code to assign to a medical diagnosis or procedure, and that provides the complete definition of the major code sets (CPT, HCPCS, ICD, etc.).

In addition to this and other helpful resources, Find-A-Code also provides UCR data, which is gathered from the U.S. Department of Veterans Administration (the "VA"). The VA's methodology for computing UCR is set forth in 38 C.F.R. § 17.101. The VA's UCR methodology is "designed to replicate, insofar as possible, the 80th percentile of community charges, adjusted to the market areas in which the VA Facilities are located." *See* 74 Fed. Reg. 32820. In general, the VA establishes national reasonable charges which are then adjusted locally by each VA medical center based on their Geographical Adjustment Factor (GAF). The GAF is a weighted average of the geographic practice cost indexes

(GPCIs)--that is, data is collected from each physician or facility payment area and the ratio of area costs to national costs is applied to improve the accuracy of payments to providers in various areas of the country by accounting for the differences in prices for certain expenses (such as clinical and administrative staff salaries, benefits, rent, malpractice insurance and other defined costs). The VA's UCR, as reported by Find-A-Code, represents the geographically-adjusted charges at the 80th percentile. In other words, and as mentioned, this means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. As also mentioned, use of the 80th percentile for UCR analysis is standard and customary in my industry.

The Find-A-Code tool also provides the Medicare allowable for each service or procedure. While this information is publicly available online at various governmental websites,[1] the Find-A-Code database imports this data and reports it in the search results (appropriate for the date and location of service). Medical professionals and hospital facilities are often contracted with Medicare, insurance companies, or other payers. The medical professional and/or hospital facility may show their standard fees on submitted claims and bills, but they will only be reimbursed the amounts specified in the contracts. It is accepted and standard practice in my industry to consider Medicare allowable rates because they are widely referenced in setting fee schedules, provide a measure of anticipated reimbursement or payment for a service or procedure, and overall, they bear on the question of the reasonableness of the billed amount, regardless of whether the patient has such benefits, or the provider has such negotiated rates.

In a study of data from 2010 to 2017, based upon data from the Kaiser Family Foundation, a nonprofit organization , that serves as a nonpartisan source of facts, analysis and journalism for policymakers, the media, the health policy community and the public, focusing on national health issues,

---

[1]     *See, e.g.*, www.novitas-solutions.com/webcenter/portal/MedicareJH/FeeLookup;
https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/FeeScheduleGenInfo.

it was found that, on average, private insurers paid 264% of Medicare for outpatient hospital facility services and 189% of Medicare for inpatient hospital facility services, for an overall average of nearly double of Medicare rates for all hospital facility services (199%). For physician professional medical/physician services, private insurance paid 143% of Medicare rates, on average. [2]Accordingly, for purposes of this expert report, I used these average percentages of Medicare to determine the anticipated reimbursement rates for the professional medical services and procedures billed to the plaintiff in this case. However, my opinions about UCR were made without regard for the anticipated reimbursement, and only in comparison to UCR data.

### C.  Basis for the disputed charges.

For my analysis and opinions set forth in this report, I use an average of the UCR data from Context 4 and Find-A-Code.  Attached hereto as **Exhibit B** is a worksheet that details my analysis and supports my opinions as stated below. The spreadsheet identifies (a) the medical code for the service provided, (b) the date of service, (c) the provider's charge, (d) the units (if applicable), (e), the UCR obtained from Context 4, (f), the UCR obtained from Find-A-Code, (g) the average of the two UCRs, (h) the anticipated reimbursement amount (i) the amount each charge exceeds the average UCR (if applicable), and (j) the total amount the provider's charges exceed the average UCR.  *See* **Exhibit B.**

As mentioned, the worksheet also reflects that 199% of Medicare average allowable was used to represent the anticipated reimbursement for outpatient and inpatient hospital facility services, and 143% of Medicare was used to represent the anticipated reimbursement for professional medical/physician services.  Based upon my education, training, and experience, and using the methodology described above, my overall opinions regarding the medical charges in the cost report are presented in **Exhibit B** and **Exhibit C** are detailed below.

---

[2]   *See, e.g.*, **https://www.kff.org/medicare/issu e-brief/how-much-more-than-medicare-do-private-insurers-pay-a-review-of-the-literature.**

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **85025** Blood count; complete (CBC), automated (Hgb, Hct, RBC, WBC and platelet count) and automated differential WBC count is $1,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **85025**  for the same service, on the same date, and located in the same geographical area is $184.17 with an anticipated reimbursement of  $15.46.  In my opinion, the total billed charges of $1,000.00 exceeds what would be considered a UCR charge by $815.84.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **80053** Comprehensive metabolic panel is $1,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **80053** for the same service, on the same date, and located in the same geographical area is $401.96 with an anticipated reimbursement of  $21.01.  In my opinion, the total billed charges of  $1,000.00 exceeds what would be considered a UCR charge by $598.04.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **36415** Collection of venous blood by venipuncture  is $500.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **36415** for the same service, on the same date, and located in the same geographical area is $42.55 with an anticipated reimbursement of  $5.97.  In my opinion, the total billed charges of  $500.00 exceeds what would be considered a UCR charge by $457.56.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **81005** Urinalysis; qualitative or semiquantitative, except immunoassays is $1,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **81005** for the same service, on the same date, and located in the same geographical area

is $106.40 with an anticipated reimbursement of $4.32.  In my opinion, the total billed charges of $1,000.00 exceeds what would be considered a UCR charge by $893.61.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **99205** Office or other outpatient visit for the evaluation and management of a new patient is $7,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99205** for the same service, on the same date, and located in the same geographical area is 907.16 with an anticipated reimbursement of $429.34.  In my opinion, the total billed charges of  $7,000.00 exceeds what would be considered a UCR charge by $6,092.84.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **70450** Computed tomography, head or brain; without contrast material is $6,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **70450** for the same service, on the same date, and located in the same geographical area is $1,898.28 with an anticipated reimbursement of $222.18.  In my opinion, the total billed charges of  $6,000.00 exceeds what would be considered a UCR charge by $4,101.73.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **72125** Computed tomography, cervical spine; without contrast material is $6,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **72125** for the same service, on the same date, and located in the same geographical area is $2,059.76 with an anticipated reimbursement of $273.47.  In my opinion, the total billed charges of  $6,000.00 exceeds what would be considered a UCR charge by $3,940.25.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **72131** Computed tomography, lumbar spine; without contrast material is $6,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **72131** for the same service, on the same date, and located in the same geographical area

is $2,154.97 with an anticipated reimbursement of $272.13.  In my opinion, the total billed charges of  $6,000.00 exceeds what would be considered a UCR charge by $3,845.04.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **71250** Computed tomography, thorax; without contrast material is $6,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **71250** for the same service, on the same date, and located in the same geographical area is $1,777.18 with an anticipated reimbursement of  $279.02.  In my opinion, the total billed charges of  $6,000.00 exceeds what would be considered a UCR charge by $4,222.83.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **3008F** Body Mass Index (BMI), documented (PV) is $1,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **3008F** for the same service, on the same date, and located in the same geographical area is $0.00 with an anticipated reimbursement of  $0.00.  In my opinion, the total billed charges of $1,000.00 exceeds what would be considered a UCR charge by $1,000.00.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **G8427** Eligible clinician attests to documenting in the medical record they obtained, updated, or reviewed the patient's current medications is $500.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **G8427** for the same service, on the same date, and located in the same geographical area is $20.51 with an anticipated reimbursement of  $0.00.  In my opinion, the total billed charges of  $500.00 exceeds what would be considered a UCR charge by $500.00.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **99173** Screening test of visual acuity, quantitative, bilateral is $1,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99173** for the same service, on the same date, and located in the same geographical area is $52.91

with an anticipated reimbursement of $5.71. In my opinion, the total billed charges of $1,000.00 exceeds what would be considered a UCR charge by $947.09.

- Based on my review of the records from 06/13/2021 the billed amount for CPT code **73030** Radiologic examination, shoulder; complete, minimum of 2 views is $1,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **73030** for the same service, on the same date, and located in the same geographical area is $602.61 with an anticipated reimbursement of $66.37. In my opinion, the total billed charges of $1,000.00 exceeds what would be considered a UCR charge by $397.40.

**D. Reservation to Supplement**

I reserve the right to supplement these opinions, should additional information be made available to me in the future.

ELIZABETH MICHELLE ADDISON

# EXHIBIT A
Curriculum Vitae

## Michelle Addison, CPC
Maddison@jurismedicus.net

### SUMMARY OF QUALIFICATIONS

I am a highly effective and certified coding professional with twenty years of experience in medical billing, inpatient coding, outpatient coding, compliance, auditing, research, education and training.  I have a comprehensive knowledge of Medicare and Medicaid regulations, ICD-10-CM and CPT coding, as well as comprehensive knowledge of and familiarity with determining usual, customary, and reasonable (UCR) fees for medical services.

### PROFESSIONAL EXPERIENCE

**Juris Medicus—San Antonio, TX**                                            **09/2020—Present**
*Medical Billing and Coding Expert*
- Review and evaluate physician and facility medical billing records to determine if the charged amounts are usual, customary, and reasonable (UCR) based on cost comparisons in the geographic area and to determine the anticipated reimbursement rate.
- Perform the UCR review by evaluating resources such as Optum 360 Fee Analyzer, Find-A Code, Context Healthcare, Novitas-Solutions JH (Texas) Jurisdiction, and the Centers for Medicare and Medicaid.
- Knowledge of all state and federal guidelines for multispecialty coding and billing as it pertains to CPT, ICD-10-CM, ICD-10-PCS, MS-DRG and HCPCS codes reviewed for counter.
- Compose written reports as applicable based on the UCR data and my findings.

**University of Texas Health Science Center—San Antonio, TX**              **10/2018—08/2020**
*Compliance Auditor*
- Developed coding compliance training materials and present to new providers.
- Provided education to providers based on audit findings to improve billing, documentation, and coding.
- Performed monthly retrospective and risk audits to ensure documentation adequately supports services coded and billed according to regulations and guidelines.
- Provided compliance and coding assistance to the department staff and physicians on request.

**Specpro Technical Services, BAMC—San Antonio, TX**            **07/2011—07/2018**
*Health Information Technician-Trainer*
- Abstracted acute trauma level services documentation and apply ICD-9 & ICD-10-CM codes, AIS 2005 Military Version (MV) codes, establish ISS and trauma severity calculations.
- Reviewed comprehensive data relating to trauma patients by abstracting all trajectories of care.
- Verified and updated information and compiled and entered data into Military Orthopedic Trauma Registry (MOTR) in a timely manner.
- Abstracted records and ensured compliance with MOTR, coding, and AIS guidelines.
- Utilized multiple databases to identify injury, treatment, and coding.
- Developed training guides and material for new employees and provide coding training.

**Well Med—San Antonio, TX**            **10/2010—07/2011**
*Medical Coding Analyst*
- HCC coding: analyzed progress notes and validate CMS and ICD-9 guidelines.
- Ensured accuracy on attestation sheets and post-validation entry.
- Identified and reported quality errors to the Quality Analyst for review and education.
- Provided billing and coding support to clinical coding nurses and communicated with the physicians on compliance and documentation guidelines.

**BTL/PASBA—Fort Sam Houston, TX**            **12/2006—10/2010**
*Medical Records Coder – Supervisor- Inpatient Trauma*
- Coded diagnosis and procedures for acute trauma level wartime inpatient records.
- Data entry and daily use of 3M Encoder.
*Supervisor*
- Prepared weekly group productivity reports to military staff and the corporate office.
- Assisted staff with training and coding questions and provided monthly audits with feedback.

**Healthcare Resolution (HCRS), BAMC—San Antonio, TX**            **08/2006—12/2006**
*Coding Coach – Behavioral Health*
- Responsible for daily reports to identify complete and incomplete records.
- Audited inpatient and outpatient records and provided education to clinics.
- Created monthly newsletters for physicians which includes coding tips and RVU status.
- Conducted monthly training to the physicians on coding and documentation compliance.
- Daily use of 3M Coding and Reimbursement System.

**Baylor College of Medicine—Houston, TX**                                    2003—2006
*Sr. Professional Fee Coder-Team Lead-Gastroenterology, Nephrology, Geriatrics*
- Abstracted inpatient and outpatient services.

- Provided education to staff and physicians on billing, coding, and compliance updates.

- Conducted daily reconciliation log, which reports the status of services received.

- Communicated with dialysis facilities to obtain patient insurance information.

- Researched charge edits and applied appropriate corrections.

- Resolved coding issues and ensured documentation was compliant with coding guidelines.

- Significant multitasking to reach demanding monthly deadlines.

*Team Lead*
- Evaluated and processed employee's timesheets.

- Audited and provided feedback on coding guidelines.

- Assisted employees with coding questions and prepared information for monthly physician meetings.

- Traveled weekly to clinics to train physicians and staff with transiting to electronic medical records.

**Healthcare Resolution Services—Lackland, AFB San Antonio, TX**            2002—2003
*Coder/Auditor*
- ICD-9 and CPT coding to outpatient and inpatient services.

- Educated physicians and staff on appropriate guidelines for billing.

- Provided daily activity reports.

- Reviewed medical records and reported coding discrepancies to manager for training purposes.

- Provided feedback and education to coders based on audit findings.

**South Texas Radiology Group—San Antonio, TX**                            07/2002—10/2002
*Insurance Specialist*
- Identified and appealed incorrect payments from third party carriers.

- Provided and adjusted monthly account receivable reports.

- Assisted patients with billing inquires.

**Baylor College of Medicine—Houston, TX**                                  2000—2002
*Senior Professional Fee Coder*
- Abstracted operative reports to determine proper CPT and ICD-9 codes.

- Reviewed TES and Medicode edits for coding errors and provided feedback to the staff.

- Data entry of CPT and ICD-9 codes and adjustment of charge corrections.

## EDUCATION AND TRAINING

**Healthcare and Management**                                    **2006—2013**
Alamo Colleges—San Antonio, TX

**Certified Professional Coder** (CPC)                           **2004**
American Academy of Professional Coders

**High School Diploma**                                          **1989**
Pearland High School—Pearland, TX

| | | | | EXHIBIT B | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Service Provider: Advanced Urgent Care of Brownsville
Service Location: Brownsville, Texas 78521
Plaintiff: Hugo Medellin      Case: 11840

| DATE OF SERVICE | CPT / HCPCS CODE | UNITS | DESCRIPTION OF CPT CODE | PROVIDER CHARGES | FIND A CODE 80th UCR | CONTEXT 4 80th UCR | AVERAGE 80th UCR AMOUNT | ANTICIPATED REIMBURSEMENT 199% MCR GPCI ALLOWABLE | AMOUNT OVER UCR |
|---|---|---|---|---|---|---|---|---|---|
| 6/13/2021 | 85025 | | Blood count; complete (CBC), automated (Hgb, Hct, RBC, WBC and platelet count) and automated differential WBC count | $1,000.00 | $220.39 | $147.94 | $184.17 | $15.46 | $815.84 |
| 6/13/2021 | 80053 | | Comprehensive metabolic panel | $1,000.00 | $504.47 | $299.45 | $401.96 | $21.01 | $598.04 |
| 6/13/2021 | 36415 | | Collection of venous blood by venipuncture | $500.00 | $48.76 | $36.33 | $42.55 | $5.97 | $457.46 |
| 6/13/2021 | 81005 | | Urinalysis; qualitative or semiquantitative, except immunoassays | $1,000.00 | $101.10 | $111.69 | $106.40 | $4.32 | $893.61 |
| 6/13/2021 | 99205 | | Office or other outpatient visit for the evaluation and management of a new patient | $7,000.00 | $799.68 | $1,014.64 | $907.16 | $429.34 | $6,092.84 |
| 6/13/2021 | 70450 | | Computed tomography, head or brain; without contrast material | $6,000.00 | $945.16 | $2,851.39 | $1,898.28 | $222.18 | $4,101.73 |
| 6/13/2021 | 72125 | | Computed tomography, cervical spine; without contrast material | $6,000.00 | $945.16 | $3,174.35 | $2,059.76 | $273.47 | $3,940.25 |
| 6/13/2021 | 72131 | | Computed tomography, lumbar spine; without contrast material | $6,000.00 | $945.16 | $3,364.77 | $2,154.97 | $272.13 | $3,845.04 |
| 6/13/2021 | 71250 | | Computed tomography, thorax; without contrast material | $6,000.00 | $945.16 | $2,609.19 | $1,777.18 | $279.02 | $4,222.83 |
| 6/13/2021 | 3008F | | Body Mass Index (BMI), documented (PV) | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 6/13/2021 | G8427 | | Eligible clinician attests to documenting in the medical record they obtained, updated, or reviewed the patient's current medications | $500.00 | $0.00 | $20.51 | $20.51 | $0.00 | $479.49 |
| 6/13/2021 | 99173 | | Screening test of visual acuity, quantitative, bilateral | $1,000.00 | $52.91 | $0.00 | $52.91 | $5.71 | $947.09 |
| 6/13/2021 | 73030 | | Radiologic examination, shoulder; complete, minimum of 2 views | $1,000.00 | $642.44 | $562.77 | $602.61 | $66.37 | $397.40 |
| | | | TOTALS | $38,000.00 | $6,150.39 | $14,193.03 | $10,208.42 | $1,594.98 | $27,791.58 |

**Service Provider: Advanced Urgent Care of Brownsville**

# <u>EXHIBIT C</u>

## <u>Resources</u>

**Find-A-Code** is an online database of medical billing codes and information. People use Find-A-Code to assign codes to medical diagnoses and procedures to be reimbursed by insurance companies and Medicare (Medicare Administrative Contractor (MAC), Novitas Solutions Part B, Region JH (Region JH includes Texas) fee schedule). Find-A-Code's online libraries included extensive information for all major code sets (ICD-10, CPT, HCPCS, DRG, NDC, and more) along with a wealth of supplemental information such as newsletters and manuals i.e. AHA Coding Clinics, CPT Assistant and Medicare Manuals. All of this information is indexed, searchable, and organized for quick access and extensive cross-reference. https://www.findacode.com/

**The 100% pricing reflects the Geographically-adjusted or national un-adjusted charges and the 80th percentile conversion factors.**

**Anticipated fee is located below in the "Fee" column below and based on date of service and adjusted to 143% of MCR allowable for the service location (Geographic Practice Cost Index-GPCI).**



**85025** ✅ OK

Description:

Blood count; complete (CBC), automated (Hgb, Hct, RBC, WBC and platelet count) and automated differential WBC count

UCR Fees  (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

|  | 100% | | 199 % | |
| --- | --- | --- | --- | --- |
|  | **National** | **78521** | **National** | **78521** |
| 2021 Workers Comp | $9.71 | $9.71 | $19.32 | $19.32 |
| 2021 UCR | $47.53 | $51.81 | $94.58 | $103.10 |
| 2021 Outpatient Facility UCR | $174.91 | $220.39 | $348.07 | $438.57 |
| 2021 Medicare Billed | $34.60 | *$0.00* | $68.85 | $0.00 |
| 2021 Medicare Allowed | $7.77 | $7.77 | $15.46 | $15.46 |

FIND-A-CODE™   codes  info  tools  more                          search

Home  >  Codes  >  CPT®              location  78521 Brownsville          viewing  2021Q2

**80053**  Comprehensive metabolic panel This panel must include the following: Albumin (82040) Bilirubi

UCR Fees  (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

|  | 100% | | 199 % | |
| --- | --- | --- | --- | --- |
|  | **National** | **78521** | **National** | **78521** |
| 2021 Workers Comp | $13.20 | $13.20 | $26.27 | $26.27 |
| 2021 UCR | $62.66 | $68.30 | $124.69 | $135.92 |
| 2021 Outpatient Facility UCR | $400.37 | **$504.47** | $796.74 | $1,003.89 |
| 2021 Medicare Billed | $56.75 | *$0.00* | $112.93 | $0.00 |
| 2021 Medicare Allowed | $10.56 | $10.56 | $21.01 | $21.01 |

**Service Provider: Advanced Urgent Care of Brownsville**



FIND-A-C⊙DE    codes  info  tools  more       search

Home > Codes > CPT®        location  78521 Brownsville        viewing  2021Q2

**36415**  Collection of venous blood by venipuncture

⊖ **UCR Fees**  (UCR, WC, Medicare)

| The highest fee amount is in **bold**, the lowest is *italicized*. | | 100% | | 199 | % |
|---|---|---|---|---|---|
| | | **National** | **78521** | **National** | **78521** |
| The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles"). | 2021 Workers Comp | $3.75 | $3.75 | $7.46 | $7.46 |
| | 2021 UCR | $17.28 | $18.84 | $34.39 | $37.49 |
| | 2021 Outpatient Facility UCR | $38.70 | **$48.76** | $77.01 | $97.04 |
| | 2021 Medicare Billed | $16.58 | *$0.00* | $32.99 | $0.00 |
| | 2021 Medicare Allowed | $3.00 | $3.00 | $5.97 | $5.97 |

FIND-A-C⊙DE    codes  info  tools  more       search

Home > Codes > CPT®        location  78521 Brownsville        viewing  2021Q2

**81005**  Urinalysis; qualitative or semiquantitative, except immunoassays

⊖ **UCR Fees**  (UCR, WC, Medicare)

| The highest fee amount is in **bold**, the lowest is *italicized*. | | 100% | | 199 | % |
|---|---|---|---|---|---|
| | | **National** | **78521** | **National** | **78521** |
| The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles"). | 2021 Workers Comp | $2.71 | $2.71 | $5.39 | $5.39 |
| | 2021 UCR | $12.96 | $14.13 | $25.79 | $28.12 |
| | 2021 Outpatient Facility UCR | $80.24 | **$101.10** | $159.68 | $201.19 |
| | 2021 Medicare Billed | $15.31 | *$0.00* | $30.47 | $0.00 |
| | 2021 Medicare Allowed | $2.17 | $2.17 | $4.32 | $4.32 |

FIND-A-C⊙DE    codes  info  tools  more       search

Home > Codes > CPT®        location  78521 Brownsville        viewing  2021Q2

**99205**  Office or other outpatient visit for the evaluation and management of a new patient, which requ

⊖ **UCR Fees**  (UCR, WC, Medicare)

| The highest fee amount is in **bold**, the lowest is *italicized*. | | 100% | | 199 | % |
|---|---|---|---|---|---|
| | | **National** | **78521** | **National** | **78521** |
| The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles"). | 2021 Workers Comp | $283.84 | $273.46 | $564.84 | $544.19 |
| | 2021 UCR | $539.23 | $469.58 | $1,073.07 | $934.46 |
| | 2021 Outpatient Facility UCR | $634.67 | **$799.68** | $1,262.99 | $1,591.37 |
| | 2021 Medicare Billed | $487.58 | $460.92 | $970.28 | $917.23 |
| | 2021 Medicare Allowed | $224.36 | *$215.75* | $446.48 | $429.34 |

**Service Provider: Advanced Urgent Care of Brownsville**



### 70450  Computed tomography, head or brain; without contrast material

**UCR Fees**  (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

|  | 100% | | 199 % | |
| --- | --- | --- | --- | --- |
|  | **National** | **78521** | **National** | **78521** |
| 2021 Workers Comp | $157.69 | $150.77 | $313.80 | $300.03 |
| 2021 UCR | $636.25 | **$778.40** | $1,266.14 | $1,549.02 |
| 2021 Outpatient Facility UCR | $750.13 | **$945.16** | $1,492.76 | $1,880.88 |
| 2021 Medicare Billed | $223.28 | $278.11 | $444.33 | $553.44 |
| 2021 Medicare Allowed | $116.19 | *$111.65* | $231.22 | $222.18 |



### 72125  Computed tomography, cervical spine; without contrast material

**UCR Fees**  (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

|  | 100% | | 199 % | |
| --- | --- | --- | --- | --- |
|  | **National** | **78521** | **National** | **78521** |
| 2021 Workers Comp | $212.52 | $203.08 | $422.91 | $404.13 |
| 2021 UCR | $861.62 | **$1,052.21** | $1,714.62 | $2,093.90 |
| 2021 Outpatient Facility UCR | $750.13 | **$945.16** | $1,492.76 | $1,880.88 |
| 2021 Medicare Billed | $271.71 | $334.84 | $540.70 | $666.33 |
| 2021 Medicare Allowed | $143.06 | *$137.42* | $284.69 | $273.47 |

### 72131  Computed tomography, lumbar spine; without contrast material

**UCR Fees**  (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

|  | 100% | | 199 % | |
| --- | --- | --- | --- | --- |
|  | **National** | **78521** | **National** | **78521** |
| 2021 Workers Comp | $211.55 | $202.16 | $420.98 | $402.30 |
| 2021 UCR | $857.64 | **$1,047.40** | $1,706.70 | $2,084.33 |
| 2021 Outpatient Facility UCR | $750.13 | **$945.16** | $1,492.76 | $1,880.88 |
| 2021 Medicare Billed | $337.03 | $411.11 | $670.69 | $818.11 |
| 2021 Medicare Allowed | $142.36 | *$136.75* | $283.30 | $272.13 |

**Service Provider: Advanced Urgent Care of Brownsville**



### 71250 Computed tomography, thorax, diagnostic; without contrast material

**UCR Fees** (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

| | 100% National | 100% 78521 | 199% National | 199% 78521 |
|---|---|---|---|---|
| 2021 Workers Comp | $215.91 | $206.71 | $429.66 | $411.35 |
| 2021 UCR | $875.59 | **$1,071.09** | $1,742.42 | $2,131.47 |
| 2021 Outpatient Facility UCR | $750.13 | $945.16 | $1,492.76 | $1,880.88 |
| 2021 Medicare Billed | $371.15 | $425.83 | $738.59 | $847.40 |
| 2021 Medicare Allowed | $145.85 | *$140.21* | $290.24 | $279.02 |



### 3008F Body Mass Index (BMI), documented (PV)

**UCR Fees** (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

| | 100% National | 100% 78521 | 199% National | 199% 78521 |
|---|---|---|---|---|
| 2021 Workers Comp | *$0.00* | *$0.00* | $0.00 | $0.00 |
| 2021 UCR | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021 Outpatient Facility UCR | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021 Medicare Billed | **$1.68** | $0.03 | $3.34 | $0.06 |
| 2021 Medicare Allowed | $0.00 | $0.00 | $0.00 | $0.00 |



### G8427 Eligible clinician attests to documenting in the medical record they obtained, updated, or reviewed the patient's current medications

**UCR Fees** (UCR, WC, Medicare)

The highest fee amount is in **bold**, the lowest is *italicized*.

The two additional percentage columns perform a multiplication on the amount in the 100% column (they are *not* "percentiles").

| | 100% National | 100% 78521 | 199% National | 199% 78521 |
|---|---|---|---|---|
| 2021 Workers Comp | *$0.00* | *$0.00* | $0.00 | $0.00 |
| 2021 UCR | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021 Outpatient Facility UCR | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021 Medicare Billed | **$0.18** | $0.14 | $0.36 | $0.28 |
| 2021 Medicare Allowed | $0.00 | $0.00 | $0.00 | $0.00 |

**Service Provider: Advanced Urgent Care of Brownsville**



**Service Provider: Advanced Urgent Care of Brownsville**

**Context4 Healthcare** – The UCR fee data is arrayed in percentiles from the 25th through the 95th. It is also divided by more than 340 geo-zip regions around the country to allow for the regional differences in healthcare costs. UCR fee data is updated semi-annually. This methodology ensures that the UCR fee products represent current provider charges from around the country.



| Zipcode | Code | Status | Description | Modifier | Type | 50th | 75th | 80th | 90th | 95th |
|---|---|---|---|---|---|---|---|---|---|---|
| 78521 | 85025 | | complete cbc w/auto diff wbc | | OUT | 84.20 | 137.36 | 147.94 | 197.94 | 275.38 |
| 78521 | 80053 | | comprehen metabolic panel | | OUT | 171.72 | 266.12 | 299.45 | 393.91 | 527.95 |
| 78521 | 36415 | | routine venipuncture | | OUT | 26.14 | 33.11 | 36.33 | 45.83 | 63.45 |
| 78521 | 81005 | | urinalysis | | OUT | 57.41 | 94.69 | 111.69 | 148.11 | 184.99 |
| 78521 | 99205 | | office o/p new hi 60-74 min | | OUT | 720.01 | 839.67 | 1,014.64 | 1,036.06 | 1,264.12 |
| 78521 | 70450 | | ct head/brain w/o dye | | OUT | 1,815.79 | 2,644.70 | 2,851.39 | 3,554.54 | 4,045.24 |
| 78521 | 72125 | | ct neck spine w/o dye | | OUT | 2,083.93 | 2,928.65 | 3,174.35 | 3,861.52 | 4,508.26 |
| 78521 | 72131 | | ct lumbar spine w/o dye | | OUT | 2,208.93 | 3,104.32 | 3,364.77 | 4,093.15 | 4,778.69 |
| 78521 | 71250 | | ct thorax dx c- | | OUT | 1,682.97 | 2,442.11 | 2,609.19 | 3,241.30 | 3,843.79 |
| 78521 | G8427 | | docrev cur meds by elig clin | | HCP | 10.33 | 20.43 | 20.51 | 25.64 | 40.33 |
| 78521 | 99173 | Rel. Value not est. | visual acuity screen | | OUT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 78521 | 73030 | | x-ray exam of shoulder | | OUT | 354.91 | 507.49 | 562.77 | 723.64 | 818.59 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | |
| | § | |
| **ARION MORSHEDIAN AND** | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| *Defendants,* | § | |

---

**EXPERT COST AND BILLING ANALYSIS OF ELIZABETH MICHELLE ADDISON, CPC**

---

My name is Elizabeth Michelle Addison, I am a healthcare compliance and revenue coding and billing consultant in the State of Texas. I received a Certified Professional Coder certification from American Academy of Professional Coders (AAPC) in 2004 and I took courses in Healthcare and Management at Alamo Colleges from 2006 through 2013. My curriculum included courses in human anatomy & physiology, advanced medical terminology, ICD diagnostic/procedural and CPT coding, health data content and structure, ambulatory coding, and computers in healthcare. My *curriculum vitae* is attached hereto as **Exhibit A** and incorporated herein for all intents and purposes.

I have been a Certified Professional Coder (CPC) with the American Academy of Professional Coders (AAPC) for eighteen years. To maintain my CPC certification, I must complete thirty-six hours of continuing education every two years.  The AAPC is the world's largest credentialing organization for the business of healthcare, with more than 190,000 members worldwide who work in medical coding, medical billing, medical auditing, clinical documentation improvement, healthcare compliance, revenue cycle

management, and practice management. AAPC is nationally recognized by the Center for Medicaid and Medicare Services (CMS) to provide acceptable expertise in coding and claims processing.

Having been a Certified Professional Coder for eighteen years, I am knowledgeable about medical terminology, disease processes, and pharmacology, and I am highly skilled in classifying medical data from patient records and assigning numeric codes for each diagnosis and procedure. I also possess expertise in:

- Current Procedural Terminology (CPT®), developed by the American Medical Association (AMA), which is a code set to bill services performed by physicians and other qualified healthcare providers in the office or facility setting (e.g., outpatient or inpatient hospital); and

- International Classification of Diseases, Tenth Revision, Clinical Modification (ICD10-CM), which is a system used by physicians; and

- Healthcare Common Procedure Coding System (HCPCS), developed by the Centers for Medicare and Medicaid (CMS) for the same reasons that the AMA developed CPT, which is a standardized coding system that is used primarily to identify products, supplies, and services not included in the CPT codes, such as ambulance services and durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS).

For over twenty years, I have been involved in medical coding and billing for numerous medical practices. In each position I was responsible for designing, implementing, directing, reviewing, and overseeing processes for coding, billing, pricing, and collections. In the course of my career, I have reviewed billing affidavits and attested to the usual, reasonable, and customary amount for various medical services and procedures.

I am currently employed with Juris Medicus as a Medical Billing and Coding Expert.   My duties include reviewing and analyzing professional medical records and/or facility medical records, including

coding reviews and billing assessments. Specifically, I conduct a usual, customary and reasonable (UCR) bill analysis, utilizing industry standard resources such as Optum 360 Fee Analyzer, Find-A-Code, Context4 Healthcare, Novitas-Solutions JH (Texas) Jurisdiction and the Centers for Medicare and Medicaid (CMS) by the applicable geographic region. I also provide medical billing expert witness testimony in writing, at deposition, and/or trial as needed.

I previously worked for the University of Texas Health Science Center of San Antonio (UTHSCSA) as a Compliance Auditor in the Institutional Compliance and Privacy Office. Part of my duties included coordinating compliance and maintaining current knowledge of applicable federal, state, and local regulations in the use of operational systems for documentation and workflow process for a large medical practice in a healthcare teaching institution; performing workplan risk assessments for various medical specialty departments and business/clinical operations to evaluate compliance and mitigate risk, inform leadership of risk assessment findings, and advise and assist in developing a timely corrective action plan; and promoting and maintaining policies and procedures and facilitate education on policies and procedures as required. I provided outpatient evaluation and management training and education for new providers, residents and coding staff. I performed prospective coding reviews on non-cleared providers to identify education opportunities for documentation improvement and to confirm or validate existing coding competency and compliance.

Based on my many years of experience as a healthcare professional, including eighteen years as a Certified Professional Coder, as well as my training and education, I am very familiar with all aspects of medical coding, medical billing, and various payor reimbursement methodologies. Based on this experience, I am also familiar with the typical contractual amounts allowed and paid to providers for professional services in relation to the Medicare, Medicaid and various commercial payers allowable amounts. Most of the largest third-party payor claim adjudication policies and their contractual allowed

amounts are based on the Medicare fee schedule for the designated service geographic region, plus a small negotiated agreed percentage above these Medicare allowed amounts. Further, it is standard practice in my field to consider and rely on such contractually allowed amounts when determining whether a medical charge is usual, reasonable, and customary for the time, date, and location of service.

My twenty plus years of demonstrated professional expertise in medical billing reviews and medical coding, as well as my knowledge of reimbursement strategies, and my mandated continuous coding training qualify me as an expert with regard to understanding medical documentation and medical billing practices. I have over 30 years of experience in healthcare, including 25 years reviewing medical bills and coding, during which I further developed a fluency in medical documentation and medical billing practices. For many years and on a regular basis, I have performed billing and coding reviews involving the same or similar medical services provided to the plaintiff in this case. In my best estimate, over the course of my career I have reviewed tens of thousands of medical records and billing, which translates to hundreds of thousands of medical billing codes.

**A.  <u>Summary</u>.**

I have reviewed the billing statement from **Elite Therapy** dated  regarding total charges in the amount of  $4,310.00 for services rendered to **Plaintiff Hugo Medellin**  on 06/17/2021 through 07/30/2021 in Weslaco, Texas 78596.  Based on my experience, education and training as set forth above, I am familiar with the usual, reasonable, and customary billing charges and reimbursements in Weslaco, Texas  where the medical services were provided.

In summary, it is my opinion, which I hold to a reasonable degree of professional probability, that the charges in the cost report exceed what would be considered the usual, customary, and reasonable ("<u>UCR</u>") amounts for the services provided, the dates of service, and for the geographic region where the records indicate that the services were rendered by **$522.61**. I am not offering any opinion as to the

necessity of the services reflected in the report. Rather, my opinions are directed specifically to the comparison of the UCR to the charges billed for those services.

B. **Methodology**.

As part of my UCR analysis and billing and coding review, I first review the medical documentation and medical billing.  I compare the billing/coding with the medical documentation to determine if the coding was proper. Uniform coding systems (such as CPT ("Current Procedural Terminology"), HCPCS ("Healthcare Common Procedure Coding System") and ICD ("International Classification of Diseases" coding systems) are used for medical, surgical, and diagnostic services. These uniform systems were developed and published by the American Medical Association and are standardized throughout the country.

This step—identifying the services by their industry standard code—is necessary because the databases of medical charges aggregate charges data according to these industry standard codes.  In other words, this step ensures the coding and billing provided in the review, is correct and supported by the medical documentation. If, in my analysis, I determine that the coding was not properly applied in some fashion, I will note the same. Otherwise, if I determine the appropriate codes were used, my analysis will focus on a comparison of the charges on the billing records with the UCR for the geographic area and date when the services were provided.

To determine UCR charges in my analysis, the resources "Find-A-Code" by InnoviHealth and "Context[4] Healthcare" were consulted and referenced. These databases provide medical cost data that is used nationally by insurance companies, medical practices, and hospitals to determine reasonable treatment charges. It is standard and accepted practice in the medical community to rely upon these and other similar databases and resources to set fee schedules, determine the reasonableness of charges, and to evaluate the UCR. In order to correctly utilize the Context 4 and Find-A-Code databases, the user must

be proficient in the use of medical coding, including the use of modifiers and when bundling may be appropriate, billing interpretation, and the different medical fee schedules in order to properly and accurate analyze and interpret the data. Because of my background, experience, and training, I am proficient in these skills and completely adept at utilizing the databases and interpreting their data.

      i.     <u>Context 4 Healthcare Database</u>

The Context 4 Healthcare (hereinafter, "<u>Context 4</u>") is an online charge publication database. Context 4 updates its database semi-annually with over a *<u>billion</u>* actual claim charge—which represents seventy percent of all claims submitted in the United States—using the most recent twenty-four months of data to ensure the most relevant data is always used in each update. The raw data which is used has not been altered or filtered in any way by any entity, including payers, from the original claims submitted by the healthcare providers. Therefore, Context 4's UCR data is based on actual provider charges. Context 4 also utilizes an in-depth, proprietary data validation process to remove data entry errors such as invalid zip codes, invalid procedure codes, and other obvious errors.

The details of Context 4's methodology is proprietary. In general, however, it's known that Context 4 derives its UCR by using a two-step process: first, determining the relative value of the procedure; and second, multiplying the relative value by a conversion factor that is specific to a particular geographic region. Context 4 has approximately 340 geographic areas ("GeoZips"), which are created by a proprietary methodology involving an analysis of economic similarities, population, and number of medical practitioners. The UCR data is then ranked in percentiles from the 25th to the 95th percentiles. A percentile rank is a number between zero and one hundred that indicates the percent of the observations in a group below it. In other words, UCR value provided at the 80th percentile rank of the Context 4 UCR data means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. Use of the 80th percentile for UCR analysis is standard

and customary in my industry.

Context 4 has been subjected to peer review and evaluation by, among others, the Oxford Outcomes and Avalon Health Economics groups. As stated on the Context 4 website, after conducting a thorough review of the Context 4 UCR process, these groups concludes that the Context 4 UCR was "reasonable and consistent with best practices," "is more likely to provide representative data compared to other common sources of fee data," and that "provider billing/charge data is an appropriate basis for UCR benchmarking." *See* https://www.context4healthcare.com/solutions/reference-based-pricing/ucr-fee-data.

ii.     Find-A-Code Database

Find-A-Code, by InnoviHealth, is also an online tool for medical coding and billing. Find-A-Code is commonly used within the healthcare payer industry for the purpose of establishing benchmarks by which to filter submitted charges. It has a simple search engine function that can be used to search for the appropriate code to assign to a medical diagnosis or procedure, and that provides the complete definition of the major code sets (CPT, HCPCS, ICD, etc.).

In addition to this and other helpful resources, Find-A-Code also provides UCR data, which is gathered from the U.S. Department of Veterans Administration (the "VA"). The VA's methodology for computing UCR is set forth in 38 C.F.R. § 17.101. The VA's UCR methodology is "designed to replicate, insofar as possible, the 80th percentile of community charges, adjusted to the market areas in which the VA Facilities are located." *See* 74 Fed. Reg. 32820. In general, the VA establishes national reasonable charges which are then adjusted locally by each VA medical center based on their Geographical Adjustment Factor (GAF). The GAF is a weighted average of the geographic practice cost indexes (GPCIs)--that is, data is collected from each physician or facility payment area and the ratio of area costs to national costs is applied to improve the accuracy of payments to providers in various areas of the

country by accounting for the differences in prices for certain expenses (such as clinical and administrative staff salaries, benefits, rent, malpractice insurance and other defined costs). The VA's UCR, as reported by Find-A-Code, represents the geographically-adjusted charges at the 80th percentile. In other words, and as mentioned, this means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. As also mentioned, use of the 80th percentile for UCR analysis is standard and customary in my industry.

The Find-A-Code tool also provides the Medicare allowable for each service or procedure. While this information is publicly available online at various governmental websites,[1] the Find-A-Code database imports this data and reports it in the search results (appropriate for the date and location of service). Medical professionals and hospital facilities are often contracted with Medicare, insurance companies, or other payers. The medical professional and/or hospital facility may show their standard fees on submitted claims and bills, but they will only be reimbursed the amounts specified in the contracts. It is accepted and standard practice in my industry to consider Medicare allowable rates because they are widely referenced in setting fee schedules, provide a measure of anticipated reimbursement or payment for a service or procedure, and overall, they bear on the question of the reasonableness of the billed amount, regardless of whether the patient has such benefits, or the provider has such negotiated rates.

In a study of data from 2010 to 2017, based upon data from the Kaiser Family Foundation, a nonprofit organization , that serves as a nonpartisan source of facts, analysis and journalism for policymakers, the media, the health policy community and the public, focusing on national health issues, it was found that, on average, private insurers paid 264% of Medicare for outpatient hospital facility services and 189% of Medicare for inpatient hospital facility services, for an overall average of nearly

---

[1] *See, e.g.*, www.novitas-solutions.com/webcenter/portal/MedicareJH/FeeLookup; https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/FeeScheduleGenInfo.

double of Medicare rates for all hospital facility services (199%). For physician professional medical/physician services, private insurance paid 143% of Medicare rates, on average. [2]Accordingly, for purposes of this report, I used these average percentages of Medicare to determine the anticipated reimbursement rates for the professional medical services and procedures billed to the plaintiff in this case. However, my opinions about UCR were made without regard for the anticipated reimbursement, and only in comparison to UCR data.

### C.  **Basis for the disputed charges**.

For my analysis and opinions set forth in this cost report, I use an average of the UCR data from Context 4 and Find-A-Code.  Attached hereto as **Exhibit B** is a worksheet that details my analysis and supports my opinions as stated below. The spreadsheet identifies (a) the medical code for the service provided, (b) the date of service, (c) the provider's charge, (d) the units (if applicable), (e), the UCR obtained from Context 4, (f), the UCR obtained from Find-A-Code, (g) the average of the two UCRs, (h) the anticipated reimbursement amount (i) the amount each charge exceeds the average UCR (if applicable), and (j) the total amount the provider's charges exceed the average UCR.  *See* **Exhibit B.** As mentioned, the worksheet also reflects that 199% of Medicare average allowable was used to represent the anticipated reimbursement for outpatient and inpatient hospital facility services, and 143% of Medicare was used to represent the anticipated reimbursement for professional medical/physician services.  Based upon my education, training, and experience, and using the methodology described above, my overall opinions regarding the medical charges in the cost report are presented in **Exhibit B** and **Exhibit C** are detailed below.

- Based on my review of the records from 06/17/2021 the billed amount for CPT code **99203** Office or other outpatient visit for the evaluation and management of a new patient  is $200.00. To

---

[2]    *See, e.g.*, **https://www.kff.org/medicare/issu e-brief/how-much-more-than-medicare-do-private-insurers-pay-a-review-of-the-literature**.

determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99203** for the same service, on the same date, and located in the same geographical area is $240.45 with an anticipated reimbursement of $156.16. In my opinion, the total billed charges of $200.00 are reasonable of what would be considered a UCR charge by ($40.45).

- Based on my review of the records from 07/02, 07/16, and 07/30/2021 the billed amount for CPT code **99213** Office or other outpatient visit for the evaluation and management of an established patient is $150.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99213** for the same service, on the same date, and located in the same geographical area is $159.44 with an anticipated reimbursement of $127.34. In my opinion, the total billed charges of $150.00 are reasonable of what would be considered a UCR charge by ($9.44).

- Based on my review of the records from 06/17, 06/21, 06/22, 06/24, 06/25, 06/28, 06/29, 06/30, 07/01, 07/07, 07/14, 07/15, and 07/28/2021 the billed amount for CPT code **97010 (2 units)** Application of a modality to 1 or more areas; hot or cold packs is $50.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **97010 (2 units)** for the same service, on the same date, and located in the same geographical area is $47.40 with an anticipated reimbursement of $17.05. In my opinion, the total billed charges of $50.00 exceeds what would be considered a UCR charge by $2.60.

- Based on my review of the records from 07/06, 07/08, 07/13, 07/14, 07/20, 07/23, 07/28, and 07/30/2021 the billed amount for CPT code **97012** Application of a modality to 1 or more areas; traction, mechanical is $50.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **97012** for the same service, on the same date, and located in the same geographical area is $35.59 with an anticipated reimbursement of

$20.86.  In my opinion, the total billed charges of  $50.00 exceeds what would be considered a UCR charge by $14.42.

- Based on my review of the records from 06/17, 06/21, 06/22, 06/24, 06/25, 06/28, 06/29, 06/30, 07/01, 07/07, 07/14, 07/15, and 07/28/2021 the billed amount for CPT code **97014 (2 units)** Application of a modality to 1 or more areas; electrical stimulation is $100.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **97014 (2 units)** for the same service, on the same date, and located in the same geographical area is $74.86 with an anticipated reimbursement of $37.61.  In my opinion, the total billed charges of  $100.00 exceeds what would be considered a UCR charge by $25.14.

- Based on my review of the records from  07/06, 07/13, 07/20, 07/23, 07/28, and 07/30/2021 the billed amount for CPT code **97110 (1 unit)** Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility is $80.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **97110 (1 unit)** for the same service, on the same date, and located in the same geographical area is $70.57 with an anticipated reimbursement of $42.10.  In my opinion, the total billed charges of  $80.00 exceeds what would be considered a UCR charge by $9.43.

- Based on my review of the records from  06/28, 07/07, 07/23, and 07/28/2021the billed amount for CPT code **97140** Manual therapy techniques 1 or more regions, each 15 minutes  is $75.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **97140** for the same service, on the same date, and located in the same geographical area is $67.25 with an anticipated reimbursement of $38.71.  In my opinion, the total billed charges of  $75.00 exceeds what would be considered a UCR charge by $7.75.

- Based on my review of the records from 06/17/2021 the billed amount for HCPCS code **A4595** Electrical stimulator supplies, 2 lead, per month is $50.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **A4595** for the same service, on the same date, and located in the same geographical area is $78.72 with an anticipated reimbursement of $23.01. In my opinion, the total billed charges of $50.00 are reasonable of what would be considered a UCR charge by ($28.72).

### D.  Reservation to Supplement

I reserve the right to supplement these opinions, should additional information be made available to me in the future.

ELIZABETH MICHELLE ADDISON

# EXHIBIT A
Curriculum Vitae

## Michelle Addison, CPC
Maddison@jurismedicus.net

## SUMMARY OF QUALIFICATIONS

I am a highly effective and certified coding professional with twenty years of experience in medical billing, inpatient coding, outpatient coding, compliance, auditing, research, education and training. I have a comprehensive knowledge of Medicare and Medicaid regulations, ICD-10-CM and CPT coding, as well as comprehensive knowledge of and familiarity with determining usual, customary, and reasonable (UCR) fees for medical services.

## PROFESSIONAL EXPERIENCE

**Juris Medicus—San Antonio, TX**                                           **09/2020—Present**
*Medical Billing and Coding Expert*
- Review and evaluate physician and facility medical billing records to determine if the charged amounts are usual, customary, and reasonable (UCR) based on cost comparisons in the geographic area and to determine the anticipated reimbursement rate.
- Perform the UCR review by evaluating resources such as Optum 360 Fee Analyzer, Find-A Code, Context Healthcare, Novitas-Solutions JH (Texas) Jurisdiction, and the Centers for Medicare and Medicaid.
- Knowledge of all state and federal guidelines for multispecialty coding and billing as it pertains to CPT, ICD-10-CM, ICD-10-PCS, MS-DRG and HCPCS codes reviewed for counter.
- Compose written reports as applicable based on the UCR data and my findings.

**University of Texas Health Science Center—San Antonio, TX**          **10/2018—08/2020**
*Compliance Auditor*
- Developed coding compliance training materials and present to new providers.
- Provided education to providers based on audit findings to improve billing, documentation, and coding.
- Performed monthly retrospective and risk audits to ensure documentation adequately supports services coded and billed according to regulations and guidelines.
- Provided compliance and coding assistance to the department staff and physicians on request.

**Specpro Technical Services, BAMC—San Antonio, TX**                    07/2011—07/2018
*Health Information Technician-Trainer*
- Abstracted acute trauma level services documentation and apply ICD-9 & ICD-10-CM codes, AIS 2005 Military Version (MV) codes, establish ISS and trauma severity calculations.

- Reviewed comprehensive data relating to trauma patients by abstracting all trajectories of care.

- Verified and updated information and compiled and entered data into Military Orthopedic Trauma Registry (MOTR) in a timely manner.

- Abstracted records and ensured compliance with MOTR, coding, and AIS guidelines.

- Utilized multiple databases to identify injury, treatment, and coding.

- Developed training guides and material for new employees and provide coding training.

**Well Med—San Antonio, TX**                    10/2010—07/2011
*Medical Coding Analyst*
- HCC coding: analyzed progress notes and validate CMS and ICD-9 guidelines.

- Ensured accuracy on attestation sheets and post-validation entry.

- Identified and reported quality errors to the Quality Analyst for review and education.

- Provided billing and coding support to clinical coding nurses and communicated with the physicians on compliance and documentation guidelines.

**BTL/PASBA—Fort Sam Houston, TX**                    12/2006—10/2010
*Medical Records Coder – Supervisor- Inpatient Trauma*
- Coded diagnosis and procedures for acute trauma level wartime inpatient records.

- Data entry and daily use of 3M Encoder.
*Supervisor*
- Prepared weekly group productivity reports to military staff and the corporate office.

- Assisted staff with training and coding questions and provided monthly audits with feedback.

**Healthcare Resolution (HCRS), BAMC—San Antonio, TX**                    08/2006—12/2006
*Coding Coach – Behavioral Health*
- Responsible for daily reports to identify complete and incomplete records.

- Audited inpatient and outpatient records and provided education to clinics.

- Created monthly newsletters for physicians which includes coding tips and RVU status.

- Conducted monthly training to the physicians on coding and documentation compliance.

- Daily use of 3M Coding and Reimbursement System.

**Baylor College of Medicine—Houston, TX**                    **2003—2006**
*Sr. Professional Fee Coder-Team Lead-Gastroenterology, Nephrology, Geriatrics*
- Abstracted inpatient and outpatient services.

- Provided education to staff and physicians on billing, coding, and compliance updates.

- Conducted daily reconciliation log, which reports the status of services received.

- Communicated with dialysis facilities to obtain patient insurance information.

- Researched charge edits and applied appropriate corrections.

- Resolved coding issues and ensured documentation was compliant with coding guidelines.

- Significant multitasking to reach demanding monthly deadlines.

*Team Lead*
- Evaluated and processed employee's timesheets.

- Audited and provided feedback on coding guidelines.

- Assisted employees with coding questions and prepared information for monthly physician meetings.

- Traveled weekly to clinics to train physicians and staff with transiting to electronic medical records.

**Healthcare Resolution Services—Lackland, AFB San Antonio, TX**          **2002—2003**
*Coder/Auditor*
- ICD-9 and CPT coding to outpatient and inpatient services.

- Educated physicians and staff on appropriate guidelines for billing.

- Provided daily activity reports.

- Reviewed medical records and reported coding discrepancies to manager for training purposes.

- Provided feedback and education to coders based on audit findings.

**South Texas Radiology Group—San Antonio, TX**          **07/2002—10/2002**
*Insurance Specialist*
- Identified and appealed incorrect payments from third party carriers.

- Provided and adjusted monthly account receivable reports.

- Assisted patients with billing inquires.

**Baylor College of Medicine—Houston, TX**          **2000—2002**
*Senior Professional Fee Coder*
- Abstracted operative reports to determine proper CPT and ICD-9 codes.

- Reviewed TES and Medicode edits for coding errors and provided feedback to the staff.

- Data entry of CPT and ICD-9 codes and adjustment of charge corrections.

## EDUCATION AND TRAINING

**Healthcare and Management**                                              **2006—2013**
Alamo Colleges—San Antonio, TX

**Certified Professional Coder** (CPC)                                         **2004**
American Academy of Professional Coders

**High School Diploma**                                                      **1989**
Pearland High School—Pearland, TX

| | | | EXHIBIT B | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Service Provider: Elite Therapy**
**Service Location: Weslaco, Texas 78596**
**Plaintiff: Hugo Medellin          Case: 11840**

| DATE OF SERVICE | CPT / HCPCS CODE | UNITS | DESCRIPTION OF CPT CODE | PROVIDER CHARGES | FIND A CODE 80th UCR | CONTEXT 4 80th UCR | AVERAGE 80th UCR AMOUNT | ANTICIPATED REIMBURSEMENT 143% MCR GPCI ALLOWABLE | AMOUNT OVER UCR |
|---|---|---|---|---|---|---|---|---|---|
| 6/17/2021 | 99203 | 1 | Office or other outpatient visit for the evaluation and management of a new patient | $200.00 | $243.49 | $237.41 | $240.45 | $156.16 | ($40.45) |
| 6/17/2021 | A4595 | 1 | Electrical stimulator supplies, 2 lead, per month | $50.00 | $78.72 | $0.00 | $78.72 | $23.01 | ($28.72) |
| 6/17/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/17/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 6/21/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/21/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 6/22/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/22/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 6/24/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/24/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 6/25/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/25/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 6/28/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/28/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 6/28/2021 | 97140 | 1 | Manual therapy techniques 1 or more regions, each 15 minutes | $75.00 | $65.33 | $69.17 | $67.25 | $38.71 | $7.75 |
| 6/29/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/29/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 6/30/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 6/30/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 7/1/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 7/1/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 7/2/2021 | 99213 | 1 | Office or other outpatient visit for the evaluation and management of an established patient | $150.00 | $170.34 | $148.54 | $159.44 | $127.34 | ($9.44) |
| 7/6/2021 | 97110 | 1 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility | $80.00 | $71.11 | $70.03 | $70.57 | $42.10 | $9.43 |
| 7/6/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
| 7/7/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 7/7/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 7/7/2021 | 97140 | 1 | Manual therapy techniques 1 or more regions, each 15 minutes | $75.00 | $65.33 | $69.17 | $67.25 | $38.71 | $7.75 |

| 7/8/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
|---|---|---|---|---|---|---|---|---|---|
| 7/13/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
| 7/13/2021 | 97110 | 3 | minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility | $240.00 | $213.33 | $210.09 | $211.71 | $126.30 | $28.29 |
| 7/14/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
| 7/14/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 7/14/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 7/15/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 7/15/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 7/16/2021 | 99213 | 1 | Office or other outpatient visit for the evaluation and management of an established patient | $150.00 | $170.34 | $148.54 | $159.44 | $127.34 | ($9.44) |
| 7/20/2021 | 97110 | 1 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility | $80.00 | $71.11 | $70.03 | $70.57 | $42.10 | $9.43 |
| 7/20/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
| 7/23/2021 | 97110 | 1 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility | $80.00 | $71.11 | $70.03 | $70.57 | $42.10 | $9.43 |
| 7/23/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
| 7/23/2021 | 97140 | 1 | Manual therapy techniques 1 or more regions, each 15 minutes | $75.00 | $65.33 | $69.17 | $67.25 | $38.71 | $7.75 |
| 7/28/2021 | 97014 | 2 | Application of a modality to 1 or more areas; electrical stimulation | $100.00 | $66.66 | $83.06 | $74.86 | $37.61 | $25.14 |
| 7/28/2021 | 97010 | 2 | Application of a modality to 1 or more areas; hot or cold packs | $50.00 | $28.18 | $66.62 | $47.40 | $17.05 | $2.60 |
| 7/28/2021 | 97140 | 1 | Manual therapy techniques 1 or more regions, each 15 minutes | $75.00 | $65.33 | $69.17 | $67.25 | $38.71 | $7.75 |
| 7/28/2021 | 97110 | 2 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility | $160.00 | $142.22 | $140.06 | $141.14 | $84.20 | $18.86 |
| 7/28/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
| 7/30/2021 | 97110 | 4 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility | $320.00 | $284.44 | $280.12 | $282.28 | $168.40 | $37.72 |
| 7/30/2021 | 97012 | 1 | Application of a modality to 1 or more areas; traction, mechanical | $50.00 | $35.26 | $35.91 | $35.59 | $20.86 | $14.42 |
| 7/30/2021 | 99213 | 1 | Office or other outpatient visit for the evaluation and management of an established patient | $150.00 | $170.34 | $148.54 | $159.44 | $127.34 | ($9.44) |
| | | | **TOTALS** | $4,310.00 | $3,462.87 | $4,033.19 | $3,787.39 | $2,098.64 | $522.61 |

Service Provider: Elite Therapy

# EXHIBIT C

### Resources

**Find-A-Code** is an online database of medical billing codes and information. People use Find-A-Code to assign codes to medical diagnoses and procedures to be reimbursed by insurance companies and Medicare (Medicare Administrative Contractor (MAC), Novitas Solutions Part B, Region JH (Region JH includes Texas) fee schedule). Find-A-Code's online libraries included extensive information for all major code sets (ICD-10, CPT, HCPCS, DRG, NDC, and more) along with a wealth of supplemental information such as newsletters and manuals i.e. AHA Coding Clinics, CPT Assistant and Medicare Manuals. All of this information is indexed, searchable, and organized for quick access and extensive cross-reference. https://www.findacode.com/

**The 100% pricing reflects the Geographically-adjusted or national un-adjusted charges and the 80th percentile conversion factors.**

**Anticipated fee is located below in the "Fee" column below and based on date of service and adjusted to 143% of MCR allowable for the service location (Geographic Practice Cost Index-GPCI).**



**Service Provider: Elite Therapy**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 99213 OFFICE O/P EST LOW 20-29 MIN | | | 1 | 2.55 | $89.05 | * 1.00 = | $89.05 | $170.34 | * 1.00 = | $170.34 |
| 97110 THERAPEUTIC EXERCISES | | | 1 | 0.84 | $29.44 | * 1.00 = | $29.44 | $71.11 | * 1.00 = | $71.11 |
| 97012 MECHANICAL TRACTION THERAPY | | | 1 | 0.42 | $14.59 | * 1.00 = | $14.59 | $35.26 | * 1.00 = | $35.26 |
| 97110 THERAPEUTIC EXERCISES | | | 3 | 0.84 | $29.44 | * 3.00 = | $88.32 | $71.11 | * 3.00 = | $213.33 |
| 97110 THERAPEUTIC EXERCISES | | | 2 | 0.84 | $29.44 | * 2.00 = | $58.88 | $71.11 | * 2.00 = | $142.22 |
| 97110 THERAPEUTIC EXERCISES | | | 4 | 0.84 | $29.44 | * 4.00 = | $117.76 | $71.11 | * 4.00 = | $284.44 |

**Context4 Healthcare** – The UCR fee data is arrayed in percentiles from the 25th through the 95th. It is also divided by more than 340 geo-zip regions around the country to allow for the regional differences in healthcare costs. UCR fee data is updated semi-annually. This methodology ensures that the UCR fee products represent current provider charges from around the country.



| Zipcode | Code | Status | Description | Modifier | Type | 50th | 75th | 80th | 90th | 95th |
|---|---|---|---|---|---|---|---|---|---|---|
| 78596 | 99203 | | office o/p new low 30-44 min | | MED | 186.21 | 222.14 | 237.41 | 302.36 | 365.04 |
| 78596 | 97014 | | electric stimulation therapy | | MED | 36.31 | 41.23 | 41.53 | 46.30 | 46.72 |
| 78596 | 97010 | | hot or cold packs therapy | | MED | 29.13 | 33.07 | 33.31 | 37.13 | 37.47 |
| 78596 | 97140 | | manual therapy 1/> regions | | MED | 48.17 | 65.74 | 69.17 | 84.13 | 89.95 |
| 78596 | 99213 | | office o/p est low 20-29 min | | MED | 112.22 | 142.72 | 148.54 | 173.24 | 215.23 |
| 78596 | 97110 | | therapeutic exercises | | MED | 48.76 | 66.55 | 70.03 | 85.17 | 91.06 |
| 78596 | 97012 | | mechanical traction therapy | | MED | 31.40 | 35.65 | 35.91 | 40.03 | 40.39 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | |
| | § | |
| **ARION MORSHEDIAN AND** | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| *Defendants,* | § | |

## EXPERT COST AND BILLING ANALYSIS OF ELIZABETH MICHELLE ADDISON, CPC

My name is Elizabeth Michelle Addison, I am a healthcare compliance and revenue coding and billing consultant in the State of Texas. I received a Certified Professional Coder certification from American Academy of Professional Coders (AAPC) in 2004 and I took courses in Healthcare and Management at Alamo Colleges from 2006 through 2013. My curriculum included courses in human anatomy & physiology, advanced medical terminology, ICD diagnostic/procedural and CPT coding, health data content and structure, ambulatory coding, and computers in healthcare. My *curriculum vitae* is attached hereto as **Exhibit A** and incorporated herein for all intents and purposes.

I have been a Certified Professional Coder (CPC) with the American Academy of Professional Coders (AAPC) for eighteen years. To maintain my CPC certification, I must complete thirty-six hours of continuing education every two years. The AAPC is the world's largest credentialing organization for the business of healthcare, with more than 190,000 members worldwide who work in medical coding, medical billing, medical auditing, clinical documentation improvement, healthcare compliance, revenue cycle

management, and practice management. AAPC is nationally recognized by the Center for Medicaid and Medicare Services (CMS) to provide acceptable expertise in coding and claims processing.

Having been a Certified Professional Coder for eighteen years, I am knowledgeable about medical terminology, disease processes, and pharmacology, and I am highly skilled in classifying medical data from patient records and assigning numeric codes for each diagnosis and procedure. I also possess expertise in:

- Current Procedural Terminology (CPT®), developed by the American Medical Association (AMA), which is a code set to bill services performed by physicians and other qualified healthcare providers in the office or facility setting (e.g., outpatient or inpatient hospital); and

- International Classification of Diseases, Tenth Revision, Clinical Modification (ICD10-CM), which is a system used by physicians; and

- Healthcare Common Procedure Coding System (HCPCS), developed by the Centers for Medicare and Medicaid (CMS) for the same reasons that the AMA developed CPT, which is a standardized coding system that is used primarily to identify products, supplies, and services not included in the CPT codes, such as ambulance services and durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS).

For over twenty years, I have been involved in medical coding and billing for numerous medical practices. In each position I was responsible for designing, implementing, directing, reviewing, and overseeing processes for coding, billing, pricing, and collections. In the course of my career, I have reviewed billing affidavits and attested to the usual, reasonable, and customary amount for various medical services and procedures.

I am currently employed with Juris Medicus as a Medical Billing and Coding Expert.  My duties include reviewing and analyzing professional medical records and/or facility medical records, including

coding reviews and billing assessments. Specifically, I conduct a usual, customary and reasonable (UCR) bill analysis, utilizing industry standard resources such as Optum 360 Fee Analyzer, Find-A-Code, Context4 Healthcare, Novitas-Solutions JH (Texas) Jurisdiction and the Centers for Medicare and Medicaid (CMS) by the applicable geographic region. I also provide medical billing expert witness testimony in writing, at deposition, and/or trial as needed.

I previously worked for the University of Texas Health Science Center of San Antonio (UTHSCSA) as a Compliance Auditor in the Institutional Compliance and Privacy Office. Part of my duties included coordinating compliance and maintaining current knowledge of applicable federal, state, and local regulations in the use of operational systems for documentation and workflow process for a large medical practice in a healthcare teaching institution; performing workplan risk assessments for various medical specialty departments and business/clinical operations to evaluate compliance and mitigate risk, inform leadership of risk assessment findings, and advise and assist in developing a timely corrective action plan; and promoting and maintaining policies and procedures and facilitate education on policies and procedures as required. I provided outpatient evaluation and management training and education for new providers, residents and coding staff. I performed prospective coding reviews on non-cleared providers to identify education opportunities for documentation improvement and to confirm or validate existing coding competency and compliance.

Based on my many years of experience as a healthcare professional, including eighteen years as a Certified Professional Coder, as well as my training and education, I am very familiar with all aspects of medical coding, medical billing, and various payor reimbursement methodologies. Based on this experience, I am also familiar with the typical contractual amounts allowed and paid to providers for professional services in relation to the Medicare, Medicaid and various commercial payers allowable amounts. Most of the largest third-party payor claim adjudication policies and their contractual allowed

amounts are based on the Medicare fee schedule for the designated service geographic region, plus a small negotiated agreed percentage above these Medicare allowed amounts. Further, it is standard practice in my field to consider and rely on such contractually allowed amounts when determining whether a medical charge is usual, reasonable, and customary for the time, date, and location of service.

My twenty plus years of demonstrated professional expertise in medical billing reviews and medical coding, as well as my knowledge of reimbursement strategies, and my mandated continuous coding training qualify me as an expert with regard to understanding medical documentation and medical billing practices. I have over 30 years of experience in healthcare, including 25 years reviewing medical bills and coding, during which I further developed a fluency in medical documentation and medical billing practices. For many years and on a regular basis, I have performed billing and coding reviews involving the same or similar medical services provided to the plaintiff in this case.  ln my best estimate, over the course of my career I have reviewed tens of thousands of medical records and billing, which translates to hundreds of thousands of medical billing codes.

A.  **<u>Summary</u>**.

I have reviewed the billing statement from **Exceptional Imaging** regarding total charges in the amount of  $3,500.00 for services rendered to **Plaintiff Hugo Medellin**  on 10/26/2021 in Brownsville, Texas 78521.  Based on my experience, education and training as set forth above, I am familiar with the usual, reasonable, and customary billing charges and reimbursements in Brownsville, Texas  where the medical services were provided.

In summary, it is my opinion, which I hold to a reasonable degree of professional probability, that the charges in the report exceed what would be considered the usual, customary, and reasonable ("<u>UCR</u>") amounts for the services provided, the dates of service, and for the geographic region where the records indicate that the services were rendered by **$892.20**. I am not offering any opinion as to the

necessity of the services reflected in the report. Rather, my opinions are directed specifically to the comparison of the UCR to the charges billed for those services.

B. **Methodology**.

As part of my UCR analysis and billing and coding review, I first review the medical documentation and medical billing. I compare the billing/coding with the medical documentation to determine if the coding was proper. Uniform coding systems (such as CPT ("Current Procedural Terminology"), HCPCS ("Healthcare Common Procedure Coding System") and ICD ("International Classification of Diseases" coding systems) are used for medical, surgical, and diagnostic services. These uniform systems were developed and published by the American Medical Association and are standardized throughout the country.

This step—identifying the services by their industry standard code—is necessary because the databases of medical charges aggregate charges data according to these industry standard codes. In other words, this step ensures the coding and billing provided in the review, is correct and supported by the medical documentation. If, in my analysis, I determine that the coding was not properly applied in some fashion, I will note the same. Otherwise, if I determine the appropriate codes were used, my analysis will focus on a comparison of the charges on the billing records with the UCR for the geographic area and date when the services were provided.

To determine UCR charges in my analysis, the resources "Find-A-Code" by InnoviHealth and "Context[4] Healthcare" were consulted and referenced. These databases provide medical cost data that is used nationally by insurance companies, medical practices, and hospitals to determine reasonable treatment charges. It is standard and accepted practice in the medical community to rely upon these and other similar databases and resources to set fee schedules, determine the reasonableness of charges, and to evaluate the UCR. In order to correctly utilize the Context 4 and Find-A-Code databases, the user must

be proficient in the use of medical coding, including the use of modifiers and when bundling may be appropriate, billing interpretation, and the different medical fee schedules in order to properly and accurate analyze and interpret the data. Because of my background, experience, and training, I am proficient in these skills and completely adept at utilizing the databases and interpreting their data.

    i.    <u>Context 4 Healthcare Database</u>

The Context 4 Healthcare (hereinafter, "<u>Context 4</u>") is an online charge publication database. Context 4 updates its database semi-annually with over a *<u>billion</u>* actual claim charge—which represents seventy percent of all claims submitted in the United States—using the most recent twenty-four months of data to ensure the most relevant data is always used in each update. The raw data which is used has not been altered or filtered in any way by any entity, including payers, from the original claims submitted by the healthcare providers. Therefore, Context 4's UCR data is based on actual provider charges. Context 4 also utilizes an in-depth, proprietary data validation process to remove data entry errors such as invalid zip codes, invalid procedure codes, and other obvious errors.

The details of Context 4's methodology is proprietary. In general, however, it's known that Context 4 derives its UCR by using a two-step process: first, determining the relative value of the procedure; and second, multiplying the relative value by a conversion factor that is specific to a particular geographic region. Context 4 has approximately 340 geographic areas ("GeoZips"), which are created by a proprietary methodology involving an analysis of economic similarities, population, and number of medical practitioners. The UCR data is then ranked in percentiles from the 25th to the 95th percentiles. A percentile rank is a number between zero and one hundred that indicates the percent of the observations in a group below it. In other words, UCR value provided at the 80th percentile rank of the Context 4 UCR data means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. Use of the 80th percentile for UCR analysis is standard

and customary in my industry.

Context 4 has been subjected to peer review and evaluation by, among others, the Oxford Outcomes and Avalon Health Economics groups. As stated on the Context 4 website, after conducting a thorough review of the Context 4 UCR process, these groups concludes that the Context 4 UCR was "reasonable and consistent with best practices," "is more likely to provide representative data compared to other common sources of fee data," and that "provider billing/charge data is an appropriate basis for UCR benchmarking." *See* https://www.context4healthcare.com/solutions/reference-based-pricing/ucr-fee-data.

ii.   Find-A-Code Database

Find-A-Code, by InnoviHealth, is also an online tool for medical coding and billing. Find-A-Code is commonly used within the healthcare payer industry for the purpose of establishing benchmarks by which to filter submitted charges. It has a simple search engine function that can be used to search for the appropriate code to assign to a medical diagnosis or procedure, and that provides the complete definition of the major code sets (CPT, HCPCS, ICD, etc.).

In addition to this and other helpful resources, Find-A-Code also provides UCR data, which is gathered from the U.S. Department of Veterans Administration (the "VA"). The VA's methodology for computing UCR is set forth in 38 C.F.R. § 17.101. The VA's UCR methodology is "designed to replicate, insofar as possible, the 80th percentile of community charges, adjusted to the market areas in which the VA Facilities are located." *See* 74 Fed. Reg. 32820. In general, the VA establishes national reasonable charges which are then adjusted locally by each VA medical center based on their Geographical Adjustment Factor (GAF). The GAF is a weighted average of the geographic practice cost indexes (GPCIs)--that is, data is collected from each physician or facility payment area and the ratio of area costs to national costs is applied to improve the accuracy of payments to providers in various areas of the

country by accounting for the differences in prices for certain expenses (such as clinical and administrative staff salaries, benefits, rent, malpractice insurance and other defined costs). The VA's UCR, as reported by Find-A-Code, represents the geographically-adjusted charges at the 80th percentile. In other words, and as mentioned, this means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. As also mentioned, use of the 80th percentile for UCR analysis is standard and customary in my industry.

The Find-A-Code tool also provides the Medicare allowable for each service or procedure. While this information is publicly available online at various governmental websites,[1] the Find-A-Code database imports this data and reports it in the search results (appropriate for the date and location of service). Medical professionals and hospital facilities are often contracted with Medicare, insurance companies, or other payers. The medical professional and/or hospital facility may show their standard fees on submitted claims and bills, but they will only be reimbursed the amounts specified in the contracts. It is accepted and standard practice in my industry to consider Medicare allowable rates because they are widely referenced in setting fee schedules, provide a measure of anticipated reimbursement or payment for a service or procedure, and overall, they bear on the question of the reasonableness of the billed amount, regardless of whether the patient has such benefits, or the provider has such negotiated rates.

In a study of data from 2010 to 2017, based upon data from the Kaiser Family Foundation, a nonprofit organization , that serves as a nonpartisan source of facts, analysis and journalism for policymakers, the media, the health policy community and the public, focusing on national health issues, it was found that, on average, private insurers paid 264% of Medicare for outpatient hospital facility services and 189% of Medicare for inpatient hospital facility services, for an overall average of nearly

---

[1]    *See, e.g.*, www.novitas-solutions.com/webcenter/portal/MedicareJH/FeeLookup;
https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/FeeScheduleGenInfo.

double of Medicare rates for all hospital facility services (199%). For physician professional medical/physician services, private insurance paid 143% of Medicare rates, on average. [2]Accordingly, for purposes of this report, I used these average percentages of Medicare to determine the anticipated reimbursement rates for the professional medical services and procedures billed to the plaintiff in this case. However, my opinions about UCR were made without regard for the anticipated reimbursement, and only in comparison to UCR data.

      C.  **Basis for the disputed charges**.

For my analysis and opinions set forth in this cost report, I use an average of the UCR data from Context 4 and Find-A-Code.  Attached hereto as **Exhibit B** is a worksheet that details my analysis and supports my opinions as stated below. The spreadsheet identifies (a) the medical code for the service provided, (b) the date of service, (c) the provider's charge, (d) the units (if applicable), (e), the UCR obtained from Context 4, (f), the UCR obtained from Find-A-Code, (g) the average of the two UCRs, (h) the anticipated reimbursement amount (i) the amount each charge exceeds the average UCR (if applicable), and (j) the total amount the provider's charges exceed the average UCR.  *See* **Exhibit B.**

As mentioned, the worksheet also reflects that 199% of Medicare average allowable was used to represent the anticipated reimbursement for outpatient and inpatient hospital facility services, and 143% of Medicare was used to represent the anticipated reimbursement for professional medical/physician services.  Based upon my education, training, and experience, and using the methodology described above, my overall opinions regarding the medical charges in the cost report are presented in **Exhibit B** and **Exhibit C** are detailed below.

---

[2]    *See, e.g.*, **https://www.kff.org/medicare/issu e-brief/how-much-more-than-medicare-do-private-insurers-pay-a-review-of-the-literature**.

- Based on my review of the records from 10/26/2021 the billed amount for CPT code **95912** Nerve conduction studies; 11-12 studies is $650.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **95912** for the same service, on the same date, and located in the same geographical area is $964.88 with an anticipated reimbursement of $257.69. In my opinion, the total billed charges of $650.00 are reasonable of what would be considered a UCR charge by ($314.88).

- Based on my review of the records from 10/26/2021 the billed amount for CPT code **95831** is $600.00. I was unable to determine the usual, customary and reasonable (UCR) charge, due to the CPT code was deleted on 12-31-2019. CPT code **95831** was not valid at the time of service, therefore, the total billed charges exceed by $600.00.

- Based on my review of the records from 10/26/2021 the billed amount for CPT code **95832** is $200.00. I was unable to determine the usual, customary and reasonable (UCR) charge, due to the CPT code was deleted on 12-31-2019. CPT code **95832** was not valid at the time of service, therefore, the total billed charges exceed by $200.00.

- Based on my review of the records from 10/26/2021 the billed amount for CPT code **95851** Range of motion measurements and report each extremity or each trunk section (spine) is $500.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **95851** for the same service, on the same date, and located in the same geographical area is $146.48 with an anticipated reimbursement of $63.26. In my opinion, the total billed charges of $500.00 exceeds what would be considered a UCR charge by $353.52.

- Based on my review of the records from 10/26/2021 the billed amount for CPT code **95852** Range of motion measurements and report; hand, with or without comparison with normal side is $350.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **95852** for the same service, on the same date, and located in the same geographical area is $141.48 with an anticipated reimbursement of $50.62. In my

opinion, the total billed charges of $350.00 exceeds what would be considered a UCR charge by $208.52.

- Based on my review of the records from 10/26/2021 the billed amount for CPT code **95886** Needle electromyography, each extremity, with related paraspinal areas, when performed, done with nerve conduction, amplitude and latency/velocity study; complete, five or more muscles studied, innervated by three or more nerves or four or more spinal levels is $350.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **95886** for the same service, on the same date, and located in the same geographical area is $307.23 with an anticipated reimbursement of $143.67. In my opinion, the total billed charges of $350.00 exceeds what would be considered a UCR charge by $42.77.

- Based on my review of the records from 10/26/2021 the billed amount for CPT code **95887** Needle electromyography, non-extremity muscle done with nerve conduction, amplitude and latency/velocity study is $400.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **95887** for the same service, on the same date, and located in the same geographical area is $574.15 with an anticipated reimbursement of $248.53. In my opinion, the total billed charges of $400.00 are reasonable of what would be considered a UCR charge by ($174.15).

- Based on my review of the records from 10/26/2021 the billed amount for HCPCS code **A4556** Electrodes, (e.g., apnea monitor), per pair is $300.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **A4556** for the same service, on the same date, and located in the same geographical area is $444.24 with an anticipated reimbursement of $121.32. In my opinion, the total billed charges of $300.00 are reasonable of what would be considered a UCR charge by ($144.24).

- Based on my review of the records from 10/26/2021 the billed amount for HCPCS code **A4215** Needle, sterile, any size, each  is $100.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **A4215** for the same service, on the same date, and located in the same geographical area is $5.14 with an anticipated reimbursement of  $0.00.  In my opinion, the total billed charges of  $100.00 exceeds what would be considered a UCR charge by $94.87.

- Based on my review of the records from 10/26/2021 the billed amount for HCPCS code **A4558** Conductive gel or paste, for use with electrical device , per oz  is $50.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **A4558** for the same service, on the same date, and located in the same geographical area is $24.21 with an anticipated reimbursement of  $7.75.  In my opinion, the total billed charges of  $50.00 exceeds what would be considered a UCR charge by $25.79.

### D.  Reservation to Supplement

I reserve the right to supplement these opinions, should additional information be made available to me in the future.

ELIZABETH MICHELLE ADDISON

## EXHIBIT A
Curriculum Vitae

## Michelle Addison, CPC
Maddison@jurismedicus.net

### SUMMARY OF QUALIFICATIONS

I am a highly effective and certified coding professional with twenty years of experience in medical billing, inpatient coding, outpatient coding, compliance, auditing, research, education and training.  I have a comprehensive knowledge of Medicare and Medicaid regulations, ICD-10-CM and CPT coding, as well as comprehensive knowledge of and familiarity with determining usual, customary, and reasonable (UCR) fees for medical services.

### PROFESSIONAL EXPERIENCE

**Juris Medicus—San Antonio, TX**                              **09/2020—Present**
*Medical Billing and Coding Expert*
- Review and evaluate physician and facility medical billing records to determine if the charged amounts are usual, customary, and reasonable (UCR) based on cost comparisons in the geographic area and to determine the anticipated reimbursement rate.
- Perform the UCR review by evaluating resources such as Optum 360 Fee Analyzer, Find-A Code, Context Healthcare, Novitas-Solutions JH (Texas) Jurisdiction, and the Centers for Medicare and Medicaid.
- Knowledge of all state and federal guidelines for multispecialty coding and billing as it pertains to CPT, ICD-10-CM, ICD-10-PCS, MS-DRG and HCPCS codes reviewed for counter.
- Compose written reports as applicable based on the UCR data and my findings.

**University of Texas Health Science Center—San Antonio, TX**         **10/2018—08/2020**
*Compliance Auditor*
- Developed coding compliance training materials and present to new providers.
- Provided education to providers based on audit findings to improve billing, documentation, and coding.
- Performed monthly retrospective and risk audits to ensure documentation adequately supports services coded and billed according to regulations and guidelines.

- Provided compliance and coding assistance to the department staff and physicians on request.

**Specpro Technical Services, BAMC—San Antonio, TX**                07/2011—07/2018
*Health Information Technician-Trainer*
- Abstracted acute trauma level services documentation and apply ICD-9 & ICD-10-CM codes, AIS 2005 Military Version (MV) codes, establish ISS and trauma severity calculations.
- Reviewed comprehensive data relating to trauma patients by abstracting all trajectories of care.
- Verified and updated information and compiled and entered data into Military Orthopedic Trauma Registry (MOTR) in a timely manner.
- Abstracted records and ensured compliance with MOTR, coding, and AIS guidelines.
- Utilized multiple databases to identify injury, treatment, and coding.
- Developed training guides and material for new employees and provide coding training.

**Well Med—San Antonio, TX**                10/2010—07/2011
*Medical Coding Analyst*
- HCC coding: analyzed progress notes and validate CMS and ICD-9 guidelines.
- Ensured accuracy on attestation sheets and post-validation entry.
- Identified and reported quality errors to the Quality Analyst for review and education.
- Provided billing and coding support to clinical coding nurses and communicated with the physicians on compliance and documentation guidelines.

**BTL/PASBA—Fort Sam Houston, TX**                12/2006—10/2010
*Medical Records Coder – Supervisor- Inpatient Trauma*
- Coded diagnosis and procedures for acute trauma level wartime inpatient records.
- Data entry and daily use of 3M Encoder.
*Supervisor*
- Prepared weekly group productivity reports to military staff and the corporate office.
- Assisted staff with training and coding questions and provided monthly audits with feedback.

**Healthcare Resolution (HCRS), BAMC—San Antonio, TX**                08/2006—12/2006
*Coding Coach – Behavioral Health*
- Responsible for daily reports to identify complete and incomplete records.
- Audited inpatient and outpatient records and provided education to clinics.
- Created monthly newsletters for physicians which includes coding tips and RVU status.
- Conducted monthly training to the physicians on coding and documentation compliance.
- Daily use of 3M Coding and Reimbursement System.

**Baylor College of Medicine—Houston, TX**                                     2003—2006
*Sr. Professional Fee Coder-Team Lead-Gastroenterology, Nephrology, Geriatrics*
- Abstracted inpatient and outpatient services.

- Provided education to staff and physicians on billing, coding, and compliance updates.

- Conducted daily reconciliation log, which reports the status of services received.

- Communicated with dialysis facilities to obtain patient insurance information.

- Researched charge edits and applied appropriate corrections.

- Resolved coding issues and ensured documentation was compliant with coding guidelines.

- Significant multitasking to reach demanding monthly deadlines.

*Team Lead*
- Evaluated and processed employee's timesheets.

- Audited and provided feedback on coding guidelines.

- Assisted employees with coding questions and prepared information for monthly physician meetings.

- Traveled weekly to clinics to train physicians and staff with transiting to electronic medical records.

**Healthcare Resolution Services—Lackland, AFB San Antonio, TX**            2002—2003
*Coder/Auditor*
- ICD-9 and CPT coding to outpatient and inpatient services.

- Educated physicians and staff on appropriate guidelines for billing.

- Provided daily activity reports.

- Reviewed medical records and reported coding discrepancies to manager for training purposes.

- Provided feedback and education to coders based on audit findings.

**South Texas Radiology Group—San Antonio, TX**                            07/2002—10/2002
*Insurance Specialist*
- Identified and appealed incorrect payments from third party carriers.

- Provided and adjusted monthly account receivable reports.

- Assisted patients with billing inquires.

**Baylor College of Medicine—Houston, TX**                                     2000—2002
*Senior Professional Fee Coder*
- Abstracted operative reports to determine proper CPT and ICD-9 codes.

- Reviewed TES and Medicode edits for coding errors and provided feedback to the staff.

- Data entry of CPT and ICD-9 codes and adjustment of charge corrections.

## EDUCATION AND TRAINING

**Healthcare and Management**                                           **2006—2013**
Alamo Colleges—San Antonio, TX

**Certified Professional Coder** (CPC)                                       **2004**
American Academy of Professional Coders

**High School Diploma**                                                     **1989**
Pearland High School—Pearland, TX

| | | | EXHIBIT B | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Service Provider: Exceptional Imaging | | | | | | | | | |
| Service Location: Brownsville, Texas 78521 | | | | | | | | | |
| Plaintiff:  Hugo Medellin | | Case: 11840 | | | | | | | |
| **DATE OF SERVICE** | **CPT / HCPCS CODE** | **UNITS** | **DESCRIPTION OF CPT CODE** | **PROVIDER CHARGES** | **FIND A CODE 80th UCR** | **CONTEXT 4 80th UCR** | **AVERAGE 80th UCR AMOUNT** | **ANTICIPATED REIMBURSEMENT 143% MCR GPCI ALLOWABLE** | **AMOUNT OVER UCR** |
| 10/26/2021 | 95912 | 1 | Nerve conduction studies; 11-12 studies | $650.00 | $839.80 | $1,089.95 | $964.88 | $257.69 | ($314.88) |
| 10/26/2021 | 95831 | 6 | Deleted code | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 |
| 10/26/2021 | 95832 | 2 | Deleted code | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 |
| 10/26/2021 | 95851 | 2 | Range of motion measurements and report  each extremity  or each trunk section (spine) | $500.00 | $139.28 | $153.68 | $146.48 | $63.26 | $353.52 |
| 10/26/2021 | 95852 | 2 | Range of motion measurements and report; hand, with or without comparison with normal side | $350.00 | $120.66 | $162.30 | $141.48 | $50.62 | $208.52 |
| 10/26/2021 | 95886 | 1 | Needle electromyography, each extremity, with related paraspinal areas, when performed, done with nerve conduction, amplitude and latency/velocity study; complete, five or more muscles studied, innervated by three or more nerves or four or more spinal levels | $350.00 | $311.39 | $303.07 | $307.23 | $143.67 | $42.77 |
| 10/26/2021 | 95887 | 2 | Needle electromyography, non-extremity muscle done with nerve conduction, amplitude and latency/velocity study | $400.00 | $542.16 | $606.14 | $574.15 | $248.53 | ($174.15) |
| 10/26/2021 | A4556 | 6 | Electrodes, (e.g., apnea monitor), per pair | $300.00 | $444.24 | $0.00 | $444.24 | $121.32 | ($144.24) |
| 10/26/2021 | A4215 | 1 | Needle, sterile, any size, each | $100.00 | $1.25 | $9.02 | $5.14 | $0.00 | $94.87 |
| 10/26/2021 | A4558 | 1 | Conductive gel or paste, for use with electrical device , per oz | $50.00 | $37.49 | $10.93 | $24.21 | $7.75 | $25.79 |
| | | | **TOTALS** | $3,500.00 | $2,436.27 | $2,335.09 | $2,607.80 | $892.85 | $892.20 |

**Service Provider: Exceptional Imaging**

# EXHIBIT C

## Resources

**Find-A-Code** is an online database of medical billing codes and information. People use Find-A-Code to assign codes to medical diagnoses and procedures to be reimbursed by insurance companies and Medicare (Medicare Administrative Contractor (MAC), Novitas Solutions Part B, Region JH (Region JH includes Texas) fee schedule). Find-A-Code's online libraries included extensive information for all major code sets (ICD-10, CPT, HCPCS, DRG, NDC, and more) along with a wealth of supplemental information such as newsletters and manuals i.e. AHA Coding Clinics, CPT Assistant and Medicare Manuals. All of this information is indexed, searchable, and organized for quick access and extensive cross-reference. https://www.findacode.com/

**The 100% pricing reflects the Geographically-adjusted or national un-adjusted charges and the 80th percentile conversion factors.**

**Anticipated fee is located below in the "Fee" column below and based on date of service and adjusted to 143% of MCR allowable for the service location (Geographic Practice Cost Index-GPCI).**



**Service Provider: Exceptional Imaging**



**Context4 Healthcare** – The UCR fee data is arrayed in percentiles from the 25th through the 95th. It is also divided by more than 340 geo-zip regions around the country to allow for the regional differences in healthcare costs. UCR fee data is updated semi-annually. This methodology ensures that the UCR fee products represent current provider charges from around the country.



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | |
| | § | |
| **ARION MORSHEDIAN AND** | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| *Defendants,* | § | |

---

**EXPERT COST AND BILLING ANALYSIS OF ELIZABETH MICHELLE ADDISON, CPC**

---

My name is Elizabeth Michelle Addison, I am a healthcare compliance and revenue coding and billing consultant in the State of Texas. I received a Certified Professional Coder certification from American Academy of Professional Coders (AAPC) in 2004 and I took courses in Healthcare and Management at Alamo Colleges from 2006 through 2013. My curriculum included courses in human anatomy & physiology, advanced medical terminology, ICD diagnostic/procedural and CPT coding, health data content and structure, ambulatory coding, and computers in healthcare. My *curriculum vitae* is attached hereto as **Exhibit A** and incorporated herein for all intents and purposes.

I have been a Certified Professional Coder (CPC) with the American Academy of Professional Coders (AAPC) for eighteen years. To maintain my CPC certification, I must complete thirty-six hours of continuing education every two years. The AAPC is the world's largest credentialing organization for the business of healthcare, with more than 190,000 members worldwide who work in medical coding, medical billing, medical auditing, clinical documentation improvement, healthcare compliance, revenue cycle

management, and practice management. AAPC is nationally recognized by the Center for Medicaid and Medicare Services (CMS) to provide acceptable expertise in coding and claims processing.

Having been a Certified Professional Coder for eighteen years, I am knowledgeable about medical terminology, disease processes, and pharmacology, and I am highly skilled in classifying medical data from patient records and assigning numeric codes for each diagnosis and procedure. I also possess expertise in:

- Current Procedural Terminology (CPT®), developed by the American Medical Association (AMA), which is a code set to bill services performed by physicians and other qualified healthcare providers in the office or facility setting (e.g., outpatient or inpatient hospital); and

- International Classification of Diseases, Tenth Revision, Clinical Modification (ICD10-CM), which is a system used by physicians; and

- Healthcare Common Procedure Coding System (HCPCS), developed by the Centers for Medicare and Medicaid (CMS) for the same reasons that the AMA developed CPT, which is a standardized coding system that is used primarily to identify products, supplies, and services not included in the CPT codes, such as ambulance services and durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS).

For over twenty years, I have been involved in medical coding and billing for numerous medical practices. In each position I was responsible for designing, implementing, directing, reviewing, and overseeing processes for coding, billing, pricing, and collections. In the course of my career, I have reviewed billing affidavits and attested to the usual, reasonable, and customary amount for various medical services and procedures.

I am currently employed with Juris Medicus as a Medical Billing and Coding Expert.  My duties include reviewing and analyzing professional medical records and/or facility medical records, including

coding reviews and billing assessments. Specifically, I conduct a usual, customary and reasonable (UCR) bill analysis, utilizing industry standard resources such as Optum 360 Fee Analyzer, Find-A-Code, Context4 Healthcare, Novitas-Solutions JH (Texas) Jurisdiction and the Centers for Medicare and Medicaid (CMS) by the applicable geographic region. I also provide medical billing expert witness testimony in writing, at deposition, and/or trial as needed.

I previously worked for the University of Texas Health Science Center of San Antonio (UTHSCSA) as a Compliance Auditor in the Institutional Compliance and Privacy Office. Part of my duties included coordinating compliance and maintaining current knowledge of applicable federal, state, and local regulations in the use of operational systems for documentation and workflow process for a large medical practice in a healthcare teaching institution; performing workplan risk assessments for various medical specialty departments and business/clinical operations to evaluate compliance and mitigate risk, inform leadership of risk assessment findings, and advise and assist in developing a timely corrective action plan; and promoting and maintaining policies and procedures and facilitate education on policies and procedures as required. I provided outpatient evaluation and management training and education for new providers, residents and coding staff. I performed prospective coding reviews on non-cleared providers to identify education opportunities for documentation improvement and to confirm or validate existing coding competency and compliance.

Based on my many years of experience as a healthcare professional, including eighteen years as a Certified Professional Coder, as well as my training and education, I am very familiar with all aspects of medical coding, medical billing, and various payor reimbursement methodologies. Based on this experience, I am also familiar with the typical contractual amounts allowed and paid to providers for professional services in relation to the Medicare, Medicaid and various commercial payers allowable amounts. Most of the largest third-party payor claim adjudication policies and their contractual allowed

amounts are based on the Medicare fee schedule for the designated service geographic region, plus a small negotiated agreed percentage above these Medicare allowed amounts. Further, it is standard practice in my field to consider and rely on such contractually allowed amounts when determining whether a medical charge is usual, reasonable, and customary for the time, date, and location of service.

My twenty plus years of demonstrated professional expertise in medical billing reviews and medical coding, as well as my knowledge of reimbursement strategies, and my mandated continuous coding training qualify me as an expert with regard to understanding medical documentation and medical billing practices. I have over 30 years of experience in healthcare, including 25 years reviewing medical bills and coding, during which I further developed a fluency in medical documentation and medical billing practices. For many years and on a regular basis, I have performed billing and coding reviews involving the same or similar medical services provided to the plaintiff in this case.  ln my best estimate, over the course of my career I have reviewed tens of thousands of medical records and billing, which translates to hundreds of thousands of medical billing codes.

**A.  <u>Summary</u>.**

I have reviewed the billing statement from **Texas Healthcare Imaging** regarding total charges in the amount of  $2,600.00 for services rendered to **Plaintiff Hugo Medellin**  on 07/22/2021 in Weslaco, Texas 78596.  Based on my experience, education and training as set forth above, I am familiar with the usual, reasonable, and customary billing charges and reimbursements in Weslaco, Texas 78596 where the medical services were provided.

In summary, it is my opinion, which I hold to a reasonable degree of professional probability, that the charges in the report exceed what would be considered the usual, customary, and reasonable ("<u>UCR</u>") amounts for the services provided, the dates of service, and for the geographic region where the records indicate that the services were rendered  by **$1,496.32**. I am not offering any opinion as to

the necessity of the services reflected in the report. Rather, my opinions are directed specifically to the comparison of the UCR to the charges billed for those services.

    **B.** __Methodology__.

As part of my UCR analysis and billing and coding review, I first review the medical documentation and medical billing.  I compare the billing/coding with the medical documentation to determine if the coding was proper. Uniform coding systems (such as CPT ("__Current Procedural Terminology__"), HCPCS ("__Healthcare Common Procedure Coding System__") and ICD ("__International Classification of Diseases__" coding systems) are used for medical, surgical, and diagnostic services. These uniform systems were developed and published by the American Medical Association and are standardized throughout the country.

This step—identifying the services by their industry standard code—is necessary because the databases of medical charges aggregate charges data according to these industry standard codes.  In other words, this step ensures the coding and billing provided in the review, is correct and supported by the medical documentation. If, in my analysis, I determine that the coding was not properly applied in some fashion, I will note the same. Otherwise, if I determine the appropriate codes were used, my analysis will focus on a comparison of the charges on the billing records with the UCR for the geographic area and date when the services were provided.

To determine UCR charges in my analysis, the resources "Find-A-Code" by InnoviHealth and "Context[4] Healthcare" were consulted and referenced. These databases provide medical cost data that is used nationally by insurance companies, medical practices, and hospitals to determine reasonable treatment charges. It is standard and accepted practice in the medical community to rely upon these and other similar databases and resources to set fee schedules, determine the reasonableness of charges, and to evaluate the UCR. In order to correctly utilize the Context 4 and Find-A-Code databases, the user must

be proficient in the use of medical coding, including the use of modifiers and when bundling may be appropriate, billing interpretation, and the different medical fee schedules in order to properly and accurate analyze and interpret the data. Because of my background, experience, and training, I am proficient in these skills and completely adept at utilizing the databases and interpreting their data.

    <u>i.</u>    <u>Context 4 Healthcare Database</u>

The Context 4 Healthcare (hereinafter, "<u>Context 4</u>") is an online charge publication database. Context 4 updates its database semi-annually with over a *<u>billion</u>* actual claim charge—which represents seventy percent of all claims submitted in the United States—using the most recent twenty-four months of data to ensure the most relevant data is always used in each update. The raw data which is used has not been altered or filtered in any way by any entity, including payers, from the original claims submitted by the healthcare providers. Therefore, Context 4's UCR data is based on actual provider charges. Context 4 also utilizes an in-depth, proprietary data validation process to remove data entry errors such as invalid zip codes, invalid procedure codes, and other obvious errors.

The details of Context 4's methodology is proprietary. In general, however, it's known that Context 4 derives its UCR by using a two-step process: first, determining the relative value of the procedure; and second, multiplying the relative value by a conversion factor that is specific to a particular geographic region. Context 4 has approximately 340 geographic areas ("GeoZips"), which are created by a proprietary methodology involving an analysis of economic similarities, population, and number of medical practitioners. The UCR data is then ranked in percentiles from the 25th to the 95th percentiles. A percentile rank is a number between zero and one hundred that indicates the percent of the observations in a group below it. In other words, UCR value provided at the 80th percentile rank of the Context 4 UCR data means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. Use of the 80th percentile for UCR analysis is standard

and customary in my industry.

Context 4 has been subjected to peer review and evaluation by, among others, the Oxford Outcomes and Avalon Health Economics groups. As stated on the Context 4 website, after conducting a thorough review of the Context 4 UCR process, these groups concludes that the Context 4 UCR was "reasonable and consistent with best practices," "is more likely to provide representative data compared to other common sources of fee data," and that "provider billing/charge data is an appropriate basis for UCR benchmarking." *See*  https://www.context4healthcare.com/solutions/reference-based-pricing/ucr-fee-data.

ii.      Find-A-Code Database

Find-A-Code, by InnoviHealth, is also an online tool for medical coding and billing. Find-A-Code is commonly used within the healthcare payer industry for the purpose of establishing benchmarks by which to filter submitted charges. It has a simple search engine function that can be used to search for the appropriate code to assign to a medical diagnosis or procedure, and that provides the complete definition of the major code sets (CPT, HCPCS, ICD, etc.).

In addition to this and other helpful resources, Find-A-Code also provides UCR data, which is gathered from the U.S. Department of Veterans Administration (the "VA"). The VA's methodology for computing UCR is set forth in 38 C.F.R. § 17.101. The VA's UCR methodology is "designed to replicate, insofar as possible, the 80th percentile of community charges, adjusted to the market areas in which the VA Facilities are located." *See* 74 Fed. Reg. 32820. In general, the VA establishes national reasonable charges which are then adjusted locally by each VA medical center based on their Geographical Adjustment Factor (GAF). The GAF is a weighted average of the geographic practice cost indexes (GPCIs)--that is, data is collected from each physician or facility payment area and the ratio of area costs to national costs is applied to improve the accuracy of payments to providers in various areas of the

country by accounting for the differences in prices for certain expenses (such as clinical and administrative staff salaries, benefits, rent, malpractice insurance and other defined costs). The VA's UCR, as reported by Find-A-Code, represents the geographically-adjusted charges at the 80th percentile. In other words, and as mentioned, this means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. As also mentioned, use of the 80th percentile for UCR analysis is standard and customary in my industry.

The Find-A-Code tool also provides the Medicare allowable for each service or procedure. While this information is publicly available online at various governmental websites,[1] the Find-A-Code database imports this data and reports it in the search results (appropriate for the date and location of service). Medical professionals and hospital facilities are often contracted with Medicare, insurance companies, or other payers. The medical professional and/or hospital facility may show their standard fees on submitted claims and bills, but they will only be reimbursed the amounts specified in the contracts. It is accepted and standard practice in my industry to consider Medicare allowable rates because they are widely referenced in setting fee schedules, provide a measure of anticipated reimbursement or payment for a service or procedure, and overall, they bear on the question of the reasonableness of the billed amount, regardless of whether the patient has such benefits, or the provider has such negotiated rates.

In a study of data from 2010 to 2017, based upon data from the Kaiser Family Foundation, a nonprofit organization , that serves as a nonpartisan source of facts, analysis and journalism for policymakers, the media, the health policy community and the public, focusing on national health issues, it was found that, on average, private insurers paid 264% of Medicare for outpatient hospital facility services and 189% of Medicare for inpatient hospital facility services, for an overall average of nearly

---

[1]    *See, e.g.*, www.novitas-solutions.com/webcenter/portal/MedicareJH/FeeLookup; https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/FeeScheduleGenInfo.

double of Medicare rates for all hospital facility services (199%). For physician professional medical/physician services, private insurance paid 143% of Medicare rates, on average. [2]Accordingly, for purposes of this report, I used these average percentages of Medicare to determine the anticipated reimbursement rates for the professional medical services and procedures billed to the plaintiff in this case. However, my opinions about UCR were made without regard for the anticipated reimbursement, and only in comparison to UCR data.

      C.  **Basis for the disputed charges**.

      For my analysis and opinions set forth in this cost report, I use an average of the UCR data from Context 4 and Find-A-Code.  Attached hereto as **Exhibit B** is a worksheet that details my analysis and supports my opinions as stated below. The spreadsheet identifies (a) the medical code for the service provided, (b) the date of service, (c) the provider's charge, (d) the units (if applicable), (e), the UCR obtained from Context 4, (f), the UCR obtained from Find-A-Code, (g) the average of the two UCRs, (h) the anticipated reimbursement amount (i) the amount each charge exceeds the average UCR (if applicable), and (j) the total amount the provider's charges exceed the average UCR.  *See* **Exhibit B.** As mentioned, the worksheet also reflects that 199% of Medicare average allowable was used to represent the anticipated reimbursement for outpatient and inpatient hospital facility services, and 143% of Medicare was used to represent the anticipated reimbursement for professional medical/physician services.  Based upon my education, training, and experience, and using the methodology described above, my overall opinions regarding the medical charges in the cost report are presented in **Exhibit B** and **Exhibit C** are detailed below.

- Based on my review of the records from 07/22/2021 the billed amount for CPT code **72148-TC** Magnetic resonance imaging, spinal canal and contents, lumbar; without contrast material is

---

[2]    *See, e.g.*, **https://www.kff.org/medicare/issu e-brief/how-much-more-than-medicare-do-private-insurers-pay-a-review-of-the-literature**.

$2,600.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Weslaco, Texas 78596. The average UCR charge for CPT code **72148-TC** for the same service, on the same date, and located in the same geographical area is $1,103.68 with an anticipated reimbursement of $136.83.  In my opinion, the total billed charges of $2,600.00 exceeds what would be considered a UCR charge by $1,496.32.

### D.  Reservation to Supplement

I reserve the right to supplement these opinions, should additional information be made available to me in the future.

ELIZABETH MICHELLE ADDISON

**<u>EXHIBIT A</u>**
Curriculum Vitae


**Michelle Addison, CPC**
Maddison@jurismedicus.net


## SUMMARY OF QUALIFICATIONS

I am a highly effective and certified coding professional with twenty years of experience in medical billing, inpatient coding, outpatient coding, compliance, auditing, research, education and training.  I have a comprehensive knowledge of Medicare and Medicaid regulations, ICD-10-CM and CPT coding, as well as comprehensive knowledge of and familiarity with determining usual, customary, and reasonable (UCR) fees for medical services.


## PROFESSIONAL EXPERIENCE

**Juris Medicus—San Antonio, TX**                                         **09/2020—Present**
*Medical Billing and Coding Expert*
- Review and evaluate physician and facility medical billing records to determine if the charged amounts are usual, customary, and reasonable (UCR) based on cost comparisons in the geographic area and to determine the anticipated reimbursement rate.
- Perform the UCR review by evaluating resources such as Optum 360 Fee Analyzer, Find-A Code, Context Healthcare, Novitas-Solutions JH (Texas) Jurisdiction, and the Centers for Medicare and Medicaid.
- Knowledge of all state and federal guidelines for multispecialty coding and billing as it pertains to CPT, ICD-10-CM, ICD-10-PCS, MS-DRG and HCPCS codes reviewed for counter.
- Compose written reports as applicable based on the UCR data and my findings.


**University of Texas Health Science Center—San Antonio, TX**            **10/2018—08/2020**
*Compliance Auditor*
- Developed coding compliance training materials and present to new providers.
- Provided education to providers based on audit findings to improve billing, documentation, and coding.
- Performed monthly retrospective and risk audits to ensure documentation adequately supports services coded and billed according to regulations and guidelines.
- Provided compliance and coding assistance to the department staff and physicians on request.

**Specpro Technical Services, BAMC—San Antonio, TX**                   **07/2011—07/2018**
*Health Information Technician-Trainer*
- Abstracted acute trauma level services documentation and apply ICD-9 & ICD-10-CM codes, AIS 2005 Military Version (MV) codes, establish ISS and trauma severity calculations.
- Reviewed comprehensive data relating to trauma patients by abstracting all trajectories of care.
- Verified and updated information and compiled and entered data into Military Orthopedic Trauma Registry (MOTR) in a timely manner.
- Abstracted records and ensured compliance with MOTR, coding, and AIS guidelines.
- Utilized multiple databases to identify injury, treatment, and coding.
- Developed training guides and material for new employees and provide coding training.

**Well Med—San Antonio, TX**                                          **10/2010—07/2011**
*Medical Coding Analyst*
- HCC coding: analyzed progress notes and validate CMS and ICD-9 guidelines.
- Ensured accuracy on attestation sheets and post-validation entry.
- Identified and reported quality errors to the Quality Analyst for review and education.
- Provided billing and coding support to clinical coding nurses and communicated with the physicians on compliance and documentation guidelines.

**BTL/PASBA—Fort Sam Houston, TX**                                    **12/2006—10/2010**
*Medical Records Coder – Supervisor- Inpatient Trauma*
- Coded diagnosis and procedures for acute trauma level wartime inpatient records.
- Data entry and daily use of 3M Encoder.
*Supervisor*
- Prepared weekly group productivity reports to military staff and the corporate office.
- Assisted staff with training and coding questions and provided monthly audits with feedback.

**Healthcare Resolution (HCRS), BAMC—San Antonio, TX**                **08/2006—12/2006**
*Coding Coach – Behavioral Health*
- Responsible for daily reports to identify complete and incomplete records.
- Audited inpatient and outpatient records and provided education to clinics.
- Created monthly newsletters for physicians which includes coding tips and RVU status.
- Conducted monthly training to the physicians on coding and documentation compliance.
- Daily use of 3M Coding and Reimbursement System.

**Baylor College of Medicine—Houston, TX**                    2003—2006
*Sr. Professional Fee Coder-Team Lead-Gastroenterology, Nephrology, Geriatrics*
- Abstracted inpatient and outpatient services.

- Provided education to staff and physicians on billing, coding, and compliance updates.

- Conducted daily reconciliation log, which reports the status of services received.

- Communicated with dialysis facilities to obtain patient insurance information.

- Researched charge edits and applied appropriate corrections.

- Resolved coding issues and ensured documentation was compliant with coding guidelines.

- Significant multitasking to reach demanding monthly deadlines.

*Team Lead*
- Evaluated and processed employee's timesheets.

- Audited and provided feedback on coding guidelines.

- Assisted employees with coding questions and prepared information for monthly physician meetings.

- Traveled weekly to clinics to train physicians and staff with transiting to electronic medical records.

**Healthcare Resolution Services—Lackland, AFB San Antonio, TX**          2002—2003
*Coder/Auditor*
- ICD-9 and CPT coding to outpatient and inpatient services.

- Educated physicians and staff on appropriate guidelines for billing.

- Provided daily activity reports.

- Reviewed medical records and reported coding discrepancies to manager for training purposes.

- Provided feedback and education to coders based on audit findings.

**South Texas Radiology Group—San Antonio, TX**          07/2002—10/2002
*Insurance Specialist*
- Identified and appealed incorrect payments from third party carriers.

- Provided and adjusted monthly account receivable reports.

- Assisted patients with billing inquires.

**Baylor College of Medicine—Houston, TX**                    2000—2002
*Senior Professional Fee Coder*
- Abstracted operative reports to determine proper CPT and ICD-9 codes.

- Reviewed TES and Medicode edits for coding errors and provided feedback to the staff.

- Data entry of CPT and ICD-9 codes and adjustment of charge corrections.

## EDUCATION AND TRAINING

**Healthcare and Management**                                    **2006—2013**
Alamo Colleges—San Antonio, TX

**Certified Professional Coder** (CPC)                              **2004**
American Academy of Professional Coders

**High School Diploma**                                          **1989**
Pearland High School—Pearland, TX

| | | | EXHIBIT B | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Service Provider:  Texas Healthcare Imaging
Service Location: Weslaco, Texas 78596
Plaintiff:  Hugo Medellin     Case:  11840

| DATE OF SERVICE | CPT / HCPCS CODE | UNITS | DESCRIPTION OF CPT CODE | PROVIDER CHARGES | FIND A CODE 80th UCR | CONTEXT 4 80th UCR | AVERAGE 80th UCR AMOUNT | ANTICIPATED REIMBURSEMENT 143% MCR GPCI ALLOWABLE | AMOUNT OVER UCR |
|---|---|---|---|---|---|---|---|---|---|
| 7/22/2021 | 72148-TC | | Magnetic resonance (eg, proton) imaging, spinal canal and contents, lumbar; without contrast material | $2,600.00 | $962.55 | $1,244.81 | $1,103.68 | $136.83 | $1,496.32 |
| | | | TOTALS | $2,600.00 | $962.55 | $1,244.81 | $1,103.68 | $136.83 | $1,496.32 |

**Service Provider: Texas Healthcare Imaging**

# __EXHIBIT C__

## __Resources__

**Find-A-Code** is an online database of medical billing codes and information. People use Find-A-Code to assign codes to medical diagnoses and procedures to be reimbursed by insurance companies and Medicare (Medicare Administrative Contractor (MAC), Novitas Solutions Part B, Region JH (Region JH includes Texas) fee schedule). Find-A-Code's online libraries included extensive information for all major code sets (ICD-10, CPT, HCPCS, DRG, NDC, and more) along with a wealth of supplemental information such as newsletters and manuals i.e. AHA Coding Clinics, CPT Assistant and Medicare Manuals. All of this information is indexed, searchable, and organized for quick access and extensive cross-reference. https://www.findacode.com/

**The 100% pricing reflects the Geographically-adjusted or national un-adjusted charges and the 80th percentile conversion factors.**

**Anticipated fee is located below in the "Fee" column below and based on date of service and adjusted to 143% of MCR allowable for the service location (Geographic Practice Cost Index-GPCI).**



**Context4 Healthcare** – The UCR fee data is arrayed in percentiles from the 25th through the 95th. It is also divided by more than 340 geo-zip regions around the country to allow for the regional differences in healthcare costs. UCR fee data is updated semi-annually. This methodology ensures that the UCR fee products represent current provider charges from around the country.



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **HUGO MEDELLIN** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | |
| | § | |
| **ARION MORSHEDIAN AND** | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| *Defendants,* | § | |

---

**EXPERT COST AND BILLING ANALYSIS OF ELIZABETH MICHELLE ADDISON, CPC**

---

My name is Elizabeth Michelle Addison, I am a healthcare compliance and revenue coding and billing consultant in the State of Texas. I received a Certified Professional Coder certification from American Academy of Professional Coders (AAPC) in 2004 and I took courses in Healthcare and Management at Alamo Colleges from 2006 through 2013. My curriculum included courses in human anatomy & physiology, advanced medical terminology, ICD diagnostic/procedural and CPT coding, health data content and structure, ambulatory coding, and computers in healthcare. My *curriculum vitae* is attached hereto as **Exhibit A** and incorporated herein for all intents and purposes.

I have been a Certified Professional Coder (CPC) with the American Academy of Professional Coders (AAPC) for eighteen years. To maintain my CPC certification, I must complete thirty-six hours of continuing education every two years.  The AAPC is the world's largest credentialing organization for the business of healthcare, with more than 190,000 members worldwide who work in medical coding, medical billing, medical auditing, clinical documentation improvement, healthcare compliance, revenue cycle

management, and practice management. AAPC is nationally recognized by the Center for Medicaid and Medicare Services (CMS) to provide acceptable expertise in coding and claims processing.

Having been a Certified Professional Coder for eighteen years, I am knowledgeable about medical terminology, disease processes, and pharmacology, and I am highly skilled in classifying medical data from patient records and assigning numeric codes for each diagnosis and procedure. I also possess expertise in:

- Current Procedural Terminology (CPT®), developed by the American Medical Association (AMA), which is a code set to bill services performed by physicians and other qualified healthcare providers in the office or facility setting (e.g., outpatient or inpatient hospital); and

- International Classification of Diseases, Tenth Revision, Clinical Modification (ICD10-CM), which is a system used by physicians; and

- Healthcare Common Procedure Coding System (HCPCS), developed by the Centers for Medicare and Medicaid (CMS) for the same reasons that the AMA developed CPT, which is a standardized coding system that is used primarily to identify products, supplies, and services not included in the CPT codes, such as ambulance services and durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS).

For over twenty years, I have been involved in medical coding and billing for numerous medical practices. In each position I was responsible for designing, implementing, directing, reviewing, and overseeing processes for coding, billing, pricing, and collections. In the course of my career, I have reviewed billing affidavits and attested to the usual, reasonable, and customary amount for various medical services and procedures.

I am currently employed with Juris Medicus as a Medical Billing and Coding Expert.  My duties include reviewing and analyzing professional medical records and/or facility medical records, including

coding reviews and billing assessments. Specifically, I conduct a usual, customary and reasonable (UCR) bill analysis, utilizing industry standard resources such as Optum 360 Fee Analyzer, Find-A-Code, Context4 Healthcare, Novitas-Solutions JH (Texas) Jurisdiction and the Centers for Medicare and Medicaid (CMS) by the applicable geographic region. I also provide medical billing expert witness testimony in writing, at deposition, and/or trial as needed.

I previously worked for the University of Texas Health Science Center of San Antonio (UTHSCSA) as a Compliance Auditor in the Institutional Compliance and Privacy Office. Part of my duties included coordinating compliance and maintaining current knowledge of applicable federal, state, and local regulations in the use of operational systems for documentation and workflow process for a large medical practice in a healthcare teaching institution; performing workplan risk assessments for various medical specialty departments and business/clinical operations to evaluate compliance and mitigate risk, inform leadership of risk assessment findings, and advise and assist in developing a timely corrective action plan; and promoting and maintaining policies and procedures and facilitate education on policies and procedures as required. I provided outpatient evaluation and management training and education for new providers, residents and coding staff. I performed prospective coding reviews on non-cleared providers to identify education opportunities for documentation improvement and to confirm or validate existing coding competency and compliance.

Based on my many years of experience as a healthcare professional, including eighteen years as a Certified Professional Coder, as well as my training and education, I am very familiar with all aspects of medical coding, medical billing, and various payor reimbursement methodologies. Based on this experience, I am also familiar with the typical contractual amounts allowed and paid to providers for professional services in relation to the Medicare, Medicaid and various commercial payers allowable amounts. Most of the largest third-party payor claim adjudication policies and their contractual allowed

amounts are based on the Medicare fee schedule for the designated service geographic region, plus a small negotiated agreed percentage above these Medicare allowed amounts. Further, it is standard practice in my field to consider and rely on such contractually allowed amounts when determining whether a medical charge is usual, reasonable, and customary for the time, date, and location of service.

My twenty plus years of demonstrated professional expertise in medical billing reviews and medical coding, as well as my knowledge of reimbursement strategies, and my mandated continuous coding training qualify me as an expert with regard to understanding medical documentation and medical billing practices. I have over 30 years of experience in healthcare, including 25 years reviewing medical bills and coding, during which I further developed a fluency in medical documentation and medical billing practices. For many years and on a regular basis, I have performed billing and coding reviews involving the same or similar medical services provided to the plaintiff in this case. ln my best estimate, over the course of my career I have reviewed tens of thousands of medical records and billing, which translates to hundreds of thousands of medical billing codes.

A.  **<u>Summary</u>**.

I have reviewed the billing statement from  **Texas Pain Clinic** regarding total charges in the amount of  $43,475.00 for services rendered to **Plaintiff Hugo Medellin**  on 09/09/2021 through 04/12/2022 in Brownsville, Texas 78521.  Based on my experience, education and training as set forth above, I am familiar with the usual, reasonable, and customary billing charges and reimbursements in Brownsville, Texas where the medical services were provided.

In summary, it is my opinion, which I hold to a reasonable degree of professional probability, that the charges in the cost report exceed what would be considered the usual, customary, and reasonable ("<u>UCR</u>") amounts for the services provided, the dates of service, and for the geographic region where the records indicate that the services were rendered by **$36,621.54**. I am not offering any opinion as to

the necessity of the services reflected in the report. Rather, my opinions are directed specifically to the comparison of the UCR to the charges billed for those services.

**B. Methodology.**

As part of my UCR analysis and billing and coding review, I first review the medical documentation and medical billing. I compare the billing/coding with the medical documentation to determine if the coding was proper. Uniform coding systems (such as CPT ("Current Procedural Terminology"), HCPCS ("Healthcare Common Procedure Coding System") and ICD ("International Classification of Diseases" coding systems) are used for medical, surgical, and diagnostic services. These uniform systems were developed and published by the American Medical Association and are standardized throughout the country.

This step—identifying the services by their industry standard code—is necessary because the databases of medical charges aggregate charges data according to these industry standard codes. In other words, this step ensures the coding and billing provided in the review, is correct and supported by the medical documentation. If, in my analysis, I determine that the coding was not properly applied in some fashion, I will note the same. Otherwise, if I determine the appropriate codes were used, my analysis will focus on a comparison of the charges on the billing records with the UCR for the geographic area and date when the services were provided.

To determine UCR charges in my analysis, the resources "Find-A-Code" by InnoviHealth and "Context[4] Healthcare" were consulted and referenced. These databases provide medical cost data that is used nationally by insurance companies, medical practices, and hospitals to determine reasonable treatment charges. It is standard and accepted practice in the medical community to rely upon these and other similar databases and resources to set fee schedules, determine the reasonableness of charges, and to evaluate the UCR. In order to correctly utilize the Context 4 and Find-A-Code databases, the user must

be proficient in the use of medical coding, including the use of modifiers and when bundling may be appropriate, billing interpretation, and the different medical fee schedules in order to properly and accurate analyze and interpret the data. Because of my background, experience, and training, I am proficient in these skills and completely adept at utilizing the databases and interpreting their data.

     i.     Context 4 Healthcare Database

The Context 4 Healthcare (hereinafter, "Context 4") is an online charge publication database. Context 4 updates its database semi-annually with over a *billion* actual claim charge—which represents seventy percent of all claims submitted in the United States—using the most recent twenty-four months of data to ensure the most relevant data is always used in each update. The raw data which is used has not been altered or filtered in any way by any entity, including payers, from the original claims submitted by the healthcare providers. Therefore, Context 4's UCR data is based on actual provider charges. Context 4 also utilizes an in-depth, proprietary data validation process to remove data entry errors such as invalid zip codes, invalid procedure codes, and other obvious errors.

The details of Context 4's methodology is proprietary. In general, however, it's known that Context 4 derives its UCR by using a two-step process: first, determining the relative value of the procedure; and second, multiplying the relative value by a conversion factor that is specific to a particular geographic region. Context 4 has approximately 340 geographic areas ("GeoZips"), which are created by a proprietary methodology involving an analysis of economic similarities, population, and number of medical practitioners. The UCR data is then ranked in percentiles from the 25th to the 95th percentiles. A percentile rank is a number between zero and one hundred that indicates the percent of the observations in a group below it. In other words, UCR value provided at the 80th percentile rank of the Context 4 UCR data means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. Use of the 80th percentile for UCR analysis is standard

and customary in my industry.

Context 4 has been subjected to peer review and evaluation by, among others, the Oxford Outcomes and Avalon Health Economics groups. As stated on the Context 4 website, after conducting a thorough review of the Context 4 UCR process, these groups concludes that the Context 4 UCR was "reasonable and consistent with best practices," "is more likely to provide representative data compared to other common sources of fee data," and that "provider billing/charge data is an appropriate basis for UCR benchmarking." *See* https://www.context4healthcare.com/solutions/reference-based-pricing/ucr-fee-data.

ii.    Find-A-Code Database

Find-A-Code, by InnoviHealth, is also an online tool for medical coding and billing. Find-A-Code is commonly used within the healthcare payer industry for the purpose of establishing benchmarks by which to filter submitted charges. It has a simple search engine function that can be used to search for the appropriate code to assign to a medical diagnosis or procedure, and that provides the complete definition of the major code sets (CPT, HCPCS, ICD, etc.).

In addition to this and other helpful resources, Find-A-Code also provides UCR data, which is gathered from the U.S. Department of Veterans Administration (the "VA"). The VA's methodology for computing UCR is set forth in 38 C.F.R. § 17.101. The VA's UCR methodology is "designed to replicate, insofar as possible, the 80th percentile of community charges, adjusted to the market areas in which the VA Facilities are located." *See* 74 Fed. Reg. 32820. In general, the VA establishes national reasonable charges which are then adjusted locally by each VA medical center based on their Geographical Adjustment Factor (GAF). The GAF is a weighted average of the geographic practice cost indexes (GPCIs)--that is, data is collected from each physician or facility payment area and the ratio of area costs to national costs is applied to improve the accuracy of payments to providers in various areas of the

country by accounting for the differences in prices for certain expenses (such as clinical and administrative staff salaries, benefits, rent, malpractice insurance and other defined costs). The VA's UCR, as reported by Find-A-Code, represents the geographically-adjusted charges at the 80th percentile. In other words, and as mentioned, this means that 80% of the providers in that geographical region charged less than or equal to this UCR amount for the same service or procedure. As also mentioned, use of the 80th percentile for UCR analysis is standard and customary in my industry.

The Find-A-Code tool also provides the Medicare allowable for each service or procedure. While this information is publicly available online at various governmental websites,[1] the Find-A-Code database imports this data and reports it in the search results (appropriate for the date and location of service). Medical professionals and hospital facilities are often contracted with Medicare, insurance companies, or other payers. The medical professional and/or hospital facility may show their standard fees on submitted claims and bills, but they will only be reimbursed the amounts specified in the contracts. It is accepted and standard practice in my industry to consider Medicare allowable rates because they are widely referenced in setting fee schedules, provide a measure of anticipated reimbursement or payment for a service or procedure, and overall, they bear on the question of the reasonableness of the billed amount, regardless of whether the patient has such benefits, or the provider has such negotiated rates.

In a study of data from 2010 to 2017, based upon data from the Kaiser Family Foundation, a nonprofit organization , that serves as a nonpartisan source of facts, analysis and journalism for policymakers, the media, the health policy community and the public, focusing on national health issues, it was found that, on average, private insurers paid 264% of Medicare for outpatient hospital facility services and 189% of Medicare for inpatient hospital facility services, for an overall average of nearly

---

[1]     *See, e.g.*, www.novitas-solutions.com/webcenter/portal/MedicareJH/FeeLookup;
https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/FeeScheduleGenInfo.

double of Medicare rates for all hospital facility services (199%). For physician professional medical/physician services, private insurance paid 143% of Medicare rates, on average. [2]Accordingly, for purposes of this report, I used these average percentages of Medicare to determine the anticipated reimbursement rates for the professional medical services and procedures billed to the plaintiff in this case. However, my opinions about UCR were made without regard for the anticipated reimbursement, and only in comparison to UCR data.

### C.  <u>Basis for the disputed charges</u>.

For my analysis and opinions set forth in this cost report, I use an average of the UCR data from Context 4 and Find-A-Code.  Attached hereto as **<u>Exhibit B</u>** is a worksheet that details my analysis and supports my opinions as stated below. The spreadsheet identifies (a) the medical code for the service provided, (b) the date of service, (c) the provider's charge, (d) the units (if applicable), (e), the UCR obtained from Context 4, (f), the UCR obtained from Find-A-Code, (g) the average of the two UCRs, (h) the anticipated reimbursement amount (i) the amount each charge exceeds the average UCR (if applicable), and (j) the total amount the provider's charges exceed the average UCR.  *See* **<u>Exhibit B.</u>**

As mentioned, the worksheet also reflects that 199% of Medicare average allowable was used to represent the anticipated reimbursement for outpatient and inpatient hospital facility services, and 143% of Medicare was used to represent the anticipated reimbursement for professional medical/physician services.  Based upon my education, training, and experience, and using the methodology described above, my overall opinions regarding the medical charges in the cost report are presented in **<u>Exhibit B</u>** and **<u>Exhibit C</u>** are detailed below.

---

[2]   *See, e.g.*, **<u>https://www.kff.org/medicare/issu e-brief/how-much-more-than-medicare-do-private-insurers-pay-a-review-of-the-literature</u>**.

- Based on my review of the records from 09/09/2021 the billed amount for CPT code **99204** Office or other outpatient visit for the evaluation and management of a new patient  is $750.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99204** for the same service, on the same date, and located in the same geographical area is $366.19 with an anticipated reimbursement of  $233.65.  In my opinion, the total billed charges of $750.00 exceeds what would be considered a UCR charge by $383.81.

- Based on my review of the records from 09/23/2021 the billed amount for CPT code **62323** Injection(s), of diagnostic or therapeutic substance(s)   not including neurolytic substances, including needle or catheter placement, interlaminar epidural or subarachnoid, lumbar or sacral (caudal); with imaging guidance (ie, fluoroscopy or CT) is $3,500.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **62323** for the same service, on the same date, and located in the same geographical area is $1,249.79  with an anticipated reimbursement of  $262.21.  In my opinion, the total billed charges of  $3,500.00 exceeds what would be considered a UCR charge by $2,250.22.

- Based on my review of the records from 09/23/2021 the billed amount for HCPCS code **J1030** Injection, methylprednisolone acetate, 40 mg  is  $600.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **J1030** for the same service, on the same date, and located in the same geographical area is $25.40.  In my opinion, the total billed charges of  $600.00 exceeds what would be considered a UCR charge by $574.61.

- Based on my review of the records from 09/23/2021 the billed amount for HCPCS code **J2001** Injection, lidocaine hcl for intravenous infusion, 10 mg  is  $420.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **J2001** for the same service, on the same date, and located in the same geographical area is $11.99.

In my opinion, the total billed charges of $420.00 exceeds what would be considered a UCR charge by $408.02.

- Based on my review of the records from 09/23/2021 the billed amount for HCPCS code **Q9967** Low osmolar contrast material, 300-399 mg/ml iodine concentration, per ml is $225.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **Q9967** for the same service, on the same date, and located in the same geographical area is $14.47. In my opinion, the total billed charges of $225.00 exceeds what would be considered a UCR charge by $210.53.

- Based on my review of the records from 09/23/2021 the billed amount for CPT code **99152** Moderate sedation services provided by the same physician or other qualified health care professional initial 15 minutes of intraservice time, patient age 5 years or older is $400.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99152** for the same service, on the same date, and located in the same geographical area is $156.58 with an anticipated reimbursement of $72.14. In my opinion, the total billed charges of $400.00 exceeds what would be considered a UCR charge by $243.43.

- Based on my review of the records from 09/23/2021 the billed amount for CPT code **99153** Moderate sedation services provided by the same physician or other qualified health care professional each additional 15 minutes intraservice time patient age 5 years or older is $500.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99153** for the same service, on the same date, and located in the same geographical area is $40.96 with an anticipated reimbursement of $14.59. In my opinion, the total billed charges of $500.00 exceeds what would be considered a UCR charge by $459.04.

- Based on my review of the records from 09/23/2021 the billed amount for HCPCS code **A4550** Surgical trays is $1,500.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **A4550** for the same service, on the same date, and located in the same geographical area is $60.26.   In my opinion, the total billed charges of  $1,500.00 exceeds what would be considered a UCR charge by $1,439.75.

- Based on my review of the records from 09/23/2021 the billed amount for CPT code **99070** Supplies and materials  provided by the physician or other qualified health care professional over and above those usually included with the office visit or other services rendered is $800.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99070** for the same service, on the same date, and located in the same geographical area is $39.49  with an anticipated reimbursement of  $0.00.  In my opinion, the total billed charges of  $800.00 exceeds what would be considered a UCR charge by $760.51.

- Based on my review of the records from 10/12/2021 and 11/10/2021 the billed amount for CPT code **99214** Office or other outpatient visit for the evaluation and management of an established patient is $300.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99214** for the same service, on the same date, and located in the same geographical area is $233.78  with an anticipated reimbursement of  $180.90.  In my opinion, the total billed charges of  $300.00 exceeds what would be considered a UCR charge by $66.23.

- Based on my review of the records from 01/13, 01/20, 01/27, 02/11, 03/17 and 04/12/2022 the billed amount for CPT code **99214** Office or other outpatient visit for the evaluation and management of an established patient is $360.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99214** for the same service, on the same date, and located in the same geographical area is $243.91 with an

anticipated reimbursement of $125.38. In my opinion, the total billed charges of $360.00 exceeds what would be considered a UCR charge by $116.09.

- Based on my review of the records from 03/02/2022  the billed amount for CPT code **64635** Destruction by neurolytic agent, paravertebral facet joint nerve with imaging guidance (fluoroscopy or CT); lumbar or sacral, single facet joint is $25,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **64635** for the same service, on the same date, and located in the same geographical area is $2,449.01 with an anticipated reimbursement of $443.26. In my opinion, the total billed charges of $25,000.00 exceeds what would be considered a UCR charge by $22,550.99.

- Based on my review of the records from 03/02/2022 the billed amount for HCPCS code **J2250** Injection, midazolam hydrochloride, per 1 mg  is $1,800.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **J2250** for the same service, on the same date, and located in the same geographical area is $6.12. In my opinion, the total billed charges of $1,800.00  exceeds what would be considered a UCR charge by $1,793.89.

- Based on my review of the records from 03/02/2022 the billed amount for HCPCS code **J2001** Injection, lidocaine hcl for intravenous infusion, 10 mg is $1,000.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **J2001** for the same service, on the same date, and located in the same geographical area is $10.31. In my opinion, the total billed charges of $1,000.00 exceeds what would be considered a UCR charge by $989.70.

- Based on my review of the records from 03/02/2022 the billed amount for CPT code **99070** Supplies and materials  provided by the physician or other qualified health care professional over and above those usually included with the office visit or other services rendered is $960.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99070** for the same service, on the same date, and located in the same geographical area is $41.16  with an anticipated reimbursement of  $0.00.  In my opinion, the total billed charges of  $960.00 exceeds what would be considered a UCR charge by $918.85.

- Based on my review of the records from 03/02/2022 the billed amount for CPT code **96374** Therapeutic, prophylactic, or diagnostic injection   intravenous push, single or initial substance/drug is $360.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **96374** for the same service, on the same date, and located in the same geographical area is $179.70 with an anticipated reimbursement of $38.36.  In my opinion, the total billed charges of  $360.00 exceeds what would be considered a UCR charge by $180.31.

- Based on my review of the records from 03/02/2022 the billed amount for CPT code **99152** Moderate sedation services provided by the same physician or other qualified health care professional initial 15 minutes of intraservice time, patient age 5 years or older is $600.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for CPT code **99152** for the same service, on the same date, and located in the same geographical area is $163.30 with an anticipated reimbursement of  $49.78.  In my opinion, the total billed charges of  $600.00 exceeds what would be considered a UCR charge by $436.71.

- Based on my review of the records from 03/02/2022 the billed amount for CPT code **99153** Moderate sedation services provided by the same physician or other qualified health care professional initial each additional 15 minutes intraservice time patient age 5 years or older is $500.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The

average UCR charge for CPT code **99153** for the same service, on the same date, and located in the same geographical area is $42.00 with an anticipated reimbursement of $10.32.  In my opinion, the total billed charges of  $500.00 exceeds what would be considered a UCR charge by $458.01.

- Based on my review of the records from 03/02/2022 the billed amount for HCPCS code **A4550** Surgical trays is  $1,800.00. To determine the usual, customary and reasonable (UCR) charge, I consulted Find-A-Code and Context 4 Healthcare's geographical adjustment to Brownsville, Texas 78521. The average UCR charge for HCPCS code **A4550** for the same service, on the same date, and located in the same geographical area is $65.78.  In my opinion, the total billed charges of  $1,800.00 exceeds what would be considered a UCR charge by $1,734.23.

### D.  Reservation to Supplement

I reserve the right to supplement these opinions, should additional information be made available to me in the future.

ELIZABETH MICHELLE ADDISON

# EXHIBIT A
Curriculum Vitae

## Michelle Addison, CPC
Maddison@jurismedicus.net

### SUMMARY OF QUALIFICATIONS

I am a highly effective and certified coding professional with twenty years of experience in medical billing, inpatient coding, outpatient coding, compliance, auditing, research, education and training.  I have a comprehensive knowledge of Medicare and Medicaid regulations, ICD-10-CM and CPT coding, as well as comprehensive knowledge of and familiarity with determining usual, customary, and reasonable (UCR) fees for medical services.

### PROFESSIONAL EXPERIENCE

**Juris Medicus—San Antonio, TX**                               **09/2020—Present**
*Medical Billing and Coding Expert*
- Review and evaluate physician and facility medical billing records to determine if the charged amounts are usual, customary, and reasonable (UCR) based on cost comparisons in the geographic area and to determine the anticipated reimbursement rate.
- Perform the UCR review by evaluating resources such as Optum 360 Fee Analyzer, Find-A Code, Context Healthcare, Novitas-Solutions JH (Texas) Jurisdiction, and the Centers for Medicare and Medicaid.
- Knowledge of all state and federal guidelines for multispecialty coding and billing as it pertains to CPT, ICD-10-CM, ICD-10-PCS, MS-DRG and HCPCS codes reviewed for counter.
- Compose written reports as applicable based on the UCR data and my findings.

**University of Texas Health Science Center—San Antonio, TX**       **10/2018—08/2020**
*Compliance Auditor*
- Developed coding compliance training materials and present to new providers.
- Provided education to providers based on audit findings to improve billing, documentation, and coding.
- Performed monthly retrospective and risk audits to ensure documentation adequately supports services coded and billed according to regulations and guidelines.
- Provided compliance and coding assistance to the department staff and physicians on request.

**Specpro Technical Services, BAMC—San Antonio, TX**                    07/2011—07/2018
*Health Information Technician-Trainer*
- Abstracted acute trauma level services documentation and apply ICD-9 & ICD-10-CM codes, AIS 2005 Military Version (MV) codes, establish ISS and trauma severity calculations.

- Reviewed comprehensive data relating to trauma patients by abstracting all trajectories of care.

- Verified and updated information and compiled and entered data into Military Orthopedic Trauma Registry (MOTR) in a timely manner.

- Abstracted records and ensured compliance with MOTR, coding, and AIS guidelines.

- Utilized multiple databases to identify injury, treatment, and coding.

- Developed training guides and material for new employees and provide coding training.

**Well Med—San Antonio, TX**                    10/2010—07/2011
*Medical Coding Analyst*
- HCC coding: analyzed progress notes and validate CMS and ICD-9 guidelines.

- Ensured accuracy on attestation sheets and post-validation entry.

- Identified and reported quality errors to the Quality Analyst for review and education.

- Provided billing and coding support to clinical coding nurses and communicated with the physicians on compliance and documentation guidelines.

**BTL/PASBA—Fort Sam Houston, TX**                    12/2006—10/2010
*Medical Records Coder – Supervisor- Inpatient Trauma*
- Coded diagnosis and procedures for acute trauma level wartime inpatient records.

- Data entry and daily use of 3M Encoder.
*Supervisor*
- Prepared weekly group productivity reports to military staff and the corporate office.

- Assisted staff with training and coding questions and provided monthly audits with feedback.

**Healthcare Resolution (HCRS), BAMC—San Antonio, TX**                    08/2006—12/2006
*Coding Coach – Behavioral Health*
- Responsible for daily reports to identify complete and incomplete records.

- Audited inpatient and outpatient records and provided education to clinics.

- Created monthly newsletters for physicians which includes coding tips and RVU status.

- Conducted monthly training to the physicians on coding and documentation compliance.

- Daily use of 3M Coding and Reimbursement System.

**Baylor College of Medicine—Houston, TX**                    **2003—2006**
*Sr. Professional Fee Coder-Team Lead-Gastroenterology, Nephrology, Geriatrics*
- Abstracted inpatient and outpatient services.

- Provided education to staff and physicians on billing, coding, and compliance updates.

- Conducted daily reconciliation log, which reports the status of services received.

- Communicated with dialysis facilities to obtain patient insurance information.

- Researched charge edits and applied appropriate corrections.

- Resolved coding issues and ensured documentation was compliant with coding guidelines.

- Significant multitasking to reach demanding monthly deadlines.

*Team Lead*
- Evaluated and processed employee's timesheets.

- Audited and provided feedback on coding guidelines.

- Assisted employees with coding questions and prepared information for monthly physician meetings.

- Traveled weekly to clinics to train physicians and staff with transiting to electronic medical records.

**Healthcare Resolution Services—Lackland, AFB San Antonio, TX**    **2002—2003**
*Coder/Auditor*
- ICD-9 and CPT coding to outpatient and inpatient services.

- Educated physicians and staff on appropriate guidelines for billing.

- Provided daily activity reports.

- Reviewed medical records and reported coding discrepancies to manager for training purposes.

- Provided feedback and education to coders based on audit findings.

**South Texas Radiology Group—San Antonio, TX**              **07/2002—10/2002**
*Insurance Specialist*
- Identified and appealed incorrect payments from third party carriers.

- Provided and adjusted monthly account receivable reports.

- Assisted patients with billing inquires.

**Baylor College of Medicine—Houston, TX**                    **2000—2002**
*Senior Professional Fee Coder*
- Abstracted operative reports to determine proper CPT and ICD-9 codes.

- Reviewed TES and Medicode edits for coding errors and provided feedback to the staff.

- Data entry of CPT and ICD-9 codes and adjustment of charge corrections.

## EDUCATION AND TRAINING

**Healthcare and Management**                                    **2006—2013**
Alamo Colleges—San Antonio, TX

**Certified Professional Coder** (CPC)                              **2004**
American Academy of Professional Coders

**High School Diploma**                                          **1989**
Pearland High School—Pearland, TX

| | | | | EXHIBIT B | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Service Provider: Texas Pain Clinic**
**Service Location: Brownsville, Texas 78521**
**Plaintiff: Hugo Medellin    Case: 11840**

| DATE OF SERVICE | CPT / HCPCS CODE | UNITS | DESCRIPTION OF CPT CODE | PROVIDER CHARGES | FIND A CODE 80th UCR | CONTEXT 4 80th UCR | AVERAGE 80th UCR AMOUNT | ANTICIPATED REIMBURSEMENT 143% MCR GPCI ALLOWABLE | AMOUNT OVER UCR |
|---|---|---|---|---|---|---|---|---|---|
| 9/9/2021 | 99204 | | Office or other outpatient visit for the evaluation and management of a new patient | $750.00 | $371.44 | $360.94 | $366.19 | $233.65 | $383.81 |
| 9/23/2021 | 62323 | | Injection(s), of diagnostic or therapeutic substance(s) not including neurolytic substances, including needle or catheter placement, interlaminar epidural or subarachnoid, lumbar or sacral (caudal); with imaging guidance (ie, fluoroscopy or CT) | $3,500.00 | $1,186.22 | $1,313.35 | $1,249.79 | $262.21 | $2,250.22 |
| 9/23/2021 | J1030 | | Injection, methylprednisolone acetate, 40 mg | $600.00 | $25.33 | $25.46 | $25.40 | $0.00 | $574.61 |
| 9/23/2021 | J2001 | | Injection, lidocaine hcl for intravenous infusion, 10 mg | $420.00 | $3.42 | $20.55 | $11.99 | $0.00 | $408.02 |
| 9/23/2021 | Q9967 | | Low osmolar contrast material, 300-399 mg/ml iodine concentration, per ml | $225.00 | $1.32 | $27.62 | $14.47 | $0.00 | $210.53 |
| 9/23/2021 | 99152 | | Moderate sedation services provided by the same physician or other qualified health care professional initial 15 minutes of intraservice time, patient age 5 years or older | $400.00 | $160.26 | $152.89 | $156.58 | $72.14 | $243.43 |
| 9/23/2021 | 99153 | | Moderate sedation services provided by the same physician or other qualified health care professional initial each additional 15 minutes intraservice time patient age 5 years or older | $500.00 | $32.66 | $49.26 | $40.96 | $14.59 | $459.04 |
| 9/23/2021 | A4550 | | Surgical trays | $1,500.00 | $49.65 | $70.86 | $60.26 | $0.00 | $1,439.75 |
| 9/23/2021 | 99070 | | Supplies and materials  provided by the physician or other qualified health care professional over and above those usually included in the office visit or other services rendered | $800.00 | $55.76 | $23.22 | $39.49 | $0.00 | $760.51 |
| 10/12/2021 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $300.00 | $247.93 | $219.62 | $233.78 | $180.90 | $66.23 |
| 11/10/2021 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $300.00 | $247.93 | $219.62 | $233.78 | $180.90 | $66.23 |
| 1/13/2022 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $360.00 | $268.20 | $219.62 | $243.91 | $125.38 | $116.09 |
| 1/20/2022 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $360.00 | $268.20 | $219.62 | $243.91 | $125.38 | $116.09 |
| 1/27/2022 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $360.00 | $268.20 | $219.62 | $243.91 | $125.38 | $116.09 |
| 2/11/2022 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $360.00 | $268.20 | $219.62 | $243.91 | $125.38 | $116.09 |
| 3/2/2022 | 64635 | | Destruction by neurolytic agent, paravertebral facet joint nerve with imaging guidance (fluoroscopy or CT); lumbar or sacral, single facet joint | $25,000.00 | $2,020.20 | $2,877.82 | $2,449.01 | $443.26 | $22,550.99 |
| 3/2/2022 | J2250 | | Injection, midazolam hydrochloride, per 1 mg | $1,800.00 | $1.93 | $10.30 | $6.12 | $0.00 | $1,793.89 |
| 3/2/2022 | 99070 | | Supplies and materials  provided by the physician or other qualified health care professional over and above those usually included with the office visit or other services rendered | $960.00 | $59.09 | $23.22 | $41.16 | $0.00 | $918.85 |
| 3/2/2022 | J2001 | | Injection, lidocaine hcl for intravenous infusion, 10 mg | $1,000.00 | $0.06 | $20.55 | $10.31 | $0.00 | $989.70 |
| 3/2/2022 | 96374 | | Therapeutic, prophylactic, or diagnostic injection intravenous push, single or initial substance/drug | $360.00 | $173.17 | $186.22 | $179.70 | $38.36 | $180.31 |
| 3/2/2022 | 99152 | | Moderate sedation services provided by the same physician or other qualified health care professional initial 15 minutes of intraservice time, patient age 5 years or older | $600.00 | $173.70 | $152.89 | $163.30 | $49.78 | $436.71 |
| 3/2/2022 | 99153 | | Moderate sedation services provided by the same physician or other qualified health care professionalinitial each additional 15 minutes intraservice time patient age 5 years or older | $500.00 | $34.73 | $49.26 | $42.00 | $10.32 | $458.01 |

| 3/2/2022 | A4550 | | Surgical trays | $1,800.00 | $60.69 | $70.86 | $65.78 | $0.00 | $1,734.23 |
|---|---|---|---|---|---|---|---|---|---|
| 3/17/2022 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $360.00 | $268.20 | $219.62 | $243.91 | $125.38 | $116.09 |
| 4/12/2022 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient | $360.00 | $268.20 | $219.62 | $243.91 | $125.38 | $116.09 |
| | | | TOTALS | $43,475.00 | $6,514.69 | $7,192.23 | $6,853.46 | $2,238.38 | $36,621.54 |

**Service Provider: Texas Pain Clinic**

# EXHIBIT C

## Resources

**Find-A-Code** is an online database of medical billing codes and information. People use Find-A-Code to assign codes to medical diagnoses and procedures to be reimbursed by insurance companies and Medicare (Medicare Administrative Contractor (MAC), Novitas Solutions Part B, Region JH (Region JH includes Texas) fee schedule). Find-A-Code's online libraries included extensive information for all major code sets (ICD-10, CPT, HCPCS, DRG, NDC, and more) along with a wealth of supplemental information such as newsletters and manuals i.e. AHA Coding Clinics, CPT Assistant and Medicare Manuals. All of this information is indexed, searchable, and organized for quick access and extensive cross-reference. https://www.findacode.com/

**The 100% pricing reflects the Geographically-adjusted or national un-adjusted charges and the 80th percentile conversion factors.**

**Anticipated fee is located below in the "Fee" column below and based on date of service and adjusted to 143% of MCR allowable for the service location (Geographic Practice Cost Index-GPCI).**

**2021**



## Pro Fee Calculator

quick professional fee calculator for Medicare Reimbursement/UCR Fees

About Professional Fees

Calculate professional fees for

○ Non-Facility   ○ Facility   ZIP Code 78521   ☐ Non-Participating

| CPT/HCPCS | Modifiers | Units | RVUs | Fee | Units | | Extended | UCR Fee | Units | | Extended |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99204 OFFICE O/P NEW MOD 45-59 MIN | | 1 | 4.68 | $163.39 | * 1.00 | = | $163.39 | $371.44 | * 1.00 | = | $371.44 |
| 62323 NJX INTERLAMINAR LMBR/SAC | | 1 | 7.51 | $262.21 | * 1.00 | = | $262.21 | $1,186.22 | * 1.00 | = | $1,186.22 |
| J1030 Methylprednisolone 40 mg inj | | 1 | 0.00 | $0.00 | * 1.00 | = | $0.00 | $25.33 | * 1.00 | = | $25.33 |
| J2001 Lidocaine injection | | 1 | 0.00 | $0.00 | * 1.00 | = | $0.00 | $3.42 | * 1.00 | = | $3.42 |
| Q9967 Locm 300-399mg/ml iodine,1ml | | 1 | 0.00 | $0.00 | * 1.00 | = | $0.00 | $1.32 | * 1.00 | = | $1.32 |
| 99152 MOD SED SAME PHYS/QHP 5/>YRS | | 1 | 1.45 | $50.45 | * 1.00 | = | $50.45 | $160.26 | * 1.00 | = | $160.26 |

**Service Provider: Texas Pain Clinic**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99153<br>MOD SED SAME<br>PHYS/QHP EA | | | 1 | 0.29 | $10.20 | * 1.00 = | $10.20 | $32.66 | * 1.00 = | $32.66 |
| A4550<br>Surgical trays | | | 1 | 0.00 | $0.00 | * 1.00 = | $0.00 | $49.65 | * 1.00 = | $49.65 |
| 99070<br>SPECIAL SUPPLIES<br>PHYS/QHP | | | 1 | 0.00 | $0.00 | * 1.00 = | $0.00 | $55.76 | * 1.00 = | $55.76 |
| 99214<br>OFFICE O/P EST<br>MOD 30-39 MIN | | | 1 | 3.63 | $126.50 | * 1.00 = | $126.50 | $247.93 | * 1.00 = | $247.93 |

**2022**



# Pro Fee Calculator

quick professional fee calculator for Medicare Reimbursement/UCR Fees

About Professional Fees

Calculate professional fees for

⦿ Non-Facility  ◯ Facility   ZIP Code  78521   ☐ Non-Participating

| CPT/HCPCS | Modifiers | Units | RVUs | Fee | Units | Extended | UCR Fee | Units | Extended |
|---|---|---|---|---|---|---|---|---|---|
| 99214<br>OFFICE O/P EST<br>MOD 30-39 MIN | | 1 | 0.00 | $125.38 | * 1.00 = | $0.00 | $268.20 | * 1.00 = | $0.00 |
| 64635<br>DESTROY<br>LUMB/SAC FACET<br>JNT | | 1 | 12.81 | $443.26 | * 1.00 = | $443.26 | $2,020.20 | * 1.00 = | $2,020.20 |
| J2250   Inj<br>midazolam<br>hydrochloride | | 1 | 0.00 | $0.00 | * 1.00 = | $0.00 | $1.93 | * 1.00 = | $1.93 |
| 99070<br>SPECIAL SUPPLIES<br>PHYS/QHP | | 1 | 0.00 | $0.00 | * 1.00 = | $0.00 | $59.09 | * 1.00 = | $59.09 |
| J2001<br>Lidocaine injection | | 1 | 0.00 | $0.00 | * 1.00 = | $0.00 | $0.06 | * 1.00 = | $0.00 |
| 96374<br>THER/PROPH/DIAG<br>INJ IV PUSH | | 1 | 0.00 | $38.36 | * 1.00 = | $0.00 | $173.17 | * 1.00 = | $0.00 |

**Service Provider: Texas Pain Clinic**
**2022**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 99152 MOD SED SAME PHYS/QHP 5/>YRS | | | | 1 | 1.44 | $49.78 | * 1.00 = | $49.78 | $173.70 | * 1.00 = $173.70 |
| 99153 MOD SED SAME PHYS/QHP EA | | | | 1 | 0.30 | $10.32 | * 1.00 = | $10.32 | $34.73 | * 1.00 = $34.73 |
| A4550 Surgical trays | | | | 1 | 0.00 | $0.00 | * 1.00 = | $0.00 | $60.69 | * 1.00 = $60.69 |

**Context4 Healthcare** – The UCR fee data is arrayed in percentiles from the 25th through the 95th. It is also divided by more than 340 geo-zip regions around the country to allow for the regional differences in healthcare costs. UCR fee data is updated semi-annually. This methodology ensures that the UCR fee products represent current provider charges from around the country.



| Zipcode | Code | Status | Description | Modifier | Type | 50th | 75th | 80th | 90th | 95th |
|---|---|---|---|---|---|---|---|---|---|---|
| 78521 | 99204 | | office o/p new mod 45-59 min | | MED | 283.10 | 337.72 | 360.94 | 459.69 | 554.98 |
| 78521 | 62323 | | njx interlaminar lmbr/sac | | MED | 587.65 | 1,069.31 | 1,313.35 | 1,953.93 | 2,205.54 |
| 78521 | J1030 | | methylprednisolone 40 mg inj | | HCP | 15.96 | 21.28 | 25.46 | 31.77 | 39.72 |
| 78521 | J2001 | | lidocaine injection | | HCP | 10.32 | 15.43 | 20.55 | 25.75 | 28.38 |
| 78521 | Q9967 | | locm 300-399mg/ml iodine,1ml | | HCP | 10.33 | 25.29 | 27.62 | 42.26 | 51.06 |
| 78521 | 99152 | | mod sed same phys/qhp 5/>yrs | | MED | 100.81 | 138.80 | 152.89 | 200.30 | 202.71 |
| 78521 | 99153 | | mod sed same phys/qhp ea | | MED | 32.48 | 44.72 | 49.26 | 64.54 | 65.32 |
| 78521 | A4550 | | surgical trays | | HCP | 47.64 | 66.98 | 70.86 | 120.10 | 154.09 |
| 78521 | 99070 | | special supplies phys/qhp | | MED | 15.31 | 21.08 | 23.22 | 30.42 | 30.78 |
| 78521 | 99214 | | office o/p est mod 30-39 min | | MED | 165.91 | 211.01 | 219.62 | 256.13 | 318.22 |
| 78521 | 64635 | | destroy lumb/sac facet jnt | | MED | 1,474.25 | 2,450.85 | 2,877.82 | 4,746.19 | 6,559.97 |
| 78521 | J2250 | | inj midazolam hydrochloride | | HCP | 6.01 | 10.27 | 10.30 | 10.33 | 10.86 |
| 78521 | 96374 | | ther/proph/diag inj iv push | | MED | 142.06 | 178.75 | 186.22 | 204.00 | 207.64 |