**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **HUGO MEDELLIN** | | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:22-CV-084** |
| | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES, CORP., et. al.,** | § | |
| **Defendants.** | § | |

## ORDER ON PLAINTIFF'S OPPOSED MOTION TO EXCLUDE THE OPINION TESTIMONY AND REPORT OF ELIZABETH MICHELLE ADDISON

After considering Plaintiff's Opposed Motion to Exclude the Opinion Testimony and

Report of Elizabeth Michelle Addison and the response, the Court **GRANTS** the motion.

SIGNED on _____ , 2023.


_____
U.S. DISTRICT JUDGE