# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE | § | |
| EXPLORATION TECHNOLOGIES | § | |
| CORP. | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF SERGIO LARA

My name is Sergio Lara. I am over the age of twenty-one (21) and am in all ways competent to make this declaration on personal knowledge.

1. I am a Spaceport Operations Specialist for Space Exploration Technologies Corporation ("SpaceX").

2. I graduated from the University of Texas at Austin in 2010 and have been working for SpaceX in Boca Chica, Texas since 2020.

3. One of my duties is to manage some of SpaceX's automobiles that are sometimes made available for the convenience of SpaceX employees.

4. On or about June 9, 2021, Arion Morshedian, an engineer at SpaceX with whom I was familiar, contacted me to ask if he could borrow a vehicle for a few days to commute if one was available as his car was in the shop. I knew Mr. Morshedian was a full-time SpaceX employee who typically drove his own vehicle to work, and I have since confirmed that Mr. Morshedian had a valid driver's license at the time of his request.

5. I lent him the vehicle on June 10, 2021 after confirming one was available.

My name is Sergio Lara. I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of June, 2023.

_____
Sergio Lara