# EXHIBIT 5



**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Tue, 29 June 2021

STATE OF TEXAS    §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Fri, 11 June 2021, which occurred in Cameron County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, TX  78701-2483
1-844-274-7457


OUR VALUES: *People • Accountability • Trust • Honesty*
OUR MISSION: *Connecting You With Texas*

An Equal Opportunity Employer

Law Enforcement and TxDOT Use ONLY

| | |
|---|---|
| FATAL ☐ | CMV ☐ |
| SCHOOL BUS ☐ | RAILROAD ☐ |
| MAB ☐ | SUPPLEMENT ☐ |
| ACTIVE SCHOOL ZONE ☐ | |
| Total Num. Units 2 | Total Num. Prsns. 2 |
| TxDOT Crash ID | 18329494.1 /2021278979 |

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/11/2021
- *Crash Time (24HRMM): 2058
- Case ID: 21061267
- Local Use:
- *County Name: CAMERON
- *City Name: BROWNSVILLE
- Outside City Limit: ☐
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? Yes ☒ No ☐
- Latitude (decimal degrees):
- Longitude (decimal degrees):

### ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 4
- 2 Rdwy. Part: 1
- Block Num.: 3700
- 3 Street Prefix:
- *Street Name: BOCA CHICA
- 4 Street Suffix: BLVD
- Crash Occurred on a Private Drive or Road/Private Property/Parking Lot: ☐
- Toll Road/Toll Lane: ☐
- Speed Limit: 40
- Const. Zone: Yes ☒ No ☐
- Workers Present: Yes ☐ No ☒
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: Yes ☐ No ☒
- 1 Rdwy. Sys.: SH
- Hwy. Num.: 48
- 2 Rdwy. Part: 1
- Block Num.: 4500
- 3 Street Prefix:
- Street Name: PADRE ISLAND
- 4 Street Suffix: HWY
- Distance from Int. or Ref. Marker: 0.25
- FT ☐ MI ☒
- 3 Dir. from Int. or Ref. Marker: E
- Reference Marker:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER, & PERSONS

### Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- Parked Vehicle: ☐
- Hit and Run: ☐
- LP State: TX
- LP Num.: MWK2006
- VIN: 5YJ3E1EB3KF451586
- Veh. Year: 2019
- 6. Veh. Color: BLK
- Veh. Make: TESLA
- Veh. Model: UNKNOWN
- 7 Body Style: P4
- Pol., Fire, EMS on Emergency (Explain in Narrative if checked): ☐
- 8 DL/ID Type: 1
- DL/ID State: CA
- DL/ID Num.: F7279847
- 9 DL Class: 98
- 10 CDL End.: 96
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY): 06/20/1998
- Address: 2953 TROTTER WAY WALNUT CREEK, CA 94596

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MORSHEDIAN, ARION | N | 22 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- Owner ☒ Lessee ☐
- Owner/Lessee Name & Address: SPACE EXPLORATION, 8550 CASE RD MCGREGOR, TX 76657
- Proof of Fin. Resp.: Yes ☐ No ☒ Expired ☐ Exempt ☐
- 26 Fin. Resp. Type:
- Fin. Resp. Name:
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1: 1 2 - F D - 4
- 27 Vehicle Damage Rating 2: - -
- Vehicle Inventoried: Yes ☐ No ☒
- Towed By: DRIVEN AWAY
- Towed To: BY DRIVER

### Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 1
- Parked Vehicle: ☐
- Hit and Run: ☐
- LP State: TX
- LP Num.: HSM9493
- VIN: 5YFBURHE4GP511325
- Veh. Year: 2016
- 6. Veh. Color: GRY
- Veh. Make: TOYOTA
- Veh. Model: COROLLA
- 7 Body Style: P4
- Pol., Fire, EMS on Emergency (Explain in Narrative if checked): ☐
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 24223024
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB (MM/DD/YYYY): 10/30/1987
- Address: 33229 LONGHORN LN LOS FRESNOS, TX 78566

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEDELLIN, HUGO OMAR | N | 33 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- Owner ☒ Lessee ☐
- Owner/Lessee Name & Address: MEDELLIN, HUGO OMAR, PO BOX 1301 BROWNSVILLE, TX 78520
- Proof of Fin. Resp.: Yes ☒ No ☐ Expired ☐ Exempt ☐
- 26 Fin. Resp. Type: 1
- Fin. Resp. Name: PROGRESSIVE
- Fin. Resp. Num.: 933292805
- Fin. Resp. Phone Num.: 1-800-776-4737
- 27 Vehicle Damage Rating 1: 6 - B D - 3
- 27 Vehicle Damage Rating 2: 1 2 - F D - 3
- Vehicle Inventoried: Yes ☐ No ☒
- Towed By: DRIVEN AWAY
- Towed To: BY DRIVER

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 21061267
TxDOT Crash ID: 18329494.1/2021278979

Page 2 of 4

Case 1:22-cv-00064 Document 28-5 Filed on 06/27/23 in TXSD Page 4 of 6

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAILURE TO CONTROL SPEED | 1550654 |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 10,001+ LBS. ☐ | TRANSPORTING HAZARDOUS MATERIAL ☐ | 9+ CAPACITY ☐ | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 22 | | | | 2 | 2 | 97 | 2 | 1 | 1 | 17 |

## NARRATIVE AND DIAGRAM

**Investigator's Narrative Opinion of What Happened**
(Attach Additional Sheets if Necessary)

UNIT 4 IS AT A COMPLETE STOP BEHIND TRAFFIC AT THE 3700 BLOCK OF BOCA CHICA BLVD FACING WEST BOUND ON THE RIGHT LANE. UNIT 3 IS BEHIND UNIT 4 AND UNIT 2 IS BEHIND UNIT 3. UNIT 1 IS TRAVELING ON THE SAME LANE TOWARDS UNIT 2. UNIT 1 FAILED TO CONTROL ITS SPEED AND COLLIDED INTO UNIT 2'S BD WITH ITS FD. THE COLLISION CAUSED UNIT 2 TO MOVE FORWARD CAUSING A CHAIN REACTION LIKE COLLISION BETWEEN UNIT 2, 3, AND 4. UNIT 1 IS AT FAULT FOR THE ACCIDENT.

**Field Diagram - Not to Scale**

[Diagram showing UNIT 4, UNIT 3, UNIT 2, UNIT 1 from left to right on 3700 BOCA CHICA BLVD, with compass indicating N]

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 2100 | How Notified | DISPATCH | Time Arrived (24HRMM) | 2107 | Report Date (MM/DD/YYYY) | 06/23/2021 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | ISAGUIRRE, ROLANDO | | | ID Num. | 6920 |
| ORI Num. | TX0310100 | *Agency | BROWNSVILLE POLICE DEPARTMENT | | | Service/Region/DA | 1 2 E |

Law Enforcement and TxDOT Use ONLY

☐ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE
Total Num Units: (blank)
Total Num Prsns: (blank)
TxDOT Crash ID: 18329494.1 /2021278979

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/11/2021
- *Crash Time (24HRMM): 2058
- Case ID: 21061267
- Local Use: (blank)
- *County Name: CAMERON
- *City Name: BROWNSVILLE
- Outside City Limit: ☐
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
- Latitude: (blank)
- Longitude: (blank)

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 4
- 2 Rdwy. Part: 1
- Block Num.: 3700
- 3 Street Prefix: (blank)
- *Street Name: BOCA CHICA
- 4 Street Suffix: BLVD
- Crash Occurred on a Private Drive or Road/Private Property/Parking Lot: ☐
- Toll Road/Toll Lane: ☐
- Speed Limit: 40
- Const. Zone: ☒ Yes ☐ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.: (blank)

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.: SH
- Hwy. Num.: 48
- 2 Rdwy. Part: 1
- Block Num.: 4500
- 3 Street Prefix: (blank)
- Street Name: PADRE ISLAND
- 4 Street Suffix: HWY
- Distance from Int. or Ref. Marker: 0.25
- ☐ FT ☒ MI
- 3 Dir. from Int. or Ref. Marker: E
- Reference Marker: (blank)
- Street Desc.: (blank)
- RRX Num.: (blank)

## VEHICLE, DRIVER, & PERSONS

### Unit 3
- Unit Num.: 3
- 5 Unit Desc.: 1
- Parked Vehicle: ☐
- Hit and Run: ☐
- LP State: TX
- LP Num.: PDS5439
- VIN: 1N4AL11D23C342190
- Veh. Year: 2003
- 6. Veh. Color: SIL
- Veh. Make: NISSAN
- Veh. Model: UNKNOWN
- 7 Body Style: P4
- Pol., Fire, EMS on Emergency: ☐
- 8 DL/ID Type: 1
- DL/ID State: MX
- DL/ID Num.: 226430653
- 9 DL Class: 98
- 10 CDL End.: 98
- 11 DL Rest.: 98
- DOB: (blank)
- Address: 584 N IOWA AVE APT A BROWNSVILLE, TX 78521

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GUILLEN AGUILAR, GERARDO | N | | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- Owner: ☒ Lessee: ☐
- Owner/Lessee Name & Address: GUILLEN AGUILAR, GERARDO, 584 N IOWA AVE APT A BROWNSVILLE, TX 78521
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 1
- Fin. Resp. Name: HOME STATE COUNTY MUTUAL INSURANCE
- Fin. Resp. Num.: SNH331184
- Fin. Resp. Phone Num.: 1-800-297-9762
- 27 Vehicle Damage Rating 1: 6-BD-2
- 27 Vehicle Damage Rating 2: 12-FD-2
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: DRIVEN AWAY
- Towed To: BY DRIVER

### Unit 4
- Unit Num.: 4
- 5 Unit Desc.: 1
- Parked Vehicle: ☐
- Hit and Run: ☐
- LP State: MX
- LP Num.: VV8506A
- VIN: 1KTPY12V86NA8487
- Veh. Year: 2006
- 6. Veh. Color: MAR
- Veh. Make: FORD
- Veh. Model: F150
- 7 Body Style: PK
- Pol., Fire, EMS on Emergency: ☐
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 34279563
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB: 12/18/1991
- Address: 2558 COLUMBUS DR BROWNSVILLE, TX 78521

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TERAN, CLAUDIA | N | 29 | H | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- Owner: ☒ Lessee: ☐
- Owner/Lessee Name & Address: ZAMARRON ZOLETA, JUAN FRANCISCO, 724 INDEPENDENCIA PLACIDO DOMINGUEZ MATAMOROS, MX
- Proof of Fin. Resp.: ☐ Yes ☒ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: (blank)
- Fin. Resp. Name: (blank)
- Fin. Resp. Num.: (blank)
- Fin. Resp. Phone Num.: (blank)
- 27 Vehicle Damage Rating 1: 6-BD-1
- 27 Vehicle Damage Rating 2: (blank)
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: DRIVEN AWAY
- Towed To: DRIVEN AWAY

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 21061267
TxDOT Crash ID 18329494.1/2021278979

Page 4 of 4

Case 1:22-cv-00064 Document 28-5 Filed on 06/27/23 in TXSD Page 6 of 6

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 2 1 0 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 2 1 0 7 | Report Date (MM/DD/YYYY) 06/23/2021 |

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) ISAGUIRRE, ROLANDO | ID Num. 6920

ORI Num. T X 0 3 1 0 1 0 0 | *Agency BROWNSVILLE POLICE DEPARTMENT | Service/Region/DA 1 2 E