IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00084 |
| | § | |
| ARION MORSHEDIAN and SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY AND REPORT OF ELIZABETH MICHELLE ADDISON**

Before the Court is Plaintiff's Motion to Exclude the Testimony and Report of Elizabeth Michelle Addison. After consideration of the Motion, any associated briefing, and the record as a whole, the Motion is **DENIED**.

It is so ORDERED.

Signed this _____ day of _____, 2023.

_____
The Honorable Fernando Rodriguez, Jr.
United States District Judge