UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-084 |
| | § | |
| ARION MORSHEDIAN, *et. al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Hugo Medellin brings this personal injury action against Defendants Arion Morshedian and Space Exploration Technologies Corporation (SpaceX).

On June 27, 2023, SpaceX filed its Motion for Summary Judgment (Doc. 28) as to all of Medellin's causes of action. On July 20, Medellin filed a Third Amended Complaint (Doc. 30), which includes a "Consent" from all the parties to allow Medellin to file his amended pleading "for the limited purpose of dismissing", with prejudice, all of Medellin's causes of action against SpaceX.

The Court considers Medellin's filing as a motion for leave to amend his Complaint under Federal Rule of Civil Procedure 15(a)(2). The Court finds that good cause supports the requested relief. As a result, it is:

**ORDERED** that Plaintiff Hugo Medellin's Motion for Leave to Amend his Second Amended Complaint (Doc. 30) is **GRANTED**. The Court will consider Plaintiff Hugo Medellin's Third Amended Complaint (Doc. 30, 1–5) as his live pleading, with an effective filing date of July 20, 2023.

Based on the filing of the Third Amended Complaint, it is also **ORDERED** that Plaintiff Hugo Medellin's causes of action against Space Exploration Technologies Corporation are **DISMISSED WITH PREJUDICE**.

It is also **ORDERED** that Defendant Space Exploration Technologies Corporation's Motion for Summary Judgment (Doc. 28) is **DENIED AS MOOT**.

Signed on July 24, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge