United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-084 |
| | § | |
| ARION MORSHEDIAN, *et. al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On June 27, 2023, Plaintiff Hugo Medellin filed his Opposed Motion to Exclude the Opinion Testimony and Report of Elizabeth Michelle Addison (Doc. 27). Defendant Arion Morshedian timely responded. (Response, Doc. 29)

To facilitate the Court's consideration of the Motion, it is:

**ORDERED** that a hearing is scheduled for August 8, 2023, at 1:30 p.m. The parties may attend the hearing by videoconference.

Signed on July 24, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge