UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 16 2023

NATHAN OCHSNER
CLERK OF COURT

HUGO MEDELLIN

Plaintiff(s)

V.

ARION MORESHEDIAN

Defendant(s)

DIVISION __BROWNSVILLE__
CIVIL ACTION NO.   1:22-cv-084

ADR METHOD:    Mediation    __X__    Arbitration    ____
               Mini-trial    ____    Summary Jury Trial    ____

TYPE OF CASE:  Personal Injury

1. Please check one of the following:
   The case referred to ADR settled __✓__   did not settle ____

2. My total fee and expenses were: $1,500.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Hugo Medellin, Plaintiff
   Mr. Mario Cisneros, Attorney
   BEGUM LAW GROUP
   2401 Wildflower Drive, Ste. B
   Brownsville, Texas 78526
   (956) 982-1800 – telephone
   mcisneros@texaslegalgroup.com – email

   Arion Moreshedian, Defendant
   Ms. Michelle Pector, Attorney
   MORGAN LEWIS & BOCKIUS, LLP
   1000 Louisiana, Ste. 400
   Houston, Texas 77002
   (713) 890-5455 – telephone
   michelle.pector@morganlewis.com – email

ADR PROVIDER

Name:   Alfred T. Denham

Signature: _____

Date: 10/06/23
SDTX-ADR-5/(Rev. 6-15-93)