United States District Court
Southern District of Texas
**ENTERED**
October 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO MEDELLIN, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-084 |
| ARION MORSHEDIAN, | § | |
| Defendant. | § | |

# **ORDER**

Plaintiff Hugo Medellin and Defendant Arion Morshedian informed the Court that they have reached a settlement in this matter. (Memorandum, Doc. 34) Accordingly, it is:

**ORDERED** that all hearings and deadlines in this matter are canceled; and

**ORDERED** that the parties file the necessary dismissal documents or file an update on the status of the dismissal by no later than November 17, 2023.

Signed on October 17, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge